```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
 JOSEPH A. DAOU and KAREN M. DAOU,       :
                                         :
                        Plaintiffs,      :      20cv4438 (DLC)
                                         :
            -v-                          :      ORDER
                                         :
 BLC BANK, S.A.L., CREDIT LIBANAIS,      :
 S.A.L., AL-MAWARID BANK, S.A.L., and    :
 BANQUE DU LIBAN,                        :
                                         :
                        Defendants.      :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On July 30, 2020, the plaintiffs filed a motion for prejudgment attachment pursuant to N.Y. C.P.L.R. § 6201 and for expedited discovery pursuant to Rule 26(d), Fed. R. Civ. P. Accordingly, it is hereby

ORDERED that the defendants shall file any opposition to the plaintiffs' July 30 motion by **October 9, 2020.**

IT IS FURTHER ORDERED that the plaintiffs' reply, if any, shall be filed by **October 30, 2020.**

IT IS FURTHER ORDERED that the plaintiffs shall promptly serve a copy of the July 30 motion and this Order on each of the defendants and file proof of service on the public docket.

IT IS FURTHER ORDERED that counsel who have not filed a

notice of appearance shall promptly do so.

    SO ORDERED:

Dated:    New York, New York
           July 31, 2020

                                    _____
                                      DENISE COTE
                              United States District Judge