UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH A. DAOU and KAREN M. DAOU,<br><br>    Plaintiff,<br><br>v.<br><br>BLC BANK, S.A.L., CREDIT LIBANAIS, S.A.L., AL-MAWARID BANK, S.A.L., and BANQUE DU LIBAN,<br><br>    Defendants. | Case No. 1:20-cv-4438 |

## DEFENDANT CREDIT LIBANAIS, S.A.L.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Credit Libanais, S.A.L., ("CL Bank") certifies the following: No publicly held company owns ten percent or more of the shares of CL Bank.

Dated: New York, New York
    August 3, 2020

Respectfully submitted,

**DLA PIPER LLP (US)**

By: */s/ Jeffrey D. Rotenberg*
 Jeffrey D. Rotenberg
 Caroline A. Fish
 1251 Avenue of Americas
 New York, NY 10020-1104
 Tel.: 212.335.4500
 Fax.: 212.335.4501
 Jeffrey.Rotenberg@us.dlapiper.com
 Caroline.Fish@us.dlapiper.com

 *Attorneys for Defendant Credit Libanais, S.A.L.*