```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
JOSEPH A. DAOU and KAREN M. DAOU,         :
                                          :
                         Plaintiffs,      :     20cv4438 (DLC)
                                          :
            -v-                           :          ORDER
                                          :
BLC BANK, S.A.L., CREDIT LIBANAIS,        :
S.A.L., AL-MAWARID BANK, S.A.L., and      :
BANQUE DU LIBAN,                          :
                                          :
                         Defendants.      :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

On October 9, 2020, defendants BLC Bank S.A.L., Credit Libanais, and Al-Mawarid Bank, S.A.L. (the "Corporate Defendants") filed a motion to dismiss the complaint pursuant to Rules 12(b)(2) and 12(b)(6), Fed. R. Civ. P.  On October 30, the plaintiffs filed an amended complaint.  Accordingly, it is hereby

ORDERED that the Corporate Defendants' October 9 motion shall be terminated as moot.

IT IS FURTHER ORDERED that the Corporate Defendants shall respond to the amended complaint by **November 20, 2020**.  If the Corporate Defendants renew their motion to dismiss, the plaintiffs shall file any opposition to the renewed motion by **December 18**.  Defendants shall file any reply by **January 8,**

**2021.**

    SO ORDERED:

Dated:    New York, New York
           November 3, 2020

                                                          _____
                                                            DENISE COTE
                                       United States District Judge