# Exhibit no. 1
# Preamble (paragraph b) and Articles 7 and 20 of the Lebanese Constitution

**Preamble (paragraph b) and Articles 7 and 20 of the Lebanese Constitution**

**Preamble:**

b. (…) Lebanon is also a founding and active member of the United Nations Organization and abides by its covenants and by the Universal Declaration of Human Rights. The State shall embody these principles in all fields and areas without exception.

**Article 7:**

All Lebanese shall be equal before the law. They shall equally enjoy civil and political rights and shall be bound equally by public obligations and duties without any distinction.

**Article 20:**

Judicial power shall be exercised by courts of various degrees and jurisdictions. It shall function within the limits of an order established by the law and offering accordingly the necessary guarantees to judges and litigants. The law shall determine the conditions and limits of judicial guarantees. Judges shall be independent in the exercise of their tasks. (…).

# الدستور اللبناني

قانون دستوري
صادر في ٢٣ أيار سنة ١٩٢٦

الدستور اللبناني وتعديلاته

معدل بموجب

| | |
|---|---|
| القانون الدستوري | تاريخ ١٧/١٠/١٩٢٧ |
| والقانون الدستوري | تاريخ ٠٨/٠٥/١٩٢٩ |
| والقرار رقم ١٢٩ الذي الغى | تاريخ ١٨/٠٣/١٩٤٣(١) |
| القرار رقم ٢٤٦/ل.ر | تاريخ ٢١/٠٩/١٩٣٩ |
| والقرار رقم ٢٤٧/ل.ر | تاريخ ٢١/٠٩/١٩٣٩ |
| والقرار رقم ٨٠/ل.ر. | تاريخ ٠٩/٠٤/١٩٤١ (ضمناً) |
| والقانون الدستوري | تاريخ ٠٩/١١/١٩٤٣ |
| والقانون الدستوري | تاريخ ٠٧/١٢/١٩٤٣ |
| والقانون الدستوري | تاريخ ٢١/٠١/١٩٤٧ |
| والقانون الدستوري | تاريخ ٢٢/٠٥/١٩٤٨(٢) |
| والقانون الدستوري | تاريخ ٢٤/٠٤/١٩٧٦(٣) |
| والقانون رقم ١١ | تاريخ ٠٨/٠٨/١٩٩٠(٤) |
| والقانون الدستوري رقم ١٨ | تاريخ ٢١/٠٩/١٩٩٠ |
| تطبيقا لوثيقة الوفاق الوطني الوثيقة | تاريخ ٢٢/١٠/١٩٨٩ |
| والقانون الدستوري رقم ٦٢ | تاريخ ١٩/١٠/١٩٩٥ |
| والقانون الدستوري رقم ٦٨٧ | تاريخ ١٣/١٠/١٩٩٨ |
| والقانون الدستوري رقم ٥٨٥ | تاريخ ٠٤/٠٩/٢٠٠٤ |

اوقف العمل به جزئياً بموجب

| | |
|---|---|
| القرار رقم ٥٥/ل.ر. | تاريخ ٠٩/٠٥/١٩٣٢(٥) |
| اعيد العمل به بموجب | |
| القرار رقم ١/ل.ر | تاريخ ٠٤/٠١/١٩٣٧ |

اوقف العمل به جزئياً بموجب

| | |
|---|---|
| القرار رقم ٢٤٦/ل.ر | تاريخ ٢١/٠٩/١٩٣٩(٦) |

اعيد العمل به بموجب

| | |
|---|---|
| القرار رقم ١٢٩ | تاريخ ١٨/٠٣/١٩٤٣ |
| اوقف العمل به بموجب | |
| القرار رقم ٤٦٤ | تاريخ ١٠/١١/١٩٤٣(٧) |
| اعيد العمل به بموجب | |
| القرار رقم ٤٨٣ | تاريخ ٢٢/١١/١٩٤٣ |

يلغي

القانون الدستوري تاريخ ٠٥/١٠/١٩٢٣
(صك الانتداب الفرنسي على لبنان)

## الباب الاول
## احكام اساسية

### مقدمة الدستور

اضيفت هذه المقدمة بموجب المادة الاولى من القانون الدستوري رقم ١٨ الصادر في ٢١/٩/١٩٩٠:

أ – لبنان وطن سيد حر مستقل، وطن نهائي لجميع ابنائه، واحد أرضاً وشعباً ومؤسسات، في حدوده المنصوص عنها في هـذا الدسـتور (٨) والمعترف بها دوليا.

ب – لبنان عربي الهوية والانتماء، وهو عضو مؤسس وعامل في جامعة الدول العربية(٩) وملتزم مواثيقها، كما هو عضو مؤسس وعامل في منظمة الأمم المتحدة(١٠) وملتـزم مواثيقهـا والاعـلان العالمي لحقوق الإنسان(١١). وتجسد الدولـة هـذه المبادئ في جميع الحقول والمجالات دون استثناء.

ج – لبنان جمهورية ديمقراطية برلمانية(١٢)، تقوم على احترام الحريات العامة، وفي طليعتها حرية الرأي والمعتقد، وعلى العدالة الاجتماعيـة

---

(١) ان القرار رقم ١٢٩ تاريخ ١٨/٣/١٩٤٣ صادر عـن المفوض السامي الفرنسي، وقد اعاد تطبيق الدستور بموجب المادة ٢ منه.

(٢) ان القانون الدستوري الصادر في ٢٢/٥/١٩٤٨ يتعلق بتعديل مؤقت للمادتان ٤٩ و ٧٣ من الدستور.

(٣) ان القانون الدستوري الصادر في ٢٤/٤/١٩٧٦ يتعلق بتعديل مؤقت للمادة ٧٣ من الدستور.

(٤) يرمي هذا القانون الى تحديد العدد المعتمد لاحتسـاب النصاب بصورة استثنائية.

(٥) ان هذا القرار اوقف موقتا تطبيق الدستور اللبناني فيما يتعلق بتنظيم وسير السـلطة التنفيذيــة والســلطة التشريعية.

(٦) ان هذا القرار اوقف تطبيق مواد الدستور المتعلقــة بممارسة السلطة التشريعية والسلطة التنفيذية في كـل شيء تخالف فيه هذه المواد احكامه.

(٧) اوقف هذا القرار تطبيق الدستور اللبنــاني بموجب المادة ٢ منه، ثم الغيت هذه المادة بموجب القرار رقــم ٤٨٣ تاريخ ٢٢/١١/١٩٤٣.

(٨) راجع المادة الاولى من هذا القانون الدستوري التي حددت حدود لبنان.

(٩) راجع القانون تاريخ ٩/٤/١٩٤٥ المتعلق بتصديق ميثاق جامعة الدول العربية.

(١٠) راجع القانون تاريخ ٢٥/٩/١٩٤٥ المتعلق بتصديق ميثاق الأمم المتحدة.

(١١) راجع المعاهدة تـاريخ ١٠/١٢/١٩٤٨ المتعلقة بالاعلان العالمي لشرعة حقوق الانسان الصادر عن الجمعية العمومية للامم المتحدة.

(١٢) ان النظام البرلماني هو النظام القائم على التوازن بين السلطتين التشريعية والتنفيذية، كون كل سلطة تمارس رقابتها على الاخرى.

والمساواة في الحقوق والواجبات بين جميع المواطنين دون تمايز او تفضيل.

د - الشعب مصدر السلطات وصاحب السيادة يمارسها عبر المؤسسات الدستورية.

هـ - النظام قائم على مبدأ الفصل بين السلطات وتوازنها وتعاونها.

و - النظام الاقتصادي حر يكفل المبادرة الفردية والملكية الخاصة.

ز - الانماء المتوازن للمناطق ثقافيا واجتماعيا واقتصاديا ركن أساسي من أركان وحدة الدولة واستقرار النظام.

ح - إلغاء الطائفية السياسية هدف وطني أساسي يقتضي العمل على تحقيقه وفق خطة مرحلية.

ط - أرض لبنان ارض واحدة لكل اللبنانيين. فلكل لبناني الحق في الاقامة على أي جزء منها والتمتع به في ظل سيادة القانون، فلا فرز للشعب على أساس أي انتماء كان، ولا تجزئة ولا تقسيم ولا توطين.

ي - لا شرعية لأي سلطة تناقض ميثاق العيش المشترك.

## الفصل الاول
## في الدولة وأراضيها

**المادة الاولى - حدود الدولة اللبنانية**
عدل نص المادة الاولى بموجب المادة الاولى من القانون الدستوري الصادر في ١٩٤٣/١١/٩ على الوجه التالي:

لبنان دولة مستقلة ذات وحدة لا تتجزأ وسيادة تامة. أما حدوده فهي التي تحده حاليا:

شمالا: من مصب النهر الكبير على خط يرافق مجرى النهر الى نقطة اجتماعه بوادي خالد الصاب فيه على علو جسر القمر.

شرقا: خط القمة الفاصل بين وادي خالد ووادي نهر العاصي (أورنت) مارا بقرى معيصرة - حربعاتا - هيت - ابش - فيصان على علو قريتي برينا ومطربا، وهذا الخط تابع حدود قضاء بعلبك الشمالية من الجهة الشمالية الشرقية والجهة الجنوبية الشرقية ثم حدود أقضية بعلبك والبقاع وحاصبيا وراشيا الشرقية.

جنوبا: حدود قضائي صور ومرجعيون الجنوبية الحالية.

غربا: البحر المتوسط.

**المادة ٢ - التخلي عن الاراضي اللبنانية**
لا يجوز التخلي عن أحد أقسام الأراضي اللبنانية او التنازل عنه.

---

٣ رقم ٢٠١٣/٢ اعادة + تعديل يوضع مكان الصفحة ١٠٠٣

---

**المادة ٣ - تعديل حدود المناطق**
لا يجوز تعديل حدود المناطق الادارية الا بموجب قانون(١).

**المادة ٤ - عاصمة لبنان**
لبنان الكبير جمهورية عاصمته بيروت.

**المادة ٥ - العلم اللبناني**
عدل نص المادة ٥ بموجب المادة الوحيدة من القانون الدستوري الصادر في ١٩٤٣/١٢/٧ على الوجه التالي:

العلم اللبناني أحمر فأبيض فأحمر اقساما افقية تتوسط الارزة القسم الابيض بلون اخضر. اما حجم القسم الابيض فيساوي حجم القسمين الاحمرين معا. واما الارزة فهي في الوسط يلامس رأسها القسم الاحمر العلوي وتلامس قاعدتها القسم الاحمر السفلي ويكون حجم الارزة موازيا لثلث حجم القسم الابيض.

## الفصل الثاني
## في اللبنانيين وحقوقهم وواجباتهم

**المادة ٦ - الجنسية اللبنانية**
ان الجنسية اللبنانية وطريقة اكتسابها وحفظها وفقدانها تحدد بمقتضى القانون(٢).

**المادة ٧ - مساواة اللبنانيين أمام القانون**
كل اللبنانيين سواء لدى القانون وهم يتمتعون بالسواء بالحقوق المدنية والسياسية ويتحملون الفرائض والواجبات العامة دون ما فرق بينهم.

**المادة ٨ - صيانة الحرية الشخصية**
الحرية الشخصية مصونة وفي حمى القانون ولا يمكن ان يقبض على احد او يحبس او يوقف إلا وفاقا لأحكام القانون(٣) ولا يمكن تحديد جرم أو تعيين عقوبة إلا بمقتضى القانون(٤).

---

(١) راجع المرسوم الاشتراعي رقم ١١٦ تاريخ ١٩٥٩/٦/١٢ (التنظيم الاداري).

(٢) - راجع القرار رقم ١٥ تاريخ ١٩٢٥/١/١٩ (قانون الجنسية اللبنانية).
- راجع القانون تاريخ ١٩٤٦/١/٣١ المتعلق بالجنسية اللبنانية.

(٣) اي القانون رقم ٣٢٨ تاريخ ٢٠٠١/٨/٢ (قانون اصول المحاكمات الجزئية).

(٤) على سبيل المثال: قانون العقوبات رقم ٣٤٠ تاريخ ١٩٤٣/٣/١، مع الاشارة الى ان هذه المادة تتماشى مع المبدأ القانوني العام "لا عقوبة من دون نص" المنصوص عنه في المادة الاولى من قانون العقوبات.

المادة ١٩ - المجلس الدستوري*

عدل نص المادة ١٩ بموجب المادة ٥٠ من القانون الدستوري الصادر في ١٩٢٧/١٠/١٧، ثم بموجب المادة الاولى من القانون الدستوري رقم ١٨ تاريخ ١٩٩٠/٩/٢١ على الوجه التالي:

ينشأ مجلس دستوري(١) لمراقبة دستورية القوانين والبت في النزاعات والطعون الناشئة عن الانتخابات الرئاسية والنيابية. يعود حق مراجعة هذا المجلس في ما يتعلق بمراقبة دستورية القوانين الى كل من رئيس الجمهورية ورئيس مجلس النواب ورئيس مجلس الوزراء او الى عشرة اعضاء من مجلس النواب، والى رؤساء الطوائف المعترف بها قانونا في ما يتعلق حصرا بالأحوال الشخصية وحرية المعتقد وممارسة الشعائر الدينية وحرية التعليم الديني.

تحدد قواعد تنظيم المجلس وأصول العمل فيه وكيفية تشكيله ومراجعته بموجب قانون.

المادة ٢٠ - السلطة القضائية*

السلطة القضائية تتولاها المحاكم على اختلاف درجاتها واختصاصاتها ضمن نظام ينص عليه القانون ويحفظ بموجبه للقضاء وللمتقاضين الضمانات اللازمة.

اما شروط الضمانة القضائية وحدودها فيعينها القانون. والقضاة مستقلون في اجراء وظيفتهم وتصدر القرارات والأحكام من قبل كل المحاكم وتنفذ باسم الشعب اللبناني(٢).

المادة ٢١ - أهلية الإنتخاب*

لكل وطني لبناني بلغ من العمر إحدى وعشرين سنة كاملة حق في ان يكون ناخبا على ان تتوفر فيه الشروط المطلوبة بمقتضى قانون الانتخاب.

الفصل الثاني
السلطة المشترعة

المادة ٢٢ - مجلس الشيوخ*

الغي نص المادة ٢٢ بموجب المادة ٥٠ من القانون الدستوري الصادر في ١٩٢٧/١٠/١٧، ثم حل النص التالي محل النص الملغى بموجب المادة الاولى من القانون الدستوري رقم ١٨ تاريخ ١٩٩٠/٩/٢١:

مع انتخاب اول مجلس نواب على أساس وطني لا طائفي يستحدث مجلس للشيوخ(٣) تتمثل فيه جميع العائلات الروحية وتحصر صلاحياته في القضايا المصيرية.

المادة ٢٣ -

الغي نص المادة ٢٣ بموجب المادة ٥٠ من القانون الدستوري الصادر في ١٩٢٧/١٠/١٧.

المادة ٢٤ - تأليف مجلس النواب*

عدل نص المادة ٢٤ بموجب المادة ٢ من القانون الدستوري الصادر في ١٩٢٧/١٠/١٧، وبموجب المادة ٣ من القرار رقم ١٢٩ تاريخ ١٩٤٣/٣/١٨ التي الغيت بموجب المادة ٤ من القرار رقم ٤٦٤ تاريخ ١٩٤٣/١١/١٠ التي الغيت بموجب القرار رقم ٤٨٣ تاريخ ١٩٤٣/١١/٢٢، ثم الغي بموجب المادة الاولى من القانون الدستوري الصادر في ١٩٤٧/١/٢١ واستبدل بالنص التالي:

يتألف مجلس النواب من نواب منتخبين يكون عددهم وكيفية انتخابهم وفاقا لقوانين الانتخاب المرعية الاجراء(٤).

اضيف النص التالي الى المادة ٢٤ بموجب المادة الاولى من القانون الدستوري رقم ١٨ تاريخ ١٩٩٠/٩/٢١:

وإلى ان يضع مجلس النواب قانون انتخاب خارج القيد الطائفي، توزع المقاعد النيابية وفقا للقواعد الآتية:

أ - بالتساوي بين المسيحيين والمسلمين.
ب - نسبيا بين طوائف كل من الفئتين.
ج - نسبيا بين المناطق.

وبصورة استثنائية، ولمرة واحدة، تملأ بالتعيين دفعة واحدة وبأكثرية الثلثين من قبل حكومة الوفاق الوطني، المقاعد النيابية الشاغرة بتاريخ نشر هذا القانون(٥) والمقاعد التي تستحدث في قانون الانتخاب، تطبيقا للتساوي بين المسيحيين والمسلمين، وفقا لوثيقة الوفاق الوطني ويحدد قانون الانتخاب دقائق تطبيق هذه المادة.

المادة ٢٥ - حل مجلس النواب*

الغي نص المادة ٢٥ بموجب المادة الاولى من القانون الدستوري الصادر في ١٩٤٧/١/٢١ واستبدل بالنص التالي:

---

(١) انشئ المجلس الدستوري بموجب القانون رقم ٢٥٠ تاريخ ١٩٩٣/٧/١٤.

(٢) راجع المرسوم الاشتراعي رقم ٩٠ تاريخ ١٩٨٣/٩/١٦ (قانون اصول المحاكمات المدنية) - المادة ٥٣٧ التي اشترطت صدور الحكم باسم الشعب اللبناني.

(٣) لم تصدر حتى تاريخه اية نصوص متعلقة باستحداث مجلس للشيوخ.

(٤) راجع القانون رقم ٢٥ تاريخ ٢٠٠٨/١٠/٨ المتعلق بانتخاب اعضاء مجلس النواب.

(٥) المقصود "بهذا القانون" القانون الدستوري رقم ١٨ تاريخ ١٩٩٠/٩/٢١.

---

٥ رقم ٢٠١٣/٣ اعادة + تعديل
يوضع مكان الصفحة ١٠٠٥