# Exhibit no. 2
# Article 7 of the Lebanese Code of Civil Procedure

**<u>Article 7 of the Lebanese Code of Civil Procedure</u>**

The legal action is the right to which is entitled each party having a claim, to submit such claim to the courts for the purpose of obtaining a judgement in relation thereto.

The legal action is *vis-à-vis* the adverse party his right to submit his defense or objections for the purpose of refuting such claim.

Each person or corporate body, whether Lebanese or foreign, is entitled to file claims and defenses before the courts.

## المحاكمات المدنية

**مرسوم اشتراعي رقم ٩٠**
صادر في ١٩٨٣/٩/١٦ م.

### قانون اصول المحاكمات المدنية

معدل بموجب:
المرسوم الاشتراعي رقم ٢ تاريخ ١٩٨٥/٠١/٢٦
والمرسوم الاشتراعي رقم ٢٠ تاريخ ١٩٨٥/٠٣/٢٣
والقانون رقم ٨٩/٤ تاريخ ١٩٨٩/٠١/٠٥
والمرسوم رقم ٧٩١ تاريخ ١٩٩٠/١٢/١٣
والقانون رقم ٨٩ تاريخ ١٩٩١/٠٩/٠٧
والمرسوم رقم ٢٤١١(١) تاريخ ١٩٩٢/٠٥/٠٧
والقانون رقم ٥٢٩ تاريخ ١٩٩٦/٠٦/٢٠
والمرسوم رقم ١٣٤٤٠ تاريخ ١٩٩٨/١١/٠٥
والقانون رقم ١٤٤ تاريخ ١٩٩٩/١٠/٢٩
والمرسوم رقم ٣٨٠٠(٢) تاريخ ٢٠٠٠/٠٩/٠٦
والقانون رقم ٤٤٠ تاريخ ٢٠٠٢/٠٧/٢٩

ان رئيس الجمهورية،
بناء على الدستور،

---

(١) - جرى تعديل هذا القانون بموجب المـادة الاولى من المرسوم رقم ٢٤١١/١٩٩٢، استنادا الى المادة ١٠٢٦.
- الفقرة الاخيرة من المادة الاولى من المرسوم رقم ٢٤١١ تاريخ ١٩٩٢/٥/٧: ترفع الى ثمانين ضعفا المبالغ والغرامات الاخرى الواردة في احكام قـانون اصـول المحاكمات المدنية.

(٢) نص البند ٢٧ من المـادة الاولى من المرسوم رقم ٣٨٠٠/٢٠٠٠ الـذي عـدل المبالغ النقدية الاخرى المحددة في قـانون اصول المحاكمـات المدنيـة علـى رفـع الغرامات الى خمسة اضعاف، علمًـا ان جميع الغرامات قد عدلت صراحة.

بناء على القانون رقم ٨٢/٣٦ تاريخ ١٩٨٢/١١/١٧ (منح الحكومـة حق اصدار مراسيم اشتراعية)، الممدد بالقـانون رقم ٨٣/١٠ تـاريخ ١٩٨٣/٥/٢١،
وبعد استشارة مجلس شورى الدولة،
بناء على اقتراح وزير العدل،
وبعد موافقة مجلس الوزراء بتاريخ ١٩٨٣/٨/٢٤،

يرسم ما يأتي:

**المادة الاولى** —
يصدر قانون اصـول المحاكمات المدنية ويوضع قيـد التنفيـذ بنصـه المرفق بهذا المرسوم الاشتراعي.

**المادة ٢** —
ينشر هذا المرسوم الاشتراعي فـي الجريدة الرسمية ويعمل به طبقا للمادة ١٠٣٢ من النص المرفق به.

بعبدا في ١٦ ايلول سنة ١٩٨٣

الامضاء: امين الجميل

نشر هذا المرسوم الاشتراعي في ملحق العدد ٤٠ من الجريدة الرسمية تاريخ ١٩٨٣/١٠/٦.

© صادر ناشرون

## الباب الاول

## الدعوى
Action en justice

### الفصل الاول

### احكام عامة
Dispositions générales

**مادة ٧ ـ الدعوى وحق الادعاء والدفاع\***

الدعوى هي الحق الذي يعود لكل ذي مطلب بأن يتقدم به الى القضاء للحكم له بموضوعه.

وهي بالنسبة الى الخصم الحق بأن يدلي بأسباب دفاع او بدفوع ترمي الى دحض ذلك المطلب.

ويكون حق الادعاء وحق الدفاع لكل شخص طبيعي او معنوي لبناني او اجنبي.

**مادة ٨ ـ حق الادعاء للنيابة العامة\***

للنيابة العامة حق الادعاء في الاحوال التي عينها القانون(١)، والاحوال المتعلقة بالنظام العام عند حدوث وقائع او افعال من شأنها المساس به.

---

(١) راجع بالنسبة لتدخل النيابة العامة بالدعوى، المواد ٤٧٥ وما يليها من هذا القانون.

© صادر ناشرون

---

**مادة ٥ ـ سريان قوانين اصول المحاكمات الجديدة في الزمان\***

تسري قوانين اصول المحاكمات الجديدة فورا على ما لم يكن قد فصل فيه من الدعاوى او تم من الاجراءات قبل تاريخ العمل بها. وتستثنى من ذلك:

١ ـ القوانين المعدلة للاختصاص متى كان تاريخ العمل بها لاحقا لختام المحاكمة في الدعوى او لصدور حكم فصل في مسألة متعلقة بالموضوع.

٢ ـ القوانين المعدلة للمهل متى كانت المهلة قد بدأت قبل العمل بها.

٣ ـ القوانين المنظمة لطرق الطعن بالنسبة لما صدر من الاحكام او القرارات التحكيمية قبل تاريخ العمل بها متى كانت هذه القوانين ملغية او منشئة لطريق من تلك الطرق.

٤ ـ القوانين المنظمة للتنفيذ الجبري بالنسبة لما صدر من الاحكام والقرارات قبل تاريخ العمل بها متى كانت هذه القوانين تجيز التنفيذ او تمنعه.

**مادة ٦ ـ القواعد العامة\***

تتبع القواعد العامة في قانون اصول المحاكمات المدنية اذا وجد نقص في القوانين والقواعد الاجرائية الاخرى.