# Exhibit no. 3
# Articles 13, 15, 47, 70, 71, 72, 75, 76, 79, 81, 82, 84, 85, 150, 154, and 209
# of the Lebanese Code of Money and Credit

**Articles 13, 15, 47, 70, 71, 72, 75, 76, 79, 81, 82, 85, 150, 154, and 209 of the Lebanese Code of Money and Credit**

**Article 13:**

'The Bank' is a juridical person of public law vested with financial autonomy.

It is deemed as a trader in its relationships with third parties. It carries out its transactions and organizes its accounts in conformity with commercial and banking rules and practices.

It shall not be submitted to administration and management regulations and to the supervision applicable to Public Sector organizations, notably the provisions of Decree-Laws nos. 114,115, 117 and 118 of 12 June 1959. It shall not be subject to the requirements of the Code of Commerce regarding registration at the Register of Commerce.

The Beirut Courts have exclusive jurisdiction to settle all disputes between the Bank and third parties.

**Article 15:**

The Bank's capital shall be constituted of an amount of LBP 15,000,000 (fifteen million Lebanese pounds) allocated by the State.

The capital can be increased either by a new allocation by the State, authorized by law, or through the incorporation of reserves as may be authorized by decree from the Council of Ministers, upon the request of the Bank and the proposal of the Minister of Finance.

**Article 47:**

The exclusive privilege of issuing money referred to in Article 10 is vested in the Bank of Lebanon.

**Article 70:**

The overall duty of the Bank shall be the safeguard of currency to secure the basis of a permanent economic and social development. The Bank's task includes more specifically the following:

- safeguarding the soundness of the Lebanese currency.
- safeguarding economic stability.
- safeguarding the soundness of the banking system.
- developing the monetary and financial market.

To achieve these ends, the Bank shall exercise the powers vested in it by virtue of the present law.

**Article 71:**

The Central Bank shall co-operate with the Government, and advise it on matters of economic and financial policy to secure the highest degree of co-ordination between its mission and the Government's objectives.

**Article 72:**

The Bank may propose to the Government measures which it deems likely to have a favorable impact on the balance of payments, the movement of prices, public finances and, generally speaking, on economic development.

The Bank shall inform the Government of matters which, in its judgment, may harm the national economy and currency. It secures the Government's relations with international finance institutions.

The Government shall seek the Bank's advice on matters related to currency and shall invite the Bank's Governor to join its deliberations on such questions.

**Article 75:**

The Bank shall use the means that it deems capable of ensuring exchange stability, and, for such purpose, it may operate on the market, in agreement with the Minister of Finance, either as buyer or seller of bullion or foreign currency, with due regard to the provisions of Article 69.

The Bank's dealings in foreign exchange shall be entered in a special account called 'Exchange Stabilization Fund'.

**Article 76:**

In order to maintain harmony between banking liquidity and the volume of credits and its overall mission defined in Article 70, the Bank is authorized to adopt all measures as it may deem appropriate and, notably, the following steps that it may take separately, or simultaneously, or concurrently with the measures referred to in Title III of the present law:

a) set and amend the rates and ceilings of discount rates and other forms of credit which it is authorized to grant to banks and financial establishments.

b) resort to operations designated in Article 75.

c) buy and sell securities on the open market, in conformity with Articles 106, 107 and 108.

d) require the banks to deposit with it assets (minimal reserves) amounting to a specific ratio of their liabilities arising from deposits and loans they have been granted, as may be fixed

by the 'Bank', excluding liabilities of the same nature towards other banks which are equally required to deposit such reserves.

The Central Bank may, if it deems it appropriate, consider banks' investments in Government Bonds or in Bonds issued with the Government's guarantee as part of the reserves up to a specific ratio to be determined by the Bank.

The Central Bank ratio of minimal reserves shall not be in excess of 25 per cent of the liabilities at call or over 15 per cent of the liabilities having a fixed term.

The Central Bank shall enforce various ratios on the different categories of banks liabilities within the limits set in the preceding paragraph.

In exceptional cases, it may also impose special limit ratios without complying with the aforementioned limits for excess liabilities or for some of them, for a fixed limit, or on the excess in these liabilities, or some of them after a fixed date.

e) require the banks to deposit with it assets (special minimal reserves) amounting to a specific ratio of assets as may be fixed by the Bank.

f) accept, in the light of the general monetary situation, deposits bearing interests as may be fixed by the Bank.

**Article 79:**

The Central Bank may also exercise an influence over the general credit situation by limiting the volume of credit in specific categories or granted for specific purposes or to specific sectors, and lay down conditions to govern such credit.

**Article 81:**

The Bank is authorized to:

1- Buy and sell, import and export gold and other precious metals and transact all other operations on such commodities.

2- Accept deposits of coined gold or gold ingots, and issue in favor of depositors, upon their request, certificates of gold deposit in the form of Bonds 'to Bearer' or 'to Order'.

3- Discount, rediscount, buy and sell trade bills, and instruments of payment, and assets at call, drawn up in foreign currencies. The maturity of bills shall not exceed six months.

4- Buy and sell loan bonds issued or guaranteed by foreign Governments or international institutions, drawn up in foreign currencies and readily marketable.

5- Hold accounts with central banks or with correspondents abroad.

6- Open accounts to central banks, foreign banks, and international institutions, and operate as correspondent for such banks and institutions.

7- Lend to and borrow from central banks, foreign financial institutions and banks, and international financial institutions, provided that such transactions be short term transactions and within the framework of the Central Bank's functions.

**Article 82:**

The Bank is not entitled to perform the transactions authorized under the preceding article, except with and for the account of the following entities:

a) The Public Sector.

b) Banks and financial institutions domiciled in Lebanon.

c) Central banks, banks, and financial institutions abroad.

d) International financial institutions.

**Article 84:**

The Public Sector in the context of this law includes the State, municipalities, and public law juristic persons provided for in Article 2 of Decree-Law no. 117 dated 12 June 1959.

**Article 85:**

The Bank operates as banker to the Public Sector. In this capacity:

a) It is the only depository of Public Sector funds.

b) It effects such payments as may be ordered by the Public Sector, up to the value of the latter's assets with it.

c) It transfers funds on the request of the Public Sector up to the value of the latter's assets with it.

d) It ensures the safe keeping, and if need be the management, of securities which it is entrusted with by the Public Sector and, generally speaking, renders all banking services to such Sector.

e) Finally, it may grant credits to the Public Sector, in the cases listed in Articles 88, 91, and 92.

**Article 150:**

In no case can the auditors of the Central Bank require bank managers to reveal the names of their clients, except for holders of debtor accounts. They cannot apply to any other person except to the bank's manager in charge.

Banks are authorized to organize their accounts in such a manner that the names of the clients are not shown, except for holders of debtor accounts.

Central Bank auditors are strictly prohibited, in the exercise of their supervision, to enquire about any tax matters, to interfere in them, or to report them to whomsoever.

**Article 154:**

Contrary to paragraph 2 of Article 152, and Article 153, banks may acquire partnership shares, participation shares, or real estate, in excess of the authorized margin, if such acquisition is effected in recovery of outstanding debts or doubtful debts. The banks must, however, liquidate such assets within a maximum time-limit of two years. If they have not been able to comply with such time limit for circumstances beyond their control, the matter must be referred to the Central Bank.

Temporary ownership of real estate in conformity with the preceding paragraph shall be exempted from the permit referred to in the law governing ownership by foreigners, but shall remain subject to an authorization granted by the Banks Control Commission after having ascertained that the purchase has been actually made in settlement of an outstanding debt, or a doubtful debt.

**Article 209:**

Sanctions provided by the preceding article are decided by the Higher Banking Commission created by Article 10 of Law No. 28/67 of 9 May 1967.

Decisions of the Higher Banking Commission are not open to any legal remedies whether ordinary or extraordinary, administrative or judicial.

وزارة المالية – النقد والتسليف

٨٤٨٧

**مرسوم رقم ١٣٥١٣**
صادر في ١ آب سنة ١٩٦٣
قانون النقد والتسليف
(وإنشاء المصرف المركزي)*

معدل بموجب:

| | |
|---|---|
| المرسوم رقم ١٤٥٦٨ | تاريخ ١٩٦٣/١١/٢٧ (١) |
| والمرسوم رقم ١٤٨٤٥ | تاريخ ١٩٦٣/١٢/١٨ |
| والقانون رقم ٦٧/٢٨ | تاريخ ١٩٦٧/٠٥/٠٩ |
| والمرسوم الاشتراعي رقم ١٢ | تاريخ ١٩٦٧/٠٧/١٤ |
| والمرسوم الاشتراعي رقم ٤١ | تاريخ ١٩٦٧/٠٨/٠٥ |
| والمرسوم رقم ١٤٠١٣ | تاريخ ١٩٧٠/٠٣/١٦ |
| والمرسوم رقم ٤٩٨ | تاريخ ١٩٧٢/٠٢/٠١ |
| والمرسوم رقم ٦١٠٢ | تاريخ ١٩٧٣/١٠/٠٥ |
| والمرسوم رقم ٦١٠٥ | تاريخ ١٩٧٣/١٠/٠٥ |
| والمرسوم الاشتراعي رقم ٣١ | تاريخ ١٩٧٧/٠٥/٠٢ |
| والمرسوم رقم ٢٤٧ | تاريخ ١٩٧٧/٠٦/٢٥ |
| والمرسوم الاشتراعي رقم ٧٧ | تاريخ ١٩٧٧/٠٦/٢٧ |
| والمرسوم رقم ٩٦٥ | تاريخ ١٩٧٨/٠٢/٢٥ |
| والقانون رقم ٨٥/٤ | تاريخ ١٩٨٥/٠٤/٠١ |
| والقانون رقم ٨٧/٤٣ | تاريخ ١٩٨٧/١١/٢١ |
| والقانون رقم ٨٧/٤٩ | تاريخ ١٩٨٧/١١/٢١ (٢) |
| والقانون رقم ٩٩ | تاريخ ١٩٩١/١١/٠٦ |
| والقانون رقم ١٧٨ | تاريخ ١٩٩٢/١٢/٢٢ |
| والقانون رقم ٣٦١ | تاريخ ١٩٩٤/٠٨/٠١ |

ان رئيس الجمهورية اللبنانية
بناء على الدستور اللبناني لاسيما المادة ٥٨ منه،
وبما ان الحكومة احالت على مجلس النواب بموجب المرسوم رقم ١٢٨٢٥ تاريخ ٢١ ايار ١٩٦٣ مشروع القانون المعجل المتعلق بالنقد والتسليف،
وبما انه انقضى اكثر من اربعين يوما على احالة هذا المشروع على مجلس النواب دون ان يبت به،

وبناء على اقتراح وزير المالية،
وبعد موافقة مجلس الوزراء في جلسته المنعقدة بتاريخ ١٩٦٣/٧/٢٤،

يرسم ما يأتي:

**المادة الاولى – نفاذ قانون النقد والتسليف***
يوضع موضع التنفيذ مشروع القانون المعجل المحال على مجلس النواب بموجب المرسوم رقم ١٢٨٢٥ تاريخ ٢١ ايار سنة ١٩٦٣ وهذا نصه:

**القانون**

**الباب الاول**
**النقد والتسليف**

**المادة الاولى – الوحدة النقدية للجمهورية اللبنانية***
الوحدة النقدية للجمهورية اللبنانية هي الليرة اللبنانية واختصارها الرسمي هو ل.ل.

**المادة ٢ – قيمة الليرة اللبنانية***
يحدد القانون قيمة الليرة اللبنانية بالذهب الخالص.

**المادة ٣ – قسمة الليرة والقرش***
تقسم الليرة الى مئة جزء متساو(٣) يسمى قرشا. والاختصار الرسمي للقرش اللبناني هو ق.ل. ويقسم القرش الى مئة جزء متساو يسمى سنتيما(٤).

**المادة ٤ – قسمة السمات النقدية***
عدل نص المادة ٤ بموجب المادة الاولى من المرسوم رقم ٦١٠٢ تاريخ ١٩٧٣/١٠/٥، ثم الغي بموجب المادة الاولى من القانون رقم ٣٦١ تاريخ ١٩٩٤/٨/١ واستعيض عنه بالنص التالي:
تقسم السمات النقدية الى:
أ– أوراق نقدية تساوي قيمتها الوحدة النقدية أو تربو عليها.

---

(١) راجع المرسوم رقم ١٤٥٦٨ تاريخ ١٩٦٣/١١/٢٧ الذي وضع موضع التنفيذ بعض احكام هذا القانون.

(٢) نصت المادة ٣ من القانون رقم ٨٧/٤٩ تاريخ ١٩٨٧/١١/٢١ ما يلي: "خلافا لأي نص آخر ولا سيما أحكام قانون المحاسبة العمومية المنفذ بالمرسوم رقم ١٤٩٦٩ تاريخ ١٩٦٣/١٢/٣٠ وتعديلاته وأحكام قانون النقد والتسليف المنفذ بالمرسوم رقم ١٣٥١٣ تاريخ ١٩٦٣/٨/١ وتعديلاته، يمكن للادارات العامة ذات الموازنات الملحقة والمؤسسات العامة والبلديات وسائر الاشخاص المعنويين ذوي الصفة العمومية فتح حسابات جارية مستقلة بهم في مصرف لبنان".

---

(٣) استبدلت كلمة "متساويا" بكلمة "متساو" بموجب تصحيح خطأ ورد في عدد الجريدة الرسمية رقم ٧١ تاريخ ١٩٦٣/٩/٥.

(٤) راجع التعميم رقم ١٦ تاريخ ١٩٩٤/٣/١٩ المتعلق بعدم لحظ ما يقل عن الوحدة النقدية (القروش والسنتيمات) بسبب التغييرات التي طرأت على قيمة النقد الوطني.

© المنشورات الحقوقية صادر

وزارة المالية – النقد والتسليف

٨٤٨٩

## المادة ١٣ – مفهوم المصرف*

"المصرف" شخص معنوي من القانون العام ويتمتع بالاستقلال المالي.

وهو يعتبر تاجرا في علاقاته مع الغير. ويجري عملياته وينظم حساباته وفقا للقواعد التجارية والمصرفية وللعرف التجاري والمصرفي.

ولا يخضع لقواعد الادارة وتسيير الاعمال وللرقابات التي تخضع لها مؤسسات القطاع العام، ولا سيما لاحكام المراسيم الاشتراعية رقم ١١٤ و١١٥ و١١٧ و١١٨ تاريخ ١٢ حزيران سنة ١٩٥٩. لا تطبق عليه أحكام قانون التجارة المتعلقة بالتسجيل في سجل التجارة.

لمحاكم بيروت دون سواها صلاحية النظر في جميع النزاعات بين المصرف والغير.

## المادة ١٤ – مركز المصرف وفروعه*

مركز المصرف هو بيروت.

وعلى "المصرف" أن ينشىء فروعا له في طرابلس وصيدا وزحله. وبامكانه أن ينشىء فروعا في أماكن أخرى من لبنان وأن يغلق من هذه الفروع ما يراه قد أصبح عديم الفائدة. كما يمكنه أن يتخذ له ممثلين وعملاء[١] في لبنان وفي الخارج.

## المادة ١٥ – رأسمال المصرف*

يتكون رأسمال "المصرف" من مبلغ تخصصه له الدولة قيمته /١٥،٠٠٠،٠٠٠/ خمسة عشر مليون ليرة لبنانية.

يمكن زيادة الرأسمال اما بمبلغ جديد تخصصه الدولة بموجب قانون أو بضم أموال احتياطية يجاز بمرسوم يتخذ في مجلس الوزراء بناء على طلب "المصرف" واقتراح وزير المالية.

## المادة ١٦ – حل المصرف*

لا يحل "المصرف" الا بموجب قانون يحدد، عند الاقتضاء، طرق تصفيته.

### القسم الثاني
### تنظيم المصرف المركزي

## المادة ١٧ – تأليف ادارة المصرف*

تؤمن ادارة "المصرف" من حاكم يعاونه نائب حاكم أول ونائب حاكم ثان، ونائب حاكم ثالث،

ونائب حاكم رابع[٢]، ومن مجلس مركزي يدعى فيما يلي "المجلس".

### الحاكم ونائبو الحاكم

## المادة ١٨ – تعيين الحاكم ونائبيه*

يعين الحاكم لست سنوات بمرسوم يتخذ في مجلس الوزراء بناء على اقتراح وزير المالية.

ويعين نائبو الحاكم لخمس سنوات بمرسوم يتخذ في مجلس الوزراء بناء[٣] على اقتراح وزير المالية واستشارة الحاكم. وهم يمارسون الوظائف التي يعينها لهم الحاكم.

ينبغي أن تتوفر لدى الحاكم ونائبيه[٤] الشهادات الجامعية والخبرة والصفات المعنوية التي تستوجبها ممارسة وظائفهم.

يمكن تجديد ولاية الحاكم ونائبى الحاكم مرة أو مرات عدة.

يقسم الحاكم ونائبو[٥] الحاكم، بين يدي رئيس الجمهورية على أن يقوموا بوظائفهم باخلاص ودقة محترمين القانون والشرف.

## المادة ١٩ – اقالة الحاكم ونائبيه*

فيما عدا حالة الاستقالة الاختيارية، لا يمكن اقالة الحاكم من وظيفته الا لعجز صحي مثبت بحسب الاصول أو لاخلال بواجبات وظيفته في ما عناه الفصل الاول من الباب الثالث من قانون العقوبات، أو لمخالفة أحكام المادة ٢٠، أو لخطأ فادح في تسيير الاعمال.

لا يمكن اقالة نائبي الحاكم من وظيفتهم الا لذات الاسباب المعددة في الفقرة السابقة، بناء على اقتراح الحاكم أو بعد استطلاع رأيه.

## المادة ٢٠ – محظورات على الحاكم ونائبيه*

على الحاكم ونائبي الحاكم أن يتفرغوا بكليتهم للمصرف. ولا يمكنهم أن يجمعوا بين وظائفهم وأية عضوية نيابية أو وظيفة عامة أو أي نشاط في أية مؤسسة عامة كان نوعها أو أي عمل

---

(١) راجع القرار رقم ٦٢٧١ تاريخ ١٩٩٦/٨/٢٣ المتعلق بتصنيف العملاء بحسب طبيعة نشاطهم الاقتصادي.

(٢) اضيفت عبارة "ونائب حاكم رابع" بموجب المادة الاولى من القانون رقم ٨٥/٤ تاريخ ١٩٨٥/٤/١.

(٣) حذفت كلمة "يتخذ" بموجب تصحيح خطأ ورد في عدد الجريدة الرسمية رقم ٧١ تاريخ ١٩٦٣/٩/٥.

(٤) استبدلت كلمة "نائبه" بكلمة "نائبيه" بموجب تصحيح خطأ ورد في عدد الجريدة الرسمية رقم ٧١ تاريخ ١٩٦٣/٩/٥.

(٥) استبدلت كلمة "نائبوا" بكلمة "نائبو" بموجب تصحيح خطأ ورد في عدد الجريدة الرسمية رقم ٧١ تاريخ ١٩٦٣/٩/٥.

© المنشورات الحقوقية صادر

**المادة ٤٦ - تعويض خاص لمفوض الحكومة**

يحدد بمرسوم تنظيم مفوضية الحكومة لدى المصرف وسير أعمالها وملاكاتها. ان التعويض الخاص(١) الذي سيمنح لمفوض الحكومة يكون وحده على عاتق المصرف ولا يخضع هذا التعويض للمادة ٢٧ من المرسوم الاشتراعي رقم ١١٢ تاريخ ١٢ حزيران سنة ١٩٥٩.

## القسم الخامس
## اصدار النقد

**المادة ٤٧ - منح امتياز اصدار النقد لمصرف لبنان**

يمنح مصرف لبنان دون سواه امتياز اصدار النقد المنصوص عليه بالمادة العاشرة.

**المادة ٤٨ - توقيع الاوراق النقدية من الحاكم ونائبه**

تحمل الاوراق النقدية التي تساوي قيمتها ليرة واحدة او تفوق، صورة توقيعي حاكم المصرف ونائب الحاكم الاول.

اضيفت الفقرة التالي نصها الى المادة ٤٨ بموجب المادة الاولى من المرسوم الاشتراعي رقم ٣١ تاريخ ١٩٧٧/٥/٢ :

في حال تولي نائب الحاكم الاول مهام الحاكم وفقا لاحكام المادة ٢٥ من هذا القانون، تحمل الاوراق النقدية المشار اليها في الفقرة السابقة صورة توقيعه وصورة توقيع نائب الحاكم الثاني.

**المادة ٤٩ - تحديد المصرف ميزات الاوراق النقدية**

يحدد المصرف حجم الاوراق النقدية المنوي اصدارها ورسومها ونصوصها وسائر مميزاتها الاخرى.

**المادة ٥٠ - الاعلان عن ميزات اوراق نقدية منوي وضعها في التداول**

يحيط المصرف الجمهور علما بأنواع ومميزات الاوراق التي ينوي وضعها في التداول.

**المادة ٥١ - سحب أنواع الاوراق النقدية من التداول**

يمكن المصرف أن يقرر سحب نوع أو أنواع عدة من أوراقه النقدية من التداول بغية استبدالها بأنواع جديدة.

**المادة ٥٢ - مهلة استبدال الاوراق النقدية**

ان الاعلان الذي يحيط الجمهور علما بهذا القرار يجب أن يعين المهلة التي يمكن خلالها ان تقدم لاحد صناديق المصرف الاوراق المقرر استبدالها. بعد انقضاء هذه المهلة لا يبدل المصرف الاوراق المقرر استبدالها الا لدى صندوقه المركزي في بيروت.

**المادة ٥٣ - انقضاء مهلة استبدال الاوراق النقدية**

بعد ثلاث سنوات من انقضاء المهلة الملحوظة في الفقرة الاولى من المادة السابقة، يقيد المصرف قيمة الاوراق التي تقرر سحبها والتي لم تعرض للاستبدال في حساب احتياط تؤخذ منه قيمة الاوراق التي ستستبدل فيما بعد.

**المادة ٥٤ - اوراق نقدية مقيدة قيمتها في حساب الاحتياط**

تخرج من قيمة الاوراق المصدرة الاوراق التي تكون قيمتها قد قيدت في حساب الاحتياط الملحوظ بالمادة السابقة.

**المادة ٥٥ - سقوط حق استبدال الاوراق النقدية**

بعد سبع سنوات من انقضاء المهلة المحددة بالمادة ٥٣، يسقط حق الاستبدال ويحول رصيد حساب الاحتياط الى الحساب الخاص المنصوص عليه بالمادة ١١٥.

**المادة ٥٦ - اوراق نقدية مبادة او مفقودة او مزورة**

المصرف غير ملزم بدفع قيمة الاوراق المبادة او المفقودة او بقبول الاوراق المزورة(٢) او باعادة قيمتها.

---

(١) حدد هذا التعويض بموجب المادة الاولى من المرسوم رقم ٩٦٥ تاريخ ١٩٧٨/٢/٢٥ وبموجب المرسوم رقم ٥٢٤٩ تاريخ ١٩٨٨/٩/١٩.

© المنشورات الحقوقية صادر

(٢) راجع القرار رقم ٦٩١٠ تاريخ ١٩٩٨/٢/٢٦ - المادة ٢ المرفق بالتعميم رقم ٤١ والمتعلق بالاوراق النقدية المزورة والمزيفة.

لا تؤخذ موجودات المصرف من النقد اللبناني بعين الاعتبار لحساب النسبتين المحددتين في الفقرة السابقة.

## القسم السادس
## مهمة المصرف العامة(١)

**المادة ٧٠ - مفهوم مهمة المصرف العامة**

استبدل نص المادة ٧٠ بموجب المادة ٤ من المرسوم رقم ٦١٠٢ تاريخ ١٩٧٣/١٠/٥ بالنص التالي:

مهمة المصرف العامة هي المحافظة على النقد لتأمين أساس نمو اقتصادي واجتماعي دائم وتتضمن مهمة المصرف بشكل خاص ما يلي:

- المحافظة على سلامة النقد اللبناني.
- المحافظة على الاستقرار الاقتصادي.
- المحافظة على سلامة أوضاع النظام المصرفي.
- تطوير السوق النقدية والمالية(٢).
- يمارس المصرف لهذه الغاية الصلاحيات المعطاة له بموجب هذا القانون.

### ١ - التعاون بين المصرف والدولة

**المادة ٧١ - تعاون المصرف المركزي مع الحكومة**

يتعاون المصرف المركزي مع الحكومة ويقدم لها كل مشورة تتعلق بالسياسة المالية والاقتصادية بغية تأمين الانسجام الأوفر بين مهمته وأهداف الحكومة.

**المادة ٧٢ - علاقة المصرف المركزي مع الحكومة**

للمصرف أن يقترح على الحكومة التدابير التي يرى أن من شأنها التأثير المفيد على ميزان المدفوعات وحركة الأسعار والمالية العامة وعلى النمو الاقتصادي بصورة عامة.

يطلع المصرف الحكومة على الأمور التي يعتبرها مضرة بالاقتصاد وبالنقد. ويؤمن علاقات الحكومة بالمؤسسات المالية الدولية.

___

(١) راجع القانون رقم ١٣٣ تاريخ ١٩٩٩/١٠/٢٦ المتعلق بتحديد مهام مصرف لبنان.

(٢) راجع القرار رقم ٥٢٠ تاريخ ١٩٩٦/٦/٦ المتعلق بتطوير السوق المالية والعقود الائتمانية.

© المنشورات الحقوقية صادر

---

تستشير الحكومة المصرف في القضايا المتعلقة بالنقد وتدعو حاكم المصرف للاشتراك في مذكراتها حول هذه القضايا.

**المادة ٧٣ - تقديم الإحصاءات والمعلومات اللازمة للمصرف المركزي**

تقدم الدوائر الحكومية ومؤسسات القطاع العام ومؤسسات الاقتصاد المشترك للمصرف المركزي الإحصاءات والمعلومات التي قد يحتاج إليها في دراساته الاقتصادية.

**المادة ٧٤ - تأمين سلامة أبنية المصرف وحمايتها**

تؤمن الحكومة سلامة أبنية المصرف وحمايتها. وتعزز هذه الأبنية مجاناً بحراسة كافية كما تقدم الحرس اللازم لسلامة نقل الأموال أو القيم.

### ٢ - ثبات القطع

**المادة ٧٥ - ثبات القطع**

استبدل نص المادة ٧٥ بموجب المادة ٥ من المرسوم رقم ٦١٠٢ تاريخ ١٩٧٣/١٠/٥ بالنص التالي:

يستعمل المصرف الوسائل التي يرى أن من شأنها تأمين ثبات القطع(٣). ومن أجل ذلك، يمكنه خاصة أن يعمل في السوق بالاتفاق مع وزير المالية مشترياً أو بائعاً ذهباً أو عملات أجنبية مع مراعاة أحكام المادة ٦٩.

وتقيد عمليات المصرف على العملات الأجنبية(٤) في حساب خاص يسمى "صندوق تثبيت القطع".

### ٣ - العمل في التأثير على السيولة المصرفية وعلى حجم التسليف

**المادة ٧٦ - صلاحيات المصرف المركزي**

يخول المصرف المركزي، إبقاء على الانسجام بين السيولة المصرفية وحجم التسليف(٥) وبين

___

(٣) راجع القرار رقم ٦٥٦٨ تاريخ ١٩٩٧/٤/٢٤ المرفق بالتعميم الأساسي للمصارف رقم ٣٢ والمتعلق بعمليات القطع لدى المصارف والمؤسسات المالية.

(٤) راجع القرار رقم ٦٩٨٨ تاريخ ١٩٩٨/٦/٤ المرفق بالتعميم الأساسي للمصارف رقم ٤٦ والمتعلق بالودائع بالعملات الأجنبية المكونة عن طريق الاستلاف بالعملة اللبنانية.

(٥) راجع القرار رقم ٧١٣٥ تاريخ ١٩٩٨/١٠/٢٢ المرفق بالتعميم الأساسي للمصارف رقم ٥١ والمتعلق بنظام التسليفات مقابل ضمانة سندات قيم منقولة.

وزارة المالية – النقد والتسليف   ٨٤٩٧

مهمته العامة المنصوص عليها بالمادة ٧٠، صلاحية اتخاذ جميع التدابير التي يراها ملائمة وخاصة التدابير التالية التي يمكنه اتخاذها منفردة أو مجتمعة أو مع التدابير المنصوص عليها في الباب الثالث من هذا القانون:

أ- تحديد وتعديل معدلات الحسم(١) وحدوده القصوى وكذلك معدلات الاعتمادات الأخرى المجاز له منحها للمصارف وللمؤسسات المالية(٢) وحدودها القصوى

ب- اللجوء للعمليات المشار اليها بالمادة ٧٥.

ج- شراء وبيع السندات(٣) في السوق الحرة(٤) وفقا للمواد ١٠٦و١٠٧و١٠٨.

د-

عدل نص الفقرة (د) من المادة ٧٦ بموجب المادة ٥ من القانون رقم ٦٧/٢٨ تاريخ ١٩٦٧/٥/٩، ثم استبدل بموجب المادة ٦ من المرسوم رقم ٦١٠٢ تاريخ ١٩٧٣/١٠/٥ بالنص التالي:

الزام المصارف بأن تودع لديه أموالا (احتياطي أدنى)(٥) حتى نسبة معينة من التزاماتها الناجمة عن الودائع والاموال المستقرضة التي يحددها "المصرف" باستثناء التزاماتها من النوع ذاته تجاه مصارف أخرى ملزمة أيضا بايداع الاموال الاحتياطية هذه.

- وبمكن للمصرف المركزي أن يعتبر، اذا رأى ذلك مناسباً توظيفات المصارف(٦) في سندات حكومية أو سندات مصدرة بكفالة الحكومة كجزء من الاحتياطي حتى نسبة معينة يعود له أمر تحديدها.

- ولا يمكن المصرف المركزي أن يحدد نسبة الاحتياط الادنى بأكثر من ٢٥ بالمئة من الالتزامات تحت الطلب وبأكثر من ١٥ بالمئة من الالتزامات لاجل معين.

- وللمصرف المركزي أن يفرض نسبا مختلفة على فئات مختلفة من التزامات المصارف ضمن الحدود المذكورة في الفقرة السابقة.

- وله كذلك في الحالات الاستثنائية أن يفرض نسبا حدية خاصة دون التقيد بالحدود الآنفة الذكر على ما يزيد من هذه الالتزامات أو من أي فئات منها عن حد معين أو على الزيادة المحققة في هذه الالتزامات أو في أي فئات منها بعد تاريخ معين.

هـ-

اضيفت الفقرتين "هـ" التالي نصها الى المادة ٧٦ بموجب المادة ٦ من المرسوم رقم ٦١٠٢ تاريخ ١٩٧٣/١٠/٥:

الزام المصارف بأن تودع لديه أموالا (احتياطا أدنى خاصا) حتى نسبة معينة(٧) من الموجودات التي يحددها المصرف.

و-

اضيفت الفقرتين "و" التالي نصها الى المادة ٧٦ بموجب المادة ٦ من المرسوم رقم ٦١٠٢ تاريخ ١٩٧٣/١٠/٥:

أن يقبل، في ضوء الحالة النقدية العامة ودائع(٨) لقاء فوائد يحددها المصرف.

---

(١) راجع القرار رقم ٦٩٤١ تاريخ ١٩٩٨/٣/٢٥ المرفق بالتعميم الاساسي للمصارف رقم ٤٥ والمتعلق بتحديد معدلات الحسم ومعدلات فوائد تسليفات مصرف لبنان.

(٢) - راجع القرار رقم ٦١١٦ تاريخ ١٩٩٦/٣/٧ المرفق بالتعميم رقم ٢٣ والمتعلق بالتسهيلات الممكن ان يمنحها مصرف لبنان للمصارف وللمؤسسات المالية

- راجع القرار رقم ٧٠٥٥ تاريخ ١٩٩٨/٨/١٣ المرفق بالتعميم الاساسي للمصارف رقم ٤٨ والمتعلق بنشر نظام الحدود القصوى لمخاطر التسهيلات المصرفية.

(٣) راجع القرار رقم ٦١١٦ تاريخ ١٩٩٦/٣/٧ – المادة ٤ المرفق بالتعميم الاساسي للمصارف رقم ٢٣ والمتعلق بتعيين الحد الاقصى لرصيد التسهيلات الممكن ان يمنحها مصرف لبنان.

(٤) راجع القرار رقم ٧١٤٨ تاريخ ١٩٩٨/١١/٥ المرفق بالتعميم الاساسي للمصارف رقم ٥٤ والمتعلق بشراء سندات خزينة بالعملة اللبنانية في السوق الثانوية.

(٥) راجع القرار رقم ٧٨٣٥ تاريخ ٢٠٠١/٦/٢ المرفق بالتعميم الاساسي للمصارف رقم ٨٤ والمتعلق بالاحتياطي الالزامي.

(٦) راجع القرار رقم ٧٩٢٦ تاريخ ٢٠٠١/٩/٢٠ المرفق بالتعميم الاساسي للمصارف رقم ٨٦ والمتعلق بتوظيفات المصارف الالزامية.

(٧) راجع القرار رقم ٧٦٩٤ تاريخ ٢٠٠٠/١٠/١٨ المرفق بالتعميم الاساسي للمصارف رقم ٧٣ – المادة ٤ المتعلقة بتكوين المؤونات ونسبة الاموال الخاصة الجاهزة الصافية بالعملة اللبنانية.

(٨) - راجع القرار رقم ٥٢٥٨ تاريخ ١٩٩٣/٩/١٧ المرفق بالتعميم الاساسي للمصارف رقم ١٤ والمتعلق بفتح حسابات وودائع بالعملة الاجنبية في مصرف لبنان.

- راجع القرار رقم ٧٥٣٤ تاريخ ٢٠٠٠/٣/٢ المرفق بالتعميم الاساسي للمصارف رقم ٦٧ والمتعلق بشهادات الايداع المصرفية من قبل مصرف لبنان.

© المنشورات الحقوقية صادر

وزارة المالية – النقد والتسليف ٨٤٩٨

المادة ٧٧ - الموجودات الشهرية لمصرف لدى المصرف المركزي (الاحتياط الفعلي)

ان الموجودات الشهرية لمصرف لدى المصرف المركزي (الاحتياط الفعلي) يجب أن تبلغ على الاقل النسب المئوية التي تكون قد حددت، من المتوسط الشهري للالتزامات الخاضعة لموجب انشاء أموال احتياطية (الاحتياط الالزامي)(١).

يحق للمصرف المركزي أن يستوفي، عن مبلغ تدني الاحتياط الفعلي عن الاحتياط الالزامي، فائدة جزائية يمكن أن تبلغ معدلا يفوق بثلاث آحاد المعدل المطبق في حينه على تسليفاته لقاء سندات مالية. ولا يحول ذلك دون تطبيق العقوبات الادارية المنصوص عليها في القسم الثالث من الباب الرابع من هذا القانون. ويمكن المصرف المركزي ألا يطبق هذا الجزاء اذا بدا له ان النقص كان نتيجة حتمية لظروف غير مرتقبة أو اذا كان المصرف الذي ظهر النقص لديه في حالة التصفية.

المادة ٧٨ - مهلة إنشاء أموال احتياطية إلزامية*

تعطى المصارف مهلة ٣٠ يوما على الاقل لتطبيق التعليمات القاضية بانشاء أموال احتياطية الزامية أو بتعديل معدلها.

المادة ٧٩ - تحديد حجم التسليف وتنظيم شروطه*

استبدل نص المادة ٧٩ بموجب المادة ٧ من المرسوم رقم ٦١٠٢ تاريخ ١٩٧٣/١٠/٥ بالنص التالي:

يمكن المصرف المركزي أن يعمل أيضا على التأثير في أوضاع التسليف العامة وذلك بتحديد حجم التسليف(٢) من أنواع معينة أو الممنوح لاغراض معينة(٣) أو لقطاعات معينة، وبتنظيم شروط هذا التسليف(٤).

──────────

(١) راجع القرار رقم ٧٨٣٥ تاريخ ٢٠٠١/٦/٢ المرفق بالتعميم الاساسي للمصارف رقم ٨٤ والمتعلق بالاحتياطي الالزامي.
(٢) راجع القرار رقم ٧٧٧٦ تاريخ ٢٠٠١/٢/٢١ المرفق بالتعميم الاساسي للمصارف رقم ٨١ والمتعلق بعمليات التسليف والتوظيف والمساهمة والمشاركة.
(٣) راجع القرار رقم ٧٢٧٤ تاريخ ١٩٩٩/٤/١٥ المرفق بالتعميم الاساسي للمصارف رقم ٦٢ والمتعلق بالتعامل مع القطاعات غير المقيمة.
(٤) راجع القرار رقم ٧١٥٩ تاريخ ١٩٩٨/١١/١٠ المرفق بالتعميم الاساسي للمصارف رقم ٥٨ والمتعلق بتصنيف مخاطر الديون.

© المنشورات الحقوقية صادر

القسم السابع
غرف المقاصة

المادة ٨٠ - انشاء غرف المقاصة*

ينشىء المصرف وينظم(٥) غرفا للمقاصة(٦) في المدن حيثما يرى ذلك ضروريا.

القسم الثامن
عمليات المصرف(٧)

١- عمليات على ذهب وعملات أجنبية

المادة ٨١ - عمليات مصرفية جائز القيام بها*

- يجاز للمصرف:

١- أن يشتري ويبيع ويستورد ويصدر الذهب وسائر المعادن الثمينة، وأن يجري جميع العمليات الاخرى على هذه المواد(٨).

٢- أن يقبل لدية ايداعات النقود الذهبية أو السبائك الذهبية وأن يصدر لصالح من يطلبها من المودعين شهادات ايداع(٩) ذهب بشكل سندات لحاملها أو لامر.

٣-

استبدل نص الفقرة ٣ من المادة ٨١ بموجب المادة ٨ من المرسوم رقم ٦١٠٢ تاريخ ١٩٧٣/١٠/٥ بالنص التالي:

──────────

- راجع ايضاً القرار رقم ٦٩٨٨ تاريخ ١٩٩٨/٦/٤ المرفق بالتعميم الاساسي للمصارف رقم ٤٦ والمتعلق بالودائع بالعملات الاجنبية المكونة عن طريق الاستلاف بالعملة اللبنانية.
(٥) راجع التعميم رقم ٣٧ تاريخ ١٩٩٨/٢/١٤ المتعلق بحصر استعمال العلب البريدية لدى غرفة المقاصة بممثلي المصارف.
(٦) راجع القرار رقم ٦٩١١ تاريخ ١٩٩٨/٢/٢٦ المرفق بالتعميم الاساسي للمصارف رقم ٤٢ والمتعلق بنظام غرف المقاصة المنشأة في مصرف لبنان.
(٧) راجع القرار رقم ٦٣٦٧ تاريخ ١٩٩٦/١١/٩ المرفق بالتعميم رقم ٣٠ والمتعلق بتنظيم عمليات التحويل من والى مصرف لبنان.
(٨) راجع القانون رقم ٨٦/٤٢ تاريخ ١٩٨٦/٩/٢٤ المتعلق بمنع بيع الموجودات الذهبية لدى مصرف لبنان الا بنص تشريعي يصدر عن مجلس النواب.
(٩) راجع القرار رقم ٧٢٢٤ تاريخ ١٩٩٩/٢/١١ المرفق بالتعميم الاساسي للمصارف رقم ٦١ والمتعلق بنظام اصدار شهادات الايداع والشهادات المصرفية.

أن يحسم ويعيد حسم ويشتري ويبيع سندات تجارية ووسائل دفع وأموالا تحت الطلب محررة بعملات أجنبية.

ويجب أن لا تتعدى مهلة استحقاق السندات ستة أشهر.

٤-

استبدل نص الفقرة ٤ من المادة ٨١ بموجب المادة ٨ من المرسوم رقم ٦١٠٢ تاريخ ١٩٧٣/١٠/٥ بالنص التالي:

أن يشتري ويبيع سندات الدين(١) التي تصدرها أو تكفلها الحكومات الاجنبية أو المؤسسات الدولية والتي تكون محررة بعملات أجنبية وأن تكون سهلة البيع.

٥- أن يكون له حسابات لدى مصارف مركزية أو لدى عملاء(٢) في الخارج.

٦- أن يفتح حسابات لمصارف مركزية ولمصارف أجنبية ولمؤسسات دولية وأن يكون عميلا لهذه المصارف والمؤسسات.

٧- أن يقرض المصارف المركزية والمصارف والمؤسسات المالية الاجنبية والمؤسسات المالية الدولية وأن يستقرض منها، شرط أن تكون هذه العمليات قصيرة الاجل وضمن نطاق مهامه كمصرف مركزي.

المادة ٨٢ - عمليات مصرفية غير جائز القيام بها الا مع هيئات محددة قانوناً أو لحسابها*

لا يمكن المصرف أن يجري العمليات التي تجيزها المادة السابقة الا مع الهيئات التالية أو لحسابها:

أ- القطاع العام.

ب- المصارف والمؤسسات المالية المقيمة في لبنان(٣).

ج- المصارف المركزية والمصارف والمؤسسات المالية في الخارج.

د- المؤسسات المالية الدولية.

المادة ٨٣ - اصدار شهادات ايداع الذهب وشراء العملات الاجنبية وبيعها*

خلافا لاحكام المادة السابقة يمكن المصرف:

أ- أن يصدر شهادات ايداع(٤) الذهب، المشار اليها في الفقرة الثانية من المادة ٨١، لصالح جميع الاشخاص وأن يشتري أو يبيع الذهب دون وساطة المصارف.

ب- أن يقوم مباشرة في حالات استثنائية وبالاتفاق مع وزير المالية بشراء العملات الاجنبية من الجمهور وبيعها منه.

٢- عمليات مع القطاع العام

المادة ٨٤ - القطاع العام

يشمل القطاع العام بمفهوم هذا القانون الدولة والبلديات والاشخاص المعنويين من القانون العام المنصوص عليهم بالمادة ٢ من المرسوم الاشتراعي رقم ١١٧ تاريخ ١٢ حزيران سنة ١٩٥٩.

المادة ٨٥ - صلاحية المصرف المركزي المتمتع بصفة مصرف القطاع العام*

المصرف المركزي هو مصرف القطاع العام(٥)، وبهذه الصفة:

أ- تودع لديه دون سواه أموال القطاع العام(٦).

---

(١) راجع القرار رقم ٦٨٥٦ تاريخ ١٩٩٧/١٢/١٩ المرفق بالتعميم الأساسي للمصارف رقم ٣٦ والمتعلق بسندات الدين الممكن اصدارها من المصارف والمؤسسات المالية اللبنانية.

(٢) راجع القرار رقم ٦٢٧١ تاريخ ١٩٩٦/٨/٢٣ المرفق بالتعميم الاساسي للمصارف رقم ٢٨ والمتعلق بتصنيف العملاء بحسب طبيعة نشاطهم الاقتصادي.

(٣) راجع القرار رقم ٧٢٧٤ تاريخ ١٩٩٩/٤/١٥ المرفق بالتعميم الاساسي للمصارف رقم ٦٢ والمتعلق بالتعامل مع القطاعات غير المقيمة.

(٤) راجع القرار رقم ٧٢٢٤ تاريخ ١٩٩٩/٢/١١ المرفق بالتعميم الاساسي للمصارف رقم ٦١ والمتعلق بنظام اصدار شهادات الايداع والشهادات المصرفية.

(٥) راجع القرار رقم ٦٨٩٥ تاريخ ١٩٩٨/٢/١٤ المرفق بالتعميم الاساسي للمصارف رقم ٣٨ والمتعلق بالودائع والشيكات والحوالات واوامر الدفع العائدة لصالح القطاع العام.
- راجع القرار رقم ٦٩٠٨ تاريخ ١٩٩٨/٢/٢٦ المرفق بالتعميم الاساسي للمصارف رقم ٤٠ والمتعلق باصول ايداع المبالغ النقدية في مصرف لبنان واصول سحب الشيكات على الحسابات المفتوحة لديه.

(٦) نصت المادة ٣ من القانون رقم ٨٧/٤٩ تاريخ ١٩٨٧/١١/٢١ ما يلي: "خلافا لاي نص اخر ولا سيما احكام قانون المحاسبة العمومية المنفذ بالمرسوم رقم ١٤٩٦٩ تاريخ ١٩٦٣/١٢/٣٠ وتعديلاته واحكام قانون النقد والتسليف المنفذ بالمرسوم رقم ١٣٥١٣ تاريخ ١٩٦٣/٨/١ وتعديلاته، يمكن للادارات العامة ذات الموازنات الملحقة والمؤسسات العامة والبلديات وسائر الاشخاص المعنويين ذوي الصفة العمومية فتح حسابات جارية مستقلة بهم في مصرف لبنان."

---

ب- يدفع المبالغ التي يأمر بصرفها القطاع العام حتى قيمة موجودات هذا الاخير لديه.

ج- يجري تحويل الاموال التي يطلبها منه القطاع العام حتى قيمة موجودات هذا الاخير لديه.

د- يؤمن حراسة القيم التي يسلمه اياها القطاع العام عند الاقتضاء[1] ادارتها وبصورة عامة يؤدي لهذا القطاع جميع الخدمات المصرفية.[2]

٥- يمكنه، أخيرا، وفي الحالات المنصوص عليها بالمواد ٨٨ و ٩١ و ٩٢ اعطاء قروض للقطاع العام.[3]

**المادة ٨٦ - ودائع القطاع العام لدى المصرف المركزي\***

ان ودائع القطاع العام لدى المصرف المركزي لا تنتج فوائد. على انه يمكن هذا المصرف بالاتفاق مع وزير المالية، أن يؤدي فائدة لودائع القطاع العام غير ودائع الدولة.

**المادة ٨٧ - خدمات مؤمنة مجانا\***

يؤمن المصرف مجانا الخدمات المنصوص عليها في الفقرات (ب) و(ج) و(د) من المادة ٨٥.

**المادة ٨٨ - منح تسهيلات صندوق الى الخزينة\***

يجاز للمصرف أن يمنح الخزينة، بطلب من وزير المالية، تسهيلات صندوق لا يمكن أن تتعدى قيمتها عشرة بالمئة من متوسط واردات موازنة الدولة العادية في السنوات الثلاث الاخيرة المقطوعة حساباتها ولا يمكن أن تتجاوز مدة هذه التسهيلات[4] الاربعة أشهر.

**المادة ٨٩ - اجازة دائمة للجوء الى الاستلاف\***

تعطى الحكومة اجازة دائمة تخولها اللجوء الى الاستلاف[5] المنصوص عليه بالمادة السابقة كلما تبين لوزارة المالية وللمصرف المركزي ان موجودات الخزينة الجاهزة لدى هذا المصرف غير كافية لمواجهة التزامات الدولة الفورية.

الا ان هذه الاجازة لا يمكن استعمالها أكثر من مرة واحدة خلال اثني عشر شهرا.

**المادة ٩٠ - عدم منح قروضاً للقطاع العام\***

باستثناء تسهيلات الصندوق المنصوص عليها بالمادتين ٨٨ و٨٩ فالمبدأ ان لا يمنح المصرف المركزي قروضا للقطاع العام.

**المادة ٩١ - استقراض الحكومة من المصرف المركزي في ظروف استثنائية\***

الا أنه، في ظروف استثنائية الخطورة أو في حالات الضرورة القصوى، اذا ما ارتأت الحكومة الاستقراض من المصرف المركزي، تحيط حاكم المصرف علما بذلك.

يدرس المصرف مع الحكومة امكانية استبدال مساعدته بوسائل أخرى، كاصدار قرض داخلي أو عقد قرض خارجي أو اجراء توفيرات في بعض بنود النفقات الاخرى أو ايجاد موارد ضرائب جديدة الخ...

وفقط في الحالة التي يثبت فيها انه لا يوجد أي حل اخر، واذا ما أصرت الحكومة، مع ذلك، على طلبها، يمكن المصرف المركزي أن يمنح القرض المطلوب.

حينئذ يقترح المصرف على الحكومة، ان لزم الامر، التدابير التي من شأنها الحد مما قد يكون لقرضه من عواقب اقتصادية سيئة وخاصة الحد من تأثيره، في الوضع الذي أعطي فيه، على قوة النقد الشرائية الداخلية والخارجية.

---

(1) استبدلت عبارة "عند الاقتضاء" بعبارة "وعند الاقتضاء" بموجب تصحيح خطأ ورد في عدد الجريدة الرسمية رقم ٧١ تاريخ ١٩٦٣/٩/٥.

(2) راجع التعميم رقم ٩ تاريخ ١٩٨٦/١٠/٢٨ المتعلق بدفع الرواتب والاجور وسائر المستحقات المالية المستحقة للعاملين في القطاع العام، الذي يحدد موجب دفعها بشيكات مصرفية.

(3) راجع القرار رقم ٧٧٤٣ تاريخ ٢٠٠١/١/٢ المرفق بالتعميم الاساسي للمصارف رقم ٨٠ والمتعلق بدعم الفوائد المدينة على التسليفات الممنوحة للقطاعات الصناعية او السياحية او الزراعية.

(4) راجع القرار رقم ٦١١٦ تاريخ ١٩٩٦/٢/٧ المرفق بالتعميم الاساسي للمصارف رقم ٢٣ والمتعلق بالتسهيلات الممكن ان يمنحها مصرف لبنان للمصارف وللمؤسسات المالية.

- راجع القرار رقم ٧٠٥٥ تاريخ ١٩٩٨/٨/١٣ المرفق بالتعميم الاساسي للمصارف رقم ٤٨ والمتعلق بنظام الحدود القصوى لمخاطر التسهيلات المصرفية.

(5) راجع القرار رقم ٦٩٨٨ تاريخ ١٩٩٨/٦/٤ المرفق بالتعميم الاساسي للمصارف رقم ٤٦ والمتعلق بالودائع بالعملات الاجنبية المكونة عن طريق الاستلاف بالعملة اللبنانية.

الاعتمادات الممنوحة منها، بحسب نماذج موضوعه من قبل المصرف المركزي وضمن المهل المحددة منه.

تغطى نفقات هذه المصلحة من قبل المصارف بالشروط والاصول التي سيحددها المصرف المركزي.

المادة ١٤٨ - رقابة المصارف وكتمان السر*

يعهد بالرقابة (١) على المصارف الى دائرة المصرف(٢) المركزي منفصلة ومستقلة تماما عن بقية دوائره ومرتبطة مباشرة بالحاكم.

يحلف جميع موظفي هذه الدائرة ويلزمون، لصالح المصارف وزبائنها، بكتمان السر المفروض بالمادة الثانية من قانون ٣ أيلول ١٩٥٦، حتى تجاه الاشخاص المنتمين الى دوائر المصرف الاخرى، باستثناء الحاكم، على أن لا يحول ذلك دون تطبيق المادة ١٥١.

المادة ١٤٩ - اصول ممارسة الرقابة*

يمارس المصرف المركزي رقابته على الوجه الاتي:

١- بالتدقيق في البيانات والمستندات والمعلومات والايضاحات والاثباتات التي يجب على المصارف أن تقدمها أو التي يحق للمصرف المركزي أن يطلبها منها عملا بنصوص هذا القانون

٢- بأن يطلب، كلما رأى حاجة لذلك، من مديري المصارف المسؤولين، أية معلومات أو ايضاحات أو اثباتات اضافية، وأن يطلب منهم تأكيدها خطيا وعلى مسؤوليته الشخصية.

٣- بأن يحق لحاكم المصرف المركزي أن يقرر اجراء تدقيق أوفى بواسطة مراقبيه اذا رأى لزوما، للتثبت من كل أو بعض ما ورد ذكره في الفقرتين السابقتين.

وفي حالة اتخاذ الحاكم مثل هذا القرار يتوجب على المديرين المسؤولين في المصرف أو المصارف المعنية أن يضعوا تحت تصرف المراقبين الذين يكون الحاكم قد اختارهم من بين المراقبين التابعين للدائرة المنصوص عليها في المادة ١٤٨، المستندات التي تمكنهم من انجاز مهمتهم ورفع تقرير معلل.

المادة ١٥٠ - محظورات على مراقبي المصرف المركزي*

لا يحق لمراقبي المصرف المركزي، في أية حال، أن يلزموا مديري المصارف بافشاء أسماء زبائنهم، باستثناء أصحاب الحسابات المدينة، كما لا يحق لهم الاتصال بأي شخص غير مدير المصرف المسؤول.

يمكن المصارف أن تنظم حساباتها بشكل لا تظهر فيه أسماء الزبائن باستثناء أصحاب الحسابات المدينة(٣).

يحظر تحظيرا باتا على مراقبي المصرف المركزي، بمناسبة ممارستهم رقابتهم أن يستطلعوا أي أمر من الامور ذات الصفة الضرائبية أو أن يتدخلوا فيها أو أن يخبروا عنها أي شخص كان.

المادة ١٥١ - موجب كتم السر*

على كل شخص ينتمي أو كان ينتمي الى المصرف المركزي، بأية صفة كانت، أن يكتم السر المنشأ بقانون ٣ أيلول سنة ١٩٥٦. ويشمل هذا الموجب جميع المعلومات وجميع الوقائع التي تتعلق ليس فقط بزبائن المصرف المركزي والمصارف والمؤسسات المالية وانما ايضا بجميع المؤسسات المذكورة نفسها والتي يكون اطلع عليها بانتمائه الى المصرف المركزي.

القسم الخامس
قواعد تسيير العمل العامة

١ - مبادىء عامة

المادة ١٥٢ - محظورات على المصارف*

يحظر على المصارف:

١- أن تزاول تجارة أو صناعة أو نشاطا ما غريبا عن المهنة المصرفية.

---

← - راجع القرار رقم ٧٠٥٥ تاريخ ١٩٩٨/٨/١٣ المرفق بالتعميم الاساسي للمصارف رقم ٤٨ والمتعلق بنشر نظام الحدود القصوى لمخاطر التسهيلات المصرفية.

(١) راجع القرار رقم ٧٧٣٧ تاريخ ٢٠٠٠/١٢/١٥ المرفق بالتعميم الاساسي للمصارف رقم ٧٧ والمتعلق بالضبط الداخلي والتدقيق الداخلي لدى المصارف والمؤسسات المالية.

(٢) استبدلت عبارة "دائرة المصرف" بعبارة "دائرة في المصرف" بموجب تصحيح خطأ ورد في عدد الجريدة الرسمية رقم ٧١ تاريخ ١٩٦٣/٩/٥.

© المنشورات الحقوقية صادر

(٣) راجع القرار رقم ٧٦٣٠ تاريخ ٢٠٠٠/٧/٢٧ المرفق بالتعميم الاساسي للمصارف رقم ٧١ والمتعلق بكشوفات حسابات الزبائن المدينين.

وزارة المالية – النقد والتسليف                                                                ٨٥١

ومفروشاته وتوظيفاته العقارية (١) وحصص الشراكة أو المساهمة أيا كان شكلها العائدة له في أية مؤسسة مهما كان موضوعها مضافا اليها مجموع الاعتمادات الممنوحة بموجب المادة السابقة لا يمكن ان تتعدى مجموع الاموال الخاصة(٢) في أي وقت كان.

ان الممتلكات الثابتة في مجموع عناصر الموجودات هذه، لا يمكن أن تتمثل الا بأملاك مقبولة من مصرف لبنان وفاقا لنظام خاص يضعه المصرف المركزي.

**المادة ١٥٤ – شراء حصص شراكة او مساهمة او عقارات تفوق قيمتها الحد المسموح به**

خلافا للفقرة الثانية من المادة ١٥٢ وللمادة ١٥٣، يمكن مصرفا أن يشتري حصص شراكة أو مساهمة(٣) أو عقارات(١) تفوق قيمتها الحد المسموح به، شرط أن يكون الشراء قد حصل لاستيفاء ديون موقوفة أو مشكوك في تحصيلها(٤) الا أنه يترتب على هذا المصرف تصفية هذه الموجودات خلال مدة أقصاها سنتان واذا تعذر عليه التقيد بهذه المهلة لظروف خارجة عن ارادته، يراجع بشأنها المصرف المركزي.

اضيفت الفقرة التالي نصها الى المادة بموجب المادة ٢١ من المرسوم رقم ٦١٠٢ تاريخ ١٩٧٣/١٠/٥:

ان التملك الموقت للعقارات وفقا للفقرة السابقة يعفي من الترخيص المنصوص عليه في قانون تملك الاجانب انما يخضع لترخيص تعطيه لجنة الرقابة على المصارف بعد التحقق من أن الشراء

يتم فعلا استيفاء لدين موقوف أو مشكوك في تحصيله.

**المادة ١٥٥ – تحكيم حول تقدير عناصر موجودات المصرف ٭**

للمصرف المركزي الصلاحية في أن يقدر، على ضوء التعريفات المبينة في المادة ١٧٧، ما اذا كانت بعض العناصر التي تتألف منها موجودات مصرف ما تشكل مشاركات أو مساهمات أو تجميدات، خلافا لاحكام المادتين ١٥٢ و ١٥٣.

اذا اعترض المصرف صاحب العلاقة على وجهة نظر المصرف المركزي، بت بالقضية عن طريق التحكيم العادي، وفقا لقانون أصول المحاكمات المدنية.

يجب أن يحصل العقد التحكيمي خلال الشهر التالي لتاريخ الاعتراض.

يكون القرار التحكيمي غير قابل للاستئناف.

يلزم المحكمون والمحكم الاضافي بكتمان السر المفروض بموجب قانون ٣ أيلول سنة ١٩٥٦.

**المادة ١٥٦ – موجب التوفيق بين مدة توظيفات المصارف وطبيعة مواردها ٭**

على المصارف أن تراعي في استعمال الاموال التي تتلقاها من الجمهور القواعد التي تؤمن صيانة حقوقه.

وعليها بصورة خاصة أن توفق بين مدة توظيفاتها وطبيعة مواردها.(٥)

**المادة ١٥٧ – تصنيف توظيفات المصارف ٭**

تصنف توظيفات المصارف(٦) الى عمليات قصيرة الاجل وعمليات متوسطة أو طويلة الاجل.

**المادة ١٥٨ – قروض قصيرة الاجل ٭**

القروض القصيرة الاجل هي جوهريا المساعدات الموقتة التي تسديها المصارف لخزينة زبائنها أو الاعتمادات التي يؤمن تسديدها طبيعيا

---

(١) راجع القرار رقم ٧٤٦٢ تاريخ ١٩٩٩/١١/٢٣ المرفق بالتعميم الاساسي للمصارف رقم ٦٥ والمتعلق بنظام التوظيفات والمساهمات العقارية للمصارف.

(٢) – راجع القرار رقم ٦٩٣٨ تاريخ ١٩٩٨/٣/٢٥ المرفق بالتعميم الاساسي للمصارف رقم ٤٣ والمتعلق بتحديد الاموال الخاصة للمصارف.
– راجع القرار رقم ٦٩٣٩ تاريخ ١٩٩٨/٣/٢٥ المرفق بالتعميم الاساسي للمصارف رقم ٤٤ والمتعلق بتحديد نسبة الملاءة في المصارف اللبنانية.

(٣) حذفت عبارة "سندات دين" بموجب المادة ٢١ من المرسوم رقم ٦١٠٢ تاريخ ١٩٧٣/١٠/٥.

(٤) راجع القرار رقم ٧٧٤٠ تاريخ ٢٠٠٠/١٢/٢١ المرفق بالتعميم الاساسي للمصارف رقم ٧٨ والمتعلق بتصفية العقارات والمساهمات وحصص الشراكة المتملكة استيفاء لديون موقوفة أو مشكوك بتحصيلها عملا باحكام هذه المادة.

© المنشورات الحقوقية صادر

---

(٥) راجع التعميم رقم ٣ تاريخ ١٩٧٣/٨/٢٣ المتعلق بتذكير المسؤولين في المصارف بوجوب التقيد بمبدأ توظيف الموارد المصرفية بذات العملة التي ترد بها.

(٦) – راجع القرار رقم ٧٩٢٦ تاريخ ٢٠٠١/٩/٢٠ المرفق بالتعميم الاساسي للمصارف رقم ٨٦ والمتعلق بتوظيفات المصارف الالزامية.
– راجع القرار رقم ٧٧٧٦ تاريخ ٢٠٠١/٢/٢١ المرفق بالتعميم الاساسي للمصارف رقم ٨١ والمتعلق بعمليات التسليف والتوظيف والمساهمة والمشاركة.

وزارة المالية – النقد والتسليف ٨٥٢٢

أ- التنبيه.

ب- تخفيض تسهيلات(1) التسليف المعطاة له أو تعليقها.

ج- منعه من القيام ببعض العمليات أو فرض أية تحديدات أخرى في ممارسته المهنة.

د-

استبدل نص الفقرة (د) بموجب المادة ١١ من القانون رقم ٦٧/٢٨ تاريخ ١٩٦٧/٥/٩ بالنص التالي:

تعيين مراقب أو مدير مؤقت.

هـ- شطبه من لائحة المصارف.

ولا يحول ذلك دون تطبيق الغرامات والعقوبات الجزائية التي يتعرض لها المصرف المخالف.

**المادة ٢٠٩** – تقرير العقوبات من قبل الهيئة المصرفية العليا*

استبدل نص المادة ٢٠٩ بموجب المادة ٩ من المرسوم رقم ١٤٠١٢ تاريخ ١٩٧٠/٣/١٦ بالنص التالي:

– تقرر العقوبات المنصوص عليها في المادة السابقة من قبل الهيئة المصرفية العليا المنشأة بموجب المادة ١٠ من القانون رقم ٦٧/٢٨ تاريخ ٩ أيار سنة ١٩٦٧.

لا تقبل قرارات هذه الهيئة أي طريق من طرق المراجعة العادية وغير العادية الادارية أو القضائية.

**المادة ٢١٠** – نشر قرارات الهيئة المصرفية العليا*

استبدل نص المادة ٢١٠ بموجب المادة الاولى من المرسوم الاشتراعي رقم ١٢ تاريخ ١٩٦٧/٧/١٤ بالنص التالي:

يجب نشر قرارات اللجنة المشار اليها بالمادة السابقة عندما تتناول هذه القرارات تعيين مدير مؤقت أو شطب مصرف من لائحة المصارف.

---

(1) – راجع القرار رقم ٦١١٦ تاريخ ١٩٩٦/٣/٧ – المادة ٤ المرفق بالتعميم الاساسي للمصارف رقم ٢٣ والمتعلق بتعيين الحد الاقصى لرصيد التسهيلات الممكن ان يمنحها مصرف لبنان.
– راجع القرار رقم ٧٠٥٥ تاريخ ١٩٩٨/٨/١٣ المرفق بالتعميم الاساسي للمصارف رقم ٤٨ والمتعلق بنشر نظام الحدود القصوى لمخاطر التسهيلات المصرفية.

---

**الباب الخامس**
**أحكام انتقالية متعلقة بالباب الثالث**

**المادة ٢١١** – مهلة تسجيل المصارف والمؤسسات المالية لدى المصرف المركزي*

على المؤسسات المشار اليها بالمادتين ١٢١ و ١٧٨ أن تطلب، وفقا لاحكام المادتين ١٣٥ و ١٨٠، قيدها أو تسجيلها لدى المصرف المركزي، خلال مهلة ثلاثة أشهر اعتبارا من تاريخ الاعلام الذي سينشره هذا المصرف في الصحف داعيا اياها لاجراء هذه المعاملات.

**المادة ٢١٢** – مهلة نشر اللائحة*

تنشر اللائحة المشار اليها بالمادة ١٣٦ للمرة الاولى خلال الاشهر التسعة التي تلي انقضاء مهلة الثلاثة أشهر المحددة بالمادة السابقة.

**المادة ٢١٣** – مؤسسات مصرفية غير مدرجة في اللائحة*

ان المؤسسات التي لا تكون مدرجة في اللائحة المشار اليها بالمادة السابقة يجب عليها، وفقا للمادة ١٣٧، أن تتوقف عن ممارسة المهنة المصرفية وعن استعمال عبارات "مصرف"، "صاحب مصرف"، أو "مصرفي" اعتبارا من نشر هذه اللائحة.

**المادة ٢١٤** – مهلة التقيد بأحكام المادتين ١٣٢ و ١٣٣*

على المصارف أن تتقيد بأحكام المادتين ١٣٢ و ١٣٣ خلال السنتين التاليتين لتاريخ اعلام المصرف المركزي لها بقبول طلب تسجيلها.

**المادة ٢١٥** – مهلة التوقف عن اجراء العمليات المحظورة بموجب المادة ١٥٢*

على المصارف، اعتبارا من التاريخ الذي تكون قد بلغت فيه تسجيلها أن تتوقف عن اجراء العمليات المحظورة بموجب المادة ١٥٢.

**المادة ٢١٦** – منح مهلة لتصفية او تسوية العمليات ولاتخاذ التدابير اللازمة*

تمنح المصارف مهلة خمس سنوات(2)، اعتبارا من اليوم الذي تكون قد بلغت فيه تسجيلها على اللائحة:

أ- لتصفية أو تسوية العمليات المشار اليها بالمادة ١٥٢ والتي قد تكون قد سارت بها.

---

(2) راجع المرسوم رقم ٤٩٨ تاريخ ١٩٧١/٢/١ – المادة الاولى التي مددت هذه المهلة لغاية ١٩٧٢/٧/٣١.

© المنشورات الحقوقية صادر