# Exhibit no. 4
# Article 40 of Law no. 1/84 of June 13, 1984

**<u>Article 40 of Law no. 1/84 of June 13, 1984</u>**

Notwithstanding all other provisions, the Central Bank and those working at the Central Bank are subject only to the special legal and regulatory provisions governing its business.

وزارة المالية – موازنات الدولة العامة

٣٥/٩٦٢٢

| | |
|---|---|
| – الموازنـــة العامـــة – الجــزء الثاني – الواردات الاستثنائية | ٣,٨٦٥,٠٠٠,٠٠٠ |
| – موازنة المواصلات السلكية واللاسلكية | ٩١٧,٠٠٠,٠٠٠ |
| – موازنة مديرية اليانصيب الوطني | ١٩٥,٠٠٠,٠٠٠ |
| – موازنة مكتب الحبوب والشمندر السكري | ٤١٣,٠٠٠,٠٠٠ |
| المجموع | ١٢,٤٢٢,٠٠٠,٠٠٠ |

وذلك وفقا للجداول رقم ٥، ٦، ٧، ٨، الملحقة بهذا القانون.

المادة ٤ –

تجاز وفقا لأحكام هذا القانون ولأحكام القوانين النافذة او التي ستنشر فيما بعد جباية مختلف الضرائب والرسوم والحاصلات والعائدات المبينة في الجداول الملحقة بهـذا القانون.

المادة ٥ –

يرخص لوزير المالية ان ينقل بقرار منه، بعــد تأشيـر المراقب المركزي لعقد النفقات، المبالغ اللازمة لمساعدات وتعويضات المرض والوفاة التي تستحق لغير المنتسبين لتعاونية الموظفين عملاً بالقوانين والانظمة المرعيـة الاجراء، من الاعتماد الاحتياطي لتغذية مختلف بنـود الموازنة الى الفقرة المخصصة لمساعدات المرض والوفاة في مختلف فصول الموازنة، مع مراعــاة المـادة الثانيـة والعشرين من قانون موازنة ١٩٨١.

المادة ٦ –

توزع بمرسوم يتخذ في مجلس الـوزراء بناء علــى اقتراح وزيري الصحة العامة والمالية الاعتمادات المرصدة بصورة اجمالية في الجزء الاول من موازنة وزارة الصحة العامة – الفصل الاول – البند ٧ – الفقرة ١ – المخصصة للمعالجة في المؤسسات والمستشفيات الخاصة والعقود مع الاطباء في القطاع الخاص.

المادة ٧ –

تنفق اعتمادات الدعاية المرصدة في التنسيب: ١٢-١-٦-١ (نبذة ٦) كليا او جزئيا من قبل مـدير عـام وزارة الاعلام ومدير المالية العام بعد موافقة وزير الاعـلام دون ان يخضع هذا الانفاق لاحكام القوانين والانظمة الاداريــة والمالية النافذة.

يعطى المديران العامان لهذه الغاية سلفات فصلية تودع في الخزينة ويكتفي لتسديدها واجراء معــاملات تصفيتهـا وصرفها ببيان اجمالي فصلي بالمبالغ المدفوعـة يوقعــه المديران العامان معاً دونما حاجة الى اي مستند آخر.

المادة ٨ –

يقتطع من الرسم البلدي على المواد الملتهبة قبل توزيعه على البلديات مليونا ليرة لبنانية يخصص لانارة القرى التي ليس فيها بلديات ثمن طاقــة وصـيانة، بواسـطة وزارة الموارد المائية والكهربائية (المديرية العامة للاستثمار).

المادة ٩ –

يجاز للحكومة ضمن حدود مبلغ يوازي عجز الموازنة احتياجات الخزينة اصدار سندات خزينة بالعملة اللبنانيــة

© المنشورات الحقوقية صادر

قانون رقم ١/٨٤
صادر في ١٣ حزيران سنة ١٩٨٤
الموازنة العامة والموازنات الملحقة
لعام ١٩٨٤

اقر مجلس النواب،

وينشر رئيس الجمهورية القانون التالي نصه:

مادة وحيدة –

صدق مشروع الموازنة العامة والموازنــات الملحقــة والجداول المرفقة لعام ١٩٨٤ المحال على مجلس النـواب بموجب المرسوم رقم ١٠٥١ تــاريخ ١٩٨٣/٩/٢٦ كما عدلته لجنة المالية والموازنة النيابية.

ويعمل بهذا القانون فور نشره.

بعبدا في ١٣ حزيران ١٩٨٤

الامضاء: امين الجميل

نشر هذا القانون في عدد الجريدة الرسمية رقم ١٧
تاريخ ١٩٨٤/٦/١٤

قانون موازنة ١٩٨٤

المادة الاولى –

تحدد ارقام الموازنة العامة والموازنات الملحقة عــن السنة المالية التي تبدأ في اول كانون الثاني ١٩٨٤ وتنتهي في ٣١ كانون الأول ١٩٨٤ وفقا لاحكام المادتين الثانيــة والثالثة من هذا القانون.

المادة ٢ –

تفتح في الموازنة العامة والموازنات الملحقة الاعتمادات المبينة في ما يلي:

| | |
|---|---|
| – الموازنـــة العامـــة (الجــزءان الاول والثاني أ او ب) | ١٠,٨٩٧,٠٠٠,٠٠٠ |
| – موازنة المواصلات السلكية واللاسلكية | ٩١٧,٠٠٠,٠٠٠ |
| – موازنة مديرية اليانصيب الوطني | ١٩٥,٠٠٠,٠٠٠ |
| – موازنة مكتب الحبوب والشمندر السكري | ٤١٣,٠٠٠,٠٠٠ |
| المجموع | ١٢,٤٢٢,٠٠٠,٠٠٠ |

وذلك وفقا للجداول رقم ١، ٢، ٣، ٤، الملحقــة بهـذا القانون.

المادة ٣ –

تقدر واردات الموازنة العامة والموازنات الملحقة على الوجه التالي:

| | |
|---|---|
| – الموازنـــة العامـــة – الجــزء الاول – الواردات العادية | ٧,٠٣٢,٠٠٠,٠٠٠ |

وزارة المالية – موازنات الدولة العامة ٣٩/٩٦٢٢

خلافا لاي نص آخر يتحقق رئيس مصلحة الخزينة بواسطة الموظفين المختصين بشؤون الطوابع:

- من وجود اجازة بيع الطوابع.
- من التزام صاحب الاجازة بالشروط المحددة اعلاه استمرار توفرها لديه.

يتولى هؤلاء الموظفون اثبات المخالفات بهذا الشأن بموجب محاضر ضبط وفقا للاصول المحددة في المادة ٦٤ من هذا المرسوم الاشتراعي ويتمتعون لهذه الجهة بصفة الضابطة العدلية وتطبق عليهم احكام المادة ٦٣ منه.

على رئيس مصلحة الخزينة، وبناء على محاضر الضبط المثبتة للمخالفات المنصوص عليها في المادتين ٧١ و٧٢ من هذا المرسوم الاشتراعي، ان يفرض الغرامات المحددة فيهما.

المادة ٣٦ -

تحدد الغرامات المفروضة بموجب المواد ٧٠ و٧١ و٧٢ من المرسوم الاشتراعي رقم ٦٧/١٩٦٧ (قانون رسم الطابع المالي) بالف ليرة لبنانية.

المادة ٣٧ -

اولا: تلغي المادة ٣٤ من المرسوم الاشتراعي رقم ٨٢ تاريخ ١٩٨٣/٩/١٦، ويستعاض عنها بالنص التالي:

«تخضع للرقابة الادارية المسبقة فيما خص الواردات المعاملات التالية:

١- معاملات تلزيم الايرادات عندما تفوق القيمة /١٠٠/ الف ليرة لبنانية.

٢- معاملات بيع العقارات عندما تفوق القيمة /١٠٠/ الف ليرة لبنانية.

ثانيا: تلغي المادة ٣٥ من المرسوم الاشتراعي رقم ٨٢ تاريخ ١٩٨٣/٩/١٦، ويستعاض عنها بالنص الآتي:

«تخضع للرقابة الادارية المسبقة فيما خص النفقات المعاملات التالية:

١- صفقات اللوازم والاشغال والخدمات التي تفوق قيمتها /٤٠٠/ الف ليرة لبنانية.

٢- الاتفاقيات الرضائية بما فيها عقود الايجار التي تفوق قيمتها /٢٠٠/ الف ليرة لبنانية.

٣- معاملات شراء العقارات عندما تفوق القيمة /٣٠٠/ الف ليرة لبنانية.

٤- معاملات المنح والمساعدات والمساهمات عندما تفوق قيمة المنحة او المساعدة او المساهمة الواحدة /٢٠٠/ الف ليرة لبنانية».

ثالثا: تلغي المادة ٣٦ من المرسوم الاشتراعي رقم ٨٢ تاريخ ١٩٨٣/٩/١٦، ويستعاض عنها بالنص الآتي:

«تخضع للرقابة الادارية المسبقة المصالحات الحبية على دعاوي او خلافات اذا كان المبلغ موضوع النزاع يفوق الـ /٢٠٠/ الف ليرة لبنانية».

المادة ٣٨ -

تعدل الفقرة ١ من المادة ١٥١ من قانون المحاسبة العمومية بحيث يصبح نصها كالآتي:

«١- اذا كانت قيمتها لا تتجاوز ٤٠٠٠٠ ليرة».

المادة ٣٩ -

استبدل نص المادة ٣٩ بموجب المادة ١٩ من القانون رقم ٨٩ تاريخ ١٩٩١/٩/٧، ثم بموجب المادة ١٢ من القانون رقم ٦٤ تاريخ ٢٠١٧/١٠/٢٠ بالنص التالي:

خلافا لأي نص آخر، تخضع جوائز اليانصيب الوطني بكافة أنواعه، وجوائز اليانصيب الأجنبي المجاز بيع أوراقه في لبنان، إلى ما تفوق قيمتها ١٠,٠٠٠ ليرة لبنانية، لرسم نسبي قدره ٢٠% من قيمة هذه الجوائز، يؤخذ ايرادا للموازنة العامة.

المادة ٤٠ -

خلافا لاي نص آخر، لا يخضع مصرف لبنان والعاملون فيه الا للاحكام القانونية والتنظيمية الخاصة التي ترعى شؤونه.

المادة ٤١ -

خلافا لاحكام المادة ١١٤ من قانون المحاسبة العمومية، يجاز تدوير كافة الاعتمادات المعقودة والاعتمادات غير المعقودة في الجزء الثاني «أ» و«ب» من موازنة ١٩٨٣ خلال مهلة اربعين يوما من تاريخ نشر موازنة ١٩٨٤، وذلك بقرار يصدر عن وزير المالية.

المادة ٤٢ -

«مع الاحتفاظ باحكام المرسوم الاشتراعي رقم ١٤٤ تاريخ ١٩٨٣/٩/١٦ تزاد سائر الرسوم المفروضة بموجب القانون رقم ٦٦/١١ تاريخ ١٩٦٢/٢/١٤ المتعلق برسوم الملاحة والمنائر والمعدل بموجب المادة ٢١ من قانون موازنة ١٩٨٢ بنسبة ماية بالماية (١٠٠%) وتستفيد السفن اللبنانية من تخفيض قدره خمسة وعشرون بالماية (٢٥%) على مجمل الرسوم التي يتناولها هذا التعديل».

المادة ٤٣ -

يجاز للحكومة ان تستعين بصورة استثنائية بلجان استملاك بدائية اضافية للقيام بعمليات الاستملاك العائدة لمشاريع تطوير شبكة الطرق على ان تعين بمرسوم بناء على اقتراح وزير الاشغال العامة والنقل وتعطى التعويضات المنصوص عنها في انظمة التعويضات النافذة وتتألف برئاسة مهندس برتبة رئيس دائرة على الاقل وبعضوية موظف من الفئة الثالثة ومهندس غير موظف ذي خبرة.

المادة ٤٤ -

يمدد العمل بانظمة مصلحة الانعاش الاجتماعي والمؤسسة الوطنية للاستخدام كالسابق لحين صدور النصوص التنظيمية الجديدة.

المادة ٤٥ -

تمدد لغاية ١٩٨٤/١٠/٣٠ كل من المهل التالية:

١- مهل تقديم التصاريح العائدة لضريبة الدخل وضريبة الاملاك المبنية عن اعمال سنة ١٩٨٣ وما قبلها بما في ذلك مهل التأشير على السجلات وتسجيل عقود الايجارات او تمديدها.

اما شركات الاموال الخاضعة لاحكام المرسوم رقم ٤٥٦٢ تاريخ ١٩٨١/١٢/١٢ فتستفيد من هذا التمديد فيما يتعلق باعمال سنة ١٩٨٣ فقط. ويتوجب عليها تقديم التصريح عن اعمال العام المذكور وتسديد الضريبة قبل انقضاء المهلة المحددة في هذه المادة.

---

٦٨١   رقم ٢٠١٧/٣٢٣م اعادة + تعديل
يوضع مكان الصفحة ٣٩/٩٦٢٢