# Exhibit no. 5
## Articles 9, 10, 19 of Law no. 28/67 of May 9, 1967

**Articles 9, 10, 19 of Law no. 28/67 of May 9, 1967**

**Article 9:**

The Commission's task is to verify, taking each bank separately, the proper implementation of bank's regulations provided for under Title III of the Code of Money and Credit, in conformity with the rules defined in Articles 149 and 150 of the said Code.

The Commission shall carry out periodical verifications for all banks, without complying, if it should deem it necessary, with the provisions of paragraphs 1 and 2 of Article 149 of the aforementioned Code.

The Commission shall perform the supervisory powers granted to the Governor of the Central Bank and to the Central Bank by the Code of Money and Credit, as well as the powers granted to it by the present law.

The Commission may establish for each bank a program designed to improve its position and reduce its overheads, and recommend its application by the bank.

**Article 10**:

A Higher Banking Commission is established at the Central Bank and is composed as follows:

- The Governor of the Central Bank, Chairman.
- One of the vice-governors designated by the Central Bank Board.
- The Director-General of the Ministry of Finance.
- A magistrate with at least ten years' practice, appointed by decree following the approval of the Higher Council of Magistrates.
- The member appointed to the Banking Control Commission upon the proposal of the Lebanese Banks' Association.

The Chairman of the National Deposits Guarantee Establishment, set up by the present law, shall join the Commission, once the said Establishment is created.

This Commission shall replace the Sanctions Commission referred to under Article 209 of the Code of Money and Credit, and it shall apply, if need be, the sanctions provided for in Article 208 of the said Code and shall exercise the prerogatives vested in it by virtue of such Code.

The Banking Control Commission must inform the Governor of the Central Bank of the situation of banks individually and globally. The Higher Banking Commission may also require from the Commission additional information concerning the matters that are submitted to its consideration.

The Higher Banking Commission meets upon the invitation of its Chairman or upon the request of two of its members. Its meetings are not legal unless at least four of its members are in attendance.

The Commission's resolutions are passed by a majority of at least three votes. In the event of a tie, the Chairman shall have a casting vote.

**Article 19:**

The Central Bank may set the maximum rate of interest which banks shall be authorized to pay on deposits. If depositors receive interest in excess of such maximum rate, their deposits shall not be deemed covered by the guarantee.

As for the infringing bank, it shall be liable by virtue of Article 209 of the Code of Money and Credit, to one of the sanctions listed in Article 208 of the said Code, as well as to a fine from 5,000 to 25,000 Lebanese Pounds.

وزارة المالية – النقد والتسليف                                                        ١/٨٥٢٦

المادة الاولى –

توضع موضع التنفيذ الاحكام التالية من قانون النقد والتسليف الصادر في أول أب سنة ١٩٦٣:٢٢٤.

المادة ١١ – المواد ١٢ الى ١٩ معنية – المادة ٢٠ مع مراعاة أحكام الفقرة الرابعة من المادة ٢٣٠ – المادتان ٢١ و٢٢ – المواد ٢٥ الى ٣٤ معنية – المواد ٤١ الى ٤٦ معنية – المواد ٧٠ الى ٧٤ معنية – الفقرة (أ) من المادة ١١٠ – المادة ١١٨ – المواد ١٢١ الى ١٢٤ – معنية الفقرة الاولى من المادة ١٢٦، مع مراعاة الباب الخامس في ما خص المؤسسات المنشأة قبل نشر هذا المرسوم – المادتان ١٢٧ و١٢٨ – المادتان ١٣٠ و١٣١ – المادتان ١٣٢ و١٣٣ مع مراعاة أحكام المادة ٢١٤ في ما خص المؤسسات المنشأة قبل نشر هذا المرسوم – المواد ١٤٣ الى ١٤٦ معنية – المادة ١٥١ – المواد ١٥٢ و١٥٣ و١٥٤ مع مراعاة احكام المادتين ٢١٥ و٢١٦ في ما خص المؤسسات المنشأة قبل نشر هذا المرسوم – المواد ١٥٦ الى ١٧١ معنية – المادة ١٧٩ – المواد ١٨١ الى ١٨٤ معنية – المواد ١٨٥ الى ١٩٠ معنية، على أن تطبق ابتداء من سنة ١٩٦٤ المالية – المادة ١٩١ – المادة ١٩٣ – المادة ١٩٦ – المادة ١٩٧ مع مراعاة احكام المادتين ٢١٥ و٢١٦ في ما خص المؤسسات المنشأة قبل نشر هذا المرسوم – المواد ١٩٨ الى ٢٠٠ معنية – المواد ٢٠٢ الى ٢٠٦ معنية – المادة ٢٠٧ في ما خص مخالفة المادة ١٤٦ – المادتان ٢٢٣ و٢٢٤.

المادة ٢ –

ينشر هذا المرسوم ويبلغ حيث تدعو الحاجة، ويعتبر نافذا من تاريخ نشره في الجريدة الرسمية.

الذوق في ٢٧ تشرين الثاني سنة ١٩٦٣

الامضاء: فؤاد شهاب

نشر هذا المرسوم في عدد الجريدة الرسمية رقم ٩٥ تاريخ ١٩٦٣/١١/٢٨

---

قانون رقم ٦٦/٢٥
صادر في ٣ حزيران سنة ١٩٦٦
اجازة انضمام لبنان الى الاتفاقية الدولية لقمع تزييف النقد

(راجع: وزارة المالية – الاتفاقيات الدولية)

---

قانون رقم ٦٧/٢٨
صادر في ٩ أيار سنة ١٩٦٧
تعديل واكمال التشريع المتعلق بالمصارف وانشاء مؤسسة مختلطة لضمان الودائع المصرفية

معدل بموجب:

| | |
|---|---|
| المرسوم الاشتراعي رقم ٨ | تاريخ ١٩٦٧/٠٧/٠٣ |
| والمرسوم الاشتراعي رقم ٤٢ | تاريخ ١٩٦٧/٠٨/٠٥ |
| والمرسوم رقم ٩٧٨٩ | تاريخ ١٩٦٨/٠٥/٠٣ |
| والمرسوم رقم ١٤٠١٣ | تاريخ ١٩٧٠/٠٣/١٦ |
| والقانون رقم ٧٠/١٤ | تاريخ ١٩٧٠/٠٦/١٥ |
| والمرسوم رقم ٣٣٢١ | تاريخ ١٩٧٢/٠٥/٢٦ |
| والمرسوم رقم ٩٧٣٥ | تاريخ ١٩٧٥/٠٢/٢١ |
| والمرسوم رقم ٣٨ | تاريخ ١٩٧٧/٠٢/٢٣ |
| والقانون رقم ٨٥/٤ | تاريخ ١٩٨٥/٠٤/٠١ |
| والقانون رقم ٨٦/٤٨ | تاريخ ١٩٨٦/١٢/٢٤ |
| والقانون رقم ٨٨/١٥ | تاريخ ١٩٨٨/٠٤/٢٠ |
| والقانون رقم ١١٠ | تاريخ ١٩٩١/١١/٠٧ |

يعدل:

| | |
|---|---|
| المرسوم رقم ١٣٥١٣ | تاريخ ١٩٦٣/٠٨/٠١ |

اقر مجلس النواب
وينشر رئيس الجمهورية القانون الاتي نصه:

الباب الاول
احكام متعلقة بقانون النقد والتسليف

المادة الاولى – نظام فتح فروع للمصارف العاملة في لبنان*

يخضع لترخيص مسبق من مصرف لبنان وفق نظام يضعه بالتشاور مع جمعية مصارف لبنان فتح فروع في الخارج لمصارف لبنانية وكذلك فتح

---

٢٤١        رقم ٥٣٩/٢٠١٦م اعادة + تعديل
يوضع مكان الصفحة ١/٨٥٢٦

لا يطبق هذا الامتياز على التزامات الفرع العامل في لبنان تجاه مركز المصرف الرئيسي وسائر فروعه.

**المادة ٨ – لجنة الرقابة على المصارف***

تنشأ لدى مصرف لبنان لجنة مستقلة للرقابة على المصارف(١) غير خاضعة في ممارسة أعمالها لسلطة المصرف وترتبط بها دائرة الرقابة المنصوص عليها في المادة ١٤٨ من قانون النقد والتسليف.

تؤلف اللجنة من خمسة(٢) أعضاء يعينون بمرسوم يتخذ في مجلس الوزراء بناء على اقتراح وزير المالية على الوجه التالي:

أولا – اختصاصي في الشؤون المصرفية أو المالية أو أستاذ جامعي متخصص في هذه الشؤون – رئيسا.

ثانيا – عضو تقترحه جمعية المصارف في لبنان.

ثالثا – عضو تقترحه مؤسسة الضمان المنشأة بموجب هذا القانون ويحل ممثل عن مصرف لبنان يعينه مجلس المصرف محل العضو الذي يمثل مؤسسة الضمان ريثما تباشر هذه المؤسسة عملها.

يعين أعضاء هذه اللجنة لمدة خمس سنوات وينبغي أن تتوافر فيهم الخبرة والصفات المعنوية التي تستوجبها ممارسة وظيفتهم.

يتفرغ أعضاء اللجنة الى عملهم ولا يجوز أن يتعاطوا أي عمل آخر.

يقسم الاعضاء بين يدي رئيس الجمهورية على أن يقوموا بوظائفهم بإخلاص ودقة محترمين القانون والشرف ويلزمون بكتمان السر المصرفي المفروض بالمادة ١٥١ من قانون النقد والتسليف المعطوفة على قانون ٣ أيلول سنة ١٩٥٦(٣).

تأخذ اللجنة قراراتها بالاكثرية.

تطبق على الاعضاء احكام المادتين ١٩ و ٢٠ من قانون النقد والتسليف وتحدد مخصصاتهم في نظام اللجنة الخاص.

يتحمل مصرف لبنان جميع النفقات العائدة لهذه اللجنة.

تباشر اللجنة عملها فور تعيينها وتضع نظاما لعملها ولموظفيها تصدق عليه الهيئة المصرفية العليا المنصوص عليها في المادة العاشرة من هذا القانون.

وللجنة أن تطلب المعلومات التي تحتاج اليها من المصرف المركزي.

كما أن لحاكم مصرف لبنان أن يطلب من اللجنة أن تقوم بتدقيق خاص في وضع مصرف معين.

أضيفت الفقرة التالية الى المادة ٨ بموجب المادة الاولى من المرسوم الاشتراعي رقم ٤٢ تاريخ ١٩٦٧/٨/٥(٤):

عند غياب رئيس اللجنة ينوب عنه اكبر عضوي(٥) اللجنة سنا وعند التساوي فأقدمهما في العمل المصرفي. وعند غياب أي من عضوي اللجنة ينوب عنه من تعينه الهيئة المصرفية العليا من بين المدراء في المصرف المركزي.

يمارس الرئيس أو العضو المناوب صلاحيات الرئيس أو العضو الاصيل(٦).

**المادة ٩ – مهام لجنة الرقابة***

<u>مهمة اللجنة التحقق من حسن تطبيق النظام المصرفي المنصوص عليه في الباب الثالث من قانون النقد والتسليف على المصارف افراديا وفق الاصول المحددة في المادتين ١٤٩ و ١٥٠ من قانون النقد والتسليف.</u>

<u>ويجب على اللجنة أن تقوم بالتدقيق الدوري على جميع المصارف دون التقيد، اذا رأت ذلك، بأحكام الفقرتين ١ و ٢ من المادة ١٤٩ من القانون المذكور.</u>

---

(١) راجع القرار رقم ٧٧٣٧ تاريخ ٢٠٠٠/١٢/١٥ المرفق بالتعميم الأساسي للمصارف رقم ٧٧ والمتعلق بالضبط الداخلي والتدقيق الداخلي لدى المصارف والمؤسسات المالية.

(٢) عدل عدد اعضاء لجنة الرقابة على المصارف بحيث اصبح خمسة بدلا من ثلاثة بموجب المادة ٢ من القانون رقم ٨٥/٤ تاريخ ١٩٨٥/٤/١.

(٣) راجع المرسوم الاشتراعي رقم ٤٣ تاريخ ١٩٦٧/٨/٥ الذي حدد مسؤولية رئيس وعضوي لجنة الرقابة على المصارف.

(٤) ورد في المرسوم الاشتراعي رقم ٤٢ تاريخ ١٩٦٧/٨/٥ ان هذه الفقرة تضاف الى المادة ٢ والاصح ان تكون اضافة هذه الفقرة الى المادة ٨ لأن نص هذه الفقرة لا يأتلف مع نص المادة ٢ بل مع نص المادة ٨.

(٥) ذكر في نص المرسوم الاشتراعي رقم ٤٣ تاريخ ١٩٦٧/٨/٥ كلمة عضوي واستبدلت باعضاء بعد زيادة اعضاء اللجنة الى خمسة بموجب القانون رقم ٨٥/٤ تاريخ ١٩٨٥/٤/١.

(٦) راجع المرسوم رقم ٩٩٧٦ تاريخ ١٩٧٥/٤/١ – المادة ٣ المتعلقة بحق الرئيس بالاطلاع على السجلات.

© المنشورات الحقوقية صادر

وزارة المالية - النقد والتسليف ٤/٨٥٢٦

تمارس اللجنة صلاحيات الرقابة الممنوحة لحاكم مصرف لبنان ولمصرف لبنان بموجب قانون النقد والتسليف والصلاحيات المعطاة لها بموجب هذا القانون.

يحق للجنة أن تضع لأي مصرف برنامجا لتحسين أوضاعه وضبط نفقاته وان توصيه بالتقيد به.

**المادة ١٠ - الهيئة المصرفية العليا\***

تنشأ لدى مصرف لبنان هيئة تسمى الهيئة المصرفية العليا(١) وتؤلف من:

- حاكم مصرف لبنان - رئيسا
- أحد نواب الحاكم يختاره مجلس المصرف المركزي.
- مدير المالية العام
- قاض مارس القضاء عشر سنوات على الأقل يعين بمرسوم بعد موافقة مجلس القضاء الأعلى.
- العضو المعين بناء على اقتراح جمعية المصارف في لجنة الرقابة.

ينضم رئيس المؤسسة الوطنية لضمان الودائع المنشأة بموجب هذا القانون إلى الهيئة فور إنشاء المؤسسة المذكورة.

استبدل نص الفقرة ٣ من المادة ١٠ بموجب المادة الاولى من المرسوم رقم ١٤٠١٣ تاريخ ١٩٧٠/٣/١٦ بالنص التالي:

تحل هذه الهيئة محل لجنة العقوبات المنصوص عليها في المادة ٢٠٩ من قانون النقد والتسليف وتطبق عند الاقتضاء العقوبات المبينة في المادة ٢٠٨ من القانون المذكور وتمارس الصلاحيات المعطاة لها بموجب هذا القانون.

على لجنة الرقابة ان تطلع تباعا حاكم مصرف لبنان على أوضاع المصارف إجمالا وإفراديا. كما ان للهيئة الحق في ان تطلب من اللجنة أية معلومات إضافية عن القضايا التي تعرض عليها.

تجتمع الهيئة المصرفية العليا بناء على دعوة من رئيسها أو بطلب اثنين من أعضائها، ولا تكون اجتماعاتها قانونية الا إذا حضر أربعة أعضاء على الأقل.

وتتخذ قراراتها بأكثرية ثلاثة أصوات على الأقل وعند التعادل يكون صوت الرئيس مرجحا.

**المادة ١١ - تعديل قانون النقد والتسليف\***

تستبدل الفقرة "د" من المادة ٢٠٨ من قانون النقد والتسليف بالعبارة الآتية:

ادخل التعديل في صلب النص المذكور.

**الباب الثاني**
**أحكام متعلقة بإنشاء المؤسسة**
**الوطنية لضمان الودائع**

**المادة ١٢ - انشاء المؤسسة الوطنية لضمان الودائع\***

تنشأ مؤسسة مختلطة لضمان الودائع المصرفية تسهم فيها الدولة وجميع المصارف العاملة في لبنان.

استبدل نص الفقرتين ٢ و ٣ من المادة ١٢ بموجب المادة ٢ من المرسوم رقم ١٤٠١٣ تاريخ ١٩٧٠/٣/١٦ بالنص التالي:

تعرف هذه المؤسسة باسم "المؤسسة الوطنية لضمان الودائع" ويكون مركزها بيروت وتكون اسهمها اسمية وغير قابلة للتفرغ.

تحدد مساهمة كل مصرف برأسمال المؤسسة بمبلغ مقطوع قدره ماية الف ليرة لبنانية يدفع نصفه في مصرف لبنان عند الاكتتاب، والنصف الآخر بمهلة أقصاها سنة من تاريخ تأسيس المؤسسة.

وتعتبر هذه المساهمات أعباء قابلة التنزيل بمفهوم قوانين ضريبة الدخل.

تحدد مساهمة الدولة في راس المال بمبلغ يعادل مجموع ما تدفعه المصارف.

تعمل هذه المؤسسة وفق أحكام هذا القانون ونظامها الأساسي وأحكام قانون التجارة غير المخالفة.

**المادة ١٣ - لجنة التأسيس\***

تقوم مقام المؤسسين وتعمل وفق أحكام قانون التجارة لجنة(٢) تؤلف بمرسوم تضم ممثلين عن كل من: وزارة المالية ومصرف لبنان وجمعية المصارف واختصاصيا في شؤون الضمان.

---

(١) راجع المرسوم رقم ٧٩٧٧ تاريخ ١٩٦٧/٨/١٦ المتعلق بتحديد الاصول الواجب اتباعها امام الهيئة المصرفية العليا.

© المنشورات الحقوقية صادر

(٢) صدر المرسوم رقم ٧٨٠٨ تاريخ ١٩٦٧/٧/١٥ القاضي بتأليف اللجنة المنصوص عليها بالمادة ١٣ من هذا القانون.

وزارة المالية – النقد والتسليف
٦/٨٥٢٦

٢- الشيكات وأوامر الدفع وتسهيلات التغطية البريدية.

٣- الحسابات القائمة بين المصارف المقيمة والعاملة في لبنان.

٤- حسابات التسوية الخاصة للمصارف

تحدد معدلات الرسم في مطلع كل سنة بمرسوم(١) يتخذ في مجلس الوزراء بناء على اقتراح وزير المالية، بعد استطلاع رأي المؤسسة الوطنية لضمان الودائع.

تنظم المؤسسة الوطنية لضمان الودائع خلال الفصل الأول من كل سنة بيانا بالمبالغ المستحقة على كل من المصارف المقيمة والعاملة في لبنان، وفاقا للأسس المبينة أعلاه، بالاستناد إلى عناصر حسابات تلك المصارف.

يبلغ ممثل المؤسسة الوطنية لضمان الودائع لدى لجنة الرقابة على المصارف عناصر الحسابات المشار اليها في الفقرة السابقة الى المؤسسة المذكورة بموجب بيانات نموذجية تحدد صيغتها وعناصرها بمرسوم يتخذ بناء على اقتراح وزير المالية.

تعرض الخلافات الناجمة عن تفسير هذه المادة وتطبيق احكامها على المجلس المركزي لمصرف لبنان الذي يبتها بالشكل النهائي.

تلغى جميع الاحكام القانونية المخالفة لهذا القانون او غير متفقة مع مضمونه.

**المادة ١٦ – واجبات الدولة تجاه المؤسسة**

تدفع الدولة سنويا لمؤسسة الضمان مبلغا يعادل مجموع حصيلة الرسم السنوي المفروض على المصارف.

---

(١) حدد معدل رسم الضمان السنوي للمؤسسة الوطنية لضمان الودائع على المصارف العاملة في لبنان، بموجب المرسوم ١٢١٣٦ تاريخ ١٩٩٨/٤/٢٩ والمرسوم رقم ١٠٨٦ تاريخ ١٩٩٩/٨/١٢ والمرسوم رقم ٣٠٤٠ تاريخ ٢٠٠٠/٥/١٩ والمرسوم ٤٩٩١ تاريخ ٢٠٠١/٣/١ والمرسوم ٧٩٠٩ تاريخ ٢٠٠٢/٥/٢١ والمرسوم ٩٧٩٠ تاريخ ٢٠٠٣/٣/١٨ والمرسوم ١١٩٢٤ تاريخ ٢٠٠٤/٢/٢٥ والمرسوم ١٤٧٦٧ تاريخ ٢٠٠٥/٦/٢٠ والمرسوم رقم ١٦٧٧٦ تاريخ ٢٠٠٦/٤/٢٤. والمرسوم رقم ١٨٤ تاريخ ٢٠٠٨/٩/٥ والمرسوم رقم ١٨١٠ تاريخ ٢٠٠٩/٠٤/٢٧ والمرسوم رقم ٢٠٢٠ تاريخ ٢٠٠٩/٥/٢٢ والمرسوم رقم ٤٠٨٩ تاريخ ٢٠١٠/٥/٢١ والمرسوم رقم ٦٠٩٨ تاريخ ٢٠١١/٨/١٦ والمرسوم رقم ٩٣٦١ تاريخ ٢٠١٢/١١/١٧.

---

**المادة ١٧ – أموال المؤسسة**

تودع جميع أموال المؤسسة لدى مصرف لبنان في حساب خاص لا ينتج فائدة ويمكن للمؤسسة ان توظف قسما من أموالها في سندات حكومية لبنانية أو مكفولة من الدولة أو في تملك عقارات في لبنان.

**المادة ١٨ – حالة توقف مصرف عن الدفع**

في حال توقف مصرف عن الدفع تدفع مؤسسة الضمان المبالغ المضمونة بموجب هذا القانون لأصحابها وتحل محلهم في حقوقهم كافة.

**المادة ١٩ – تعيين الحد الاقصى لمعدل الفائدة**

استبدل نص المادة ١٩ بموجب المادة ٤ من المرسوم رقم ١٤٠١٣ تاريخ ١٩٧٠/٣/١٦ بالنص التالي:

لمصرف لبنان ان يعين الحد الاقصى لمعدل الفائدة التي يجوز للمصارف ان تمنحها للاموال المودعة لديها.

وإذا تقاضى أحد المودعين فائدة تزيد على هذا الحد، تعتبر وديعته غير مشمولة بالضمانة.

أما المصرف المخالف فيعاقب وفقا للمادة ٢٠٩ من قانون النقد والتسليف باحدى العقوبات المنصوص عليها بالمادة ٢٠٨ وبغرامة تتراوح بين /٥٠٠٠/ و/٢٥٠٠٠/ ل.ل.

**المادة ٢٠ – الإعفاءات والامتيازات**

تستفيد مؤسسة الضمان من الإعفاءات والامتيازات المنصوص عليها في الباب الثاني من القسم العاشر من قانون النقد والتسليف وتعفى في حال تصفية أحد المصارف من الموجب الوارد في الفقرة الأخيرة من المادة ١٢٠ من قانون النقد والتسليف.

**الباب الثالث**
**احكام انتقالية ومتنوعة**

**المادة ٢١ – منح تسهيلات التسليف**

يبقى جائزا لغاية ١٠ أيار سنة ١٩٦٨ منح المصارف تسهيلات(٢) التسليف المنصوص عليها في القانون رقم ٦٦/٦٢ الصادر بتاريخ ٩ تشرين

---

(٢) راجع القرار رقم ٧٠٥٥ تاريخ ١٩٩٨/٨/١٣ المرفق بالتعميم الاساسي للمصارف رقم ٤٨ والمتعلق بنشر نظام الحدود القصوى لمخاطر التسهيلات المصرفية.

© المنشورات الحقوقية صادر