**Exhibit no. 6**
**Article 2 of the Lebanese Banking Secrecy Law**
**of September 3, 1956**

## Article 2 of the Lebanese Banking Secrecy Law of September 3, 1956

The managers and employees of the banks mentioned in Article 1, and any person who, owing to his capacity or position, has access by any means to the banks' books, operations and correspondence, are absolutely bound by banking secrecy in the interest of the clients of such banks. These persons may not disclose any information known to them about the clients' names, assets, or matters that concern them, to any party, be it an individual or a public authority, whether administrative, military or judicial, except when authorized in writing by the concerned client, her heirs or legatees, or in case the client is declared bankrupt, or if a lawsuit arises with respect to a banking transaction between banks and their clients.

السرية المصرفية

قانون

صادر في ٣ أيلول سنة ١٩٥٦

سرية المصارف

أقر مجلس النواب

ونشر رئيس الجمهورية القانون الاتي نصه:

المادة الاولى – تحديد المصارف الخاضعة لسر المهنة*

تخضع لسر المهنة المصارف المؤسسة في لبنان على شكل شركات مغفلة والمصارف التي هي فروع لشركات اجنبية شرط ان تحمل هذه المصارف اللبنانية والاجنبية على موافقة خاصة يعطيها وزير المال لهذه الغاية.

يستثنى من احكام هذا القانون مصرف التسليف الزراعي والصناعي والعقاري.

المادة ٢ – تحديد الاشخاص الملزمين بسر المهنة*

ان مديري ومستخدمي المصارف المشار اليها في المادة الاولى وكل من له اطلاع بحكم صفته او وظيفته بأية طريقة كانت على قيود الدفاتر والمعاملات والمراسلات المصرفية يلزمون بكتمان السر اطلاقا لمصلحة زبائن هذه المصارف ولا يجوز لهم افشاء ما يعرفونه عن اسماء الزبائن واموالهم والامور المتعلقة بهم لأي شخص فردا كان ام سلطة عامة ادارية او عسكرية او قضائية، الا اذا اذن لهم بذلك خطيا صاحب الشأن او ورثته او الموصى لهم او اذا اعلن افلاسه او اذا نشأت دعوى تتعلق بمعاملة مصرفية بين المصارف وزبائنها.

المادة ٣ – حسابات وودائع مرقمة*

يحق للمصارف المشار اليها في المادة الاولى ان تفتح لزبائنها حسابات (١)وودائع مرقمة لا يعرف اصحابها غير المدير القائم على ادارة المصرف او وكيله.

ولا تعلن هوية صاحب الحساب المرقم الا باذنه الخطي او باذن ورثته او الموصى لهم او اذا

---

اعلن افلاسه، او اذا انشأت دعوى تتعلق بمعاملة مصرفية بين المصارف وزبائنها.

ويحق ايضا لهذه المصارف ان تؤجر خزائن حديدية تحت ارقام بالشروط ذاتها.

المادة ٤ – حجز الايداعات*

لا يجوز القاء اي حجز على الاموال والموجودات المودعة لدى المصارف المشار اليها في المادة الاولى الا باذن خطي من اصحابها.

المادة ٥ – الاذن بالحجز*

يجوز الاتفاق مسبقا على اعطاء الاذن المنوه عنه في المواد السابقة في كل عقد من اي نوع كان ولا يجوز الرجوع عن هذا الاذن الا بموافقة جميع المتعاقدين.

المادة ٦ – تبادل المعلومات المتعلقة بالحسابات المدينة*

يجوز للمصارف المشار اليها في المادة الاولى صيانة لتوظيف اموالها ان تتبادل فيما بينها فقط وتحت طابع السرية المعلومات المتعلقة بحسابات زبائنها المدينة.

المادة ٧ – حظر التذرع بسر المهنة*

لا يمكن للمصارف المشار اليها في المادة الاولى ان تتذرع بسر المهنة المنصوص عليه في هذا القانون بشأن الطلبات التي توجهها السلطات القضائية في دعاوى الاثراء غير المشروع المقامة بموجب المرسوم الاشتراعي رقم ٣٨ تاريخ ١٨ شباط سنة ١٩٥٣ وقانون ١٤ نيسان سنة ١٩٥٤(٢).

المادة ٨ – العقوبات*

كل مخالفة عن قصد لاحكام هذا القانون يعاقب مرتكبها بالحبس من ثلاثة اشهر حتى سنة. والشروع بالجريمة معاقب عليه بنفس العقوبة.

لا يتحرك الحق العام الا بناء على شكوى المتضرر. (٣)

---

(٢) الفي المرسوم الاشتراعي رقم ٣٨ تاريخ ١٩٥٣/٢/١٨ (قانون الاثراء غير المشروع) والقانون تاريخ ١٩٥٤/٤/١٤ بموجب المادة ٢٠ من القانون رقم ١٥٤ تاريخ ١٩٩٩/١٢/٢٧ (قانون الاثراء غير المشروع).

(٣) راجع المرسوم رقم ١٣٥١٣ تاريخ ١٩٦٣/٨/١ (قانون النقد والتسليف) – المادة ٢٠٣ المتعلقة بعقوبة افشاء سرية المصارف.

---

(١) راجع القانون تاريخ ١٩٦١/١٢/١٩ المتعلق بإجازة فتح حساب مشترك في المصارف الخاضعة للسرية.

© المنشورات الحقوقية صادر