# Exhibit no. 8
## Articles 666 and 667
## of the Lebanese Criminal Code

**Articles 666 and 667 of the Lebanese Criminal Code**

**Article 666**:

- Whoever draws a check without a prior provision available for payment or without sufficient provision.

- Whoever withdraws all or part of the funds after drawing the check.

- Whoever orders the drawee not to pay in circumstances other than those provided for under Article 428 of the Code of Commerce.

Shall be punished by imprisonment of three months to three years, and a fine from one to four million Lebanese pounds, and shall be sentenced to pay the amount of the check, with damages, if the case so requires.

In case of a repeated offence, in addition to the penalties for repeated offences, the provisions of Articles 66 and 68 shall also apply.

The waiver of personal rights in the aforementioned offences leads to the lapsing of public action.

The characterization of infamous offence used in other laws in effect does not apply to such offences, and whoever is sentenced by one of such offences shall not be subject to any of the consequences described in such laws that apply to those sentenced for an infamous offence.

**Article 667**:

Whoever knowingly takes a check that is not covered by sufficient fund shall be punished by the penalties for complicity in the aforementioned offence. Such penalties shall be doubled if the bearer of the check obtained it in order to cover a usurious loan even if he was not an accomplice.

Except for the case of obtaining a check to cover a usurious loan, waiver of personal rights leads to the lapsing of the public action.

# القوانين الجزائية

## قوانين العقوبات

### النصوص العامة

فهرس تسلسلي بالمواد

للمرسوم اشتراعي رقم ٣٤٠

صادر في ١ آذار ١٩٤٣

قانون العقوبات

### الكتاب الاول
### الاحكام العامة

| | |
|---|---|
| ١-٣٦ | الباب الاول – في الشريعة الجزائية |
| ١-١٤ | الفصل الاول – في تطبيق الشريعة الجزائية من حيث الزمان |
| ١-٥ | النبذة ١ – في شرعية الجرائم |
| ٦-١١ | النبذة ٢ – في شرعية العقوبات |
| ١٢-١٤ | النبذة ٣ – في شرعية التدابير الاحترازية والتدابير الاصلاحية |
| ١٥-٣٦ | الفصل الثاني – في تطبيق الشريعة الجزائية من حيث المكان |
| ١٥-١٨ | النبذة ١ – في الصلاحية الاقليمية |
| ١٩ | النبذة ٢ – في الصلاحية الذاتية |
| ٢٠-٢٢ | النبذة ٣ – في الصلاحية الشخصية |
| ٢٣ | النبذة ٤ – في الصلاحية الشاملة |
| ٢٤-٢٦ | النبذة ٥ – في مدى الشريعة الاجنبية |
| ٢٧-٢٩ | النبذة ٦ – في مفعول الاحكام الاجنبية |
| ٣٠-٣٦ | النبذة ٧ – في الاسترداد |
| ٣٧-١٧٨ | الباب الثاني – في الاحكام الجزائية |
| ٣٧-٦٩ | الفصل الاول – في العقوبات |
| ٣٧-٤٢ | النبذة ١ – في العقوبات عامة |
| ٤٣-٥٠ | النبذة ٢ – في العقوبات الجنائية |
| ٥١-٥٥ | النبذة ٣ – في العقوبات الجناحية |
| ٥٦-٥٩ | النبذة ٤ – احكام مشتركة بين العقوبات المانعة للحرية في قضايا الجنايات والجنح |
| ٦٠-٦٢ | النبذة ٥ – في العقوبات التكديرية |
| ٦٣-٦٩ | النبذة ٦ – في العقوبات الفرعية والاضافية |
| ٧٠-١١٧ | الفصل الثاني – في تدابير الاحتراز |
| ٧٠-٧٣ | النبذة ١ – في تدابير الاحتراز عامة |
| ٧٤-٧٦ | النبذة ٢ – في الحجز في مأوى احترازي |
| ٧٧-٧٨ | النبذة ٣ – في العزلة |
| ٧٩ | النبذة ٤ – في الحجز في دار للتشغيل |

© دار المنشورات الحقوقية صادر

أضيف النص التالي الى المادة ٦٦٣ بموجب المادة ٤٣ من المرسوم الاشتراعي رقم ١١٢ تاريخ ١٦/٩/١٩٨٣:

- يعاقب المحرض أو المتدخل في هذا الجرم، عند تكرار فعله مرتين على الاقل خلال ثلاث سنوات سواء كان ذلك بمعرض قرض ربا أجري بين المرابي والضحية ذاتهما أو بين أشخاص آخرين.

**المادة ٦٦٤** - التحريض او التدخل في المرابـاة*

ان جرم اعتياد المرابـاة يستنتج من قرض واحد بالربى اذا ارتكب في أقل من خمس سنوات بعد الحكم باحدى الجنح المنصوص عليها في المواد السابقة.

**المادة ٦٦٥** - فتح محل للإقراض*

يعاقب بالحبس حتى ستة أشهر وبغرامة يمكن أن تبلغ ربع رأس المال المقرض:

١ -

الغي نص البند ١ من المادة ٦٦٥ بموجب المادة ٤١ من القانون تاريخ ٥/٢/١٩٤٨.

٢ - كل من فتح محلا للاقراض لقاء رهن بدون اذن ولو اجرى عقدا واحدا.

٣ - كل من استحصل على اذن للاقراض لقاء رهن ولم يمسك دفترا يتضمن قيمة المبالغ المقرضة واسم المستقرض وصفته ونوع المرهون وقيمته الحقيقية.

لا تسري أحكام هذه المادة على القروض لقاء رهن المعقودة لمصلحة التجار لاجل تسهيل العمليات التجارية.

**النبذة ٤ – في الشك بدون مقابل**

**المادة ٦٦٦** - شك دون مؤونة*

استبدل نص المادة ٦٦٦ بموجب المادة الاولى من القانون رقم ٦٧/٣٠ تاريخ ١٦/٥/١٩٦٧، ثم استبدلت الغرامة الواردة فيه بعشرة اضعافها بموجب المادة ٥٠ من المرسوم الاشتراعي رقم ١١٢ تاريخ ١٦/٩/١٩٨٣، ثم عدلت بموجب المادة ١١٥ من القانون رقم ٢٣٩ تاريخ ٢٧/٥/١٩٩٣ على الوجه التالي:

- كل من أقدم على سحب شك دون مؤونة سابقة ومعدة للدفع أو بمؤونة غير كافية.

- كل من استرجع كل المؤونة أو بعضها بعد سحب الشك.

- كل من أصدر منعا عن الدفع للمسحوب عليه في غير الحالات المنصوص عليها في المادة ٤٢٨ من قانون التجارة.

يعاقب بالحبس من ثلاثة أشهر الى ثلاث سنوات وبالغرامة من مليون الى أربعة ملايين ليرة ويحكم

عليه بدفع قيمة الشك مضافا اليه بدل العطل والضرر اذا اقتضى الامر.

وفي حال التكرار تطبق أيضا بالاضافة الى عقوبات التكرار احكام المادتين ٦٦ و٦٨.

اضيف نص الفقرتين التاليتين الى المادة ٦٦٦ بموجب المادة ٢ من القانون رقم ٨٧ تاريخ ٦/٣/٢٠١٠:

إن اسقاط الحقوق الشخصية في الجرائم المذكورة يؤدي الى سقوط دعوى الحق العام.

لا ينطبق على هذه الجرائم وصف الجرم الشائن المستعمل في سائر القوانين المرعية الاجراء، ولا تترتب على من يُحكم عليه باحداها أي من النتائج المحددة في تلك القوانين والتي تترتب على من يُحكم عليه بجرم شائن.

**المادة ٦٦٧** – تدخل في جرم شك دون مؤونة*

استبدل نص المادة ٦٦٧ بموجب المادة ٢ من القانون رقم ٦٧/٣٠ تاريخ ١٦/٥/١٩٦٧ بالنص التالي:

- يعاقب بعقوبات التدخل في الجرم المعين أعلاه من أقدم عن معرفة على استلام شك دون مؤونة. تضاعف هذه العقوبات اذا كان حامل الشك قد استحصل عليه لتغطية قرض بالربا حتى ولو لم يكن متدخلا.

اضيف نص الفقرة التالية الى المادة ٦٦٧ بموجب المادة ٣ من القانون رقم ٨٧ تاريخ ٦/٣/٢٠١٠:

باستثناء حالة الاستحصال على شيك لتغطية قرض بالربا، إن اسقاط الحقوق الشخصية يؤدي الى سقوط دعوى الحق العام.

**النبذة ٥ – في الغش بالمهاجرة**

**المادة ٦٦٨** – كذب لحمل الغير على السفر*

كل من اجتلب أو استوعد لنفسه أو لغيره نفعا ما باختلاقه أخبارا أو بتلفيقه أكاذيب لحمل شخص على السفر أو لتوجيه مسافر الى بلد غير البلد الذي كان يقصد اليه قضي عليه بالعقوبة المنصوص عليها في المادة ٦٥٥.

استبدل نص الفقرة الاخيرة من المادة ٦٦٨ بموجب المادة ٤٢ من القانون تاريخ ٥/٢/١٩٤٨ بالنص التالي:

ويطبق العقاب نفسه في محاولة ارتكاب هذا الجرم.

**احكام شاملة**

**المادة ٦٦٩** - نشر الحكم المتعلق بالجنح الواردة في المادة ٦٥٦ و٦٦٣*

يمكن أن يؤمر بنشر الحكم عند القضاء بأحدى الجنح المنصوص عليها في المادة ٦٥٦