```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
JOSEPH A. DAOU and KAREN M. DAOU,        :
                                         :
                         Plaintiffs,     :    20cv4438 (DLC)
                                         :
             -v-                         :       ORDER
                                         :
BLC BANK, S.A.L., CREDIT LIBANAIS,       :
S.A.L., AL-MAWARID BANK, S.A.L., and     :
BANQUE DU LIBAN,                         :
                                         :
                         Defendants.     :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On December 2, 2020, non-party George Elghossain filed a letter requesting to be joined in this action.[1] He asserts that his claims are "remarkably similar" to plaintiffs' and also involve defendant Banque du Liban. Neither party has requested that Mr. Elghossain be included in this action. Accordingly, the relief Mr. Elghossain seeks is properly characterized as intervention pursuant to Rule 24, Fed. R. Civ. P. A court may permit intervention, "[o]n timely motion," where the non-party "has a claim or defense that shares with the main action a common question of law or fact." Fed. R. Civ. P. 24(b)(1)(B). Accordingly, it is hereby

---

[1] Mr. Elghossain's letter was received and docketed by this Chambers on December 9, 2020.

ORDERED that, insofar as Mr. Elghossain seeks to intervene in this action pursuant to Rule 24, Fed. R. Civ. P., he may move the Court for such relief by **January 8, 2021**. Any opposition to Mr. Elghossain's intervention shall be filed by **January 29**.

IT IS FURTHER ORDERED that, pursuant to the April 1, 2020 Standing Order issued by Chief Judge McMahon, Mr. Elghossain, so long as he is proceeding pro se and until further order of the Court, may submit any filings by email to Temporary_Pro_Se_Filing@nysd.uscourts.gov. Mr. Elghossain is required to adhere to the following instructions: Documents must be in PDF format, no larger than 10 megabytes; documents must be attached to the email; Documents must be signed by Mr. Elghossain by either a) signing by hand and then scanning the document; b) signing electronically using a digital signature; or c) by typing: "s/[Filer's Name];" the email and attached documents must contain the filer's name, address, and telephone number; the subject line of the email must read "PRO SE FILING - 20cv4438." Mr. Elghossain is advised that this email address is solely for submitting attached PDF documents for filing. Any additional comments, questions, correspondence, or other messages in the email will be disregarded.

IT IS FURTHER ORDERED that so long Mr. Elghossain is proceeding <u>pro se</u>, he should direct questions regarding

electronic filing to the Pro Se Intake Unit, available by phone at (202) 805-0175.

IT IS FURTHER ORDERED that Mr. Elghossain, so long as he is proceeding pro se, may not submit any documents or send any emails directly to this Chambers. The Court will disregard any communications made directly to this Chambers.

IT IS FURTHER ORDERED that if Mr. Elghossain is unable to send documents by email, he may continue to submit documents by regular mail or through the drop box located in the lobby of the U.S. Courthouse at 500 Pearl Street, New York, New York, or the U.S. Courthouse at 300 Quarropas Street, White Plains, New York.

IT IS FURTHER ORDERED that, should Mr. Elghossain elect to make such motion pro se, he must complete a Notice of Appearance form and submit it to the Pro Se Office by the methods described above by **January 8, 2021**. He may obtain a Notice of Appearance form by contacting the Pro Se Intake Unit or by visiting the Court's website and selecting "Forms": https://nysd.uscourts.gov/forms.

IT IS FURTHER ORDERED that the Court wishes to inform the Mr. Elghossain regarding a useful resource providing legal advice and assistance to pro se litigants. On September 19, 2016, a new legal clinic opened in this District to assist people who are parties in civil cases and do not have lawyers. The Clinic is run by a private organization called the New York

Legal Assistance Group; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any unrepresented party through the Pro Se Intake Unit). An unrepresented party can seek assistance by calling 212-659-6190.

IT IS FURTHER ORDERED that the Clerk of Court is directed to mail a copy of this Order to Mr. Elghossain at the address provided in his letter: 2203 Henniker Street, Apex, NC, 27523.

SO ORDERED:

Dated:   New York, New York
         December 9, 2020

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　DENISE COTE
　　　　　　　　　　　　　　　　United States District Judge