# EXHIBIT 2

# FUNDS TRANSFER STATEMENT

 BMO Harris Bank

BMO HARRIS BANK N.A.
P.O. BOX 94033
PALATINE, IL 60094-4033
TEL: 1-888-340-2265

INTERNATIONAL FUNDS TRANSFER

000546

SAVIS, INC.                                         Account.   REDACTED
9 N WABASH AVE STE 101

CHICAGO, IL 60602

Entry Date 06/09/2016

Value Date 06/09/2016

REPRESENTING A TRANSFER AMOUNT OF USD 1,900,000.0000

Converted Value : $ 1,900,000.00          Debit  $ 1,900,000.00

Exch.Rate 1.000000000                     Commission Charged  $ .00

Originator=   REDACTED   SAVIS, INC.
9 N WABASH AVE STE 101 CHICAGO,IL,60602  **

Originator's Bank=
   **

Beneficiary Bank=
B.L.C. BANK SAL ADLIEH INTERSECTION - BLC BUILDING
BEIRUT **

Beneficiary= LB61001100000000307300169292
JOSEPH DAOU OR KAREN DAOU ADDR:UNKNOWN
LEBANON 09-540150 **

Originator to Beneficiary Information=
   **

Reference For Beneficiary=   **

(NOTE: ** Indicates End of Text)

SEQ. NUM.             160609935844

**BMO Harris Bank**
A part of BMO Financial Group

```
                                        BMO HARRIS BANK N.A.              343343
                                        P.O. BOX 94033
                                        PALATINE, IL  60094-4033

                                        ACCOUNT NUMBER:    REDACTED

                                                    Statement Period
                                                    06/01/16  TO  06/30/16
                    91    04585                         IM00990029000000000

            SAVIS, INC.                             PAGE    1 OF    4
            9 N WABASH STE 101
            CHICAGO IL  60602
```

IF YOU HAVE QUESTIONS ABOUT ANY OF YOUR BMO HARRIS ACCOUNTS, PLEASE CALL US
TOLL-FREE AT 1-888-340-2265. BMO HARRIS BANK N.A. MEMBER FDIC. EQUAL HOUSING
LENDER. NMLS401052 VISIT US ONLINE AT WWW.BMOHARRIS.COM.

## CHECKING ACCOUNTS

BUSINESS CHECKING                                          SAVIS, INC.
ACCOUNT NUMBER    REDACTED    (Checking)

Interest Paid YTD                                              20.18

DEPOSIT ACCOUNT SUMMARY

| | | |
|---|---|---|
| Previous Balance as of May | 31, 2016 | 1,534,233.95 |
| 20 Deposits | (Plus) | 2,068,432.08 |
| 42 Withdrawals | (Minus) | 2,278,829.55 |
| Ending Balance as of June | 30, 2016 | 1,323,836.48 |

Deposits and Other Credits

| Date | Amount | Description | |
|---|---|---|---|
| Jun 01 | 2,935.00 | EDI/EFT CTX CREDIT | |
|  |  | CTX   AMGEN 5411 | EDI PAYMNT |
| Jun 02 | 2,087.00 | EDI/EFT CTX CREDIT | |
|  |  | CTX   AMGEN 5411 | EDI PAYMNT |
| Jun 06 | 22,608.00 | EDI/EFT CTX CREDIT | |
|  |  | CTX   AMGEN 5411 | EDI PAYMNT |
| Jun 07 | 326,178.50 | EDI/EFT CTX CREDIT | |
|  |  | CTX   AMGEN 5411 | EDI PAYMNT |
| Jun 08 | 13,369.50 | EDI/EFT CTX CREDIT | |
|  |  | CTX   AMGEN 5411 | EDI PAYMNT |
| Jun 09 | 250,000.00 | PC TRANSFER CREDIT | |
| Jun 10 | 4,338.00 | EDI/EFT CTX CREDIT | |
|  |  | CTX   AMGEN 5411 | EDI PAYMNT |
| Jun 14 | 43,020.00 | EDI/EFT CTX CREDIT | |
|  |  | CTX   AMGEN 5411 | EDI PAYMNT |
| Jun 15 | 13,260.00 | EDI/EFT CTX CREDIT | |
|  |  | CTX   GENENTECH-INC | EDI PAYMNT |
| Jun 15 | 23,739.50 | EDI/EFT CTX CREDIT | |
|  |  | CTX   AMGEN 5411 | EDI PAYMNT |
| Jun 16 | 28,532.00 | TELLER DEPOSIT | |
| Jun 17 | 18,574.50 | EDI/EFT CTX CREDIT | |
|  |  | CTX   AMGEN 5411 | EDI PAYMNT |
| Jun 24 | 99,748.00 | ACH DEPOSIT | |
|  |  | CCD   HOSPIRA INC. | ACCTS PAY |

**BMO Harris Bank**
A part of BMO Financial Group

```
                                          BMO HARRIS BANK N.A.              343344
                                          P.O. BOX 94033
                                          PALATINE, IL  60094-4033

                                          ACCOUNT  NUMBER:      REDACTED

                                                       Statement Period
                                                       06/01/16  TO  06/30/16
                       91    04585                         IM0099002900000000

                  SAVIS, INC.                          PAGE     2 OF      4

   0


   Jun 27             27,188.00   EDI/EFT CTX CREDIT
                                   CTX   COVIDIEN          EDI PAYMTS
   Jun 27          1,075,169.40   TELLER DEPOSIT
   Jun 28              1,500.09   ACH HCM/NDC CREDIT
                                   PPD   SAVIS, INC.       REVERSAL
   Jun 28              1,500.09   ACH RETURN/DEL CREDIT
                                   PPD   RETURN SETTLE     RETURN
   Jun 29              6,203.50   EDI/EFT CTX CREDIT
                                   CTX   AMGEN 5411        EDI PAYMNT
   Jun 29              9,880.00   EDI/EFT CTX CREDIT
                                   CTX   GENENTECH-INC     EDI PAYMNT
   Jun 30             98,601.00   ACH DEPOSIT
                                   CCD   GILEAD SCIENCES   PAYMENT

Withdrawals and Other Debits
   Date              Amount       Description
   Jun 02                  .78   ACH DEBIT
                                   CCD   IRS               USATAXPYMT
   Jun 02                496.00   ACH DEBIT
                                   CCD   THE HARTFORD      NTCLBIIVRC
   Jun 03              2,454.39   ACH DEBIT
                                   CCD   WESTLAKE-IMT Wes  CASH CONC
   Jun 03              2,454.39   ACH DEBIT
                                   CCD   WESTLAKE-IMT Wes  CASH CONC
   Jun 03              9,364.94   ACH DEBIT
                                   PPD   HUMANA, INC.      INS PYMT
   Jun 03             23,149.72   ACH DEBIT
                                   CCD   IRS               USATAXPYMT
   Jun 06              2,849.70   ACH DEBIT
                                   WEB   Summit / sumde    WEB PMTS
   Jun 06             38,597.66   ACH DEBIT
                                   WEB   CITI CARD ONLINE  PAYMENT
   Jun 08                294.48   ACH PREFUNDED DEBIT
                                   PPD   SAVISINCC         SAVSILPLA
   Jun 08              3,999.08   ACH PREFUNDED DEBIT
                                   PPD   SAVISINCC         SAVS!AQC
   Jun 08              6,030.63   ACH PREFUNDED DEBIT
                                   PPD   SAVISINCC         SAVSILEDU
   Jun 08              9,694.21   ACH PREFUNDED DEBIT
                                   PPD   SAVISINCC         SAVSILPLA
   Jun 08             17,330.60   ACH PREFUNDED DEBIT
                                   PPD   SAVISINCC         SAVSILOFA
   Jun 08             73,719.91   ACH PREFUNDED DEBIT
                                   PPD   SAVISINCC         SAVIS
   Jun 09          1,900,000.00   INTERNATIONAL WIRE OUT
                                   OP 160609935844 OUTGOING PAYMENT MTTRF
   Jun 09                 16.24   ACH DEBIT
                                   WEB   SO CAL GAS        PAID SCGC
   Jun 09                 17.22   ACH DEBIT
                                   WEB   SO CAL GAS        PAID SCGC
   Jun 14              1,726.94   ACH DEBIT
                                   CCD   CAPITAL ONE       CRCARDPMT
   Jun 15              1,982.93   ACH DEBIT
                                   CCD   EMPLOYMENT DEVEL  EDD EFTPMT
```

**BMO Harris Bank**
A part of BMO Financial Group

```
                                              BMO HARRIS BANK N.A.          343344
                                              P.O. BOX 94033
                                              PALATINE, IL  60094-4033

                                              ACCOUNT NUMBER:       REDACTED

                                                          Statement Period
                                                          06/01/16  TO  06/30/16
                          91    04585
                                                              IM00990029000000000
                       SAVIS, INC.                       PAGE      3 OF      4

  0


  Jun 15          2,685.44   ACH DEBIT
                             CCD   IL DEPT OF REVEN  EDI PYMNTS
  Jun 15         25,247.96   ACH DEBIT
                             CCD   IRS               USATAXPYMT
  Jun 16          5,011.64   ACH PREFUNDED DEBIT
                             PPD   SAVISINCC         SAVIS
  Jun 22          4,188.96   ACH PREFUNDED DEBIT
                             PPD   SAVISINCC         SAVSILEDU
  Jun 22          5,437.00   ACH PREFUNDED DEBIT
                             PPD   SAVISINCC         SAVS!AQC
  Jun 22         11,395.40   ACH PREFUNDED DEBIT
                             PPD   SAVISINCC         SAVSILPLA
  Jun 22         12,195.99   ACH PREFUNDED DEBIT
                             PPD   SAVISINCC         SAVSILOFA
  Jun 22         77,907.05   ACH PREFUNDED DEBIT
                             PPD   SAVISINCC         SAVIS
  Jun 24             ▇▇.54   ACH DEBIT
                             PPD   SO CALIF EDISON   PAYMENTS
  Jun 27            116.85   ACH DEBIT
                             WEB   TIME WARNER CABL  TWC EFTPMT
  Jun 27            116.85   ACH DEBIT
                             WEB   TIME WARNER CABL  TWC EFTPMT
  Jun 27          3,268.38   ACH PREFUNDED DEBIT
                             PPD   SAVISINCC         SAVIS
  Jun 28             76.16   ACH DEBIT
                             CCD   IND WITH TAX      INTAX
  Jun 28            125.91   ACH DEBIT
                             CCD   IND WITH TAX      INTAX
  Jun 28            292.56   ACH DEBIT
                             CCD   IA DEPT OF REV    IA REV PAY
  Jun 29          1,500.09   ACH PREFUNDED DEBIT
                             PPD   SAVISINCC         SAVSILOFA
  Jun 29          1,909.16   ACH DEBIT
                             CCD   IRS               USATAXPYMT
  Jun 29         25,863.92   ACH DEBIT
                             CCD   IRS               USATAXPYMT
  Jun 30          1,500.09   ACH RETURN DEBIT
                             PPD   RETURN SETTLE     RETURN

Checks by Serial Number
  Date      Serial #          Amount       Date      Serial #         Amount
  Jun 02    10001           1,265.00       Jun 10    10004            706.08
  Jun 10    10003 *           432.00       Jun 14    10005          2,859.70

  * Indicates break in check sequence
```

**BMO Harris Bank**
A part of BMO Financial Group

```
                                        BMO HARRIS BANK N.A.              343345
                                        P.O. BOX 94033
                                        PALATINE, IL  60094-4033

                                        ACCOUNT  NUMBER:      REDACTED

                                              Statement Period
                                        06/01/16   TO   06/30/16
             91    04585                       IM0099002900000000

          SAVIS, INC.                   PAGE      4 OF      4

0
```

Daily Balance Summary

| Date   | Balance      | Date   | Balance      |
|--------|--------------|--------|--------------|
| May 31 | 1,534,233.95 | Jun 15 | 108,044.45   |
| Jun 01 | 1,537,168.95 | Jun 16 | 131,564.81   |
| Jun 02 | 1,537,145.17 | Jun 17 | 150,139.31   |
| Jun 03 | 1,499,721.73 | Jun 22 | 39,014.91    |
| Jun 06 | 1,480,882.37 | Jun 24 | 138,564.37   |
| Jun 07 | 1,807,060.87 | Jun 27 | 1,237,419.69 |
| Jun 08 | 1,709,361.46 | Jun 28 | 1,239,925.24 |
| Jun 09 | 59,328.00    | Jun 29 | 1,226,735.57 |
| Jun 10 | 62,527.92    | Jun 30 | 1,323,836.48 |
| Jun 14 | 100,961.28   |        |              |

**Important information about your Consumer Overdraft Credit Line Account**

**For overdraft credit plans with a fixed Annual Percentage Rate:**
The periodic rate and corresponding Annual Percentage Rate does not change.

**For overdraft credit plans with a variable Annual Percentage Rate:**
The periodic rate and corresponding Annual Percentage Rate for this plan is a variable rate which can change monthly. (See your account agreement for details on how the Annual Percentage Rate is determined.)

**CALCULATION OF BALANCE SUBJECT TO INTEREST RATE FOR CONSUMER OVERDRAFT CREDIT LINE ACCOUNTS**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance.

The interest charge begins to accrue on the date an advance is posted to the account. The interest charge continues to accrue on the unpaid principal balance after the statement has been printed and mailed to you. There is no "grace period" or "free ride period" which would allow you to avoid an interest charge.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR CONSUMER OVERDRAFT CREDIT LINE ACCOUNT STATEMENT**
If you think there is an error on your statement, write to us at: Harris, Attn: Billing Department, Servicing Dept. D, 3800 Golf Road, P.O. Box 5043, Rolling Meadows, IL 60008.

In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Credit Information**
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS AND CARD TRANSACTIONS**

Call us at 1-800-847-1066 for errors involving Card transactions, or for Electronic Transfers call 1-888-340-2265, or write to Harris, P.O. Box 94019, Palatine, Illinois 60094-4019, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared. This is the information we will need in order to help resolve the problem:

1. Tell us your name, account number, and Card number (if applicable).
2. Describe the error or the transaction and the date of the transaction you are unsure about, and explain why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we require that you also inform of us the error in writing within ten Business Days.

We will determine whether an error occurred within 10* Business Days after we hear from you and we will correct any error promptly. If we need more time, however, by law we may take up to 45* days to investigate your complaint or question. If we decide to do this, we will provisionally credit your account within 10* Business Days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If you fail to give us the required written confirmation of your complaint or question, then we may not credit your account or we may revoke the provisional credit we previously gave to you.

We will tell you the results of our investigation within three Business Days after completing our investigation.

*These time periods may be extended as follows. The applicable time is 20 Business Days in place of 10 Business Days for new accounts if the notice of the error involves a transfer to or from the account within the first 30 days your account is open. The applicable time is 90 days in place of 45 days if the notice of error involves a transfer that either (1) was initiated outside the U.S., (2) resulted from a Point-of-Sale transaction, or (3) occurred within the first 30 days your account is open.*

| TO RECONCILE YOUR CHECKING ACCOUNT | | ① OUTSTANDING TRANSACTIONS | | | RECONCILEMENT | | |
|---|---|---|---|---|---|---|---|
| | | NUMBER | AMOUNT | | ② | | |
| 1 | List and Total all outstanding checks including those still outstanding from previous statements. | | | | ③ | | |
| 2 | Enter the "Ending Balance" shown on this statement. | | | | | | |
| 3 | Add deposits and other credits not shown on this statement. | | | | | | |
| 4 | Total | | | | | | |
| 5 | Subtract the total of outstanding checks as determined in Step 1 above. | | | | | | |
| 6 | This figure should be your checkbook balance. If it does not agree, review the above steps and if necessary, review your checkbook entries. | | | | | | |
| | | | | | ④ | | |
| | | | | | ⑤ | | |
| | | | | | ⑥ | | |

Date: 07/01/2012

G3BACK 201006a