# EXHIBIT

# 3

# BMO 🔴 Harris Bank

### A part of BMO Financial Group

BMO HARRIS BANK N.A.                      362073
P.O. BOX 94033
PALATINE, IL 60094-4033

**ACCOUNT NUMBER:**  REDACTED

Statement Period
11/01/16 TO 11/30/16
IM0099002900000000

91   04585

SAVIS, INC.                               PAGE    1 OF    5
9 N WABASH STE 101
CHICAGO IL 60602

0

0000

GOOD NEWS: ACCOUNT UPDATE EFFECTIVE NOVEMBER 10, 2016

MINI STATEMENTS REQUESTED AT A BMO HARRIS ATM WILL BE PROVIDED FREE OF
CHARGE AFTER NOVEMBER 10, 2016. PRIOR TO THIS CHANGE, WE CHARGED A $1
FEE FOR THIS SERVICE.

PLEASE VISIT YOUR LOCAL BRANCH, OR CALL US AT 888-340-2265 IF YOU HAVE
QUESTIONS ABOUT THIS CHANGE.

IF YOU HAVE QUESTIONS ABOUT ANY OF YOUR BMO HARRIS ACCOUNTS, PLEASE CALL US
TOLL-FREE AT 1-888-340-2265. BMO HARRIS BANK N.A. MEMBER FDIC. EQUAL HOUSING
LENDER. NMLS401052 VISIT US ONLINE AT WWW.BMOHARRIS.COM.

---

## CHECKING ACCOUNTS

---

**BUSINESS CHECKING**                                    SAVIS, INC.
**ACCOUNT NUMBER**   REDACTED   (Checking)

---

Interest Paid YTD                                        20.18

DEPOSIT ACCOUNT SUMMARY

**Previous Balance as of October   31, 2016**           **959,999.06**
   26 Deposits              (Plus)                       1,672,962.02
   63 Withdrawals           (Minus)                      2,582,783.52
**Ending Balance as of   November  30, 2016**            **50,177.56**

Deposits and Other Credits

| Date | Amount | Description | |
|------|--------|-------------|---|
| Nov 01 | 299.00 | EDI/EFT CTX CREDIT | |
| | | CTX  AMGEN 5411 | EDI PAYMNT |
| Nov 02 | 9,520.00 | EDI/EFT CTX CREDIT | |
| | | CTX  GENENTECH-INC | EDI PAYMNT |
| Nov 03 | 20,616.00 | EDI/EFT CTX CREDIT | |
| | | CTX  AMGEN 5411 | EDI PAYMNT |
| Nov 03 | 66,654.00 | ACH DEPOSIT | |
| | | CCD  GILEAD SCIENCES | PAYMENT |
| Nov 04 | 94,937.50 | EDI/EFT CTX CREDIT | |
| | | CTX  AMGEN 5411 | EDI PAYMNT |
| Nov 07 | 835.00 | EDI/EFT CTX CREDIT | |
| | | CTX  AMGEN 5411 | EDI PAYMNT |
| Nov 10 | 11,040.00 | ACH DEPOSIT | |
| | | CCD  GILEAD SCIENCES | PAYMENT |

# BMO 😊 Harris Bank

### A part of BMO Financial Group

BMO HARRIS BANK N.A.                    362074
P.O. BOX 94033
PALATINE, IL  60094-4033


**ACCOUNT  NUMBER:**      REDACTED

Statement Period
11/01/16  TO  11/30/16
IM0099002900000000

      91   04585

SAVIS, INC.                              PAGE    2 OF    5

0

---

| Date | Amount | Description | |
|------|-------:|-------------|--|
| Nov 10 | 209,915.50 | EDI/EFT CTX CREDIT | |
| | | CTX  AMGEN 5411 | EDI PAYMNT |
| Nov 14 | 1,818.00 | EDI/EFT CTX CREDIT | |
| | | CTX  AMGEN 5411 | EDI PAYMNT |
| Nov 14 | 26,368.00 | ACH DEPOSIT | |
| | | CCD  HOSPIRA INC. | ACCTS PAY |
| Nov 15 | 392.00 | EDI/EFT CTX CREDIT | |
| | | CTX  AMGEN 5411 | EDI PAYMNT |
| Nov 15 | 2,645.00 | EDI/EFT CTX CREDIT | |
| | | CTX  AMGEN 5411 | EDI PAYMNT |
| Nov 16 | 8,211.00 | EDI/EFT CTX CREDIT | |
| | | CTX  GENENTECH-INC | EDI PAYMNT |
| Nov 16 | 14,050.00 | EDI/EFT CTX CREDIT | |
| | | CTX  AMGEN 5411 | EDI PAYMNT |
| Nov 17 | 1,150.72 | ACH DEPOSIT | |
| | | CCD  INTUIT PAYROLL S | QUICKBOOKS |
| Nov 18 | 27,758.50 | EDI/EFT CTX CREDIT | |
| | | CTX  AMGEN 5411 | EDI PAYMNT |
| Nov 18 | 49,024.00 | ACH DEPOSIT | |
| | | CCD  HOSPIRA INC. | ACCTS PAY |
| Nov 18 | 457,196.90 | INCOMING WIRE | |
| | | FED WIRE TRANSFER CREDIT 1611188WIRE-IN | |
| Nov 21 | 648.00 | EDI/EFT CTX CREDIT | |
| | | CTX  AMGEN 5411 | EDI PAYMNT |
| Nov 21 | 43,785.00 | EDI/EFT CTX CREDIT | |
| | | CTX  NOVARTIS 8302 | EDI PAYMNT |
| Nov 21 | 599,093.04 | PC TRANSFER CREDIT | |
| Nov 22 | 1,791.00 | EDI/EFT CTX CREDIT | |
| | | CTX  AMGEN 5411 | EDI PAYMNT |
| Nov 28 | 14,976.00 | EDI/EFT CCD+ CREDIT | |
| | | CCD  HOSPIRA INC. | ACCTS PAY |
| Nov 30 | 345.84 | ACH DEPOSIT | |
| | | CCD  INTUIT PAYROLL S | QUICKBOOKS |
| Nov 30 | 1,681.02 | ACH DEPOSIT | |
| | | CCD  INTUIT PAYROLL S | QUICKBOOKS |
| Nov 30 | 8,211.00 | EDI/EFT CTX CREDIT | |
| | | CTX  GENENTECH-INC | EDI PAYMNT |

Withdrawals and Other Debits

| Date | Amount | Description | |
|------|-------:|-------------|--|
| Nov 01 | 12,775.00 | PC TRANSFER DEBIT | |
| Nov 01 | 93.92 | ACH DEBIT | |
| | | CCD  IND WITH TAX | INTAX |
| Nov 01 | 659.25 | ACH DEBIT | |
| | | WEB  University Realt | WEB PMTS |
| Nov 01 | 4,106.00 | ACH DEBIT | |
| | | WEB  CODPTOFREV CO.GO | CODPTOFREV |
| Nov 01 | 6,151.50 | ACH DEBIT | |
| | | PPD  TUITION MGMT SYS | TMSPP PMT |
| Nov 01 | 36,727.38 | ACH DEBIT | |
| | | CCD  IRS | USATAXPYMT |
| Nov 02 | 1,180.06 | ACH DEBIT | |
| | | WEB  COLO UI ER SV | PRM PYMT |
| Nov 02 | 2,467.72 | ACH DEBIT | |
| | | WEB  JONESANDJO-181 | WEB PMTS |

# BMO ⬥ Harris Bank

### A part of BMO Financial Group

```
                                        BMO HARRIS BANK N.A.              362074
                                        P.O. BOX 94033
                                        PALATINE, IL 60094-4033


                                        ACCOUNT  NUMBER:     REDACTED

                                                   Statement Period
                                             11/01/16  TO  11/30/16
                           91   04585             IM0099002900000000

             SAVIS, INC.                      PAGE     3 OF     5

  0
```

_____

| Date | Amount | Description | | |
|------|-------:|-------------|---|---|
| Nov 02 | 2,467.72 | ACH DEBIT | | |
| | | WEB  JONESANDJO-181 | WEB PMTS | |
| Nov 02 | 2,617.44 | ACH DEBIT | | |
| | | WEB  03724 Museum Gar | WEB PMTS | |
| Nov 02 | 30,272.48 | ACH DEBIT | | |
| | | PPD  REVERE ELECTRIC | BT1101 | |
| Nov 03 | 132.60 | ACH DEBIT | | |
| | | PPD  COMCAST | COMCAST | |
| Nov 03 | 638.04 | ACH DEBIT | | |
| | | WEB  KANSAS.GOV | KDOLBPACH | |
| Nov 03 | 5,907.52 | ACH DEBIT | | |
| | | PPD  HUMANA, INC. | INS PYMT | |
| Nov 07 | 12,584.76 | ACH DEBIT | | |
| | | WEB  CITI CARD ONLINE | PAYMENT | |
| Nov 08 | 1,654.22 | ACH PREFUNDED DEBIT | | |
| | | PPD  SAVISINCC | SAVSILOFA | |
| Nov 08 | 5,183.54 | ACH PREFUNDED DEBIT | | |
| | | PPD  SAVISINCC | SAVS!AQC | |
| Nov 08 | 8,399.62 | ACH PREFUNDED DEBIT | | |
| | | PPD  SAVISINCC | SAVSILPLA | |
| Nov 08 | 31,174.23 | ACH DEBIT | | |
| | | PPD  REVERE ELECTRIC | BT1107 | |
| Nov 08 | 36,911.00 | ACH DEBIT | | |
| | | PPD  REVERE ELECTRIC | BT1107 | |
| Nov 09 | 26.11 | ACH DEBIT | | |
| | | CCD  NORTH SHORE GAS | ONLINE PMT | |
| Nov 09 | 15,515.87 | ACH DEBIT | | |
| | | CCD  INTUIT PAYROLL S | QUICKBOOKS | |
| Nov 09 | 95,937.19 | ACH DEBIT | | |
| | | CCD  INTUIT PAYROLL S | QUICKBOOKS | |
| Nov 10 | 14.33 | ACH DEBIT | | |
| | | WEB  University Realt | WEB PMTS | |
| Nov 10 | 121.92 | ACH DEBIT | | |
| | | CCD  IRS | USATAXPYMT | |
| Nov 10 | 626.08 | ACH DEBIT | | |
| | | CCD  INTUIT PAYROLL S | QUICKBOOKS | |
| Nov 10 | 1,072.29 | ACH DEBIT | | |
| | | CCD  INTUIT PAYROLL S | QUICKBOOKS | |
| Nov 14 | 814.00 | ACH DEBIT | | |
| | | WEB  Worthing Compani | 130 | |
| Nov 14 | 5,420.30 | ACH DEBIT | | |
| | | CCD  CAPITAL ONE | CRCARDPMT | |
| Nov 14 | 10,932.75 | ACH DEBIT | | |
| | | CCD  LIBERTY MUTUAL | 101926560 | |
| Nov 16 | 3,668.99 | ACH DEBIT | | |
| | | CCD  EMPLOYMENT DEVEL | EDD EFTPMT | |
| Nov 16 | 4,107.64 | ACH DEBIT | | |
| | | CCD  IL DEPT OF REVEN | EDI PYMNTS | |
| Nov 16 | 37,360.56 | ACH DEBIT | | |
| | | CCD  IRS | USATAXPYMT | |
| Nov 18 | 11,001.47 | ACH DEBIT | | |
| | | WEB  CITI CARD ONLINE | PAYMENT | |
| Nov 21 | 2,000,000.00 | INTERNATIONAL WIRE OUT | | |
| | | OP 161121891122 OUTGOING PAYMENT MTTRF | | |

# BMO Harris Bank

### A part of BMO Financial Group

```
                                      BMO HARRIS BANK N.A.              362075
                                      P.O. BOX 94033
                                      PALATINE, IL  60094-4033


                              ACCOUNT  NUMBER:      REDACTED

                                               Statement Period
                                          11/01/16  TO  11/30/16
                    91    04585                IM0099002900000000

       SAVIS, INC.                        PAGE     4 OF     5

  0
```

---

| Date | Amount | Description | |
|---|---|---|---|
| Nov 21 | 1,437.56 | ACH PREFUNDED DEBIT | |
| | | PPD  SAVISINCC | SAVSILOFA |
| Nov 21 | 4,398.50 | ACH PREFUNDED DEBIT | |
| | | PPD  SAVISINCC | SAVS!AQC |
| Nov 21 | 7,019.82 | ACH PREFUNDED DEBIT | |
| | | PPD  SAVISINCC | SAVSILPLA |
| Nov 22 | 235.52 | ACH DEBIT | |
| | | PPD  SO CALIF EDISON | PAYMENTS |
| Nov 22 | 570.76 | ACH DEBIT | |
| | | CCD  IRS | USATAXPYMT |
| Nov 22 | 1,681.02 | ACH DEBIT | |
| | | CCD  INTUIT PAYROLL S | QUICKBOOKS |
| Nov 22 | 12,189.41 | ACH DEBIT | |
| | | CCD  INTUIT PAYROLL S | QUICKBOOKS |
| Nov 22 | 89,888.55 | ACH DEBIT | |
| | | CCD  INTUIT PAYROLL S | QUICKBOOKS |
| Nov 23 | 84.76 | ACH DEBIT | |
| | | CCD  IRS | USATAXPYMT |
| Nov 23 | 1,163.33 | ACH DEBIT | |
| | | CCD  INTUIT PAYROLL S | QUICKBOOKS |
| Nov 23 | 1,681.02 | ACH DEBIT | |
| | | CCD  INTUIT PAYROLL S | QUICKBOOKS |
| Nov 28 | 69.86 | ACH DEBIT | |
| | | PPD  COMED | UTIL_BIL |
| Nov 28 | 116.72 | ACH DEBIT | |
| | | WEB  TIME WARNER CABL | TWC EFTPMT |
| Nov 28 | 116.72 | ACH DEBIT | |
| | | WEB  TIME WARNER CABL | TWC EFTPMT |
| Nov 29 | 5,000.00 | ACH PREFUNDED DEBIT | |
| | | PPD  SAVISINCC | SAVSILOFA |
| Nov 29 | 22,359.18 | ACH PREFUNDED DEBIT | |
| | | PPD  SAVISINCC | SAVIS Mont |
| Nov 30 | 126.92 | ACH DEBIT | |
| | | CCD  IND WITH TAX | INTAX |
| Nov 30 | 681.70 | ACH DEBIT | |
| | | CCD  INTUIT PAYROLL S | QUICKBOOKS |
| Nov 30 | 3,882.00 | ACH DEBIT | |
| | | WEB  Duke University | TMSMPP |
| Nov 30 | 36,166.16 | ACH DEBIT | |
| | | CCD  IRS | USATAXPYMT |

**Checks by Serial Number**

| Date | Serial # | Amount | Date | Serial # | Amount |
|---|---|---|---|---|---|
| Nov 10 | 10022 | 808.50 | Nov 15 | 10058 * | 559.10 |
| Nov 21 | 10023 | 243.24 | Nov 14 | 10059 | 1,150.72 |
| Nov 29 | 10025 * | 1,014.29 | Nov 17 | 10062 * | 131.00 |
| Nov 14 | 10056 * | 783.40 | Nov 21 | 10105 * | 500.26 |

  * Indicates break in check sequence

**BMO** 🔴 **Harris Bank**

*A part of BMO Financial Group*

BMO HARRIS BANK N.A.                    362075
P.O. BOX 94033
PALATINE, IL 60094-4033

**ACCOUNT   NUMBER:**    REDACTED

Statement Period
11/01/16  TO  11/30/16
IM0099002900000000

91    04585

SAVIS, INC.                              PAGE    5 OF    5

0

---

Daily Balance Summary

| Date | Balance | Date | Balance |
|---|---|---|---|
| Oct 31 | 959,999.06 | Nov 15 | 1,069,152.50 |
| Nov 01 | 899,785.01 | Nov 16 | 1,046,276.31 |
| Nov 02 | 870,299.59 | Nov 17 | 1,047,296.03 |
| Nov 03 | 950,891.43 | Nov 18 | 1,570,273.96 |
| Nov 04 | 1,045,828.93 | Nov 21 | 200,200.62 |
| Nov 07 | 1,034,079.17 | Nov 22 | 97,426.36 |
| Nov 08 | 950,756.56 | Nov 23 | 94,497.25 |
| Nov 09 | 839,277.39 | Nov 28 | 109,169.95 |
| Nov 10 | 1,057,589.77 | Nov 29 | 80,796.48 |
| Nov 14 | 1,066,674.60 | Nov 30 | 50,177.56 |

**Important information about your Consumer Overdraft Credit Line Account**

**For overdraft credit plans with a fixed Annual Percentage Rate:**
The periodic rate and corresponding Annual Percentage Rate does not change.

**For overdraft credit plans with a variable Annual Percentage Rate:**
The periodic rate and corresponding Annual Percentage Rate for this plan is a variable rate which can change monthly.  (See your account agreement for details on how the Annual Percentage Rate is determined.)

**CALCULATION OF BALANCE SUBJECT TO INTEREST RATE FOR CONSUMER OVERDRAFT CREDIT LINE ACCOUNTS**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance.

The interest charge begins to accrue on the date an advance is posted to your account. The interest charge continues to accrue on the unpaid principal balance after the statement has been printed and mailed to you. There is no "grace period" or "free ride period" which would allow you to avoid an interest charge.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR CONSUMER OVERDRAFT CREDIT LINE ACCOUNT STATEMENT**
If you think there is an error on your statement, write to us at: Harris, Attn: Billing Department, Servicing Dept. D, 3800 Golf Road, P.O. Box 5043, Rolling Meadows, IL 60008.

In your letter, give us the following information:
• *Account information:*   Your name and account number.
• *Dollar amount:* The dollar amount of the suspected error.
• *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing*.  You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

**Credit Information**
We may report information about your account to credit bureaus.  Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS AND CARD TRANSACTIONS**

Call us at 1-800-847-1066 for errors involving Card transactions, or for Electronic Transfers call 1-888-340-2265, or write to Harris, P.O. Box 94019, Palatine, Illinois 60094-4019, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared. This is the information we will need in order to help resolve the problem:

1.    Tell us your name, account number, and Card number (if applicable).
2.    Describe the error or the transaction and the date of the transaction you are unsure about, and explain why you believe it is an error or why you need more information.
3.    Tell us the dollar amount of the suspected error.

If you tell us orally, we require that you also inform of us the error in writing within ten Business Days.

We will determine whether an error occurred within 10* Business Days after we hear from you and we will correct any error promptly.  If we need more time, however, by law we may take up to 45* days to investigate your complaint or question.  If we decide to do this, we will provisionally credit your account within 10* Business Days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.  If you fail to give us the required written confirmation of your complaint or question, then we may not credit your account or we may revoke the provisional credit we previously gave to you.

We will tell you the results of our investigation within three Business Days after completing our investigation.

*These time periods may be extended as follows. The applicable time is 20 Business Days in place of 10 Business Days for new accounts if the notice of the error involves a transfer to or from the account within the first 30 days your account is open.  The applicable time is 90 days in place of 45 days if the notice of error involves a transfer that either (1) was initiated outside the U.S., (2) resulted from a Point-of-Sale transaction, or (3) occurred within the first 30 days your account is open.

| TO RECONCILE YOUR CHECKING ACCOUNT | ① OUTSTANDING TRANSACTIONS | | | RECONCILEMENT | |
|---|---|---|---|---|---|
| | NUMBER | AMOUNT | | ② | |
| 1   List and Total all outstanding checks including those still outstanding from previous statements. | | | | ③ | |
| 2   Enter the "Ending Balance" shown on this statement. | | | | | |
| 3   Add deposits and other credits not shown on this statement. | | | | | |
| 4   Total | | | | | |
| 5   <u>Subtract</u> the total of outstanding checks as determined in Step 1 above. | | | | | |
| 6   This figure should be your checkbook balance.  If it does not agree, review the above steps and if necessary, review your checkbook entries. | | | | | |
| | | | | ④ | |
| | | | | ⑤ | |
| | | | | ⑥ | |

Date:  07/01/2012

G3BACK  2010/06a