# EXHIBIT 4


**Harris Bank**

A part of BMO Financial Group

P.O. Box 4320
Carol Stream, Illinois 60197-4320

BMO HARRIS BANK N.A.
P.O. BOX 94033
PALATINE, IL  60094-4033

162460

ACCOUNT NUMBER: REDACTED

058060

01     04228

JOSEPH DAOU
KAREN M DAOU
200 PALM ISLAND SW
CLEARWATER BEACH FL   33767-1940

Statement Period
02/07/17  TO  02/11/17
IM00990029000000000

PAGE     1 OF     2

0000

USING YOUR BMO HARRIS MASTERCARD HAS NEVER BEEN EASIER.
ADD YOUR MASTERCARD DEBIT CARD TO BMO HARRIS BANK MASTERPASS,* AN
ALL-IN-ONE DIGITAL WALLET FROM BMO HARRIS BANK THAT MAKES IT A SIMPLE WAY
TO PAY ONLINE, IN-APP AND IN-STORE. YOU CAN ALSO ADD YOUR CARD TO ANDROID
PAY, APPLE PAY OR SAMSUNG PAY. SIMPLY ADD YOUR BMO HARRIS BANK MASTERCARD
DEBIT CARD AND START ENJOYING A CONVENIENT AND EASY WAY TO PAY WITH ALL
OF THE SAME GREAT BENEFITS. FOR MORE INFORMATION, VISIT
BMOHARRIS.COM/DIGITALPAYMENTS.
*BMO HARRIS BANK MASTERPASS IS A DIGITAL WALLET SERVICE OFFERED BY
MASTERCARD WITH BMO HARRIS BANK N.A. IMPORTANT TERMS AND INFORMATION ABOUT
MASTERPASS ARE AVAILABLE AT BMOHARRIS.COM/MASTERPASS. MASTERPASS USERS ON
ANDROID DEVICES SHOULD REFER TO IMPORTANT DEVICE AND SOFTWARE REQUIREMENTS
IN THE MASTERPASS ANDROID APP IN THE GOOGLE PLAY STORE.
GOOGLE PLAY AND ANDROID ARE TRADEMARKS OF GOOGLE INC. SAMSUNG PAY IS A
REGISTERED TRADEMARK OF SAMSUNG ELECTRONICS CO., LTD. APPLE AND APPLE PAY
ARE TRADEMARKS OF APPLE INC., REGISTERED IN THE U.S. AND/OR OTHER COUNTRIES.
MASTERCARD IS A REGISTERED TRADEMARK OF MASTERCARD INTERNATIONAL
INCORPORATED. BANKING PRODUCTS AND SERVICES ARE SUBJECT TO BANK AND CREDIT
APPROVAL. BMO HARRIS BANK N.A. MEMBER FDIC. EQUAL HOUSING LENDER. NMLS401052
VISIT US ONLINE AT WWW.BMOHARRIS.COM.

## CHECKING ACCOUNTS

EVERYDAY CHECKING
ACCOUNT NUMBER    REDACTED    (Checking)                           JOSEPH DAOU

DEPOSIT ACCOUNT SUMMARY

```
Previous  Balance as of February  07, 2017                        .00
    1 Deposits               (Plus)                        950,000.00
    1 Withdrawals            (Minus)                       250,000.00
Ending Balance as of    February 11, 2017                  700,000.00
```

Deposits and Other Credits
```
   Date           Amount     Description
   Feb 07     950,000.00     TELLER DEPOSIT
```

Withdrawals and Other Debits
```
   Date           Amount     Description
   Feb 08     250,000.00     DEBIT MEMO
```

Daily Balance Summary
```
   Date        Balance              Date        Balance
   Feb 07   950,000.00              Feb 08   700,000.00
```

145BMP0001 / R                                     145BM0008.STMT1.10.S_15715/058060/114030

# BMO Harris Bank
A part of BMO Financial Group

P.O. Box 4320
Carol Stream, Illinois 60197-4320

BMO HARRIS BANK N.A.  155381
P.O. BOX 94033
PALATINE, IL 60094-4033

ACCOUNT NUMBER: REDACTED

057925

01   04228

JOSEPH DAOU
KAREN M DAOU
200 PALM ISLAND SW
CLEARWATER BEACH FL   33767-1940

Statement Period
02/12/17 TO 03/11/17
IM0099002900000000

PAGE   1 OF   2

0000

GOOD NEWS: AS OF 3/1/17, YOU WILL HAVE FEE-FREE ACCESS TO OVER 40,000 MORE ATMS IN THE U.S. AND WE WILL NOT CHARGE THE NON-BMO HARRIS ATM TRANSACTION FEE WHEN YOU USE ANY ATM DISPLAYING THE ALLPOINT(R) NAME. VISIT BMOHARRIS.COM TO FIND ALLPOINT ATMS IN THE U.S.

ALLPOINT ATMS WILL BE KNOWN AS "PARTICIPATING ATMS." FOREIGN TRANSACTION FEES WILL BE CHARGED FOR TRANSACTIONS CONDUCTED OUTSIDE THE U.S. AND WE ARE NOT LIABLE FOR THE FAILURE OF A MERCHANT, OR THE OWNER OR OPERATOR OF A PARTICIPATING ATM TO GIVE YOU A RECEIPT FOR A TRANSACTION. THE DEPOSIT ACCOUNT AGREEMENT HAS BEEN AMENDED ACCORDINGLY.

EFFECTIVE 5/16/17, WE WILL INCREASE THE NON-BMO HARRIS ATM TRANSACTION FEE FROM $2.50 TO $3.00; WE WILL CONTINUE TO WAIVE THIS FEE IF YOU ARE RECEIVING A WAIVER FOR BEING A COLLEGE STUDENT OR A BANK AT WORK/GROUP BANKING SERVICES CUSTOMER.

IF YOU HAVE QUESTIONS ABOUT ANY OF YOUR BMO HARRIS ACCOUNTS, PLEASE CALL US TOLL-FREE AT 1-888-340-2265. BMO HARRIS BANK N.A. MEMBER FDIC. EQUAL HOUSING LENDER. NMLS401052 VISIT US ONLINE AT WWW.BMOHARRIS.COM.

## CHECKING ACCOUNTS

EVERYDAY CHECKING
ACCOUNT NUMBER   REDACTED   (Checking)                JOSEPH DAOU

### DEPOSIT ACCOUNT SUMMARY

| | |
|---|---:|
| Previous Balance as of February 11, 2017 | 700,000.00 |
| 6 Deposits (Plus) | 8,775,000.00 |
| 6 Withdrawals (Minus) | 9,470,045.00 |
| Ending Balance as of March 11, 2017 | 4,955.00 |

### Deposits and Other Credits

| Date | Amount | Description |
|---|---:|---|
| Feb 13 | 250,000.00 | PC TRANSFER CREDIT |
| Feb 13 | 1,175,000.00 | PC TRANSFER CREDIT |
| Feb 14 | 1,400,000.00 | PC TRANSFER CREDIT |
| Feb 14 | 2,000,000.00 | PC TRANSFER CREDIT |
| Feb 17 | 1,900,000.00 | PC TRANSFER CREDIT |
| Feb 17 | 2,050,000.00 | PC TRANSFER CREDIT |

**BMO Harris Bank**

A part of BMO Financial Group

BMO HARRIS BANK N.A.  155382
P.O. BOX 94033
PALATINE, IL  60094-4033

ACCOUNT NUMBER: REDACTED

Statement Period
02/12/17 TO 03/11/17
IM0099002900000000

01   04228

JOSEPH DAOU

PAGE   2 OF   2

```
Withdrawals and Other Debits
   Date            Amount    Description
   Feb 14      1,375,000.00  PC TRANSFER DEBIT
   Feb 14      2,000,000.00  PC TRANSFER DEBIT
   Feb 14      2,100,000.00  PC TRANSFER DEBIT
   Feb 17      1,950,000.00  PC TRANSFER DEBIT
   Feb 21      2,045,000.00  INTERNATIONAL WIRE OUT
                             OP 170221896289 OUTGOING PAYMENT MTTRF
   Feb 21             45.00  WIRE TRANSFER FEE
                             WIRE TRANSFER FEE

Daily Balance Summary
   Date           Balance           Date           Balance
   Feb 11      700,000.00           Feb 17    2,050,000.00
   Feb 13    2,125,000.00           Feb 21        4,955.00
   Feb 14       50,000.00
```

========================= Periodic Account Summary =========================

```
*                        *   Total for This   *    Total              *
*                        *      Period        *    Year-to-date       *
* Total Overdraft Fees  *$               .00 *$                .00    *
* Total NSF Fees        *$               .00 *$                .00    *
```

145BMP0001 / R