# EXHIBIT 5

SAVIS0000120

**BLC Bank s.a.l.**
BLC Bank building, Adlieh square,
2064-5809 Beirut, Lebanon
Phone +961 1 387 000 , Fax +961 1 429 000
www.blcbank.com

Capital: LBP 214,750,000,000 fully paid
List of banks no. 11- R.C.B. no. 1952
MOF no. 360

SAVIS0000120



**We deliver what matters**

SAVIS0000120

البنك اللبناني للتجارة ش.م.ل.
مبنى البنك اللبناني للتجارة، مستديرة العدلية،
٢٠٦٤-٥٨٠٩ بيروت، لبنان
هاتف ٠٠٠ ٣٨٧ ١ ٩٦١+ ،فاكس ٠٠٠ ٤٢٩ ١ ٩٦١+

رأس المال: ٢١٤٬٧٥٠٬٠٠٠٬٠٠٠ ل.ل. مدفوع بأكمله
لائحة المصارف رقم ١١ - سجل تجاري ١٩٥٢
رقم التسجيل المالي: ٣٦٠

JOSEPH A DAOU &or KAREN MARIE DAOU

[address partially illegible — SW CLEAR WATER BEACH]

MR. JOSEPH DAOU

*17,525,000.00*

VALID FOR DEPOSIT IN USA.

Customer's Signature



SAVIS0000121

SAVIS0000121

SAVIS0000121

FOR DEPOSIT ONLY
Joseluadar

PAY TO THE ORDER OF
PAY ANY BANK BANKER OR
THE COMPANY OF [illegible]
ENDORSEMENT [illegible]
HUNTINGTON NA[illegible]
COLUMBUS OHIO USA

JD

DEC 5 '13

www.dhl.com

tracking nbr: 1314730546

SAVIS0000123

SAVIS0000123

SAVIS0000123

