# EXHIBIT 6

The Huntington National Bank
Foreign Exchange - EA2E98
7 Easton Oval
Columbus, Ohio 43219
SWIFT - HUNTUS33
614-331-9908
ForeignCollections@Huntington.com

**Advice Date: 12/05/19**
**Outgoing Check Collection Acknowledgement**
**OCL.005725**

JOSEPH DAOU
200 PALM IS SW
CLEARWATER FL 33767-1940

```
       Drawer: BANQUE DU LIBAN
       Drawee: BANQUE DU LIBAN
 Draft Amount: USD 7,525,000.00
   Draft Date: 11/28/19
Draft Reference: 115982
```

Acting on your behalf, we have entered for Collection the item(s) described hereon.

This Collection is subject to the Uniform Rules for Collections, International Chamber of Commerce, Publication No. 522.

Please mention our reference no. (OCL.005725) in all communications with us related to this Collection.

Thank you.

1

```
The Huntington National Bank
Foreign Exchange - EA2E98
7 Easton Oval
Columbus, Ohio 43219
SWIFT - HUNTUS33
614-331-9908
FXINVESTIGATIONS@HUNTINGTON.COM
```

Date: 12/23/19                                    Advice of Items
Returned Unpaid


```
JOSEPH DAOU
200 PALM IS SW
CLEARWATER FL 33767-1940
```

         Our Ref: OCL.005725
          Drawee: BANQUE DU LIBAN
          Drawer: BANQUE DU LIBAN
Draft Amount: USD 7,525,000.00


We are returning the attached check which was presented to us for collection.
The check is being returned unpaid for reason of LEBANON IS NOT ACCEPTING CHECKS
FOR COLLECTIONS. CHECKS MUST BE PRESENTED AT LOCAL BANK IN LEBANON.

We have debited your account on file for the following fees:


USD .00                         TOTAL


If you have any questions, please contact us at 1-877-480-4685.




Enc.

1