# EXHIBIT 8



## Abou Chedid & Associates

A notice served through the Notary Public in Jdeidet El-Matn Mrs. Randa Abboud

**To:** BLC Bank SAL
Represented by the Chairman and General Manager, Mr. Nadim Kassar
Through the Manager of Jbeil branch Mr. Jean-Claude Zakhia

To be handed over to him personally or to any of his employees
Address: Byblos, Main Road - BLC Bank Building - Phone: 09 540150

After greeting,

In my capacity as the legal representative of Mr. Joseph Daou by virtue of a power of attorney registered at the notary Public in Ain el-Rammaneh Mr. Gerard Zahr, under the Number 16064/2019 on 3/12/2019, I do hereby serve upon you with the following Legal notice:

Whereas, the client had previously opened a joint bank account with Mrs. Karen Daou at your branch in Byblos under the No. /3-00169292/,

Whereas, my client had repeatedly requested, as of September 20, 2019, to make wire transfers from his account mentioned above to his bank account in the United States of America; and the request was not fulfilled from your side, rather more, your branch in Byblos, based on the decision of your Board of Directors, refused to take such action,

Whereas, you continued to refuse to initiate the wire transfers requested by my client, up to the date where you misrepresented my client's ability to transfer his money to the United States of America through a cashier check drawn on the Central Bank in Lebanon that can be deposited at any bank operating in the United States of America; accordingly, you issued the cashier check No. /115982/ on 28/11/2019 for the value of /7,525,000/USD (Seven Million Five Hundred and Twenty Five Thousand US Dollars), and you

Sin El Fil Highway, Parallel Towers, Block B, 6th Floor
Tel: +961 1 501208-9-10 - Fax: +961 1 501211
E-mail: info@aa-lawfirm.com, www.aa-lawfirm.com

mentioned in writing on its copy a that it was "valid for deposit in USA",

Whereas, after repeated efforts by Bank of America, Huntington Bank and Citibank to collect the cashier check, it was determined that the cashier check, issued by your bank and drawn on the Central Bank in Lebanon as mentioned above, is not valid for deposit in the United States of America, as shown in the letters of Bank of America and Huntington Bank,

Whereas, it has become distinctly proven that the above-mentioned cashier check is not valid to be deposited and collected in the United States of America, on the contrary to what you represented to my client, especially after failure of Bank of America and Huntington Bank in their attempts to do so,

Whereas, I do attach to this notice the original cashier check No /115982/ dated 28/11/2019; and I request for the last time to cancel the aforementioned cashier check and re-record its value in my client's account and transfer the amount to his account at Huntington Bank on the following account:

    Account Name: Joseph and Karen Daou
    Bank Name: Huntington Bank
    Address: 20 N Clark St, Chicago IL 60602
    Account number: REDACTED
    SWIFT: HUNTUS33

Pursuant to what my client had requested in his email sent to you on 31/1/2020,

Therefore,

I hereby, in my capacity stated above, request you to immediately cancel the cashier check No. /115982/ dated 28/11/2019, and re-record its value in the client's account; and transfer its value that is equivalent to /7,525,000/ USD

---

وخمســمائة وخمســة وعشــرون ألــف دولار أميركــي)، وأدرجتــم علــى صــورته عبــارة صــالح للإيــداع فــي الولايات المتحدة الأميركية،

ولما كان وبعد محاولات متكررة بذلت من قبل كل من Bank of America و Huntington Bank و Citibank، والتي تبين من خلالها بأن الشــيك المصــرفي الصــادر عن مصرفكم والمسحوب على مصرف لبنان والمشار إليه أعلاه غير صالح للإيداع في الولايات المتحدة الأميركية، وهو ما بات ثابتــاً من خلال خطــاب كــل من Bank of America وHuntington Bank،

ولمـا كـان قـد بـات ثابتـاً بـأن الشـيك المصـرفي المشـار إليه أعلاه غير صـالح لإيداعـه وتحصيله فـي الولايـات المتحدة الأميركية بخـلاف مـا تم إيهـام الموكل بـه، لاسيما بعد فشل محاولة إيداعـه فـي الولايـات المتحدة فـي كـل مـن Bank of America و Huntington Bank بالتعاون مـع Citibank،

ولمــا كنــا نرفــق بالكتــاب الحاضــر أصــل الشــيك المصــرفي رقــم /115982/ تــاريخ 28/11/2019 ونطلــب وللمــرة الأخيــرة مــن جــانبكم إلغــاء الشــيك المشــار إليه وإعــادة قيد قيمتــه فــي حسـاب الموكــل وتحويــل هـذا المبلـغ الــى حسـابه فــي مصـرف Huntington Bank على الحساب التلي :

Account Name: Joseph and Karen Daou
Bank Name: Huntington Bank
Address: 20 N Clark St, Chicago IL 60602
Account number: REDACTED
SWIFT: HUNTUS33

وهذا ما كان قد طلبه الموكل بموجب البريد الإلكتروني المرسل إليكم بتاريخ 31/1/2020،

لذلــــك

جئنــا بموجــب الكتــاب الحاضــر وبصــفتنا أعــلاه، نــذركم بوجــوب المبــادرة فــوراً الــى إلغــاء الشــيك المصــرفي رقــم /115982/ تــاريخ 28/11/2019 وإعــادة قيـد قيمتــه فــي حسـاب الموكــل وتحويــل قيمتــه البالغــة /7,525,000/

(Seven Million Five Hundred and Twenty Five Thousand US Dollars) to client's bank account at Huntington Bank, on the account detailed below:

Account Name: Joseph and Karen Daou
Bank Name: Huntington Bank
Address: 20 N Clark St, Chicago IL 60602
Account number: REDACTED
SWIFT: HUNTUS33

as soon as you receive or refuse to receive this notice, failing which, I will have to initiate legal actions before the relevant jurisdiction in the United States of America and Lebanon to compel you to make the aforementioned wire transfer, preserving all client's rights of any type whatsoever.

Without Prejudice
By Power
Roy Abou Chedid

Attachments:
1- The original cashier check number / 115982 / dated 28/11/2019.
2- Letter from both Bank of America and Huntington Bank.

د.أ. (سبعة ملايين وخمسمائة وخمسة وعشرون ألف دولار أميركي) الى حسابه في مصرف Huntington Bank المفصل على الشكل التالي:

Account Name: Joseph and Karen Daou
Bank Name: Huntington Bank
Address: 20 N Clark St, Chicago IL 60602
Account number: REDACTED
SWIFT: HUNTUS33

وذلك فور تبلفكم هذا الكتاب او رفضكم التبلغ حتى لا نضطر الى مراجعة القضاء المختص في كل من الولايات المتحدة الأميركية ولبنان لإلزامكم بإجراء التحويل المشار إليه، محتفظين بحقوق الموكل كافة لأية جهة كانت ومن أي نوع كان.

بكل تحفظ واحترام
بالوكالة
المحامي روي أبو شديد

نرفق ربطاً:
1- أصل الشيك المصرفي رقم /115982/ تاريخ 28/11/2019.
2- خطاب الرفض كل من مصرف Bank of America ومصرف Huntington Bank.



الجمهوريـــة اللبنانيـــة
دائرة الكاتب العدل في عين الرمانة
الأستاذ جيرار جورج زهر
مستديرة الطيونة – بناية WESTERN UNION – ط ثالث
هاتف: ٠١/٣٨٠٢٤٠    خليوي: ٠٣/٤٨٨٠٣٣

عــــدد : ٢٠١٩/١٦٠٦٤

## سند توكيل عام

في يوم الثلاثاء الواقع فيه الثالث من شهر كانون الأول سنة ألفين وتسعة عشر ، حضر أمامي أنا **جيرار جورج زهر**، المجاز في الحقوق الكاتب العدل في عين الرمانة، السيد **جوزاف عبدالله ضو**، من الجنسية اللبنانية، والدته هلا، مواليد محرمش /١٩٦٢/، رقم سجل نفوسه /٤٥/ محرمش بموجب بيان قيد إفرادي عليه رسمه الشمسي والحائز على الأهلية المدنية والقانونية، وبحضوري صرح طائعاً مختاراً وهو بأكمل الأوصاف المعتبرة قانوناً وشرعاً، بما يلي :

قد وكلت وأقمت مقام نفسي المحامي الأستاذ **روري خليل ابو شديد** للمرافعة والمدافعة عني بكل دعوى أم على أم حادثة أم ستحدث مع أي كان وبأي خصوص كان من أي نوع كانت مدنية أم جزائية أم روحية أم عقارية وبكل ما يتوجب لي من حقوق والتزامات وميراث وخلافه وذلك في جميع المحاكم على اختلاف أنواعها ودرجاتها ووظائفها وصفاتها من نظامية وإدارية وتجارية وعسكرية وشرعية وروحية ومذهبية وعقارية ودوائر ومجالس الدولة اللبنانية مع أي كان من الناس وسواهم من المصارف والمؤسسات والمقامات الروحية والعسكرية وغيرها وتقديم الإستدعاءات واللوائح الخطية واستلام واسترجاع كافة الأوراق أين وأن كانت والتحليف والتحكيم والتبليغ والتبلغ وتسمية الخبراء وردهم وقبول تقاريرهم والاعتراض عليها وطلب الحجز وتثبيته ورفعه والاستحصال على الأحكام والقرارات الإدارية وتنفيذها بجميع الطرق القانونية وطلب الرهن والتأمين الإجباري وبيع أموال المديون المنقولة وغير المنقولة بالمزاد العلني والدخول بالمزايدة باسمي ولحسابي، وملاحقة جميع المعاملات في الدوائر العقارية واستلام سندات الملكية ورفع وشطب إشارة التأمين والرهن عن الأموال المنقولة وغير المنقولة وطلب شهر الإفلاس والتصفية القضائية والكونكورداتو وتثبيت الديون والاعتراض عليها وإقامة دعوى الشفعة والغبن والقسمة والإفراز ومراجعة دوائر التحقيق وتقديم الشكاوى خصوصاً في دعاوى **إساءة الإئتمان والتزوير واستعمال المزوّر** وسائر الدعاوى الجزائية وطلب الحبس والحقوق الشخصية والتدخل بكل دعوى لي أو علي أو شخصاً ثالثاً، ومراجعة جميع المحاكم بجميع طرق المراجعات العادية والاستثنائية استئنافاً وتمييزاً وإعادة محاكمة واعتراض الغير والاعتراض على الأحكام الغيابية وطلب رد الحكام والشكوى منهم وتسمية الشهود وردهم واختيار محل إقامة وطلب اليمين ورده والنكول عنه وإرسال الإخطارات والإنذارات وتقديم طلب إخلاء السبيل وتقديم أعمال المساحة الإختيارية والإجبارية وإجراء العروض والإيداعات الفعلية وقبضها واستلامها والحوالات البريدية واستردادها والرجوع عنهما وإجراء المحاسبة والتوقيع على جميع الدعاوى والأوراق والطلبات والمعاملات والاستحصال على صور طبق الأصل عن المعاملات والمستندات من كافة المراجع، مع حق **الصلح والإسقاط والتنازل والإقرار والإبراء والتعهد والتنفيذ والتحكيم والقبض والتوقيع والرجوع عن الحق والدعوى والقبول بالرجوع عنهما واسترداد الرسوم وفرق الرسوم والتأمينات** .

ليقوم مقامي ولينوب عني بإجراء وتوقيع العمليات والحسابات المنصوص عنها بموجب القوانين المرعية الإجراء وبقية القوانين المصرفية العامة والخاصة ودون استثناء وعلى كامل مسؤوليتي الشخصية ولحسابي الخاص ولا سيما تبلّغ الكشوفات واستلام وتسليم الأوراق والمستندات والمخالصات وبراءات الذمة ورفع السرية المصرفية والاطلاع على الحسابات والكشوفات .

وكالة عامة مفوضة لرأي الوكيل وقوله وفعله وله حق توكيل غيره بكل ما وكلته به أو ببعضه وعزل من يوكله وإجراء جميع ما يراه مناسباً، وبعد تلاوة هذا السند على الموكل أقر بمضمونه ووافق على كافة مندرجاته بمحض إرادته ووقعه إشعاراً منه بذلك ، لذا وقع مني أنا الكاتب العدل وصدق وسجل أصولاً بالتاريخ أعلاه.

الموكل

الكاتب العدل في عين الرمانة
جيرار جورج زهر

Joseph DAOU





Case 1:20-cv-04438-DLC   Document 68-8   Filed 12/18/20   Page 7 of 13



EXHIBIT 1                                                                 Page 1



**Bank of America** 
**Merrill Lynch**

Foreign Clean Collections
TX1-160-06-18
1950 N. Stemmons Fwy, Ste 6001
Dallas, TX 75207
Fax: 415.343.0520

JOSEPH A DAOU
200 PALM IS SW
CLEARWATER FL 33767

January 07, 2020

## We're returning the enclosed collection item because it couldn't be processed.

Our Reference: FCC200107-000138

Collection details:
Your reference: 115982
Amount: 7,525,000.00/USD
Check number: 115982
Drawn by: BANQUE DU LIBAN

We're unable to process your collection item for the following reason: The financial institution that the check is drawn on no longer supports presentments for payment.

Please deposit the enclosed item in the same manner you would deposit any non-Collection item to your account. If you have concerns about the check being returned, you may contact the maker of the check and request an alternate payment method, such as a cashier's check or money order; or a wire or ACH funds transfer.

### Questions?
We appreciate the opportunity to serve your financial needs. If you have questions or need additional information, email us at ForeignCleanCollections@BankofAmerica.com.



EXHIBIT 1  Page 2

The Huntington National Bank
Foreign Exchange - EA2E98
7 Easton Oval
Columbus, Ohio 43219
SWIFT - HUNTUS33
614-331-9908
FXINVESTIGATIONS@HUNTINGTON.COM

Date: 12/23/19  Advice of Items
Returned Unpaid

JOSEPH DAOU
200 PALM IS SW
CLEARWATER FL 33767-1940

    Our Ref: CCL.005725
    Drawee: BANQUE DU LIBAN
    Drawer: BANQUE DU LIBAN
Draft Amount: USD 7,525,000.00

We are returning the attached check which was presented to us for collection.
The check is being returned unpaid for reason of LEBANON IS NOT ACCEPTING CHECKS
FOR COLLECTIONS. CHECKS MUST BE PRESENTED AT LOCAL BANK IN LEBANON.

We have debited your account on file for the following fees:

USD .00  TOTAL

If you have any questions, please contact us at 1-877-480-4685.

Enc.

1

# CHRISTELLE EL TAWIL

مترجمة محلّفة لدى المحاكم
Sworn Translator
Traductrice Assermentée

## Notification Letter
### Randa Abboud Notary Public Department
#### Notary Public in Jdaidet El Metn – Lebanon

Sender: Me. Roy Khalil Abou Chedid, Lebanese, authorized representative of Mr. Joseph Abdallah Daou under power of attorney.

Recipient: Messiers at BLC Bank SAL – represented by the chairman of the board and General Manager Mr. Nadim Kassar through the bank's manager in the Jbeil Branch Mr. Jean Claude Zakhia (notification delivered to him in person or to an associate or employee)

Address: Main road – BLC Bank SAL building– Phone: 09/540150

Document type: Addressed letter attached to a sealed envelope that includes One original cheque

Date of Document: 31/1/2020

Paper numbers: 910/2020

I have received after being notified a copy of the sent papers from the Notary Public Department identified by the type, date and numbers above-mentioned. Thereby, I signed the present document.

To the attention of the Single Judge at the Civil Court in Jounieh

Document is to be transferred to relevant authorities and returned.

Notary Public in Jdaidet El Metn

On 31/2/2020


(Handwritten content):

On 3/2/2020 the BLC Bank Jbeil branch, was notified through the employee Claude Moussa and Manager Jean Claude Zakhia who received and signed the papers attached to a sealed envelope and the judicial assistant signed as below.


Judicial Assistant  Nisrine Makhlouf (signed)

With discretion

Claude Youssef Moussa (signed) on 11:36 am Monday 3/2/2020

-------------------------------------------------------------------------------

I, hereby attest that the above, is a certified translation of the legible content.    Certified translation on 4/2/2020
Under no circumstances, should we be held liable for the original received document content.

Dbaye, High Point   03 563 593   sworn@crystaltranslation.net   www.crystaltranslation.net   Crystal Translation Ministry



**CHRISTELLE EL TAWIL**
مترجمة محلفة لدى المحاكم
Sworn Translator
Traductrice Assermentée

910/2020

To the attention of the Notary Public in Jdaideh,

The document is returned after notification

Jbeil on 3/2/2020

Judicial Assistant Nisrine Makhlouf

(stamp of Single Judge)

Certified translation on 4/2/2020



I hereby attest that the above, is a certified translation of the legible content.
Under no circumstances, should we be held liable for the original received document content

Dbaye, High Point   03 563 593   sworn@crystaltranslation.net   www.crystaltranslation.net   Crystal Translation Ministry





**CHRISTELLE EL TAWIL**
مترجمة محلّفة لدى المحاكم
Sworn Translator
Traductrice Assermentée



Document was notarized and authenticated at the Notary Public Department – Randa Abboud

On 5/2/2020

_____

Certified translation on 5/2/2020

I, hereby attest that the above, is a certified translation of the legible content.
Under no circumstances, should we be held liable for the original received document content.

Dbaye, High Point   03 563 593   sworn@crystaltranslation.net   www.crystaltranslation.net   Crystal Translation Ministry

 

<div dir="rtl">

## سنـد تبليـغ
### مكتب الأستاذة رندا عبود
### الكاتبة العدل في جديدة المتن – لبنان

**مــن:** المحامي روي خليل ابو شديد، اللبناني بوكالته عن السيد جوزاف عبدالله ضو

**إلــى:** حضرة السادة BLC bank sal المحترمين – ممثلاً برئيس مجلس الادارة والمدير العام السيد نديم قصار عبر مدير فرع البنك في جبيل السيد جان كلود زخيا – (يسلم اليه او لأحد العاملين معه او لديه).

**العنوان:** جبيل – الطريق العام – بناية BLC bank sal – هاتف: 09/540150.

**نوع الأوراق:** كتاب موجه مرفق بمغلف مختوم ضمنه شيك اصلي

**تاريخ الأوراق:** 2020/1/31

**رقم الأوراق:** 910/2020

تبلغت واستلمت نسخة الأوراق المرسلة من دائرة الكاتبة العدل المبين نوعها ورقمها وتاريخها أعلاه وإشعاراً بذلك وقعت هذا السند

حضرة القاضي المنفرد المدني في جبيل المحترم
يرجى الاحالة الى من يلزم للتبليغ والاعادة
الكاتبة العدل في جديدة المتن

</div>