# EXHIBIT 9

| | | |
|---|---|---|
| **Branch** | 46 Jbeil El Sahe | |
| **Date** | 29/05/2020 | |
| **Account No.** | REDACTED | |
| **Account Type** | 307-Time Deposit - Private Sector | |
| **Currency** | US Dollars | |
| **IBAN #** | LB61 0011 0000 0000 REDACTED | |
| **Statement period** | From 29/05/2019 To 28/05/2020 | |

## Statement of Account — كشف حساب

| | |
|---|---|
| **Rim No** | 868489 |
| **Name** | Mr. JOSEPH A DAOU &or KAREN MARIE DAOU |
| **Address** | BLDG 200 |
| | PALM ISLAND SW CLEAR WATER BEACH |
| | FLORIDA |

**NON NEGOTIABLE**

| DATE | TRANSACTION | REF. | DEBIT | CREDIT | BALANCE | VALUE Date |
|---|---|---|---|---|---|---|
| 29/05/2019 | B/FORWARD BALANCE | | | | 6,556,808.33 | 29/05/2019 |
| 29/05/2019 | Cash Deposit - | 46-02934869 | 0.00 | 40,000.00 | 6,596,808.33 | 10/06/2019 |
| 29/05/2019 | *Reversing tran Set 00000630000109433536 | 46-02934869 | 40,000.00 | 0.00 | 6,556,808.33 | 10/06/2019 |
| 29/05/2019 | Cash Deposit - | 46-05033797 | 0.00 | 40,000.00 | 6,596,808.33 | 30/05/2019 |
| 27/10/2019 | Interest Credit | 46-02363916 | 0.00 | 58,286.86 | 6,655,095.19 | 28/10/2019 |
| 27/10/2019 | Credit Interest Tax | 46-02363916 | 5,828.69 | 0.00 | 6,649,266.50 | 28/10/2019 |
| 28/10/2019 | Transaction Charges | 46-03097739 | 5.00 | 0.00 | 6,649,261.50 | 28/10/2019 |
| 05/11/2019 | Cash Deposit - | 46-00079578 | 0.00 | 10.00 | 6,649,271.50 | 14/11/2019 |
| 05/11/2019 | *Reversing tran Set 00000630000115251961 | 46-00079578 | 10.00 | 0.00 | 6,649,261.50 | 14/11/2019 |
| 05/11/2019 | Cash Deposit - | 46-03393288 | 0.00 | 10.00 | 6,649,271.50 | 05/11/2019 |
| 08/11/2019 | Refund tax different 7&10 | 99-05332529 | 0.00 | 917.31 | 6,650,188.81 | 08/11/2019 |
| 05/11/2019 | Cash Deposit - | 46-02333368 | 0.00 | 432,221.53 | 7,082,410.34 | 18/11/2019 |
| 06/11/2019 | Commission on Cash Deposit | 46-02333368 | 1,080.55 | 0.00 | 7,081,329.79 | 06/11/2019 |
| 06/11/2019 | *Reversing tran Set 00000630000115402796 | 46-02333368 | 0.00 | 1,080.55 | 7,082,410.34 | 06/11/2019 |
| 06/11/2019 | *Reversing tran Set 00000630000115402796 | 46-02333368 | 432,221.53 | 0.00 | 6,650,188.81 | 18/11/2019 |
| 06/11/2019 | Cash Deposit - | 46-01414929 | 0.00 | 432,221.53 | 7,082,410.34 | 06/11/2019 |
| 20/11/2019 | Transfer From VANESSA M. MIKHAEL &OR ESTEPHAN H. HANNA GERGES | 46-00698801 | 0.00 | 1,146.56 | 7,083,556.90 | 21/11/2019 |
| 25/11/2019 | Transfer From 3-00187609 | 46-02358782 | 0.00 | 389,928.74 | 7,473,484.64 | 26/11/2019 |
| 27/11/2019 | Interest Credit | 46-02286828 | 0.00 | 63,492.14 | 7,536,976.78 | 28/11/2019 |
| 27/11/2019 | Credit Interest Tax | 46-02286828 | 6,349.21 | 0.00 | 7,530,627.57 | 28/11/2019 |
| 26/11/2019 | Issuance Draft 115982 MR. JOSEPH DAOU | 46-01052682 | 7,525,000.00 | 0.00 | 5,827.57 | 27/11/2019 |
| 28/11/2019 | Transaction Charges | 46-03782517 | 5.00 | 0.00 | 5,822.57 | 28/11/2019 |
| 30/11/2019 | Interest Charge | 46-03683167 | 25.75 | 0.00 | 5,596.82 | 01/12/2019 |
| 04/01/2020 | Issuance Draft 516460 MR. ESTEPHAN HANNA HANNA GERGES | 46-05427334 | 5,536.00 | 0.00 | 60.82 | 03/01/2020 |
| 04/01/2020 | Commission Draft No.516460 | 46-05427334 | 10.00 | 0.00 | 50.82 | 04/01/2020 |
| 04/01/2020 | *Reversing tran Set 00000630000117554490 | 46-05427334 | 0.00 | 10.00 | 60.82 | 04/01/2020 |
| 04/01/2020 | *Reversing tran Set 00000630000117554490 | 46-05427334 | 0.00 | 5,536.00 | 5,596.82 | 03/01/2020 |
| 04/01/2020 | Issuance Draft 516461 MR. ESTEPHAN HANNA HANNA GERGES | 46-03549658 | 5,536.00 | 0.00 | 60.82 | 03/01/2020 |
| 04/01/2020 | Commission Draft No.516461 | 46-03549658 | 10.00 | 0.00 | 50.82 | 04/01/2020 |
| 08/04/2020 | aramex fees - Joseph Abdallah Daou | 46-00782751 | 11.87 | 0.00 | 38.95 | 08/04/2020 |
| 08/04/2020 | aramex fees - Karen Marie Joseph Daou | 46-00782362 | 11.87 | 0.00 | 27.08 | 08/04/2020 |
| | Total | | 8,021,641.47 | 1,464,860.22 | 27.08 | |

BLC Bank s.a.l.

1/2

**BLC Bank s.a.l.**
BLC Bank Building, Adlieh sec
2064-5809 Beirut, Lebanon
Phone: +961-1-387 000, Fax: +961-1-429 000
www.blcbank.com
Capital: LBP 214,760,000,000 fully paid
List of banks no. 11 - R.C.B. no. 1952
MOF no. 360

المتحف اللبناني للتجارة ش.م.ل.
مبنى البنك اللبناني للتجارة، مستديرة العدلية
١٠٦٤-٥٨٠٩ بيروت، لبنان
هاتف: ٠٠٠ ٣٨٧-١-٩٦١+، فاكس: ٠٠٠ ٤٢٩-١-٩٦١+
رأس المال: ٢١٤,٧٥٠,٠٠٠,٠٠٠ ل.ل. مدفوع بأكمله
لائحة المصارف رقم ١١ - سجل تجاري ١٩٥٢
رقم التسجيل المالي ٣٦٠

I the undersigned JOSEPH A DAOU &or KAREN MARIE DAOU hereby, confirm the receipt of the original statement of my account # REDACTED as at Date: 28/05/2020

Date: _____    Signature _____

All inquiries should be addressed to: Postal Code 2064-5809 Beirut, Tel/Fax 961 1 387000 ext. 1888

يرجاء إرسال المراسلات الى رمز البريد ٢٠٦٤-٥٨٠٩ بيروت، لبنان هاتف/فاكس ٣٨٧٠٠٠ ١ ٩٦١ الرقم الداخلي: ١٨٨٨

BLC Bank s.a.l.
Jbeil Branch

BLC Bank s.a.l.
Jbeil Branch
03660706
29/5/2020

2/2

يرجى اعلامنا خطيا عن أي خطأ او سهو خلال ١٥ يوما من طريق الكشف.
في حال عدم تلقي أي اعتراض خطي في المهلة المحددة يعتبر الكشف نهائيا و موافقا عليه.