# EXHIBIT 11

**FIFTH THIRD BANK**
(TAMPA BAY)
P.O. BOX 630900 CINCINNATI OH 45263-0900

KAREN M DAOU
OR JOSEPH A DAOU
200 PALM IS SW
CLEARWATER BEACH FL
33767-1940



0

2823

Statement Period Date: 3/12/2016 - 4/13/2016
Account Type: 5/3 Enhanced Ckg
Account Number: REDACTED

Banking Center: Island Estates
Customer Service: 800-972-3030
Internet Banking & Bill Payment: www.53.com

STAY ORGANIZED AND SECURE WITH PAPERLESS STATEMENTS. VISIT 53.COM/GOPAPERLESS TO LEARN MORE.

## Account Summary - REDACTED

| Date | | Amount | | Amount |
|---|---|---|---|---|
| 03/12 | Beginning Balance | $14,556.57 | Interest Earned | $6.27 |
| 14 | Checks | $(5,468.55) | Number of Days in Period | 33 |
| 12 | Withdrawals / Debits | $(2,514,328.50) | Annual Percentage Yield Earned | 0.01% |
| 11 | Deposits / Credits | $2,514,644.78 | Interest Earned YTD | $7.41 |
| 04/13 | Ending Balance | $9,404.30 | Prior Year Interest | $4.90 |

Monthly service charge to be withdrawn on first business day after this statement: $0.00
The monthly service charge associated with your 5/3 ENHANCED CKG account is $20.00.
Your monthly service charge was WAIVED or DISCOUNTED $20.00 because:
   BALANCE CRITERIA MET

**REMEMBER, NO MONTHLY SERVICE CHARGE IF:**

You achieve a total balance of $20,000 or more across your checking, savings, and investment accounts at least one time per month.

OR you have monthly direct deposits totaling $5,000 or more.

(Combined Balance Period: 03/10/16 - 04/13/16)

| Your Accounts | | High Bal. on 03/30/16 |
|---|---|---|
| CHECKING | REDACTED | $2,512,804.28 |
| SAVINGS | | $19,967.68 |
| **Total Combined Balances** | | **$2,532,771.96** |

## Checks

14 checks totaling $5,468.55

\* Indicates gap in check sequence     i = Electronic Image     s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 1215 i | 03/14 | 15.00 | 1239 i | 03/21 | 165.28 | 1247*i | 04/11 | 200.00 |
| 1234*i | 03/15 | 2,113.27 | 1241*i | 04/06 | 130.00 | 9057*i | 03/15 | 492.00 |
| 1236*i | 03/25 | 90.00 | 1242 i | 04/06 | 95.00 | 9059*i | 04/01 | 600.00 |
| 1237 i | 04/06 | 55.00 | 1243 i | 04/07 | 500.00 | 9060 i | 03/29 | 110.00 |
| 1238 i | 03/17 | 783.00 | 1244 i | 04/07 | 120.00 | | | |

## Withdrawals / Debits

12 items totaling $2,514,328.50

| Date | Amount | Description |
|---|---|---|
| 03/17 | 110.00 | 5/3 ONLINE PYMT TO MASSEY SER- ACCT XXX6457 |
| 03/21 | 308.00 | 5/3 ONLINE PYMT TO CITY OF CL- ACCT XXX4796 |
| 03/24 | 98.00 | 5/3 ONLINE PYMT TO VERIZON- ACCT XXXXXXXXXX0179 |
| 03/24 | 3,032.00 | 5/3 ONLINE PYMT TO CHASE MC &- ACCT XXXXXXXXXXX8159 |
| 03/28 | 110.00 | 5/3 ONLINE PYMT TO DUKE ENERG- ACCT XXXXXX2487 |

**FIFTH THIRD BANK**



## Withdrawals / Debits - continued

| Date  | Amount       | Description |
|-------|--------------|-------------|
| 03/29 | 45.00        | WIRE TRANSFER FEE |
| 03/31 | 7,642.00     | 5/3 ONLINE PYMT TO CAPITAL ON- ACCT XXXXXXXXXXX2748 |
| 04/06 | 110.00       | CHECK #1240 CONVERTED TO ELECTRONIC TRANSACTION BY PASSPORT CHARLTN PAYMENT 040616 |
| 04/07 | 2,500,020.00 | OUTGOING WIRE TRANS 040716 |
| 04/07 | 85.00        | WIRE TRANSFER FEE |
| 04/11 | 47.50        | SAFE DEPOSIT BOX FEE 0042230500230 040916 |
| 04/13 | 2,721.00     | 5/3 ONLINE PYMT TO CITIBANK -- ACCT XXXXXXXXXX0774 |

## Deposits / Credits

11 items totaling $2,514,644.78

| Date  | Amount       | Description |
|-------|--------------|-------------|
| 03/18 | 1,932.15     | STATJEWEL SJL JOSEPH DAOU 031816 |
| 03/18 | 2,787.11     | SAVISINCC SAVIS KAREN DAOU 031816 |
| 03/21 | 1,000.00     | 5/3 ONLINE TRANSFER FROM SV: XXXXXX1931 REF # 00423718898 |
| 03/29 | 250,000.00   | INCOMING WIRE TRANS 032916 |
| 03/29 | 995,000.00   | INCOMING WIRE TRANS 032916 |
| 03/29 | 1,255,000.00 | INCOMING WIRE TRANS 032916 |
| 04/01 | 2,787.10     | SAVISINCC SAVIS KAREN DAOU 040116 |
| 04/05 | 1,932.15     | STATJEWEL SJL JOSEPH DAOU 040516 |
| 04/06 | 1,000.00     | DEPOSIT |
| 04/08 | 3,200.00     | DEPOSIT |
| 04/13 | 6.27         | INTEREST |

## Daily Balance Summary

| Date  | Amount     | Date  | Amount       | Date  | Amount       |
|-------|------------|-------|--------------|-------|--------------|
| 03/14 | 14,541.57  | 03/25 | 13,069.28    | 04/06 | 2,509,891.53 |
| 03/15 | 11,936.30  | 03/28 | 12,959.28    | 04/07 | 9,166.53     |
| 03/17 | 11,043.30  | 03/29 | 2,512,804.28 | 04/08 | 12,366.53    |
| 03/18 | 15,762.56  | 03/31 | 2,505,162.28 | 04/11 | 12,119.03    |
| 03/21 | 16,289.28  | 04/01 | 2,507,349.38 | 04/13 | 9,404.30     |
| 03/24 | 13,159.28  | 04/05 | 2,509,281.53 |       |              |

WOULD YOU KNOW IF SOMEONE STOLE YOUR IDENTITY? LEARN HOW YOU CAN HELP KEEP YOUR IDENTITY AND CREDIT SAFE - VISIT 53.COM/IDPROTECTCOMPARE TODAY FOR DETAILS ON FIFTH THIRD'S IDENTITY THEFT PROTECTION SOLUTIONS.

Fifth Third Bank provides access to investments and investment services through various subsidiaries, including Fifth Third Securities. Fifth Third Securities is the trade name used by Fifth Third Securities, Inc., member FINRA/SIPC, a registered broker-dealer and registered investment advisor registered with the U.S. Securities and Exchange Commission (SEC). Registration does not imply a certain level of skill or training. Investments, investment services and insurance:

| Are Not FDIC Insured | Offer No Bank Guarantee | May Lose Value |
|---|---|---|
| Are Not Insured By Any Federal Government Agency | | Are Not A Deposit |

Insurance products made available through Fifth Third Insurance Agency, Inc.

**FIFTH THIRD BANK**
(TAMPA BAY)
P.O. BOX 630900 CINCINNATI OH 45263-0900

KAREN M DAOU
OR JOSEPH A DAOU
200 PALM IS SW
CLEARWATER BEACH FL
33767-1940

0

3715

Statement Period Date: 6/14/2018 - 7/13/2018
Account Type: 5/3 ENHANCED CKG
Account Number: REDACTED

Banking Center: Island Estates
Customer Service: 800-972-3030
Internet Banking & Bill Payment: 53.com

---

THANK YOU FOR BEING A FIFTH THIRD CUSTOMER. WE GREATLY VALUE YOUR TRUST AND CONFIDENCE AND SINCERELY APPRECIATE THE OPPORTUNITY TO SERVE YOU.

## Account Summary - REDACTED

| Date | | Amount | | Amount |
|---|---|---|---|---|
| 06/14 | Beginning Balance | $56,267.64 | Interest Earned | $0.61 |
| 14 | Checks | $(6,293.58) | Number of Days in Period | 30 |
| 10 | Withdrawals / Debits | $(159,276.79) | Annual Percentage Yield Earned | 0.01% |
| 6 | Deposits / Credits | $166,778.72 | Interest Earned YTD | $5.82 |
| 07/13 | Ending Balance | $57,475.99 | | |

Monthly service charge to be withdrawn on first business day after this statement:  $0.00
The monthly service charge associated with your 5/3 ENHANCED CKG account is $20.00
Your monthly service charge was WAIVED or DISCOUNTED $20.00 because:
   BALANCE CRITERIA MET

**REMEMBER, NO MONTHLY SERVICE CHARGE IF:**

You achieve a total balance of $20,000 or more across your checking, savings, and investment accounts at least one time per month.

OR you have monthly direct deposits totaling $5,000 or more.

**(Combined Balance Period: 06/09/18 - 07/13/18)**

| Your Accounts | | High Bal. on 07/09/18 |
|---|---|---|
| CHECKING | REDACTED | $207,655.38 |
| SAVINGS | | $31,321.12 |
| **Total Combined Balances** | | **$238,976.50** |

## Checks

14 checks totaling $6,293.58

\* Indicates gap in check sequence    i = Electronic Image    s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 1493 i | 06/14 | 1,200.00 | 1505 i | 06/25 | 146.84 | 1512*i | 07/06 | 1,230.50 |
| 1498*i | 06/18 | 285.00 | 1507*i | 06/26 | 100.00 | 1513 i | 07/10 | 150.00 |
| 1499 i | 06/15 | 42.00 | 1508 i | 06/27 | 607.00 | 9131*i | 07/05 | 1,000.00 |
| 1500 i | 06/15 | 652.24 | 1509 i | 06/28 | 300.00 | 9133*i | 06/19 | 100.00 |
| 1504*i | 06/29 | 205.00 | 1510 i | 07/05 | 275.00 | | | |

## Withdrawals / Debits

10 items totaling $159,276.79

| Date | Amount | Description |
|---|---|---|
| 06/19 | 73.00 | 5/3 ONLINE PYMT TO FRONTIER A- ACCT XXXXXXXXXXX8155 |
| 06/21 | 269.00 | 5/3 ONLINE PYMT TO CITY OF CL- ACCT XXX4796 |
| 06/25 | 18.81 | 5/3 ONLINE PYMT TO CITY OF CL- ACCT XXX6895 |
| 06/26 | 940.00 | 5/3 ONLINE PYMT TO CHASE MAST- ACCT XXXXXXXXXXX0424 |
| 06/27 | 1,304.24 | FREEDOM LIFE INS INS. PREM 52M195915010052 062718 |
| 06/29 | 5,000.00 | 5/3 ONLINE PYMT TO CAPITAL ON- ACCT XXXXXXXXXXX6524 |

# FIFTH THIRD BANK



## Withdrawals / Debits - continued

| Date | Amount | Description |
|---|---:|---|
| 07/03 | 614.00 | 5/3 ONLINE PYMT TO DUKE ENERG- ACCT XXXXXX2487 |
| 07/09 | 1,027.74 | FREEDOM LIFE INS INS. PREM 52M195915000052 070918 |
| 07/13 | 150,000.00 | OUTGOING WIRE TRANS 071318 |
| 07/13 | 30.00 | WIRE TRANSFER FEE |

## Deposits / Credits

6 items totaling $166,778.72

| Date | Amount | Description |
|---|---:|---|
| 06/15 | 8,000.00 | DEPOSIT |
| 06/22 | 58.68 | DEPOSIT |
| 06/22 | 4,084.72 | SAVIS INC. QUICKBOOKS 797221670 062218 |
| 07/06 | 4,084.71 | SAVIS INC. QUICKBOOKS 797221670 070618 |
| 07/09 | 150,550.00 | DEPOSIT |
| 07/13 | 0.61 | INTEREST |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---:|---|---:|---|---:|
| 06/14 | 55,067.64 | 06/25 | 65,624.15 | 07/05 | 55,278.91 |
| 06/15 | 62,373.40 | 06/26 | 64,584.15 | 07/06 | 58,133.12 |
| 06/18 | 62,088.40 | 06/27 | 62,672.91 | 07/09 | 207,655.38 |
| 06/19 | 61,915.40 | 06/28 | 62,372.91 | 07/10 | 207,505.38 |
| 06/21 | 61,646.40 | 06/29 | 57,167.91 | 07/13 | 57,475.99 |
| 06/22 | 65,789.80 | 07/03 | 56,553.91 | | |

TRAVELING SOON? CONTACT US AT 1-800-972-3030 TO SET UP A TRAVEL ALERT. THIS WILL PREVENT FRAUD BLOCKS FROM KEEPING YOUR LEGITIMATE CREDIT CARD TRANSACTIONS FROM BEING PROCESSED.

Fifth Third Bank provides access to investments and investment services through various subsidiaries, including Fifth Third Securities. Fifth Third Securities is the trade name used by Fifth Third Securities, Inc., member FINRA/SIPC, a registered broker-dealer and registered investment advisor registered with the U.S. Securities and Exchange Commission (SEC). Registration does not imply a certain level of skill or training. Investments, investment services and insurance:

| Are Not FDIC Insured | Offer No Bank Guarantee | May Lose Value |
|---|---|---|
| Are Not Insured By Any Federal Government Agency | | Are Not A Deposit |

Insurance products made available through Fifth Third Insurance Agency, Inc.