# EXHIBIT 12

**BMO Harris Bank**
A part of BMO Financial Group

BMO HARRIS BANK N.A.
P.O. BOX 94033
PALATINE, IL  60094-4033

365242

ACCOUNT NUMBER: 

Statement Period
01/12/18  TO  02/11/18
IM00990029000000000

PAGE    1 OF    2

91    04228

JOSEPH DAOU
KAREN M DAOU
200 PALM ISLAND SW
CLEARWATER BEACH FL   33767-1940

0000

LIMITED-TIME 20,000-30,000 INTRODUCTORY BONUS POINTS OFFER!

FOR A LIMITED-TIME, EARN DOUBLE INTRODUCTORY BONUS POINTS WITH THE BMO
HARRIS BANK PLATINUM REWARDS MASTERCARD AND BMO HARRIS BANK PREMIUM REWARDS
MASTERCARD CREDIT CARDS!

BMO HARRIS BANK PLATINUM REWARDS MASTERCARD CARDHOLDERS WILL NOW EARN 20,000
INTRO BONUS POINTS AFTER SPENDING $2,000 WITHIN THE FIRST THREE MONTHS OF
ACCOUNT OPENING. BMO HARRIS BANK PREMIUM REWARDS MASTERCARD CARDHOLDERS WILL
NOW EARN 30,000 INTRO BONUS POINTS AFTER SPENDING $5,000 WITHIN THE FIRST
THREE MONTHS OF ACCOUNT OPENING.

DON'T MISS OUT ON THIS SPECIAL OFFER! APPLY BETWEEN JANUARY 15, 2018 AND
APRIL 15, 2018. STOP IN TO YOUR LOCAL BRANCH OR APPLY ONLINE AT
WWW.BMOHARRIS.COM/DOUBLEPOINTS.
BANKING PRODUCTS AND SERVICES ARE SUBJECT TO BANK AND CREDIT APPROVAL.

IF YOU HAVE QUESTIONS ABOUT ANY OF YOUR BMO HARRIS ACCOUNTS, PLEASE CALL US
TOLL-FREE AT 1-888-340-2265. BMO HARRIS BANK N.A. MEMBER FDIC.
EQUAL HOUSING LENDER. NMLS401052 VISIT US ONLINE AT WWW.BMOHARRIS.COM

## CHECKING ACCOUNTS

EVERYDAY CHECKING
ACCOUNT NUMBER   REDACTED    (Checking)                    JOSEPH DAOU

DEPOSIT ACCOUNT SUMMARY

```
Previous  Balance as of January   11, 2018              127,521.00
    2 Deposits            (Plus)                        700,000.00
    2 Withdrawals         (Minus)                       825,500.00
Ending Balance as of     February 11, 2018                2,021.00
```

Deposits and Other Credits
```
    Date          Amount    Description
    Jan 30    200,000.00    PC TRANSFER CREDIT
    Feb 01    500,000.00    PC TRANSFER CREDIT
```

Withdrawals and Other Debits
```
    Date          Amount    Description
    Jan 30        500.00    PC TRANSFER DEBIT
    Feb 05    825,000.00    INTERNATIONAL WIRE OUT
                            OP 180205871217 OUTGOING PAYMENT MTTRF
```