# EXHIBIT 13

**BMO Harris Bank**
A part of BMO Financial Group

BMO HARRIS BANK N.A.
P.O. BOX 94033
PALATINE, IL 60094-4033

168989

ACCOUNT NUMBER: REDACTED

Statement Period
08/12/18 TO 09/11/18
IM00990029000000000

PAGE 1 OF 1

91   04228

JOSEPH DAOU
KAREN M DAOU
200 PALM ISLAND SW
CLEARWATER BEACH FL   33767-1940

0000

IF YOU HAVE QUESTIONS ABOUT ANY OF YOUR BMO HARRIS ACCOUNTS, PLEASE CALL US TOLL-FREE AT 1-888-340-2265. BMO HARRIS BANK N.A. MEMBER FDIC. EQUAL HOUSING LENDER. NMLS401052 VISIT US ONLINE AT WWW.BMOHARRIS.COM.

## CHECKING ACCOUNTS

EVERYDAY CHECKING
ACCOUNT NUMBER   REDACTED   (Checking)                    JOSEPH DAOU

DEPOSIT ACCOUNT SUMMARY

| | | |
|---|---|---:|
| Previous Balance as of August 11, 2018 | | 8,046.00 |
| 2 Deposits | (Plus) | 4,039,955.00 |
| 2 Withdrawals | (Minus) | 4,047,000.99 |
| Ending Balance as of September 11, 2018 | | 1,000.01 |

Deposits and Other Credits

| Date | Amount | Description |
|---|---:|---|
| Aug 20 | 3,699,955.00 | INCOMING WIRE FED WIRE TRANSFER CREDIT 1808201WIRE-IN |
| Aug 27 | 340,000.00 | PC TRANSFER CREDIT |

Withdrawals and Other Debits

| Date | Amount | Description |
|---|---:|---|
| Sep 10 | 1,547,000.99 | REQUESTED WITHDRAWAL |
| Sep 10 | 2,500,000.00 | REQUESTED WITHDRAWAL |

Daily Balance Summary

| Date | Balance | Date | Balance |
|---|---:|---|---:|
| Aug 11 | 8,046.00 | Aug 27 | 4,048,001.00 |
| Aug 20 | 3,708,001.00 | Sep 10 | 1,000.01 |

=================================== Periodic Account Summary ===================================

```
***********************************************************************
*                       *  Total for This  *       Total               *
*                       *      Period      *    Year-to-date           *
***********************************************************************
* Total Overdraft Fees   *$            .00  *$              .00        *
***********************************************************************
* Total NSF Fees         *$            .00  *$              .00        *
***********************************************************************
```