# EXHIBIT 14


# Huntington

Huntington National Bank
20 N Clark St
Chicago, IL 60602
312/236-3538

Today's Date: October 11, 2018

SENDER:
JOSEPH DAOU
200 PALM IS SW
CLEARWATER, FL 33767
847-800-0292

RECIPIENT:
Daou Joseph Abdallah
9 N Wabash Chicago
IL 60602

PICK-UP LOCATION:
CREDIT LIBANAIS
S.A.L.
SOFIL CENTER
BEIRUT LB

| | |
|---|---|
| Date Available: | October 22, 2018 (May be available sooner) |
| Transfer Amount: | $4,700,000.00 |
| Transfer Fees: | +$75.00 |
| Total: | $4,700,075.00 |
| Transfer Amount: | $4,700,000.00 |
| Other Fees: | -$6.00 |
| Total to Recipient: | $4,699,994.00 |

Recipient may receive less due to fees charged by the recipient's bank and foreign taxes.

You have the right to dispute errors in your transaction. If you think there is an error, contact us within 180 days at 800-480-BANK (800-480-2265) or at www.huntington.com. You can also contact us for a written explanation of your rights.

You can call us at 800-824-5653 to cancel for a full refund within 30 minutes of payment, unless the funds have been picked up or deposited.

For questions or complaints about Huntington Bank, contact:

Consumer Financial Protection Bureau
855-411-2372
855-729-2372 (TTY/TDD)
www.consumerfinance.gov


HB32873

USD4700000.00



## The Huntington National Bank Wire Transfer Request Form

**Wire Type:**
**Request Type:** In Person
**Customer Type:** Personal

**Today's Date:** 10/11/2018

**Time:** 11:04:58 AM

**Wire Type:** International Wire
**Purpose:** Business
**Effective Date of Wire Transfer:** See 'Date Available' in the disclosure provided for Dollar-to-Dollar Remittance Transfers, attached.

### Branch Information:

| | |
|---|---|
| Branch Representative: | RAMONA GEORGE |
| Branch Phone Number: | 312/236-3538 |
| Branch: | CHI - CLARK |
| Branch Rep Email: | RAMONA.M.GEORGE@HUNTINGTON.COM |
| Interoffice Mail Code: | IL099 |

### Customer Verification and Source of Funds:

| | |
|---|---|
| Debit HNB account: | REDACTED |
| HNB account type: | DDA |
| Available Balance: | $4,727,716.54 |

### Customer Information:

| | |
|---|---|
| Customer Account Name: | JOSEPH DAOU |
| Customer Account Initiator: | |
| Customer Physical Address: | 200 PALM IS SW |
| Customer City: | CLEARWATER |
| Customer State/Zip Code: | FL 33767 |
| Customer Phone Number: | 847-800-0292 |
| Customer ID Type: | UNEXPIRED U.S. DRIVER'S LICENSE WITH PHOTO |
| Customer ID Number: | D000480623700 |
| ID Issuing Agency: | FL |

### Beneficiary (Recipient) Information:

| | |
|---|---|
| Bank ID: | CLIBLBBXXXX |
| Bank Name: | CREDIT LIBANAIS S.A.L. |
| Bank Address: | SOFIL CENTER |
| Bank City: | BEIRUT |
| Bank Country: | LB |
| Branch Name: | |
| Bank Code: | |
| Beneficiary Account Name: | DAOU JOSEPH ABDALLAH |
| Beneficiary Account Address: | 9 N WABASH CHICAGO IL 60602 |
| Beneficiary Account Number: | REDACTED |

https://essentialscf.hban.us/essentials/wires/final.cfm                                    10/11/2018

|   |   |
|---|---|
| IBAN Number: | LB74005300C4USD REDACTED |
| CLABE Number: |   |
| Purpose for the wire: | HIGHER INVESTMENT RETURN |
| Special instructions from OBI: | HIGHER INVESTMENT RETURN |

**Transfer Amount & Fees:**

See disclosure provided for Dollar-to-Dollar Remittance Transfers, attached.

**Special instructions to Huntington National Bank:**

**Proof of Payment - International Wire Transfers:**

Before signing the "Customer Authorization and Agreement", please review all of the documents provided to you, including the cost information for any international wire transfer. Once you sign the "Customer Authorization and Agreement", for any international wire transfer, you have authorized us to debit the "Total" from your account, and, at that point, we will consider the international wire transfer "Paid in Full". You will have at least 30 minutes from the time you sign the "Customer Authorization and Agreement" to cancel the international wire transfer.

**Customer Authorization and Agreement:**

Customer Authorization and Agreement: I, the "Customer", request payment to be made to the Beneficiary ("Recipient") listed above by wire transfer. The Customer understands the deposit account listed above will be debited for the amount of the wire transfer plus any applicable fee(s) or charges assessed in connection with the transfer. In the case of an international wire transfer, the debit to the Customer's account will be reflected on the disclosure provided, and the Customer has 30 minutes after receiving the disclosure provided to cancel that wire transfer. For all other wire transfers, and after the 30 minute time period has expired for international wire transfers, Huntington can only attempt to re-call the wire transfer and such attempt to re-call may be unsuccessful. It is important therefore that the beneficiary information given by the Customer is error-free, because Huntington's execution of any wire transfer request is based on the information Customer has provided and participation of third parties. *I, Customer, acknowledge, I can lose the entire amount of the wire transfer if I provide Huntington with the incorrect account number or incorrect institution identifier.* Further, except as otherwise provided by applicable law, (i) if any information provided by Customer is inaccurate, Huntington will not be liable for any loss or damage caused by Huntington's use of the inaccurate information, and (ii) Huntington will not be responsible for any losses that may be caused to the Customer for any errors or delays which occur as a result of any third party's involvement in the process of the wire transfer. When the Customer signs the Wire Transfer Request Form, the security procedures involve use of identification methods that include, but may not be limited to, photo identification and signature verification by Huntington. Customer understands that the Wire Transfer request will not be accepted until such security procedures are completed. International Wire Transfer requests received after 4:30 P.M. in Columbus, Ohio and domestic wire transfer requests received after 5:00 P.M. in Columbus Ohio may be processed on the following business day based on Huntington's operational hours. Huntington has the right to reject the Customer's Wire Transfer request for any reason, and, among other reasons, will not process the Wire Transfer if there are insufficient funds in the account funding the Wire Transfer or if the Wire Transfer would violate the sanctions administered by the Office of Foreign Assets Control or other applicable law. The Customer agrees Huntington is not liable for failure to act or delay in acting on a wire transfer because of circumstances beyond Huntington's control, including but not limited to war, civil unrest, natural disaster, or government actions or restrictions. The Customer agrees to indemnify and hold harmless and defend Huntington from and against any and all actions, claims, demands, liability, loss, damages or expenses from any third party including interest, costs, and attorney's fees that may arise out of or occur in connection with any transfer pursuant to this Authorization, other than resulting from gross negligence or willful misconduct of Huntington or its employees. By signing this Wire Transfer Request Form the Customer is acknowledging that he and/or she has reviewed the form, agrees to its terms and conditions, and attests all of the information provided herein is accurate.

**Customer Signature (required):**

Customer's Signature (1): _____    Date: \_\_\_\_/\_\_\_\_/\_\_\_\_

The Customer's signature must be verified by:    ☐ The Signature Card

**Questions:**

Customer: Please direct questions to your local Huntington Branch or Account Officer, or see the disclosure provided for Dollar-to-Dollar Remittance Transfers, attached, regarding errors, disputes, and cancellation rights.

Branch: Please submit all research requests via the Customer Research System.

**Provide the customer a copy, submit to the Wire Room and image the signed copy.**