# EXHIBIT 15

**CREDIT LIBANAIS S.A.L**
Capital LBP 268 400 000 000 C.R. 10742 List of Banks no. 53
Inc. Tax nbr 3059

21/11/19  10:49

Messrs. DAOU JOSEPH ABDALLAH OR
MAZRAANI KAREN MARIE JOSEPH SP DAOU
JOSEPH

Account Transfer
Debit advice

| | | | |
|---|---|---|---|
| We debit your account no. | : | REDACTED | |
| With | : | Jounieh Branch | |
| For the amount of | : | | USD ****5,300,006.62 |
| Plus commission | : | | USD ************0.00 |
| Total amount debited | : | | USD ****5,300,006.62 |
| Paid in favor of | : | DAOU JOSEPH OR MAZRAANI KAREN MARIE | |
| Value date | : | 21/11/19 | |
| Transfer details | : | 0084 - trsf to 005 | |

Customer's Signature
DEPOSIT IN USA

CREDIT LIBANAIS S.A.L
Jounieh Branch

Operator . WAKIKI
Code T/T : 54-01
Ref.     . 53  /1191121000188

---

**CREDIT LIBANAIS S.A.L**
Capital LBP 268 400 000 000 C.R. 10742 List of Banks no. 53
Inc. Tax nbr 3059

21/11/19  10:49

Messrs. DAOU JOSEPH ABDALLAH OR
MAZRAANI KAREN MARIE JOSEPH SP DAOU
JOSEPH

Account Transfer
Credit advice

| | | | |
|---|---|---|---|
| We credit your account no. | : | REDACTED | |
| With | : | Jounieh Branch | |
| For the amount of | : | | USD ****5,300,006.62 |
| By order of | : | DAOU JOSEPH OR MAZRAANI KAREN MARIE | |
| Value date | : | 21/11/19 | |
| Transfer details | : | trsf fr 003 | |

CREDIT LIBANAIS S.A.L
Jounieh Branch

Operator . WAKIKI

**BANQUE DU LIBAN**
No. 036018 /F

مصرف لبنان

USD **⋆⋆⋆5300000=00**   5,300,000.00

إدفعوا بموجب هذا الش...

Payez contre ce chèque / PAY AGAINST THIS CHECK
A l'ordre de / TO THE ORDER OF: JOSEPH AND DR KAREN DAOU

La somme de / THE SUM OF: US Dollar FIVE MILLION THREE HUNDRED THOUSAND ONLY
en toutes lettres / IN LETTERS / بالأحرف

Payable à / AT: **JOUNIEH BRANCH**   Place   Date: 21/11/19
**BEIRUT**
بيروت

Signature
Michel Ghalieh
F. A39
Selim Al Mouh...
P.A16

REDACTED

REDACTED

ORIGINAL RECEIVED. To Be DEPOSITED
AS AUTHORIZED IN USA.

Joseph DAOU
Josephadaa
NOV/21/2019

Declined to MAKE WIRE TRANSFER.

Delivered to Mr. Joseph Daou
on 21-11-2019
Michel Ghalieh.

Michel Ghalieh
F. A39

CREDIT LIBANAIS S.A.L

Capital LBP 268 400 000 00 0 C.R. 10742 List of Banks no. 53
Inc. Tax nbr 3059

21/11/19 11:11

Messrs. DAOU JOSEPH ABDALLAH OR
MAZRAANI KAREN MARIE JOSEPH SP
DAOU JOSEPH

Draft Check Issuance

Following your request and without any responsibility on the bank,

| | | |
|---|---|---|
| We debit account no./Cash | : REDACTED | |
| With | : Jounieh Branch | For : USD ****5,300,000.00 |
| Check no. | . 36018 | USD ************6.62 |
| Plus Commission | : | USD ****5,300,006.62 |
| Total amount debited | : | |
| Value date | : 21/11/19 | |
| Issued to the order of | : JOSEPH AND OR KAREN DAOU | |
| Description | : | |

Customer's Signature

Deposit in USA

CREDIT LIBANAIS S.A.L
JOUNIEH BRANCH

Operator : WAKIKI
Code T/T : 62- 06
Ref : 62 / 36018

SAVIS0000152                         SAVIS0000152                         SAVIS0000152

| BANQUE DU LIBAN | مصرف لبنان | UCH | 5,300,000.00 |

No 036018 /F

USD 5300000=00   إدفعوا بموجب هذا ال...

Payez contre ce chèque / PAY AGAINST THIS CHECK:   JOSEPH AND DR KAREN DAOU
A l'ordre de / TO THE ORDER OF   _____ لامر

La somme de / THE SUM OF   US Dollar FIVE MILLION THREE HUNDRED THOUSAND ONLY   مبلغ

Payable à / دفع في   JOUNIEH BRANCH   21/11/19   Signature   الامضاء
                    Place                Date
BEIRUT              الاعتماد اللبناني ش.م.ل
بيروت               Michel Ghalleh   Selim Al Mouta...
                    A39              P.A16

SAVIS0000159      SAVIS0000159      SAVIS0000159

 **BMO Harris Bank**     **Domestic & Foreign Items Collection Form**

Date: 12-11-19

**Account Owner Information:**

Account Owner Name: Joseph Daou      Phone Number: REDACTED
Address: 200 PALM ISLAND S.W.
City: Clearwater Beach      State: FL      Zip: 33767

**Collection Information:**

Type of Collection: ☒ Check   ☐ Draft      Amount: $40,180.00
Account to be credited when funds are received: REDACTED
Type of Account: ☒ Checking   ☐ Savings

**Notes:**
- Any special requirements needed (e.g., endorsements, notary stamps, attachments, etc.) must be obtained prior to submitting item for collection.
- The average processing time for these items is 30 – 90 days and there is no guarantee of successful collection.
- Any missing information may delay the processing of this item and may result in this item being returned to you (via US Mail) unprocessed.

**Account Owner Acceptance:**
- I understand that BMO Harris will debit my account for the applicable processing fees before processing the item.
- I understand that I will not receive credit to my account until BMO Harris receives good funds for this item from the drawee bank. My account will be credited the net amount, which is the amount after the drawee bank fees are deducted.

Account Owner or Authorized Agent's Signature: _Joseph Daou_

*For Bank Use Only*

**Branch Completion:**
Use a paper clip to attach this form (signed by the Account Owner) to the item to be collected. Send them in a clear inner bag with a teal sticker using the **UPS Courier** Procedure in the Work Distribution Job Aid

BUC
Emp      BANQUE DU LIBAN      مصرف لبنان      40,180.00
         No. 036022 /F
Emp      USD ****$40,180.00
(Mus     Payez contre ce chèque
Oper     JOSEPH AND OR KAREN DAOU
         A l'ordre de
         US Dollar FORTY THOUSAND ONE HUNDRED AND EIGHTY ONLY
Proc     La somme de
☐
         Payable a/     JOUNIEH BRANCH   02/12/19
         BEIRUT
         بيروت                REDACTED

22.03
Class  REDACTED