# EXHIBIT 16

The Huntington National Bank
Foreign Exchange - EA2E98
7 Easton Oval
Columbus, Ohio 43219
SWIFT - HUNTUS33
614-331-9908
ForeignCollections@Huntington.com

Advice Date: 12/04/19
Outgoing Check Collection Acknowledgement
OCL.005724

JOSEPH DAOU
200 PALM IS SW
CLEARWATER FL 33767-1940

        Drawer: BANQUE DU LIBAN
        Drawee: BANQUE DU LIBAN
 Draft Amount: USD 5,300,000.00
   Draft Date: 11/21/19
Draft Reference: 036018

Acting on your behalf, we have entered for Collection the item(s) described hereon.

This Collection is subject to the Uniform Rules for Collections, International Chamber of Commerce, Publication No. 522.

Please mention our reference no. (OCL.005724) in all communications with us related to this Collection.

Thank you.

1

```
The Huntington National Bank
Foreign Exchange - EA2E98
7 Easton Oval
Columbus, Ohio 43219
SWIFT - HUNTUS33
614-331-9908
FXINVESTIGATIONS@HUNTINGTON.COM


Date: 12/23/19                              Advice of Items
Returned Unpaid



JOSEPH DAOU
200 PALM IS SW
CLEARWATER FL 33767-1940


        Our Ref: OCL.005724
         Drawee: BANQUE DU LIBAN
         Drawer: BANQUE DU LIBAN
Draft Amount: USD 5,300,000.00



We are returning the attached check which was presented to us for
collection.
The check is being returned unpaid for reason of LEBANON IS NOT
ACCEPTING CHECKS
FOR COLLECTIONS. CHECKS MUST BE PRESENTED AT LOCAL BANK IN
LEBANON.

We have debited your account on file for the following fees:


 USD .00                       TOTAL



If you have any questions, please contact us at 1-877-480-4685.
```

Enc.

1