# EXHIBIT 19



Foreign Clean Collections
TX1-160-06-18
1950 N. Stemmons Fwy, Ste 6001
Dallas, TX 75207
Fax: 415.343.0520

JOSEPH A DAOU
200 PALM IS SW
CLEARWATER, FL 33767

January 07, 2020

## We're returning the enclosed collection item because it couldn't be processed.

Our Reference: FCC200107-000135

Collection details:
Your reference: 36022
Amount: 40,180.00/USD
Check number: 36022
Drawn by: BANQUE DU LIBAN

We're unable to process your collection item for the following reason: The financial institution that the check is drawn on no longer supports presentments for payment.

Please deposit the enclosed item in the same manner you would deposit any non-Collection item to your account. If you have concerns about the check being returned, you may contact the maker of the check and request an alternate payment method, such as a cashier's check or money order; or a wire or ACH funds transfer.

## Questions?
We appreciate the opportunity to serve your financial needs. If you have questions or need additional information, email us at ForeignCleanCollections@BankofAmerica.com.

