# EXHIBIT 20

CREDIT LIBANAIS S.A.L.
Capital LBP 268 400 000 000
C.R. Beirut 10742 - List of Banks no. 53

**CREDIT LIBANAIS S.A.L.**
Capital LBP 268 400 000 000
C.R. Beirut 10742 - List of Banks no. 53

## Account Statement

| | | | |
|---|---|---|---|
| User ID: | SANDRASALIBA | Currency: | USD |
| Branch: | CJOU  Jounieh Branch | Account No.: | REDACTED |
| Customer: | Messrs. DAOU JOSEPH ABDALLAH OR MAZRAANI KAREN MARIE JOSEPH SP DAOU JOSEPH | Account type: | C4  Settlement A/C fr Trm Svg hldr(078) |
| | | IBAN: | LB63 0053 00C4 U REDACTED |

Date: 02/06/20
Time: 10:37

Date From: 01/11/19  To: 02/06/20

| Date | Reference | Description | Movement | Value Date | Balance |
|---|---|---|---|---|---|
| | | Brought Forward | 0.00 CR | | 0.00 CR |
| 20/11/19 | 1191120000100 | Account transfer<br>DAOU JOSEPH OR MAZRAANI KAREN MARIE<br>0084 - VIR | 413,027.25 DR | 19/11/19 | 413,027.25 DR |
| 20/11/19 | DACDAC1901110284 | Deposit repayment | 409,756.82 CR | 20/11/19 | 3,270.43 DR |
| 20/11/19 | DACDAC1901110284 | Interest Credit | 3,684.39 CR | 20/11/19 | 413.96 CR |
| 20/11/19 | DACDAC1901110284 | Tax | 368.44 DR | 20/11/19 | 45.52 CR |
| 20/11/19 | DACDAC1901110284 | Commission | 45.52 DR | 20/11/19 | 0.00 DR |
| 21/11/19 | 1191121000188 | Account transfer<br>DAOU JOSEPH OR MAZRAANI KAREN MARIE<br>trsf fr 003 | 5,300,006.62 CR | 21/11/19 | 5,300,006.62 CR |
| 21/11/19 | 36018 | Draft issuance | 5,300,006.62 DR | 21/11/19 | 0.00 DR |
| 02/12/19 | 1191202000346 | Account transfer<br>DAOU JOSEPH OR MAZRAANI KAREN MARIE<br>TRSF FR 003 | 40,186.67 CR | 02/12/19 | 40,186.67 CR |
| 02/12/19 | 36022 | Draft issuance | 40,186.62 DR | 02/12/19 | 0.05 CR |

SAUF ERREUR OU OMISSION



CREDIT LIBANAIS S.A.L.
Agence JOUNIEH

Michel Ghalleh
P. A39

Sandra Saliba
P.B31