# EXHIBIT 21

# A&A law firm
## Abou Chedid & Associates

A notice served through the Notary Public
in Jdeidet El-Matn Mrs. Randa Abboud

**To:** Credit Libanais Bank SAL
Represented by the Chairman
Mr. Joseph Torbey
Through the Manager of Jounieh branch Mr. Michel Galia

To be handed over to him personally or to any of his employees
Address: Jounieh, Main Road – facing La Cité - Phone: 09 832063

كتاب موجه بواسطة الكاتبة العدل في جديدة المتن
الأستاذة رندا عبود المحترمة

إلى حضرة السادة مصرف الإعتماد اللبناني ش.م.ل.
المحترمين

ممثلاً برئيس مجلس الإدارة السيد جوزف طربيه
عبر مدير فرع المصرف في جونيه السيد ميشال غاليه
يسلم إليه أو لأحد العاملين معه أو لديه

العنوان: جونيه، مقابل La Cité – هاتف: 09/832063

After greeting,

تحية وبعد،

In my capacity as the legal representative of Mr. Joseph Daou by virtue of a power of attorney registered at the notary Public in Ain el-Rammaneh Mr. Gerard Zahr, under the Number 16064/2019 on 3/12/2019, I do hereby serve upon you with the following Legal notice:

بوكالتنا العامة عن السيد جوزاف ضو المسجلة لدى حضرة الكاتب العدل في عين الرمانة الاستاذ جيرار جورج زهر برقم 16064/2019 تاريخ 2019/12/3 ننذركم بما يلي:

Whereas, my client had previously opened a joint bank account with Mrs. Karen Daou at your branch in Jounieh under the No. REDACTED

لما كان الموكل قد فتح بتاريخ سابق حساب مصرفي مشترك مع السيدة كارن ضو وذلك لدى فرعكم في جونيه تحت الرقم /2866107-0084/،

Whereas, my client had repeatedly requested, between the period from October 28 and November 19, 2019, to make wire transfers from his account mentioned above to his bank account in the United States of America; and your managers and employees promised and committed several times to execute the said transfer, but unfortunately, all the promises and commitments were unreal, and my client's request was not fulfilled by your branch in Jounieh, based on the decision of your Board of Directors,

ولما كان الموكل قد طلب مراراً في الفترة الممتدة بين 28 تشرين الأول و19 تشرين الثاني من العام 2019، من جانبكم إجراء حوالات مصرفية من حسابه المذكور أعلاه إلى حساباته المصرفية في الولايات المتحدة الأميركية وقد وعدتم الموكل وإلتزمتم مراراً وتكراراً القيام بذلك من خلال المدراء العاملين لديكم إلى أن تبين له أن هذه الوعود كانت وهمية، حيث رفضتم تنفيذ التحويلات المصرفية من قبل فرع المصرف في جونيه بناءً على قرار مجلس الإدارة،

Whereas, you misrepresented my client's ability to transfer his money to the United States of America through a cashier check drawn on the Central Bank in Lebanon that can be deposited at any bank operating in the United States of America; accordingly, you issued the cashier check No. 036018/F on 21/11/2019 for the value of /5,300,000/USD (Five Million and Three Hundred

ولما كنتم قد قمتم بإيهام الموكل بإمكانية تحويل أمواله إلى الولايات المتحدة الأميركية من خلال شيك مصرفي مسحوب على مصرف لبنان يتم إيداعه لدى أي من المصارف العاملة في الولايات المتحدة الأميركية، وبالفعل فقد أقدمتم على إصدار الشيك المصرفي رقم 036018/F تاريخ 2019/11/21 بقيمة /5,300,000/ د.أ. (خمسة

US Dollars), and you mentioned in writing on its copy that it was "valid for deposit in USA", in addition to another cashier check No. 036022/F dated 2/12/2019, for the value of /40,180/USD (Forty Thousand and One Hundred and Eighty US Dollars).

Whereas, after repeated efforts by Bank of America, BMO Harris Bank, Huntington Bank and Citibank to collect the cashier checks, it was determined that the cashier checks, issued by your bank as mentioned above and drawn on the Central Bank in Lebanon, are not valid for deposit in the United States of America, as shown in the letters of Bank of America,

Whereas, it has become distinctly proven that the above-mentioned cashier checks are not valid to be deposited and collected in the United States of America, on the contrary to what you represented to my client, especially after failure of Bank of America, BMO Harris Bank, Huntington Bank in their attempts to do so,

Whereas, I do attach to this notice the originals of cashier check No 036018/F dated 21/11/2019 and the cashier check No 036022/F dated 2/12/2019; and I request for the last time to cancel the aforementioned cashier checks and re-record their value in my client's account and transfer the amount to his account at Huntington Bank on the following account:

    Account Name: Joseph and Karen Daou
    Bank Name: Huntington Bank
    Address: 20 N Clark St, Chicago IL 60602
    Account number: REDACTED
    SWIFT: HUNTUS33

Pursuant to what my client had requested in his email sent to you on 31/1/2020,

ملايــين وثلاثمايــة ألــف دولار أميركــي)، وأدرجــتم علــى صــورته عبــارة صـالح للإيـداع فــي الولايــات المتحــدة الأميركيــة، إضــافة الــى شــيك مصــرفي آخـر رقــم F/036022، تـــاريخ 2/12/2019 بقيمـــة /40,180/د.أ. (أربعــون ألــف ومئــة وثمــانون دولار أميركي).

ولما كان وبعد محاولات متكررة بذلت من قبل كل من قبل كل مــن Bank of America وBMO Harris Bank، وHuntington Bank و Citibank، والتي تبين من خلالها بأن الشيكين المصرفيين الصادرين عن مصرفكم والمسحوبين على مصرف لبنان والمشار إليهما أعلاه غير صالحين للإيداع في الولايات المتحدة الأميركية، وهو ما بات ثابتاً من خلال خطابي Bank of America،

ولما كان قد بات ثابتاً بان الشيكين المصرفيين المشار إليه أعلاه غير صــالحين لإيداعهما وتحصــيلهما في الولايات المتحدة الأميركية بخلاف ما تم إيهام الموكل به، لاســيما بعد فشــل محاولة إيداعهما في الولايات المتحدة في كل من Bank of America وBMO Harris Bank، وHuntington Bank وCitibank ،

ولما كنا نرفق بالكتاب الحاضــر أصــل الشـيك المصــرفي رقم F/036018 تاريخ 21/11/2019 إضـافة الى شـيك مصـرفي آخر رقم F/036022، تــاريخ 2/12/2019 ونطلــب وللمرة الأخيرة من جـانبكم إلغاء الشــيكين المشــار إليهما وإعادة قيد قيمتهما في حســـاب الموكل وتحويلها الى حســـاب الموكل في مصرف Huntington Bank على الحساب التالي:

Account Name: Joseph and Karen Daou
Bank Name: Huntington Bank
Address: 20 N Clark St, Chicago IL 60602
Account number: REDACTED
SWIFT: HUNTUS33

وهذا ما كان قد طلبه الموكل بموجب البريد الإلكتروني المرسل إليكم بتاريخ 31/1/2020،

**Therefore,**

I hereby, in my capacity stated above, request you to immediately cancel the cashier check No. No 036018/F dated 21/11/2019 and the cashier check No 036022/F dated 2/12/2019, and re-record their value in my client's account; and transfer their value that is equivalent to /5,300,000/USD (Five Million and Three Hundred US Dollars) and /40,180/USD (Forty Thousand and One Hundred and Eighty US Dollars) to client's bank account at Huntington Bank, on the account detailed below:

Account Name: Joseph and Karen Daou
Bank Name: Huntington Bank
Address: 20 N Clark St, Chicago IL 60602
Account number: REDACTED
SWIFT: HUNTUS33

as soon as you receive or refuse to receive this notice, failing which, I will initiate legal actions before the relevant jurisdiction in the United States of America and Lebanon to compel you to make the aforementioned wire transfer, preserving all client's rights of any type whatsoever.

**Without Prejudice**
**By Power**
**Roy Abou Chedid**

Attachments:
1- The original cashier check number 036018/F dated 21/11/2019.
2- The original cashier check number 036022/F dated 2/12/2019.
3- Letters from Bank of America.



الجمهوريــة اللبنانيــة
دائرة الكاتب العدل في عين الرمانة
الأستاذ جيرار جورج زهر
مستديرة الطيونة – بناية WESTERN UNION – ط ثالث
هاتف: 380240/01    خليوي: 488033/03

عــــدد : 16064/2019

## سند توكيل عام

في يوم الثلاثاء الواقع فيه الثالث من شهر كانون الأول سنة ألفين وتسعة عشر ، حضر أمامي انا جيرار جورج زهر، المجاز في الحقوق الكاتب العدل في عين الرمانة، السيد جوزاف عبدالله ضو، من الجنسية اللبنانية، والدته هلا، مواليد محمرش /1962/، رقم سجل نفوسه /45/ محمرش بموجب بيان قيد إفرادي عليه رسمه الشمسي والحائز على الأهلية المدنية والقانونية، وبحضوري صرح طائعاً مختاراً وهو بأكمل الأوصاف المعتبرة قانوناً وشرعاً، بما يلي :

قد وكلت وأقمت مقام نفسي المحامي الاستاذ رووي خليل ابو شديد للمرافعة والمدافعة عني بكل دعوى لي أو علي حادثة أم ستحدث مع أي كان وبأي خصوص كان من أي نوع كانت مدنية أم جزائية أم روحية أم عقارية وبكل ما يتوجب لي من حقوق والتزامات وميراث وخلافه وذلك في جميع المحاكم على اختلاف أنواعها ودرجاتها ووظائفها وصفاتها من نظامية وإدارية وتجارية وعسكرية وشرعية وروحية ومذهبية وعقارية ودوائر ومجالس الدولة اللبنانية مع أي كان من الناس وسواهم من المصارف والمؤسسات والمقامات الروحية والعسكرية وغيرها وتقديم الإستدعاءات واللوائح الخطية واستلام واسترجاع كافة الأوراق أين و أن كانت والتحليف والتحكيم والتبليغ والتبلغ وتسمية الخبراء وردهم وقبول تقاريرهم والاعتراض عليها وطلب الحجز وتثبيته ورفعه والاستحصال على الأحكام والقرارات الإدارية وتنفيذها بجميع الطرق القانونية وطلب الرهن والتأمين الإجباري وبيع أموال المديون المنقولة وغير المنقولة بالمزاد العلني والدخول بالمزايدة باسمي ولحسابي، وملاحقة جميع المعاملات في الدوائر العقارية واستلام سندات الملكية ورفع وشطب إشارة التأمين والرهن عن الأموال المنقولة وغير المنقولة وطلب شهر الافلاس والتصفية القضائية والكونكورداتو وتثبيت الديون والإعتراض عليها وإقامة دعوى الشفعة والغبن والقسمة والإفراز ومراجعة دوائر التحقيق وتقديم الشكاوى خصوصاً في دعاوى إساءة الإئتمان والتزوير واستعمال المزور وسائر الدعاوى الجزائية وطلب الحبس والحقوق الشخصية والتدخل بكل دعوى لي أو علي أو شخصاً ثالثاً، ومراجعة جميع المحاكم بجميع طرق المراجعات العادية والاستثنائية استئنافاً وتمييزاً وإعادة محاكمة واعتراض الغير والاعتراض على الأحكام الغيابية وطلب رد الحكام والشكوى منهم وتسمية الشهود وردهم واختيار محل إقامة وطلب اليمين ورده والنكول عنه وإرسال الإخطارات والانذارات وتقديم طلب إخلاء السبيل وتقديم أعمال المساحة الإختيارية والإجبارية وإجراء العروض والإيداعات الفعلية وقبضها واستلامها والحوالات البريدية واستردادها والرجوع عنهما وإجراء المحاسبة والتوقيع على جميع الدعاوى والأوراق والطلبات والمعاملات والاستحصال على صور طبق الأصل عن المعاملات والمستندات من كافة المراجع، مع **حق الصلح والإسقاط والتنازل والإقرار والإبراء والتعهد والتنفيذ والتحكيم والقبض والتوقيع والرجوع عن الحق والدعوى والقبول بالرجوع عنهما واسترداد الرسوم وفرق الرسوم والتأمينات** .

ليقوم مقامي ولينوب عني بإجراء وتوقيع العمليات والحسابات المنصوص عنها بموجب القوانين المرعية الإجراء وبقية القوانين المصرفية العامة والخاصة ودون استثناء وعلى كامل مسؤوليتي الشخصية ولحسابي الخاص ولا سيما تبلّغ الكشوفات واستلام وتسليم الأوراق والمستندات والمخالصات وبراءات الذمة ورفع السرية المصرفية والاطلاع على الحسابات والكشوفات .

وكالة عامة مفوضة لرأي الوكيل وقوله وفعله وله حق توكيل غيره بكل ما وكلته به أو ببعضه وعزل من يوكله وإجراء جميع ما يراه مناسباً، وبعد تلاوة هذا السند على الموكل أقر بمضمونه ووافق على كافة مندرجاته بمحض إرادته ووقعه إشعاراً منه بذلك ، لذا وقع مني أنا الكاتب العدل وصدق وسجل أصولاً بتاريخه أعلاه.

الموكل                                                                                 الكاتب العدل في عين الرمانة
                                                                                              جيرار جورج زهر

Joseph Daou





PAY TO THE ORDER OF
PAY ANY BANK BANKER OR
TRUST COMPANY OR ORDER PRIOR
ENDORSEMENT GUARANTEE
HUNTINGTON NATIONAL BANK
COLUMBUS OHIO USA



For DEPOSIT only
Joseph Daou
Karen Daou

| | |
|---|---|
| **BANQUE DU LIBAN** | مصرف لبنان |
| No. 036022 /F | USD ★★★★ 40180.00 |
| Payez contre ce chèque / PAY AGAINST THIS CHECK: JOSEPH AND OR KAREN DAOU | ادفعوا بموجب هذا الشيك |
| A l'ordre de / TO THE ORDER OF | لأمر |
| La somme de / THE SUM OF: US Dollar FORTY THOUSAND ONE HUNDRED AND EIGHTY ONLY | مبلغ |
| Payable à / AT: JOUNIEH BRANCH — BEIRUT | Date: 02/12/19 |
| | Signature: Michel Ghalieh P.A39, Selim Al-Moubayed P.A16 |

REDACTED

REDACTED

For Deposit Only
Joseph Daou
Karen Daou

| BANQUE DU LIBAN | | مصرف لبنان | USD | 5,300,000.00 |
|---|---|---|---|---|
| No. 036018 /F | | | USD ✱✱5300000=00 | |

Payez contre ce chèque / PAY AGAINST THIS CHECK: JOSEPH AND OR KAREN DAOU

A l'ordre de / TO THE ORDER OF

La somme de / THE SUM OF: US Dollar FIVE MILLION THREE HUNDRED THOUSAND ONLY

Payable à / AT: JOUNIEH BRANCH   Date: 21/11/19

BEIRUT

Signature: Michel Ghaleb F. A59 / Solim Al Mouh... PA16

**REDACTED**

**REDACTED**

ORIGINAL RECEIVED. To Be DEPOSITED
AS AUTHORIZED IN USA.

Joseph DAOU

*[signature]*
Nov/21/2019.

Declined to MAKE WIRE TRANSFER.

*[signature]*

Delivered to Mr Joseph Daou
on 21-11-2019
Michel Ghalieh

Michel Ghalieh
F. A59

## Exhibit 1:

**CREDIT LIBANAIS S.A.L**
Capital LBP 268 400 000 000 C.R. 10742 List of Banks no. 53
Inc. Tax nbr 3059

21/11/19   10:49

Account Transfer
Debit advice

Messrs. DAOU JOSEPH ABDALLAH OR
MAZRAANI KAREN MARIE JOSEPH SP DAOU
JOSEPH

We debit your account no   :   REDACTED
With                       :   Jounieh Branch
For the amount of          :                                                    USD  ****5,300,006.62
Plus commission            :                                                    USD  ***********0.00
Total amount debited       :                                                    USD  ****5,300,006.62
Paid in favor of           :   DAOU JOSEPH OR MAZRAANI KAREN MARIE
Value date                 :   21/11/19
Transfer details           .   0084 - trsf to 005

Customer's Signature
DEPOSIT IN USA

CREDIT LIBANAIS S.A.L
Jounieh Branch

Operator   WAKIKI
Code T/T   54-01
Ref.       53  /1191121000188

---

**CREDIT LIBANAIS S.A.L**
Capital LBP 268 400 000 000 C.R. 10742 List of Banks no. 53
Inc. Tax nbr 3059

21/11/19   10:49

Account Transfer
Credit advice

Messrs. DAOU JOSEPH ABDALLAH OR
MAZRAANI KAREN MARIE JOSEPH SP DAOU
JOSEPH

We credit your account no.  :   REDACTED
With                        :   Jounieh Branch
For the amount of           :                                                   USD  ****5,300,006.62
By order of                 .   DAOU JOSEPH OR MAZRAANI KAREN MARIE
Value date                  .   21/11/19
Transfer details            :   trsf fr 003

CREDIT LIBANAIS S.A.L
Jounieh Branch

Operator   WAKIKI
Code T/T   54-01
Ref.       53  /1191121000188

**Exhibit 3:**


Bank of America
Merrill Lynch

Foreign Clean Collections
TX1-TeG-06-18
1950 N. Stemmons Fwy, Ste 6001
Dallas, TX 75207
Fax: 415.343.0520

JOSEPH A DAOU
200 PALM IS SW
CLEARWATER FL 33767

January 07, 2020

We're returning the enclosed collection item because it couldn't be processed.

Our Reference: FCC200107-000134

Collection details:
Your reference: 36018
Amount: 5,300,000.00 USD
Check number: 36018
Drawn by: BANQUE DU LIBAN

We're unable to process your collection item for the following reason: The financial institution that the check is drawn on no longer supports presentments for payment.

Please deposit the enclosed item in the same manner you would deposit any non-Collection item to your account. If you have concerns about the check being returned, you may contact the maker of the check and request an alternate payment method, such as a cashier's check or money order, or a wire or ACH funds transfer.

**Questions?**
We appreciate the opportunity to serve your financial needs. If you have questions or need additional information, email us at ForeignCleanCollections@BankofAmerica.com.

