# EXHIBIT

# 22

CAPITAL L.L. 36 000 000 000 FULLY PAID, LIST OF BANKS 101, R.C.B. 42600.
P.O BOX 113-6260 / 1103 2110 BEIRUT, LEBANON
PHONE: +961.1.734040 - FAX: +961.1.744277

رأس المال 36 000 000 000 ل.ل. مدفوع بالتمام, لائحة المصارف رقم 101, سجل تجاري بيروت رقم 42600
حريب 6260-113 / 2110 1103 بيروت, لبنان
هاتف: +961.1.734040 - فاكس: +961.1.744277



**AM BANK**
بنك الموارد

---

<table>
<tr><td>

### List of Customer's Rights and Duties

**In reference to Banque du Liban Basic Circular 134, below is the list of Customer's rights and duties.**

#### Customer's Rights

1. To take cognizance of the terms, conditions, and details of the product or service, and to request ample explanations to be sure that he/she has understood them and can abide by them.
2. To obtain from the concerned employee a professional, clear, ample and simplified explanation about the financial services and products with different risk levels.
3. To obtain from the concerned employee a professional and clear answer to any question concerning an ambiguous clause or condition.
4. To request the use of Arabic in any document, correspondence or transaction with the bank.
5. To request to read and obtain in advance a copy of each document and text referred to in any contract to be signed with the bank.
6. To obtain and retain a copy of the contracts and documents signed by the customer without bearing any additional cost.
7. To request the bank to determine the actual cost of the product or service, including the actual insurance cost and the computational method of the lending or deposit interest rate.
8. To choose freely an insurance company among, at least, five companies that are accepted by the bank and mentioned in a written list, in case obtaining the product or service is contingent upon the submission of an insurance policy to the bank.
9. To obtain any product or service, provided it is suitable with the customer's request, profile and perception of the likely financial risks associated to the product or service.
10. To obtain, for each product or service, a periodic detailed statement of account.
11. To refuse to sign a blank or incomplete form and make sure all the required fields and figures in the form to be signed by the customer are correct and complete.
12. To submit a claim about any service or product, and request from the bank an explanation on the claim submission procedure, the time limit needed to be notified of the claim outcome, and the mechanism applied to submit the claim to other authorities whenever the customer is not convinced of the claim outcome.

For more information, please call our hotline on 1210 or email us on: customer.service@ambank.com
Or fill out the feedback form on the bank's website
www.ambank.com
Or on the I-Pad in the branch

</td><td>

### لائحة حقوق وواجبات العميل

بالإشارة إلى التعميم الأساسي الصادر عن مصرف لبنان تحت الرقم ١٣٤، نورد في ما يلي لائحة بحقوق وواجبات العميل:

#### حقوق العميل

١. الاطلاع على أحكام وشروط وتفاصيل المنتج أو الخدمة وطلب الإيضاحات الوافية عنها للتأكد من فهمها والقدرة على الالتزام بها.
٢. الحصول على شرح واضح وواف ومبسط من قبل الموظف المعني عن الخدمات والمنتجات المالية التي تحتوي على مستويات مختلفة من المخاطر.
٣. الحصول على إجابة عن أية أسئلة بشأن أي بند أو شرط غير واضح من قبل الموظف المعني وذلك بطريقة مهنية وواضحة.
٤. الطلب بأن تكون اللغة العربية معتمدة في أي مستند أو مراسلة أو معاملة مع المصرف.
٥. طلب الاطلاع والاستحصال مسبقاً على نسخة من كل مستند ووثيقة ونص مشار إليه في أي عقد منوي توقيعه مع المصرف.
٦. الحصول على نسخة من العقود والمستندات الموقعة منه والاحتفاظ بها من دون تحميله أي كلفة إضافية.
٧. الطلب من المصرف تحديد الكلفة الفعلية للمنتج أو للخدمة بما فيها الكلفة الفعلية للتأمين وطريقة احتساب الفائدة الدائنة أو المدينة.
٨. حرية اختيار شركة التأمين من بين خمس شركات، على الأقل، مقبولة من المصرف ومبينة في لائحة خطية وذلك إذا كان الحصول على المنتج أو الخدمة مشروطاً بتقديم بوليصة تأمين إلى المصرف.
٩. الحصول على أي منتج أو أي خدمة إذا كان ذلك يتلاءم مع طلبه وخلفيته ومقدرته على استيعاب المخاطر المالية المحتملة لهذا المنتج أو الخدمة.
١٠. الحصول دورياً على كشف مفصل لكل حساب مرتبط بمنتج أو بخدمة.
١١. عدم التوقيع على نماذج فارغة أو غير مكتملة والتأكد من أن كافة الحقول المطلوبة والأرقام في النماذج التي تقدمت له للتوقيع صحيحة ومكتملة.
١٢. إمكانية تقديم مراجعة بخصوص أي خدمة أو منتج والطلب من المصرف شرح كيفية تقديم المراجعة والمهلة الزمنية لإبلاغه بالنتيجة وآلية رفع هذه المراجعة إلى مراجع أخرى في حال عدم الاقتناع بالمعالجة المعروضة عليه.

للمزيد من المعلومات، يرجى الإتصال على الخط الساخن ١٢١٠
أو إرسال بريد إلكتروني على العنوان التالي:
customer.service@ambank.com
أو تعبئة النموذج الخاص بالمراجعات الموجود على الموقع الالكتروني
للمصرف www.ambank.com
أو على جهاز ال I-Pad بالفرع

</td></tr>
</table>

---

List of Customer's Rights and Duties          لائحة حقوق وواجبات العميل



0019/AM-1

## Customer's Duties

1. Provide true, complete and accurate information when filling out any form provided by the bank, and refrain from providing any false information.

2. Disclose all financial obligations when applying for a product or service, without prejudice to the rights conferred to customers by the Banking Secrecy Law.

3. Update the personal information submitted to the bank, on a continuous basis and whenever required to do so.

4. Comply with the terms and conditions governing the chosen service or product.

5. Promptly notify the bank of any unknown operation on his/her account.

6. Provide the bank with his/her home address, work address, email, ordinary mail, and telephone number, and report any change in this information to enable the bank to contact the concerned customer personally and thus guarantee the privacy of information.

## Instructions to the Customer

1. Do not provide any other party, under any circumstances, with any details about your bank account or any other banking or critical personal information.

2. Whenever facing financial difficulties preventing you from meeting your obligations or paying your installments in due time, refer to the bank in order to find out the best options, including the rescheduling of obligations.

3. Be careful when granting a proxy to a third party to complete your banking and financial transactions, by clearly determining the powers delegated under this proxy.

واجبات العميل

١. تقديم معلومات صادقة وكاملة ودقيقة عند تعبئة أي نماذج خاصة بالمصرف والامتناع عن تقديم أي معلومات خاطئة.

٢. الإفصاح عن إلتزامات المالية كافة عند تقديم طلب للحصول على منتج أو خدمة مع حفظ الحقوق التي يمنحه إياها قانون سرية المصارف.

٣. تحديث المعلومات الشخصية المقدمة الى المصرف بشكل مستمر وكلما طلب منه ذلك.

٤. التقيد بالشروط والأحكام التي ترعى الخدمة أو المنتج الذي يستفيد منه.

٥. في حال إكتشافه عمليات مجهولة على حسابه، إبلاغ المصرف بذلك على الفور.

٦. تزويد المصرف بعنوان سكنه وعمله وعنوان بريده الإلكتروني والعادي ورقم هاتفه والابلاغ عن أي تعديل لهذه المعلومات مما يمكن المصرف من الإتصال بالعميل المعني بشكل يؤمن خصوصية المعلومات الخاصة به.

إرشادات للعميل

١. عدم تقديم أية تفاصيل بشأن حسابه المصرفي أو أية معلومات مصرفية أخرى أو شخصية دقيقة، تحت أي ظرف، إلى أي طرف آخر.

٢. عند مواجهة صعوبات مالية تمنعه من الإيفاء بإلتزاماته أو تسديد أقساطه في الوقت المحدد، مراجعة المصرف بهدف إيجاد الخيارات الأنسب ومنها إعادة جدولة التزاماته.

٣. التنبه عند منح وكالات رسمية للغير لإنجاز معاملاته المصرفية والمالية بحيث يحدد بدقة الصلاحيات الممنوحة بموجب هذه الوكالات.

---

I, the undersigned, hereby acknowledge receipt of the List of Customer's Rights and Duties from AM Bank S.A.L., in compliance with the Basic Circular number 134 issued by Banque du Liban, after having read and understood its content.

Customer's Full Name: Joseph Deraw    Account/Card number: _____ Signature _____ Date: Dec/17/19

Branch: _____     فرع: _____

أنا الموقع أدناه أصرح وأقر أنني إستلمت من بنك الموارد ش.م.ل. لائحة حقوق وواجبات العميل تطبيقاً للتعميم الأساسي الصادر عن مصرف لبنان تحت الرقم / ١٣٤/، بعد أن اطلعت على مضمونها وفهمت محتواها.

إسم العميل الثلاثي: _____ رقم الحساب/البطاقة: _____ التوقيع: _____ التاريخ: _____

**AM BANK**
بنك الموارد

CAPITAL L.L. 36,000,000,000 FULLY PAID, LIST OF BANKS 101, R.C.B. 42600
P.O. Box 113-6260 / 1103 2110 BEIRUT, LEBANON
PHONE: +961.1.734040 - FAX: +961.1.744277

رأس المال 000 000 000 36 ل.ل. مدفوع بالتمامه، لائحة المصارف رقم 101، سجل تجاري بيروت رقم 42600
ص.ب. 113-6260 / 1103 2110 بيروت، لبنان
هاتف: 734040‎.1.961+ - فاكس: 744277‎.1.961+

## Specimen of Signature

Name of Account Owner(s) _____ Joe _____

**Signature**

Account Number _____

Signee Name _____

Signee Name _____

**Signed in the presence of**

Date _____


Name of Account Owner(s) _____ Joe _____

**Signature**

Account Number _____

Signee Name _____

Signee Name _____

**Signed in the presence of**

Date _____

0024/AM-1

SAVIS0000008 SAVIS0000008 SAVIS0000008

**AM BANK**

بنك المـوارد

P.O Box 113-6260 / 1103 2110 Beirut, Lebanon
Phone: +961.1.734040 - Fax: +961.1.744277

[Arabic address text]
1103 2110 / 113-6260
+961.1.734040 - +961.1.744277

## KNOW YOUR CUSTOMER - INDIVIDUAL

| | | | |
|---|---|---|---|
| **Date** | 03/12/2019 | **Branch** | Jounieh |
| Customer Full Name | JOSEPH ABDALLAH DAOU | Customer Full Name on System | JOSEPH ABDALLAH DAOU |
| Customer Category  Type | Normal | | |
| KYC ID : 91220 | | | |
| Core Banking System ID : | | Card System ID : | |

## PERSONAL INFORMATION

| | | | | |
|---|---|---|---|---|
| Title | | Gender | Male | |
| First Name | JOSEPH | | جوزيف | الإسم |
| Last Name | DAOU | | ضو | الشهرة |
| Maiden Name | | | | الشهرة قبل الزواج |
| Father Name | ABDALLAH | | عبدالله | إسم الأب |
| Mother Name | HALA | | هلا | إسم الأم |
| Mother Maiden Name | IBRACIOUS | | | شهرة الأم |
| Date of Birth | 10/10/1962 | Place of Birth | MAHMARSH | |
| Country of Birth | LEBANON | Main Nationality | LEBANESE | |
| Identification Type | Passport | Other Nationality | AMERICAN | |
| Civil Register Place | | Civil register Number | | |
| Passport Number | REDACTED | Place of Issuance | UNITED STATES DEPARTMENT OF STATES | |
| Country of Issuance | UNITED STATES | Expiry Date | 14/08/2029 | |
| Date of Issuance | 15/08/2019 | | | |

## FAMILY INFORMATION

| | | | |
|---|---|---|---|
| Family Status | Married | Spouse Nationality | |
| Spouse  Name | KAREN DAOU | Number of Dependents | |
| Number of Children | 3 | | |
| Comments | | | |

## RESIDENTIAL ADDRESS INFORMATION

| | | | |
|---|---|---|---|
| Is Resident? | No | | |
| Residential Status | Owned | | |
| Country | UNITED STATES | State | FLORIDA |
| District | | City | CLEARWATER |
| Zip Code | 33767 | | |
| Street | 200 PALM IS SW | Building | 200 PALM |
| Flat/Floor | GRD | Landline Number | REDACTED |
| Mobile Number | REDACTED | Alternative Landline Number | |
| Alternative Mobile Number | | E mail Address: JOSEPHDAOU@YAHOO.COM | |
| P.O.Box | | Alternative E mail Address : | |
| | | Fax Number | |
| **Do You Have an Alternative Address?** | No | | |

## PROFESSIONAL INFORMATION

| | | | |
|---|---|---|---|
| Professional Status | Self Employed | PEP Classification | Not a PEP |
| Line of Business | Construction Material Retl Trd | | |
| Profession | Engineer | | |
| Education | Master | | |

*Joseph Daou*     03/12/2019

1

**AM BANK**
بنك الموارد

P.O. Box 113-6260 / 1103 2110 Beirut, Lebanon
Phone: +961.1.734040 - Fax: +961.1.744277

+961.1.744277 ـ فاكس: +961.1.734040 : هاتف

| | | | |
|---|---|---|---|
| Company Name | DAOU CO, SAVIS INC, TTLC CONSTRUCTION, TEE TIME LAWN CARE, DEVELOPMENT AND OPTION UNLIMITED, | | |
| Job Position | OWNER OF COMPANIES | Date of Employment | 01/01/1989 |
| Country of Income Source | UNITED STATES | | |
| Do you have any additional income? | No | | |

### WORK ADDRESS INFORMATION

| | | | |
|---|---|---|---|
| Country | UNITED STATES | State | |
| District | | City | ILLIN |
| Zip Code | | | |
| Street | 9 N WABASH IL 60602 | Building | 60602 |
| Flat/Floor | GR | Landline Number | +1312-422-1000 |
| Mobile Number | +1847-800-0292 | E mail Address: | |
| P.O.Box | | Fax Number | |

### FINANCIAL INFORMATION AND SOURCE OF FUND

| | | | |
|---|---|---|---|
| Purpose of Opening Account | To Save | | |
| Initial Source of Funds | Check deposit from customer own account at other bank | | |
| Additional Information | NEW JOINT ACCOUNT | | |
| Initial Deposit in USD | 5,735,930.00 USD | Mode Of Deposit | Check, Transfer |
| Real Estate | Land, Building, House | Estimation Amount in USD | 600,000,000.00 |
| Investment | Land, Building, House | Estimation Amount in USD | |
| Financial Instrument | None | Estimation Amount in USD | |
| Total Estimated Liabilities in USD | .00 | Total Estimated Assets in USD | 600,000,000.00 |
| Expected Annual Inflow In USD | Above $500,001 | Expected Annual Outflow In USD | Above $500,001 |
| Other Bank Relations | None | | |
| Other Bank Products | | | |
| Annual Income | Above $200,000 | Expected Transactions | Outward Crossborder Wiretransfer, Cash withdrawal, Inward Domestic Wiretransfer, Cheque deposit, Inward Crossborder Wiretransfer |
| Source of Wealth | FROM HIS WORK AS OWNER OF COMPANIES | | |
| Account Turnover Source | Investment Income, Returns from own business, Interest on deposit | | |

### FATCA

| | | | |
|---|---|---|---|
| US Residency Permit | No | USA 183 days Resident? | No |
| Permanent instructions to US? | Yes | | |
| Amount Exchanged in USD | 20,000,000.00 | Reason | IMPORT EXPORT |
| Permanent instructions with other? | Yes | | |
| Amount Exchanged in USD | 20,000,000.00 | Reason | IMPORT EXPORT |
| US Customer Name (As appear on W Forms) | JOSEPH DAOU | Social Security Number | REDACTED |
| Transactions to/from US | Permanent | | |

### CRS

03/12/2019

X Joseph Daou

2

**AM BANK**

بنك المـوارد

P.O Box 113-6260 / 1103 2110 BEIRUT, LEBANON
PHONE: +961.1.734040 - FAX: +961.1.744277

| Country Of Tax Residence | Tax Identification Number (TIN) | Number | Reason |
|---|---|---|---|
| UNITED STATES | TIN | REDACTED | |

## REFERRAL INFORMATION

| | | | |
|---|---|---|---|
| Date of Customer Onboarding | 03/12/2019 | | |
| Introduced By | Employee | Referral Name | Youssef Hanna El-Khoury |
| CSO Name | Mary Azzi | Branch Compliance Officer Name | Eliana Hrawi |
| Branch Manager Name | Chirine Aoun | Account Officer | |

## HOW DOES THE CLIENT WANT TO COMMUNICATE WITH US?

Mobile     REDACTED     E-Mail: JOSEPHDAOU@YAHOO.COM
Hobbies

## ADDITIONAL INFORMATION

Please confirm that you are the ultimate owner and controller for all the funds and transactions that will be executed in the account? (Beneficiary Right Owner - BRO): Yes

I, the undersigned, upon my complete responsibility, hereby certify, that all the information stated above, including the information related to the beneficial rights owner, are complete, true & correct.

I undertake to advise the bank of any change to the information provided above. I also undertake to advise the bank of all operations effected on the account if I am not the beneficial owner of the amounts deposited.

I authorize AM BANK S.A.L. to send all correspondance, notices, and statements of accounts to the following address , and in this respect I waive my rights under banking secrecy law mentioned in article No. 2, law of 3 September 1956.

Name            Signature _Josephdaou_    Date _Dec/17/19_

Name and Authentication of Branch Customer Service Officer

Name and Authentication of Branch Compliance Officer

03/12/2019

3

**AM BANK**

بـنـك الـمـوارد

P.O Box 113-6260 / 1103 2110 Beirut, Lebanon
Phone: +961.1.734040 - Fax: +961.1.744277

Name and Authentication of Branch Manager

03/12/2019

4



**AM BANK**
بنك الموارد

P.O Box 113-6260 / 1103 2110 Beirut, Lebanon
Phone: +961.1.734040 - Fax: +961.1.744277

**Personal and Tax Information**

| Customer Full Name | JOSEPH ABDALLAH DAOU | | إسم العميل الثلاثي |
|---|---|---|---|
| Date of Birth | October 10, 1962 | | تاريخ الميلاد |
| Place of Birth | MAHMARSH | | مكان الولادة |
| Country of Birth | LEBANON | | بلد الولادة |
| Current Residence Address | عنوان السكن الحالي | Current Business Address | عنوان العمل الحالي |
| Country / الدولة | UNITED STATES | Country / الدولة | UNITED STATES |
| State / الولاية | FLORIDA | State / الولاية | |
| City / المدينة | CLEARWATER | City / المدينة | ILLIN |
| Street / الشارع | 200 PALM IS SW | Street / الشارع | 9 N WABASH IL 60602 |
| Building / المبنى | 200 PALM | Building / المبنى | 60602 |
| Floor / الطابق | GRD | Floor / الطابق | GR |
| Post Code / الرمز البريدي | 33767 | Post Code / الرمز البريدي | |

| Please list in the below table the country or countries in which you are resident for tax purposes, together with your tax identification number(s) "TIN".<br>In case you do not have a TIN number for the below reasons, please fill the TIN field with the digit that suits the case:<br>1 - In case the country does not issue "TIN" to tax payers,<br>2 - In case the country does not require TIN reporting, | يرجى إدراج اسم الدولة او الدول التي تكون مقيما" فيها بالاضافة الى رقمك الضريبي في كل منها.<br>اذا كنت لا تملك رقما" ضريبيا" للاسباب المحددة ادناه الرجاء ذكر الرقم الذي يعكس حالتك الضريبية في خانة الرقم الضريبي:<br>1 - في حال كانت الدولة لا تصدر للمكلفين رقما" ضريبيا"<br>2 - في حال كانت الدولة لا تطلب التصريح عن الرقم الضريبي من المكلفين |
|---|---|

| Country of Tax Residency | Tax Identification Number "TIN" |
|---|---|
| إسم دولة الإقامة الضريبية | الرقم الضريبي |
| 1-   UNITED STATES | 1- REDACTED |
| 2- | 2- |
| 3- | 3- |
| 4- | 4- |

| Please explain why country of taxation is different from country of Primary Residency or Business for each of the above countries (if different): | الرجاء شرح سبب إختلاف كل دولة اقامة ضريبية مصرح بها اعلاه عن دولة عنوان الاقامة/العمل الرئيسي (وذلك في حالة الاختلاف): |
|---|---|
| 1- | |
| 2- | |
| 3- | |
| 4- | |



03/12/2019

**AM BANK**

بنك الـمـوارد

P.O Box 113-6260 / 1103 2110 Beirut, Lebanon
Phone: +961.1.734040 • Fax: +961.1.744277

**Certificate and Signature**             التصريح والتوقيع

| By signing this form, I: | انا الموقع ادناه |
|---|---|
| I. Declare that the information contained in this form (Common Reporting Standards- Individual tax residency- self certification form) is true, accurate, complete and correct. | 1 – أصرح بأن هذه المعلومات المدونة في هذا النموذج هي معلومات دقيقة، صحيحة، كاملة ومستحدثة. |
| II. Acknowledge that AM BANK S.A.L. is required to provide such information as well as any requested information to Local Lebanese Governmental Authorities who would exchange them with foreign authorities of another country or countries in which the account holder may be tax resident pursuant to intergovernmental agreements to exchange financial account information. | 2 – أوافق على أن يقوم بنك الموارد ش.م.ل. بالافصاح عن هذه المعلومات وأية معلومات اخرى تطلب منه  الافصاح عنها لصالح السلطات اللبنانية التي بدورها تقوم بتبادل هذه المعلومات مع سلطات بلد /بلدان اجنبية حيث يكون صاحب هذا الحساب مقيماً  ضريبياً  فيها وذلك عملاً  بالاتفاقيات النافذة ما بين الحكومات في ما يتعلق بتبادل المعلومات الضريبية. |
| III. Undertake to advise AM BANK S.A.L., in written within 15 days, of any change in circumstances which affects my tax residency status or causes the information contained herein to become incorrect, and to provide the bank with a suitably updated self-certification form within 30days of such change. | 3 – أتعهد خطياً  باعلام بنك الموارد ش.م.ل. بأي تعديل في الظروف التي تؤثر على وضع اقامتي الضريبي او تجعل المعلومات الواردة في هذا النموذج غير صحيحة وذلك ضمن مهلة خمسة عشر يوماً  تلي حدوث هذا التعديل. كما اتعهد بتزويد بنك الموارد ش.م.ل. بنموذج جديد وذلك ضمن مهلة ثلاثين يوماً  تلي تاريخ حدوث هذا التعديل. |

| Account Holder's Name | JOSEPH ABDALLAH DAOU | اسم صاحب الحساب |
|---|---|---|
| Name of the authorized signatory (if any with capacity) | | اسم المفوض بالتوقيع (اذا وجد مع تحديد الصفة) |

Signature    X Josephadaon            التوقيع

Date   Dec/17/19            التاريخ

Name and signature of Customer Service Officer        اسم وتوقيع موظف خدمة الزبائن:

                       Mary Azzi

Name and Signature of Compliance Officer in the Branch     اسم وتوقيع ضابط الامتثال في الفرع:

                       Eliana Hrawi

03/12/2019

SAVIS0000015     SAVIS0000015     SAVIS0000015

Case 1:20-cv-04438-DLC   Document 68-22   Filed 12/18/20   Page 12 of 80



P.O. Box 113-6260 / 1103 2110 Beirut, Lebanon
Phone: +961.1.734040 - Fax: +961.1.744277

‫حي. 113-6260 / 2110 1103 بيروت، لبنان‬
‫هاتف: +961.1.734040 - فاكس: +961.1.744277‬

---

**(FATCA)**

الحسابات الخاضعة لل FATCA

يرجى أخذ العلم أن مصرفنا وتماشياً مع توجيهات المصارف في العالم يراعي الأحكام والشروط المنصوص عليها في قانون الامتثال الضريبي الأميركي على الحسابات الأجنبية (FATCA) وفي الأنظمة والاتفاقيات التطبيقية الملزمة، إن تلك الأحكام والشروط:

تفرض على المصارف والمؤسسات المالية إعلام السلطات الضريبية الأميركية دورياً * عن الحسابات المفتوحة لدى المصارف ومجموعة المؤسسات المصرفية والمالية التابعة للمصرف والعائدة، بصورة قانونية أو اقتصادية، لأشخاص طبيعيين أو معنويين خاضعين للتصريح وفقاً * لـ(FATCA)، أو لأشخاص معنويين يملك أكثر من عشرة بالمئة من حصصها أو أسهمها بصورة مباشرة أو غير مباشرة، شخص خاضع للتصريح وفقاً * لأحكام FATCA.

. تحدد مؤشرات من شأنها الدلالة على أن الزبون مكلف بالضريبة الأميركية. من هذه المؤشرات على سبيل المثال دون الحصر:

أن يكون لديه جواز سفر أميركي أو غرين كارد أو يكون مولوداً * أو مقيماً * في الولايات المتحدة الأميركية أو له فيها عنوان إقامة أو عمل أو عنوان بريدي أو نشاط أو رقم هاتف، أو يكون أعطى تعليمات مستمرة بتحويل أموال الى حساب في الولايات المتحدة الأميركية أو وكالة عن الحساب الى شخص له عنوان فيها، أو يعتبر القانون الأميركي بمثابة المقيم ضريبياً * في الولايات المتحدة لتراكم مدة تواجده على أراضيها أو لأي سبب آخر.

عند وجود أي من تلك المؤشرات يتوجب على الزبون، ضمن مهلة محددة، أن يزود المصرف بالمعلومات والمستندات التي من شأنها اثبات صحة أو عدم صحة خضوعه للضريبة الأميركية ولأحكام FATCA.والمعلومات والمستندات التي يطلبها المصرف ويتوجب على المصرف بعد ذلك ارسال تلك المعلومات والمستندات الى السلطات الضريبية الأميركية.

. تفرض على المصارف تحديث المعلومات المتعلقة بزبائنها وتفرض على الزبون الخاضع للضريبة الأميركية ولأحكام FATCA رفع السرية المصرفية تجاه السلطات الضريبية الأميركية والاجازة للمصرف بإعطائها المعلومات والمستندات المطلوبة عنه وعن حساباته وعلاقاته وعملياته مع المصرف.

. تفرض على المصارف والمؤسسات المالية، في حال رفض الزبون المعني تقديم المعلومات والمستندات المطلوبة ضمن المهلة أو تلكأ في تقديمها أو في حال وجود تناقض أو التباس في المعلومات والمستندات المقدمة من الزبون، أو في حال رفضه رفع السرية المصرفية تجاه السلطات الضريبية الأميركية، أن تصنف الزبون "زبون غير متعاون" ( Recalcitrant account holder) بمفهوم القانون المذكور، وأن تقتطع، لصالح السلطات الضريبية، نسبة من مداخيله وأمواله الخاضعة بموجب FATCA للإقتطاع وأن تجمد وتنهي حساباته وتنهي علاقتها معه.

زبائننا الأعزاء أوجزنا في ما تقدم مفهومنا لأحكام FATCA و لمّا نحن ملزمون بتطبيقه بهذا الخصوص، غير أننا لسنا خبراء في شؤون الضريبة الأميركية وبعود لكل من يجد نفسه معنياً * بأحكام FATCA مراجعة الواردات الداخلية في الولايات المتحدة الأميركية (INTERNAL REVENUES SERVICE) أو من يراه مناسباً * من خبراء وأخصائيين في هذا الشأن للتصرف وفق المعطيات التي تتوفر له من تلك المصادر، ولا يسعنا بالتالي، لأي سبب من الأسباب، أن نتحمل، تجاه أي كان، أية مسؤولية عن مفهومنا لتلك الأحكام وعن أي اجراء أو تدبير قد نضطر للقيام به تطبيقاً * له.

يعتبر الأعلام الحاضر جزء لا يتجزأ من الإتفاقيات والعقود التي ترعى علاقة المصرف بالزبون.

يرجى من زبائننا الكرام مراجعة المصرف في أقرب وقت ممكن لمراعاة أحكام FATCA

بنك الموارد ش.م.ل.

لأخذ العلم.

التاريخ
الإسم
التوقيع    jospha daou

---

03/12/2019

SAVIS0000016     SAVIS0000016     SAVIS0000016



**AM BANK**
بنك الموارد

P.O Box 113-6260 / 1103 2110 Beirut, Lebanon
Phone: +961.1.734040 - Fax: +961.1.744277

1103 2110 / 113-6260
+961 1 744277 - +961 1 734040

## Special form for Foreign Account Tax Compliance Act (FATCA)

Accounts subject to FATCA

Please be informed that our bank, in line with the orientation of the banking institutions worldwide, complies with the terms and conditions of the
Foreign Account Tax Compliance Act (FATCA) and the relevant mandatory implementing regulations and agreements. These terms and conditions:

• Impose on banks and financial institutions to make regular reporting on accounts opened at the bank and its banks and financial institutions
subsidiaries, and belonging, legally or economically, to US tax payers, as per FATCA, whether individuals or entities, including entities in which a US tax payer holds, directly or indirectly, a participation of more than %10.

• Set a list of indicia indicating a potential US tax payer client. This list of indicia includes, without limitation, the following:
  The client (i) holds a US Passport or Green Card or is born in or resident of the USA, (ii) has, in the USA, a private, business or postal address, an activity or a telephone number (iii) has given standing instructions to transfer funds to an account in the USA (iv) has appointed an attorney on the account whose address is in the USA, or (v) is considered by US Laws as a US tax payer for having cumulated a certain periods of stay in the USA or for any other reason.

When such indicia are found, the client should, within a specified period, provide the bank with information and documents evidencing whether or not he is subject to US tax as per FATCA's provisions, and such other information and documents that may be requested by the
bank and the bank will have to send them to the US tax authorities.

• Impose on the banks to update their clients data (KYC) and impose on the client who is subject to US tax and to FATCA's provisions to waive the banking secrecy towards the US tax authorities and to authorize the bank to provide said authorities with the requested information and
documents related to him, his accounts and his relations and operations with the bank.

• Impose on banks and financial institutions, in any of the following cases:

  i. Refusal or non-cooperation of the concerned client in providing the requested information and documents within the specified period of time;
  ii. Existence of a contradiction or inconsistency in the information and documents provided by the concerned client;
  iii. Refusal of the concerned client to waive the banking secrecy towards the US tax authorities;

To classify the client as a "Recalcitrant Account Holder" as defined by FATCA, to withhold, to the benefit of the US tax authorities, a percentage
rate out of the client's proceeds which are subject to withholding as per FATCA, to block and close the client's accounts and to terminate its relationship with him.

*Dear clients, we have summarized here above our understanding of some of FATCA's provisions and the measures that we are constrained*
*to take in this regard. However, as we are not experts in US taxation, we kindly advise the concerned clients to refer to the*
*US Internal Revenues Service and/or the experts and specialists that they deem appropriate and to act according to their advice and*
*guidance. Therefore, we cannot be held liable towards anyone with respect to the understanding summarized above and to the measures*
*that we might be compelled to take in implementation thereof.*

The present acknowledgement letter shall be considered as an integral part of the agreements governing the client relations with the bank.

Our esteemed concerned clients are required to contact our bank as soon as possible in order to comply with FATCA.

AM BANK S.A.L.

Date

Dec 17 2019

Name

Joseph Daou

Signature

03/12/2019

B

Form **W-9**
(Rev. November 2017)
Department of the Treasury
Internal Revenue Service

**Request for Taxpayer Identification Number and Certification**
Go to www.irs.gov/FormW9 for instructions and the latest information.

Give Form to the requester. Do not send it to the IRS.

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

Joseph Daou

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification; check only one of the following seven boxes:

☒ Individual/sole proprietor or single-member LLC
☐ C Corporation
☐ S Corporation
☐ Partnership
☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) _____

**Note:** Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions)

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.)

200 Palm Island SW

**6** City, state, and ZIP code

Clearwater beach, FL, 33767

Requester's name and address (optional)

**7** List account number(s) here (optional)

*Print or type. See Specific Instructions on page 2.*

---

### Part I — Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see What Name and Number To Give the Requester for guidelines on whose number to enter.

**Social security number**
REDACTED

**or**

**Employer identification number**
☐☐ – ☐☐☐☐☐☐☐

---

### Part II — Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here** | Signature of U.S. person _____ | Date Dec 17 2019

---

### General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to www.irs.gov/FormW9.

### Purpose of Form

information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number

- Form 1099-DIV (dividends, including those from stocks or mutual funds)
- Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)
- Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)
- Form 1099-S (proceeds from real estate transactions)
- Form 1099-K (merchant card and third party network transactions)
- Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)
- Form 1099-C (canceled debt)

03/12/2019

(ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See What is backup withholding, later.*

---

**Cat. No. 10231X**      Form **W-9** (Rev. 11-2017)

03/12/2019

By signing the filled-out form, you:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct. *See What is FATCA reporting* , later, for further information.

**Note:** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien;
• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States;
• An estate (other than a foreign estate); or
• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

In the cases below, the following person must give Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States.

• In the case of a disregarded entity with a U.S. owner, the U.S. owner of the disregarded entity and not the entity;
• In the case of a grantor trust with a U.S. grantor or other U.S. owner, generally, the U.S. grantor or other U.S. owner of the grantor trust and not the trust; and
• In the case of a U.S. trust (other than a grantor trust), the U.S. trust (other than a grantor trust) and not the beneficiaries of the trust.

**Foreign person.** If you are a foreign person or the U.S. branch of a foreign bank that has elected to be treated as a U.S. person, do not use Form W-9. Instead, use the appropriate Form W-8 or Form 8233 (see Pub. 515, Withholding of Tax on Nonresident Aliens and Foreign Entities).

**Example.** Article 20 of the U.S.-China income tax treaty allows an exemption from tax for scholarship income received by a Chinese student temporarily present in the United States. Under U.S. law, this student will become a resident alien for tax purposes if his or her stay in the United States exceeds 5 calendar years. However, paragraph 2 of the first Protocol to the U.S.-China treaty (dated April 30, 1984) allows the provisions of Article 20 to continue to apply even after the Chinese student becomes a resident alien of the United States. A Chinese student who qualifies for this exception (under paragraph 2 of the first protocol) and is relying on this exception to claim an exemption from tax on his or her scholarship or fellowship income would attach to Form W-9 a statement that includes the information described above to support that exemption.

If you are a nonresident alien or a foreign entity, give the requester the appropriate completed Form W-8 or Form 8233.

## Backup Withholding

**What is backup withholding?** Persons making certain payments to you must under certain conditions withhold and pay to the IRS 28% of such payments. This is called "backup withholding." Payments that may be subject to backup withholding include interest, tax-exempt interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, payments made in settlement of payment card and third party network transactions, and certain payments from fishing boat operators. Real estate transactions are not subject to backup withholding.

You will not be subject to backup withholding on payments you receive if you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return.

**Payments you receive will be subject to backup withholding if:**

Certain payees and payments are exempt from backup withholding. See *Exempt payee code* , later, and the separate Instructions for the Requester of Form W-9 for more information.

1. You do not furnish your TIN to the requester,
2. You do not certify your TIN when required (see the instructions for Part II for details),
3. The IRS tells the requester that you furnished an incorrect TIN,
4. The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends on your tax return (for reportable interest and dividends only), or
5. You do not certify to the requester that you are not subject to backup withholding under 4 above (for reportable interest and dividend accounts opened after 1983 only).

Also see *Special rules for partnerships* , earlier.

## What is FATCA Reporting?

The Foreign Account Tax Compliance Act (FATCA) requires a participating foreign financial institution to report all United States account holders that are specified United States persons. Certain payees are exempt from FATCA reporting. See *Exemption from FATCA reporting code* , later, and the Instructions for the Requester of Form W-9 for more information.

## Updating Your Information

03/12/2019

Josepha Saon

11

**Nonresident alien who becomes a resident alien.** Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the payee has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement to Form W-9 that specifies the following five items.

1. The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.

2. The treaty article addressing the income.

3. The article number (or location) in the tax treaty that contains the saving clause and its exceptions.

4. The type and amount of income that qualifies for the exemption from tax.

5. Sufficient facts to justify the exemption from tax under the terms of the treaty article.

You must provide updated information to any person to whom you claimed to be an exempt payee if you are no longer an exempt payee and anticipate receiving reportable payments in the future from this person. For example, you may need to provide updated information if you are a C corporation that elects to be an S corporation, or if you no longer are tax exempt. In addition, you must furnish a new Form W-9 if the name or TIN changes for the account; for example, if the grantor of a grantor trust dies.

## Updating Your Information

**Failure to furnish TIN.** If you fail to furnish your correct TIN to a requester, you are subject to a penalty of $50 for each such failure unless your failure is due to reasonable cause and not to willful neglect.

**Civil penalty for false information with respect to withholding.** If you make a false statement with no reasonable basis that results in no backup withholding, you are subject to a $500 penalty.

03/12/2019

**Criminal penalty for falsifying information.** Willfully falsifying certifications or affirmations may subject you to criminal penalties including fines and/or imprisonment.

**Misuse of TINs.** If the requester discloses or uses TINs in violation of federal law, the requester may be subject to civil and criminal penalties.

## Updating Your Information

### Line 1

You must enter one of the following on this line; do not leave this line blank. The name should match the name on your tax return.

If this Form W-9 is for a joint account (other than an account maintained by a foreign financial institution (FFI)), list first, and then circle, the name of the person or entity whose number you entered in Part I of Form W-9. If you are providing Form W-9 to an FFI to document a joint account, each holder of the account that is a U.S. person must provide a Form W-9.

a. **Individual.** Generally, enter the name shown on your tax return. If you have changed your last name without informing the Social Security Administration (SSA) of the name change, enter your first name, the last name as shown on your social security card, and your new last name.

**Note: ITIN applicant:** Enter your individual name as it was entered on your Form W-7 application, line 1a. This should also be the same as the name you entered on the Form 1040/1040A/1040EZ you filed with your application.

b. **Sole proprietor or single-member LLC.** Enter your individual name as shown on your 1040/1040A/1040EZ on line 1. You may enter your business, trade, or "doing business as" (DBA) name on line 2.

c. **Partnership, LLC that is not a single-member LLC, C corporation, or S corporation.** Enter the entity's name as shown on the entity's tax return on line 1 and any business, trade, or DBA name on line 2.

d. **Other entities.** Enter your name as shown on required U.S. federal tax documents on line 1. This name should match the name shown on the charter or other legal document creating the entity. You may enter any business, trade, or DBA name on line 2.

| IF the entity/person on line 1 is a(n) . . . | THEN check the box for . . . |
|---|---|
| • Corporation | Corporation |
| • Individual<br>• Sole proprietorship, or<br>• Single-member limited liability company (LLC) owned by an individual and disregarded for U.S. federal tax | Individual/sole proprietor or single-member LLC |
| • LLC treated as a partnership for U.S. federal tax purposes,<br>• LLC that has filed Form 8832 or 2553 to be taxed as a corporation, or<br>• LLC that is disregarded as an entity separate from its owner but the owner is another LLC that is not disregarded for U.S. | Limited liability company and enter the appropriate tax classification. (P= Partnership; C= C corporation; or S= S corporation) |
| • Partnership | Partnership |
| • Trust/estate | Trust/estate |

### Line 4, Exemptions

If you are exempt from backup withholding and/or FATCA reporting, enter in the appropriate space on line 4 any code(s) that may apply to you.

**Exempt payee code.**

• Generally, individuals (including sole proprietors) are not exempt from backup withholding.
• Except as provided below, corporations are exempt from backup withholding for certain payments, including interest and dividends.
• Corporations are not exempt from backup withholding for payments made in settlement of payment card or third party network transactions.
• Corporations are not exempt from backup withholding with respect to attorneys' fees or gross proceeds paid to attorneys, and corporations that provide medical or health care services are not exempt with respect to payments reportable on Form 1099-MISC.

The following codes identify payees that are exempt from backup withholding. Enter the appropriate code in the space in line 4.

1—An organization exempt from tax under section 501(a), any IRA, or a custodial account under section 403(b)(7) if the account satisfies the requirements of section 401(f)(2)
2—The United States or any of its agencies or instrumentalities
3—A state, the District of Columbia, a U.S. commonwealth or possession, or any of their political subdivisions or instrumentalities
4—A foreign government or any of its political subdivisions, agencies, or instrumentalities
5—A corporation
6—A dealer in securities or commodities required to register in

03/12/2019

e. **Disregarded entity.** For U.S. federal tax purposes, an entity that is disregarded as an entity separate from its owner is treated as a "disregarded entity." See Regulations section 301.7701-2(c)(2)(iii). Enter the owner's name on line 1. The name of the entity entered on line 1 should never be a disregarded entity. The name on line 1 should be the name shown on the income tax return on which the income should be reported. For example, if a foreign LLC that is treated as a disregarded entity for U.S. federal tax purposes has a single owner that is a U.S. person, the U.S. owner's name is required to be provided on line 1. If the direct owner of the entity is also a disregarded entity, enter the first owner that is not disregarded for federal tax purposes. Enter the disregarded entity's name on line 2, "Business name/disregarded entity name." If the owner of the disregarded entity is a foreign person, the owner must complete an appropriate Form W-8 instead of a Form W-9. This is the case even if the foreign person has a U.S. TIN.

### Line 2

If you have a business name, trade name, DBA name, or disregarded entity name, you may enter it on line 2.

### Line 3

Check the appropriate box on line 3 for the U.S. federal tax classification of the person whose name is entered on line 1. Check only one box on line 3.

United States, the District of Columbia, or a U.S. commonwealth or possession

7—A futures commission merchant registered with the Commodity Futures Trading Commission

8—A real estate investment trust

9—An entity registered at all times during the tax year under the Investment Company Act of 1940

10—A common trust fund operated by a bank under section 584(a)

11—A financial institution

12—A middleman known in the investment community as a nominee or custodian

13—A trust exempt from tax under section 664 or described in section 4947

The following chart shows types of payments that may be exempt from backup withholding. The chart applies to the exempt payees listed above, 1 through 13.

To establish to the withholding agent that you are a U.S. person, or resident alien, sign Form W-9. You may be requested to sign by the withholding agent even if items 1, 4, or 5 below indicate otherwise.

For a joint account, only the person whose TIN is shown in Part I should sign (when required). In the case of a disregarded entity, the person identified on line 1 must sign. Exempt payees, see Exempt payee code earlier.

Signature requirements. Complete the certification as indicated in items 1 through 5 below.

**1. Interest, dividend, and barter exchange accounts opened before 1984 and broker accounts considered active during 1983.** You must give your correct TIN, but you do not have to sign the certification.

**2. Interest, dividend, broker, and barter exchange accounts opened after 1983 and broker accounts considered inactive during 1983.** You must sign the certification or backup withholding will apply. If you are subject to backup withholding and you are merely providing your correct TIN to the requester, you must cross out item 2 in the certification before signing the form.

**3. Real estate transactions.** You must sign the certification. You may cross out item 2 of the certification.

**4. Other payments.** You must give your correct TIN, but you do not have to sign the certification unless you have been notified that you have previously given an incorrect TIN. "Other payments" include payments made in the course of the requester's trade or business for rents, royalties, goods (other than bills for merchandise), medical and health care services (including payments to corporations), payments to a nonemployee for services, payments made in settlement of payment card and third party network transactions, payments to certain fishing boat crew members and fishermen, and gross proceeds paid to attorneys (including payments to corporations).

**5. Mortgage interest paid by you, acquisition or abandonment of secured property, cancellation of debt, qualified tuition program payments (under section 529), IRA, Coverdell ESA, Archer MSA or HSA contributions or distributions, and pension distributions.** You must give your correct TIN, but you do not have to sign the certification

**What Name and Number To Give the Requester**

| IF the payment is for . . . | THEN the payment is exempt for . . . |
|---|---|
| Interest and dividend payments | All exempt payees except for 7 |
| Broker transactions | Exempt payees 1 through 4 and 6 through 11 and all C corporations. S corporations must not enter an exempt payee code because they are exempt only for sales of noncovered securities acquired prior to 2012. |
| Barter exchange transactions and patronage dividends | Exempt payees 1 through 4 |
| Payments over $600 required to be reported and direct sales over $5,000[1] | Generally, exempt payees 1 through 5[2] |
| Payments made in settlement of payment card or third party network transactions | Exempt payees 1 through 4 |

M—A tax exempt trust under a section 403(b) plan or section 457(g) plan

**Note:** You may wish to consult with the financial institution requesting this form to determine whether the FATCA code and/or exempt payee code should be completed.

### Line 5

Enter your address (number, street, and apartment or suite number). This is where the requester of this Form W-9 will mail your information returns. If this address differs from the one the requester already has on file, write NEW at the top. If a new address is provided, there is still a chance the old address will be used until the payor changes your address in their records.

### Line 6

Enter your city, state, and ZIP code.

## Part I. Taxpayer Identification Number (TIN)

**Enter your TIN in the appropriate box.** If you are a resident alien and you do not have and are not eligible to get an SSN, your TIN is your IRS individual taxpayer identification number (ITIN). Enter it in the social security number box. If you do not have an ITIN, see *How to get a TIN*   below.

If you are a sole proprietor and you have an EIN, you may enter either your SSN or EIN.

If you are a single-member LLC that is disregarded as an entity separate from its owner, enter the owner's SSN (or EIN, if the owner has one). Do not enter the disregarded entity's EIN. If the LLC is classified as a corporation or partnership, enter the entity's EIN.

**Note:** See *What Name and Number To Give the Requester*   later, for further clarification of name and TIN combinations.

**How to get a TIN.** If you do not have a TIN, apply for one immediately. To apply for an SSN, get Form SS-5, Application for a Social Security Card, from your local SSA office or get this form online at *www.SSA.gov*. You may also get this form by calling 1-800-772-1213. Use Form W-7, Application for IRS Individual Taxpayer Identification Number, to apply for an ITIN, or Form SS-4, Application for Employer Identification Number, to apply for an EIN. You can apply for an EIN online by accessing the IRS website at www.irs.gov/Businesses and clicking on Employer Identification Number (EIN) under Starting a Business. Go to *www.irs.gov/ Forms* to view, download, or print Form W-7 and/or Form SS-4. Or, you can go to *www.irs.gov/OrderForms* to place an order and have Form W-7 and/or SS-4 mailed to you within 10 business days.

If you are asked to complete Form W-9 but do not have a TIN, apply for a TIN and write "Applied For" in the space for the TIN, sign and date the form, and give it to the requester. For interest and dividend payments, and certain payments made with respect to readily tradable instruments, generally you will have 60 days to get a TIN and give it to the requester before you are subject to backup withholding on payments. The 60-day rule does not apply to other types of payments. You will be subject to backup withholding on all such payments until you provide your TIN to the requester.

X josepha has

03/12/2019

¹See Form 1099-MISC, Miscellaneous Income, and its instructions.

²However, the following payments made to a corporation and reportable on Form 1099-MISC are not exempt from backup withholding: medical and health care payments, attorneys' fees, gross proceeds paid to an attorney reportable under section 6045(f), and payments for services paid by a federal executive agency.

**Exemption from FATCA reporting code.** The following codes identify payees that are exempt from reporting under FATCA. These codes apply to persons submitting this form for accounts maintained outside of the United States by certain foreign financial institutions. Therefore, if you are only submitting this form for an account you hold in the United States, you may leave this field blank. Consult with the person requesting this form if you are uncertain if the financial institution is subject to these requirements. A requester may indicate that a code is not required by providing you with a Form W-9 with "Not Applicable" (or any similar indication) written or printed on the line for a FATCA exemption code.

A—An organization exempt from tax under section 501(a) or any individual retirement plan as defined in section 7701(a)(37)

B—The United States or any of its agencies or instrumentalities

C—A state, the District of Columbia, a U.S. commonwealth or possession, or any of their political subdivisions or instrumentalities

D—A corporation the stock of which is regularly traded on one or more established securities markets, as described in Regulations section 1.1472-1(c)(1)(i)

E—A corporation that is a member of the same expanded affiliated group as a corporation described in Regulations section 1.1472-1(c)(1)(i)

F—A dealer in securities, commodities, or derivative financial instruments (including notional principal contracts, futures, forwards, and options) that is registered as such under the laws of the United States or any state

G—A real estate investment trust

H—A regulated investment company as defined in section 851 or an entity registered at all times during the tax year under the Investment Company Act of 1940

I—A common trust fund as defined in section 584(a)

J—A bank as defined in section 581

K—A broker

L—A trust exempt from tax under section 664 or described in section 4947(a)(1)

**Note:** Entering "Applied For" means that you have already applied for a TIN or that you intend to apply for one soon.

**Caution:** A disregarded U.S. entity that has a foreign owner must use the appropriate Form W-8.

## Part II. Certification

To establish to the withholding agent that you are a U.S. person, or resident alien, sign Form W-9. You may be requested to sign by the withholding agent even if item 1, 4, or 5 below indicates otherwise.

For a joint account, only the person whose TIN is shown in Part I should sign (when required). In the case of a disregarded entity, the person identified on line 1 must sign. Exempt payees, see *Exempt payee code* , earlier.

**Signature requirements.** Complete the certification as indicated in items 1 through 5 below.



Form     W-9     (Rev.
11-2017)

  **1. Interest, dividend, and barter exchange accounts opened before 1984 and broker accounts considered active during 1983.** You must give your correct TIN, but you do not have to sign the certification.

  **2. Interest, dividend, broker, and barter exchange accounts opened after 1983 and broker accounts considered inactive during 1983.** You must sign the certification or backup withholding will apply. If you are subject to backup withholding and you are merely providing your correct TIN to the requester, you must cross out item 2 in the certification before signing the form.

  **3. Real estate transactions.** You must sign the certification. You may cross out item 2 of the certification.

  **4. Other payments.** You must give your correct TIN, but you do not have to sign the certification unless you have been notified that you have previously given an incorrect TIN. "Other payments" include payments made in the course of the requester's trade or business for rents, royalties, goods (other than bills for merchandise), medical and health care services (including payments to corporations), payments to a nonemployee for services, payments made in settlement of payment card and third party network transactions, payments to certain fishing boat crew members and fishermen, and gross proceeds paid to attorneys (including payments to corporations).

  **5. Mortgage interest paid by you, acquisition or abandonment of secured property, cancellation of debt, qualified tuition program payments (under section 529), ABLE accounts (under section 529A), IRA, Coverdell ESA, Archer MSA or HSA contributions or distributions, and pension distributions.** You must give your correct TIN, but you do not have to sign the certification.

## What Name and Number To Give the Requester

| For this type of account: | Give name and SSN of: |
| --- | --- |
| 1. Individual | The individual |
| 2. Two or more individuals (joint account) other than an account maintained by | The actual owner of the account or, if combined funds, |
| 3. Two or more U.S. persons (joint account maintained by) | Each holder of the account |
| 4. Custodial account of a minor (Uniform Gift to Minors Act) | The minor[2] |
| 5. a. The usual revocable savings trust (grantor is also trustee) | The grantor-trustee[1] |
| b. So-called trust account that is not a legal or valid trust under state law | The actual owner[1] |
| 6. Sole proprietorship or disregarded entity owned by | The owner[3] |
| 7 Grantor trust filing under Optional Form 1099 Filing Method 1 (see Regulations section 1.671-4(b)(2)(i)(A)) | The grantor[*] |

| For this type of account: | Give name and EIN of: |
| --- | --- |
| 8 Disregarded entity not owned by an individual | The owner |
| 9 A valid trust, estate, or pension trust | Legal entity[4] |
| 10 Corporation or LLC electing corporate status on Form | The corporation |
| 11 Association, club, religious, charitable, educational, or | The organization |

| For this type of account: | Give name and EIN of: |
| --- | --- |
| 14 Account with the Department of Agriculture in the name of a public entity (such as a state or local government, school | The public entity |
| 15 Grantor trust filing under the Form 1041 Filing Method or the Optional Form 1099 Filing Method 2 (see Regulations | The trust |

[1]List first and circle the name of the person whose number you furnish. If only one person on a joint account has an SSN, that person's number must be furnished.

[2]Circle the minor's name and furnish the minor's SSN.

[3]You must show your individual name and you may also enter your business or DBA name on the "Business name/disregarded entity" name line. You may use either your SSN or EIN (if you have one), but the IRS encourages you to use your SSN.

[4]List first and circle the name of the trust, estate, or pension trust. (Do not furnish the TIN of the personal representative or trustee unless the legal entity itself is not designated in the account title.) Also see Special rules for partnerships, earlier.

X josephasaon

other tax-exempt organization

*Note: The grantor also must provide a Form W-9 to trustee of trust.

12 Partnership or multi-member The partnership
   LLC

13 A broker or registered The broker or nominee
   nominee

X *Josephle Saon*

03/12/2019

<B>Note:</B> If no name is circled when more than one name is listed, the number will be considered to be that of the first name listed.

## Secure Your Tax Records From Identity Theft

Identity theft occurs when someone uses your personal information such as your name, SSN, or other identifying information, without your permission, to commit fraud or other crimes. An identity thief may use your SSN to get a job or may file a tax return using your SSN to receive a refund.

To reduce your risk:

• Protect your SSN,
• Ensure your employer is protecting your SSN, and
• Be careful when choosing a tax preparer.

If your tax records are affected by identity theft and you receive a notice from the IRS, respond right away to the name and phone number printed on the IRS notice or letter.

If your tax records are not currently affected by identity theft but you think you are at risk due to a lost or stolen purse or wallet, questionable credit card activity or credit report, contact the IRS Identity Theft Hotline at 1-800-908-4490 or submit Form 14039.

For more information, see Pub. 5027, Identity Theft Information for Taxpayers.

Victims of identity theft who are experiencing economic harm or a systemic problem, or are seeking help in resolving tax problems that have not been resolved through normal channels, may be eligible for Taxpayer Advocate Service (TAS) assistance. You can reach TAS by calling the TAS toll-free case intake line at 1-877-777-4778 or TTY/TDD 1-800-829-4059.

**Protect yourself from suspicious emails or phishing schemes.** Phishing is the creation and use of email and websites designed to mimic legitimate business emails and websites. The most common act is sending an email to a user falsely claiming to be an established legitimate enterprise in an attempt to scam the user into surrendering private information that will be used for identity theft.



03/12/2019

The IRS does not initiate contacts with taxpayers via emails. Also, the IRS does not request personal detailed information through email or ask taxpayers for the PIN numbers, passwords, or similar secret access information for their credit card, bank, or other financial accounts.

If you receive an unsolicited email claiming to be from the IRS, forward this message to *phishing@irs.gov.* You may also report misuse of the IRS name, logo, or other IRS property to the Treasury Inspector General for Tax Administration (TIGTA) at 1-800-366-4484. You can forward suspicious emails to the Federal Trade Commission at *spam@uce.gov* or report them at *www.ftc.gov/ complaint.* You can contact the FTC at *www.ftc.gov/ idtheft* or 877-IDTHEFT (877-438-4338). If you have been the victim of identity theft, see *www.IdentityTheft.gov* and Pub. 5027.

Visit *www.irs.gov/IdentityTheft* to learn more about identity theft and how to reduce your risk.

**Privacy Act Notice**

Section 6109 of the Internal Revenue Code requires you to provide your correct TIN to persons (including federal agencies) who are required to file information returns with the IRS to report interest, dividends, or certain other income paid to you; mortgage interest you paid; the acquisition or abandonment of secured property; the cancellation of debt; or contributions you made to an IRA, Archer MSA, or HSA. The person collecting this form uses the information on the form to file information returns with the IRS, reporting the above information. Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation and to cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their laws. The information also may be disclosed to other countries under a treaty, to federal and state agencies to enforce civil and criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism. You must provide your TIN whether or not you are required to file a tax return. Under section 3406, payers must generally withhold a percentage of taxable interest, dividend, and certain other payments to a payee who does not give a TIN to the payer. Certain penalties may also apply for providing false or fraudulent information.

X Josephadon

SAVIS0000029    SAVIS0000029    SAVIS0000029

**AM BANK**

بـنـك الـمـوارد

PO Box 113-6260 / 1103 2110 Beirut, Lebanon
Phone: +961.1.734040 - Fax: +961.1.744277

---

## Declaration OPTION 1
### To AM BANK S.A.L.

We the Undersigned, JOSEPH ABDALLAH DAOU, After acknowledging the content of the Foreign Account Tax Compliance Act(FATCA), hereby declare, at our full responsibility, that **we are not subject to US taxation as per FATCA**, and undertake to provide your bank, within a period of (30) days, with the information and documents supporting our declaration and refuting the validity of the FATCA indicia which you are referring to, knowing that, in case we fail to do so, we will be classified as a "Recalcitrant Account Holder". **In addition we hereby, authorise your bank, its staff and managers, to provide such information and documents to the US authorities, to your correspondent banking and financial institutions and to the institutions related to your group and, for this purpose at the bank's discretion waive the banking secrecy.**

الخيار 1
السادة بنك الموارد ش.م.ل. المحترمين

نحن الموقعين أدناه JOSEPH ABDALLAH DAOU بعد أن أخذنا علماً" بمضمون كتابكم أعلاه, نصرح بموجبه, على كامل مسؤوليتنا, بأننا غير مكلفين بالضريبة الأميركية وفقاً" لقانون FATCA ونتعهد بتزويد مصرفكم, ضمن مهلة ثلاثين (30) يوما " وتحت طائلة تصنيفنا "زبونا" غير متعاون" بالمعلومات والمستندات المطلوبة التي تثبت ذلك وتنفي المؤشرات المشار اليها كما وبأننا نجيز لمصرفكم ومديريه ومستخدميه تقديم المعلومات والمستندات المشار اليها للسلطات الأميركية ولمراسليهم من المؤسسات المصرفية والمالية وللمؤسسات التابعة لمجموعة المصرف وبقدر ما تدعو الحاجة لهذا الغرض, وفق استئساب المصرف, نرفع السرية المصرفية.

| Name | الاسم | Signature | التوقيع |
|---|---|---|---|
| | | | |

| Date | التاريخ | Address | العنوان |
|---|---|---|---|

---

## Declaration OPTION 2
### To AM BANK S.A.L.

We the Undersigned, JOSEPH ABDALLAH DAOU, After acknowledging the content of the Foreign Account Tax Compliance Act (FATCA), hereby declare, at our full responsibility, that (i) **we are subject to US taxation under FATCA**, (ii) **we waive the banking secrecy** on all matters relateing to or in connection with the implementation o FATCA and the relevant implementing regulations and agreements, (iii)**we authorise your bank, and its staff and managers**, to provide the US authorities correspondent banking and financial institutions and to the institutions related to your group with all information and documents relating to us, to our accounts, operations and relation with your bank, and (iv) we undertake to provide your bank with all the information and documents that may be requested by your bank or by the US authorities in this respect.

الخيار 2
السادة بنك الموارد ش.م.ل. المحترمين

نحن الموقعين أدناه JOSEPH ABDALLAH DAOU بعد أن أخذنا علماً" بمضمون كتابكم أعلاه, نصرح على كامل مسؤوليتنا بأننا مكلفون بالضريبة الأميركية وفقاً" لقانون FATCA وأننا نرفع السرية المصرفية بكل شأن يختص أو ينجم عن تطبيق قانون FATCA والاتفاقيات المشار اليها في كتابكم و نجيز لمصرفكم ومديريه ومستخدميه تقديم المعلومات والمستندات المطلوبة عنا وعن حساباتنا وعلاقتنا وعملياتنا مع المصرف للسلطات الأميركية ولمراسليهم من المؤسسات المصرفية والمالية وللمؤسسات التابعة لمجموعة المصرف كما نتعهد بتقديم المعلومات والمستندات اللازمة والتي قد يطلبها المصرف أو تطلبها السلطات الأميركية في هذا الاطار

| Name | الاسم | Signature | التوقيع |
|---|---|---|---|
| Joseph DAOU | | | |

| Date Occ/17/2019 | التاريخ | TIN REDACTED | الرقم الضريبي الأميركي TIN |
|---|---|---|---|

Address    العنوان

---

## Declaration OPTION 3
### To AM BANK S.A.L.

We the undersigned , JOSEPH ABDALLAH DAOU, after acknowledging the content of the Foreign Account Tax Compliance Act (FATCA), we hereby declare, at our full responsibility, that (i) **we are subject of the US taxation as per FATCA**, (ii) **we refrain from waiving the banking secrecy** on all matters relating to or in connection with the implementation of FATCA and (iii) **we do not authorize your Bank and its staff and managers** to provide the US authorities with any information or document relating to us and to our accounts, operations and relation with your ank, and (iv) **we assume all consequences resulting therefrom.**

الخيار 3
السادة بنك الموارد ش.م.ل. المحترمين

نحن الموقعين أدناه JOSEPH ABDALLAH DAOU بعد أن أخذنا علماً" بمضمون كتابكم أعلاه, نصرح على كامل مسؤوليتنا بأننا مكلفون بالضريبة الأميركية وفقاً" لقانون FATCA وأننا لا نوافق على رفع السرية المصرفية بكل شأن يختص أو ينجم عن تطبيق قانون FATCA والاتفاقيات المشار اليها في كتابكم ولا نجيز لمصرفكم ومديريه ومستخدميه تقديم المعلومات والمستندات المطلوبة عنا وعن حساباتنا وعلاقتنا وعملياتنا مع المصرف للسلطات, مع ما يستتبع ذلك من نتائج.

03/12/2019

**AM BANK**

بــنـك الــمـوارد

P.O Box 113-6260 / 1103 2110 Beirut, Lebanon
Phone: +961.1.734040 • Fax: +961.1.744277

هاتف: 961.1.734040+ - فاكس: 961.1.744277+

| Name | الاسم | Signature | التوقيع |
|---|---|---|---|

Joseph DAOU

Date Dec/17/19     التاريخ

Address 2oo PALM IL° S.W.     العنوان

ClEARwAter Beach FL 33767

AM BANK
بنك المـوارد

**INSTRUCTIONS THROUGH E-MAIL AND/OR THE INTERNET AND/OR E-BANKING AND/OR MOBILE BANKING**

| | |
|---|---|
| Client's Full Name: | JOSEPH ABDALLAH DAOU |
| Mother's Name: | REDACTED |
| Date of Birth: | 10-OCT-1962 |
| Phone Number: | [The number as shown on the KYC] |

Account/Card Number:

E-Mail Address: [The email based on the KYC]

To AM Bank S.A.L.

We do hereby expressly and firmly request and authorize you to execute all of the instructions and/or orders that we give and notify you from our e-mail address and/or via Internet and/or through E-Banking and/or through Mobile Banking services, which may include any banking transaction of any type and any nature whatsoever, including but not limited to: transfer orders, forex operations of any type and in any currency whatsoever, withdrawals, opening of account suffixes of whatever kind, etc. We also declare and confirm that we strictly and definitively abide by the instructions and orders we give and notify you, as mentioned here-above.

We would also like to make our banking transactions easier and faster, and hence we request that you send us through all the above-mentioned means and on our entire responsibility all advices, statements and swift related to our account transactions, including all correspondence arising between us.

Therefore, we hereby release you from any liability in connection with the execution of our instructions and/or orders given to you by e-mail and/or via Internet and/or through E-Banking and/or through Mobile Banking services, and in particular, concerning the amounts, applicable exchange rates, transfers, withdrawals and any instructions and/or orders of any type or nature whatsoever given by us, etc. We also acknowledge and confirm that the mere execution of our instructions and orders given and notified to you as mentioned here-above, represents irrefutable, conclusive and absolute evidence attesting that these instructions and/or orders were given by us.

We also confirm our absolute, total and entire responsibility in regards to the electronic messages which are sent and notified to you by e-mail and/or via Internet and/or through E-Banking and/or through Mobile Banking services, together with their content and context. We are solely liable for any potential forgery, hacking Net, misconstruction or alteration because we solely bear the full liability for all risks entailed by the use of the above-mentioned means. We also confirm that the electronic messages sent and notified to you, as mentioned here-above, represent sufficient and irrefutable evidence of the instructions and orders we give you. You may use these electronic messages as irrefutable and conclusive evidence towards us before any official, non-official, judicial or extra-judicial authority, since we consider them as original documents. We are also aware of all risks, which could result from these means of communication, and we bear all risks associated with these means of communication including without limitation the risks resulting from errors in transmission, misinterpretation, or your errors, either with regards to our ID or email address, or in the event of revelation or discovery of our password, etc. We henceforth, irrevocably and undisputedly release you from any liability or responsibility of whatsoever nature and kind.

We also confirm that you may refuse the instructions and orders received through the aforementioned means, at your sole discretion, since under no circumstances shall these instructions and orders be deemed binding upon you. Moreover, we would like to inform you about our consent to your collection of a fee you determine, at your absolute discretion, to be charged monthly and/or for every transaction you execute through the above-mentioned means.

As a result of our dealing with you through the above-mentioned means, we hereby undertake to take the responsibility for following up the activity of our accounts opened with you and to always control their balances. In all cases, we agree, henceforward, without any reservations, that your entries and books have absolute and complete probative force in regards to the transactions executed on our behalf and the amounts due to or by us towards you, having henceforth waived our right to contest these balances. We also waive any dispute of any type whatsoever arising out of the execution of this letter content.

Date:

Client's Full Name:
JOSEPH ABDALLAH DAOU
Signature:

03/12/2019

23

AM BANK
بنك المشرق

Arab Bank for Investment and Foreign Trade
P.O. Box 115-8260 / 1103 2110 Beirut, Lebanon
Phone: +961.1.734040 · Fax: +961.1.744272
+961.1.744277 · +961.1.734040

عقد الفتح الحساب المصرفي الجاري

عقد فتح حساب مصرفي بين بنك المشرق "بنك المشرق" فرع لبنان

[Dense Arabic legal text — account opening agreement clauses, numbered — illegible at this resolution.]

فريق ثاني

_Joseph Nasrallah_
_Maroun Daou_

دون غيرها لسحب الشيكات، يتوجب على هذا الأخير إعلام «البنك» بهذا الأمر بواسطة كتاب خطي يسلّم إلى الفرع الذي أصدر دفاتر الشيكات، ولا يترتب على «البنك» في حال إهمال الفريق الثاني هذا الإعلام أو قبل مرور يوم عمل على استلام «البنك» للإعلام أيّة مسؤولية عن جراء دفعه لتلك الشيكات. ترسل دفاتر الشيكات التي يطلبها الفريق الثاني على مسؤوليته ولا يسأل «البنك» عن فقدانها أو سرقتها أو خلاف ذلك أثناء إرسالها، وعلى الفريق الثاني عند إقفال الحساب أو عند أول طلب من «البنك» بهذا الشأن أن يعيد ما لديه من شيكات غير مستعملة.

**المادة ١٥:** لـ «البنك» في حال الاعتراض على دفع شيك إذا شاء ودون أن يكون ملزماً بذلك، أن يجمّد في حساب خاص مؤونة الشيك المعترض عليه حتى يصار إلى رفع الاعتراض من قبل المعترض أو إلى إبلاغ «البنك» بقرار قضائي صالح للتنفيذ بهذا الشأن، يتحمّل الفريق الثاني في مطلق الأحوال المسؤولية الناجمة عن الاعتراض على دفع أي شيك، ويلتزم بتعويض «البنك» عن أي ضرر لحقه أو عن أيّة نفقات تكبّدها من جراء ذلك.

**المادة ١٦:** يرسل «البنك» النقود والقيم الأخرى بالطريقة التي يراها مناسبة على مسؤولية الفريق الثاني وله أن يرسل بالتالي بواسطة البريد العادي هذه الشيكات وإشعارات الخصم وإيصالات التحصيل وسندات ووثائق التحصيل غير المسدّدة، وذلك على سبيل التعداد دون الحصر.

**المادة ١٧:** إنّ «البنك» مسؤول فقط في حال إثبات الفريق الثاني لخطته الفادح فيما يتعلق بفقدان الشيكات وخلافها من المستندات أو البوالص أو الأوراق أو المعادن الثمينة أو ما شابه ذلك المعهد بها إليه، ولا يتحمّل «البنك» أيّة مسؤولية فيما يتعلق بتأخير التقديم أو الإنذار أو بإجراء الاحتجاج أو البلاغ في المهمال المناسب لعدم قبول أو دفع كافة السحوبات والكمبيالات والتحويلات والشيكات والسندات التجارية والتوكيلات وخلافها المودعة من الفريق الثاني برسم التحصيل أو الخصم، كما فيما يتعلق بتبليغ أو إجراء أي احتجاج أو بلاغ لعدم القبول أو عدم الدفع أو التبليغات المتعلقة بها أو باتخاذ الإجراءات القانونية لإلزام الدفع في حينه لجميع مثل هذه المستندات المودعة لدى «البنك» بصفة تأمين أو كفالة أو بأيّة صفة أخرى أو لأي سبب كان.

**المادة ١٨:** لا يتحمّل «البنك» مسؤولية أي ضرر ينتج عن وسائل المواصلات بما فيها البريد العادي والإلكتروني والبرق والهاتف والتلكس وخاصة فيما يتعلق بالتقدان أو التأخير أو الالتباس أو التحريف أو تكرار الإرسال إلا حال ثبوت خطأ مقصود من قبل «البنك» ويقع على عاتق الفريق الثاني إثبات توفر مثل هذا الخطأ في مطلق الأحوال.

**المادة ١٩:** تترتب الفائدة على المبالغ المدينة وتضمّ إلى الأصل كل شهر، أما المبالغ الدائنة فتترتب لها الفائدة في نهاية كل ستة أشهر أو بعقلة العماية «البنك» بالانفراد ومن حين إلى حين بهذا الشأن، يمكن للفريق الثاني الحصول على كشوفات الحسابات في المواعيد التي يوافق عليها «البنك» وأن تندرج ضمن البرنامج المطبق من قبله، وإنّ الفريق الثاني يأخذ بعين الاعتبار أنّ كثرة عدد الحسابات قد لا تسمح لـ «البنك» بتسليم كشوفات زبائنه بموعد واحد وقد تفرض عليه استعراجها وتسليمها تباعاً.

**المادة ٢٠:** يوافق الفريق الثاني على إعطاء «البنك» حق الارتهان وحق المقاصة على جميع النقود والسندات القابلة للتداول وأيّة أموال أخرى من أي نوع كانت المسلّمة له (أي «البنك») حتى تاريخه أو التي تسلم له فيما بعد أو تصبح بحيازته أو بحراسته أو برقابته بأي شكل ولأيّة غاية كانت، تأميناً لإيفاء كل التزام من الفريق الثاني تجاه «البنك»، وكل دين يتوجب أو سوف يتوجب لـ «البنك» على الفريق الثاني بأية صفة كانت لهذا الأخير مديناً أساسياً أو كفيلاً شخصياً ومهما كان منشأ الدين وسببه. ولـ «البنك» أن يستعمل حق المقاصة المشار إليه أعلاه حتى لو كانت ديونه على الفريق الثاني غير صافية أو غير مستحقة الأداء، كما له أن يستعمله بين مختلفة عائدة للفريق الثاني بما في ذلك حق التحويل من عملة إلى أخرى وفقاً للسعر الرائج في يوم يستنسب «البنك» ممارسة حق التقاص. إنّ التأمينات الشخصية والعينية المتعلقة بالبالغ التي قد تقيد على هذا الحساب تبقى قائمة بحيث أنّ التقاص بين مختلف الحسابات الخاصة بالفريق الثاني، أو بين هذه الحسابات والحساب المفتوح بموجب هذا العقد، لا يؤثر على حقوق «البنك» بهذه التأمينات.

يعطي الفريق الثاني لـ «البنك» منذ الآن موافقته الصريحة المنصوص عليها في المادة ١٦٤ من قانون النقد والتسليف، ويخوّل «البنك» حق رهن جميع القيم والأموال والأشياء المرهونة لديه، لدى أشخاص ثالثين واستلال هذه الأموال عليها.

**المادة ٢١:** لـ «البنك» من أجل تنفيذ أيّة عمليات، أن يلجأ إلى شخص ثالث إذا رأى ذلك مناسباً، وبعد الأخذ بعين الاعتبار مصالح الفريق الثاني لا يتحمّل «البنك» أية مسؤولية من جراء هذا الاختيار، ويجوز له اختيار طريق التنفيذ حسب مشيئته في حال التعليمات المختصة بما يتعلق بدفع أو تحويل النقود أو أي عملية مصرفية أخرى.

**المادة ٢٢:** يوافق الفريق الثاني منذ الآن على قيام «البنك» بتحويل أي رصيد حساب مفتوح لديه، مديناً كان أو دائناً، من حساب فرعي (Suffix) إلى أي حساب فرعي آخر كما وعند وتعديل تسمية طبيعة الحساب — على أن تبقى كافة الأوراق والمستندات والسندات والعقود والطلبات وأوامر الخصم والتحويل وغيرها الموقعة من قبل الفريق الثاني وفي ما بين الفريق الثاني والبطاقة والبطاقة بالحساب الفرعي الأساسي سارية المفعول ومعمولاً بها للحساب الفرعي الجديد. إن موافقة الفريق الثاني هذه هي نهائية وتامة وغير قابلة للرجوع عنها وغير قابلة للنقض لأي سبب.

**المادة ٢٣:** يأذن الفريق الثاني لـ «البنك» إذناً لا رجوع عنه بأن يطلب لحسابه أو حساب عملائه أو فروعه أو مراكزه إلقاء كافة الحجوزات من أي نوع كانت على جميع أموال الفريق الثاني المنقولة وغير المنقولة أينما وجدت لدى الأشخاص الثالثين ويتنازل الفريق الثاني في هذا السبيل عن موجب التقيّد بالسرية المصرفية، كما ويأذن الفريق الثاني لـ «البنك» إلقاء الحجوزات على جميع الأموال والموجودات والقيم المودعة باسمه ولحسابه في جميع المصارف الخاضعة لسر المهنة عملاً بقانون ٣ أيلول ١٩٥٦، ومن المسلم به أنّ هذا الإذن لا يطالب أيّة موافقة من «البنك» الموجودة لدى الأموال والموجودات والقيم من قبل الفريق الثاني يستقط منذ الآن حقه بأي دفع أو دفاع بأي وجه من شأنه إبطال مفعول هذا الإذن. كذلك يعطي الفريق الثاني لـ «البنك» الإذن المنصوص عليه في المادة الخامسة من قانون ٣ أيلول ١٩٥٦ مجيزاً له إعطاء المعلومات المتعلقة بأوضاعه وأعماله وأمواله وإدارته وفقاً لتقدير «البنك»، وتطبيقاً لما يقتضي حسن سير التجارة ونشاطات الأعمال على الصعيدين المحلي والدولي من تبادل المعلومات، ولكن الفريق الثاني يعفي «البنك» من أيّة مسؤولية تنجم عن أحكام قانون سرية المصارف.

**المادة ٢٤:** على الفريق الثاني أن يبلّغ «البنك» دون تأخير في حال عدم استلامه الإشعارات الواجب استلامها وخاصة تلك المتعلقة بتنفيذ التعليمات المختلفة الصادرة عن الفريق الثاني، وإلا اعتبر «البنك» معفى من أيّة مسؤولية ناجمة عن ذلك.

وإنّ أي تأخير أو خطأ غير مقصود من «البنك» في تنفيذ أيّة عملية لا يمكن أن يترتب عليه في مطلق الأحوال وفي أقصاها إلا التعويض عن الضرر المتمثّل بخسارة الفائدة فقط دون أيّة أضرار أخرى قد يتذرّع بها الفريق الثاني.

**المادة ٢٥:** إنّ «البنك» غير مسؤول عن أيّة أضرار الحق قد تنتج عن اضطراب سير عملياته من جراء عوامل لا سيطرة له عليها كالقوة القاهرة أو الحرب أو فعل الطبيعة، أو أمر السلطة الشرعية أو الإضراب أو إغلاق مكان العمل بوجه المستخدمين أو أي أمر آخر خارج عن إرادته.

**المادة ٢٦:** تطبّق الشروط الخاصة الإضافية عند فتح وتداول حساب توفير:

١. عند فتح حساب توفير يسلّم «البنك» دفتر توفير للمودع ويجب إبراز هذا الدفتر عند إيداع أو سحب أي مبلغ.

٢. تجري السحوبات في مقر أعمال «البنك» عند تقديم دفتر التوفير ولا يجوز السحب بواسطة الشيكات.

٣. يجب أن تسجل جميع الإيداعات والسحوبات على دفتر التوفير وتؤشر بإمضاء المفوضين بالتوقيع من قبل «البنك»، إلاّ أنّ دفتر التوفير لا يدني حتماً على صحة رصيد الحساب، إذ قد تكون أثبت لصالح المودع أو قد تكون قيّدت مبالغ عليه دون أن يحصل تدوينها في هذا الدفتر.

٤. يفوّض الفريق الثاني «البنك» بأن يسحب من الحساب، ما يعادل أيّة التزامات أو ديون أيّاً كان نوعها تترتب لـ «البنك» في ذمة الفريق الثاني، وجميع المصاريف والعمولات والفوائد والأعباء والرسوم والمصادر والمطالبة التي قد تنشأ عن أي تعامل مع الفريق الثاني مع «البنك»، كما ويوافق الفريق الثاني على إعطاء «البنك» حق الارتهان وحق المقاصة على جميع الأموال المسلّمة له (أي «البنك») حتى تاريخه أو التي تسلم له فيما بعد أو تصبح بحيازته أو برقابته تأميناً لإيفاء كل التزام من الفريق الثاني تجاه «البنك» وكل دين يتوجب أو سوف يتوجب لـ «البنك» بذمة الفريق الثاني بأية صفة كانت لهذا الأخير مديناً أساسياً أو كفيلاً شخصياً مهما كان منشأ وسببه.

٥. إنّ التعليمات التي يتقدم بها «البنك» بناءً لطلب الفريق الثاني برقاً أو بواسطة الفاكس أو البريد الالكتروني تتم على مسؤولية الفريق الثاني ويحتفظ «البنك» بحق استنسابي في الموافقة على تنفيذ التعليمات أم لا التي ترده من الفريق الثاني عبر هذه الطرق.

٦. يتوجب على الفريق الثاني إعلام «البنك» خطياً وفوراً في حال سرقة الدفتر أو فقدانه أو تلفه، ويجوز للفريق الثاني أن يستحصل على دفتر جديد سواء شرط أن يوقع تصريحاً بالفقدان يتضمّن إبراء شاملاً لذمّة «البنك».

٧. يعاد الدفتر إلى «البنك» عند إقفال الحساب.

**المادة ٢٧:** تطبّق الشروط الخاصة الإضافية التالية إذا كان الحساب مشتركاً:

١. تعتبر جميع الأموال المودعة والتي يمكن أن تودع في المستقبل في هذا الحساب ملكاً لأفراد الفريق الثاني بصفة مشتركة، ويعتبر هؤلاء عاملين بصفة مودعين متضامنين.

٢. يمكن لكل فرد من أفراد الفريق الثاني أن يجري الحساب المشترك بتوقيعه المنفرد دون أن يترتب على الفريق الثاني إعلام بقية الأفراد بهذا الأمر، إلاّ أنه يحق لـ «البنك» إذا شاء، أن يطلب توقيع جميع أصحاب الحساب المشترك عند إجراء أيّة عملية، خاصةً إذا حصلت طلبات متناقضة أو موضوع خلاف بينهم أو بين بعضهم.

٣. يصرح أفراد الفريق الثاني بأنهم اطلعوا على المادة ٣ من قانون ١٩/١٢/١٩٦١ الآتي نصها: عند وفاة أحد أصحاب الحساب المشترك يتصرف الشريك أو الشركاء بكامل الحساب مطلق التصرف، وفي هذه الحالة ليس على «البنك» إعطاء أيّة معلومات لورثة الشريك المتوفي، ولا يشذ عن هذه القاعدة إلا إذا تضمن عقد فتح الحساب نصاً صريحاً بهذا المعنى، ومع

**المادة ٣٨:** توفّى التسهيلات الممنوحة بالعملات الأجنبية بالعملة نفسها التي منحت بها، وتعتبر الدفعات التي تتم بعملة أخرى تأميناً لتلك التسهيلات، إلاّ أنه يكون لـ «البنك» الحقّ بأن يحوّل متى يشاء أرصدة هذه التسهيلات إلى العملة التي تتناسب.

**المادة ٣٩:** يعدّ «البنك» في نهاية كلّ شهر أو كلّ ثلاثة أشهر كشفاً بالقيود المدوّنة في الحساب الجاري، تتضمّن هذه الكشوفات المبالغ المقيّدة أصلاً وفائدة وعمولات ولواحق، وإن الرصيد يرحل مجدّداً ويمتع بالتالي فوائد وعمولات ولواحق. ترسل هذه الكشوفات بالبريد العادي غير المضمون ما لم يكن قد صدر من الفريق الثاني تعليمات خطية مخالفة، وإذا لم يتلقَّ «البنك» من الفريق الثاني في مهلة خمسة عشر يوماً اعتباراً من تاريخ هذا الكشف أي اعتراض يكون الفريق الثاني مقرّاً باستلامه للكشوفات أعلاه وبصحة رصيد الحساب موضوعها إقراراً لا رجوع عنه.

**المادة ٤٠:** يقفل الاعتماد حكماً ودون حاجة إلى أي إنذار أو إعلام مسبق إزاء أرتأى «البنك» ذلك في إحدى الحالات التالية:

١. إذا استعمل الاعتماد لغير الغاية التي طلب من أجلها.

٢. إذا لم يقدّم الفريق الثاني لـ «البنك» الضمانات التي يطلبها. ولـ «البنك» في أي وقت الحق بأن يطلب الضمانات التي يراها مناسبة.

٣. إذا تخلف الفريق الثاني عن تسديد أي من التزاماته لدى أية جهة كانت أو لدى «البنك».

٤. إذا جرت أية حجوزات أو وقوعات على أموال الفريق الثاني المنقولة أو غير المنقولة أو أقيمت بحقه أية دعاوى.

٥. إذا ظهر لـ «البنك» أنّ البيانات المالية المقدّمة من الفريق الثاني له لا تعطي صورة صحيحة وكاملة لأوضاع المقترض المالية أو إذا تخلّف الفريق الثاني عن تقديم أية بيانات ومعلومات مالية يطلبها «البنك» سواء أكانت تتعلق به أو بالشركات التي يكون عضواً فيها.

٦. إذا تفرّغ الفريق الثاني عن أي من موجوداته الثابتة قبل إشعار «البنك».

٧. إذا تضاءلت نسبة سيولته أو ملاءته، بحسب تقدير «البنك»، أو ارتفعت نسبة مديونيّته عن الحد الذي يراه «البنك» مقبولاً، أو اتخذ سياسة بيع أو تخزين من شأنها بنظر «البنك» أن تعرّض الفريق الثاني للخسارة أو تجميد الأموال.

٨. إذا كان الحساب جامداً أو لم يخفض دورياً بنسبة هامة.

٩. إذا صدر قرار عن لجنة الرقابة على المصارف في مصرف لبنان بتصنيف حساب الفريق الثاني من ضمن فئة «C» دون «العادي» أو أدنى.

١٠. إذا جرت بحق الفريق الثاني أية دعاوى أو مطالبات أو إجراءات أو قرارات حظر من قبل أي شخص طبيعي أو معنوي أو مؤسسات أو هيئات حكومية أو غير حكومية، محلية كانت أو أجنبية أو دولية.

١١. إذا لم يتقيّد الفريق الثاني بشروط هذا العقد.

**المادة ٤١:** عند الإقفال النهائي للاعتماد يوقّف الرصيد الباقي ديناً صافياً مستحق الأداء، بيد أنّ الشروط العامة لنظام الحسابات تبقى سارية المفعول إلى أن يتم التصفية الكاملة. وإذا كان الرصيد الناتج عن الإقفال النهائي دائناً لمصلحة الفريق الثاني، تتوقف الفائدة تلقائياً عن «البنك».

أما إذا كان الرصيد الناتج عن الإقفال النهائي دائناً لمصلحة «البنك»، فإنّ الفائدة تبقى سارية المفعول على الفريق الثاني بالمعدل الذي كان معمولاً به قبل الإقفال، على أنّه يحق لـ «البنك» أن يعدّل هذا المعدل زيادة أو نقصاناً بحسب ما يراه متناسباً مع أسعار الفوائد في الأسواق الأجنبية والمحلية للسلف، ويتنازل الفريق الثاني منذ الآن تنازلاً لا رجوع عنه عن معارضته هذا الحق. ويخصص الأيفاء بالأولوية لتخفيض الفوائد والمصاريف والعمولات، فأصل الدين. ويكون للكشف المنظم من «البنك» عند توقيف الحساب و/أو إقفاله القوّة الثبوتية الكاملة لرصيد الحساب.

**المادة ٤٢:** يحق لـ «البنك» حتى بعد إقفال الحساب أن يقيّد على حساب الفريق الثاني قيمة السندات التجارية والشيكات والسندات الأخرى والرسوم والمصاريف واللاحق، التي تستوجبها أية ملاحظة له قبل استحقاقها وفي جميع الأحوال وبالرغم من إجراء القيد يحق لـ «البنك» أن يحتفظ بملكية جميع هذه السندات أو أية منها، أو يحتفظ بها كضمانة لاستيفاء كامل دينه. كما أنّه يحتفظ بحقه بملاحقة جميع الموقعين الملزمين أو أي منهم. إذا كان الحساب دائناً قبل إجراء القيد، يحتفظ «البنك» بحق الحبس على الرصيد في حدود قيمة هذه الأسناد والمستندات المستحقة منها وغير المستحقة.

**المادة ٤٣:** يتعهد الفريق الثاني بأن يدفع لـ «البنك» دون الاستحقاق ودون إنذار أو إعلام قيمة أي سند أو سحب أو شيك يحمل توقيع الفريق الثاني بأية صفة كانت في الأحوال التالية:

١. حالة امتناع المسحوب عليه من قبول السند أو السحب أو حالة تعليق القبول على شرط ما.

٢. حالة إفلاس المسحوب عليه سواء كان قابلاً للسند أم لا.

٣. حالة إجراء الصلح الواقي مع المسحوب عليه.

٤. حالة توقف أحد موقعي السند عن الدفع سواء قبل السند من المسحوب عليه أم لم يقبل.

٥. حالة الحجز من قبل أي كان ولأي سبب كان على أموال المسحوب عليه أو أحد موقعي السند أو السحب أو الشيك.

**المادة ٤٤:** إذا تخلف الفريق الثاني عن الدفع عند أول طلب يوجّه إليه من قبل «البنك» هاتفياً أو برقياً أو بالبريد العادي أو بالبريد الإلكتروني عبر الانترنت أو الهاتف الجوّال SMS أو بالتلكس، يحق لـ «البنك» أن يعتبر جميع السندات والشيكات التي تحمل توقيع الفريق الثاني مستحقة الأداء فوراً مهما كان تاريخ استحقاقها ومهما كانت صفة توقيع الفريق الثاني عليها وأن يطبّق بشأنها أحكام العقود الموقّعة معه.

**المادة ٤٥:** يتحمل الفريق الثاني في حالة تخلفه عن تسديد السلفة وفقاً للشروط التي منحت بموجبها، جميع النفقات الناجمة عن أية معاملات أو خدمات استوجبها هذا التخلف، بما في ذلك نفقات التنفيذ الإجباري من قبل أشخاص ثالثين عن الفريق الثاني ونفقات الدعاوى والمصاريف وأتعاب المحاماة التي تكبّدها «البنك» فعلياً.

**المادة ٤٦:** يكون لفريق وسجلات «البنك» قوّة ثبوتية كاملة بين الفريقين، ولا يترتب على «البنك» إشعار الفريق الثاني بالتنفيذ ولا التقيّد بأية مهلة يفرضها القانون عليه ولا تتعلّق بالنظام العام، ولا الالتزام بقبض ثمن الشراء نقداً. ولا يحقّ للفريق الثاني أن يطلب من «البنك» اتباع نهج خاص في بيع الضمانة المرهونة.

**المادة ٤٧:**

١. يوجّه الفريق الثاني لـ «البنك» عند كلّ معاملة فتح اعتماد مستندي للاستيراد لديه أو لدى مراسليه كتاباً خاصاً (يسمى فيما بعد طلب فتح اعتماد مستندي) يتضمّن مواصفات البضاعة والتعليمات الخاصة الأخرى التي يخضع لها إصدار الاعتماد المستندي المذكور وتبليغه وتنفيذه. ومن المتفق عليه أنّ جميع الاعتمادات المستندية التي يفتحها «البنك» على هذا النحو إنّما تفتح على مسؤولية الفريق الثاني المطلقة ولأي سبب كان من جراء فتح هذه الاعتمادات المستندية إنّما له الحق في مطالبة الفريق الثاني في كل الظروف ولأي سبب كان أن يسدد له جميع المبالغ المدفوعة من قبله أو من قبل مراسليه مع فوائد التأخير والعمولات والنفقات وسائر المصاريف واللواحق حتى في حال فقدان أو تشويه المستندات أو عدم تمكن الفريق الثاني من استلام البضاعة موضوع الاعتماد المستندي.

٢. كل طلب فتح اعتماد مستندي يوجهه الفريق الثاني إلى «البنك»، يقيّده تجاهه بشكل لا رجوع عنه.

٣. يستوفي «البنك» من الفريق الثاني مقابل كلّ اعتماد مستندي يفتحه بناءً على طلب هذا الأخير تأميناً نقدياً بصفة ضمانة مجرّرة بالعملة التي يحدّدها «البنك»، الذي يحدّد وحده أيضاً مقدار هذا التأمين عند فتح الاعتماد المستندي وله في كل وقت خلال مدة سريان مفعول الاعتماد المستندي أن يطالب الفريق الثاني بدفع تأمين إضافي وذلك لأي سبب كان، لأن هذا التأمين يمثل ضمانة لـ «البنك» لتغطية الهبوط في سعر العملة أو البضاعة بالإضافة إلى ارتهان «البنك» للبضاعة عن طريق بوالص الشحن، ولا تترتب أيّة فائدة للفريق الثاني للتأمينات التي يدفعها إلى «البنك» بمقتضى أحكام هذه المادة.

٤. تدفع قيمة كل اعتماد مستندي إلى المستفيد بمجرد تسليم المستندات المعدّدة في طلب الاعتماد المستندي إلى «البنك» أو إلى مراسليه في الخارج.

**المادة ٤٨:** إذا رغب «البنك» بأن يمنح الفريق الثاني قرضاً مقابل المبالغ المتوجبة عليه تنفيذاً للاعتماد المستندي لحين أول طلب يوجهه «البنك» له أو لحين سحبه المستندات المتعلقة به، فيترك الخيار لـ «البنك» الخيار في أن كان محرراً بالعملة اللبنانية.

**المادة ٤٩:** يتعهد الفريق الثاني بأن يسدد لـ «البنك» لدى أول طلب كلّ المبالغ التي قد يدفعها «البنك» على أساس الاعتمادات المستندية أو التي يستمل منها بأنها مدفوعة على أساس الاعتمادات المستندية، مضافاً إليها الفائدة والعمولة وكافة الرسوم والأعباء والمعدّات واللواحق. وفي الواقع يؤمّن لـ «البنك» قبل يوم واحد على الأقل من تاريخ استحقاق تلك المبالغ، ما يكفي من المال لتسديد الضعروفات أو المدفوعات من أي نوع كانت، مضافاً إليها العمولة والفائدة والرسوم والأعباء واللواحق التي دفعها «البنك» أو التي توجب لـ «البنك» بموجب الاعتمادات المذكورة أو التي يستمل منها بأنها تتعلق بها.

ويحق لـ «البنك» فيما إذا كانت المبالغ المعينة أعلاه محررة بعملة أجنبية، بأن يقطع في أي وقت قيمتها بالعملة اللبنانية، بأن يقبض الفريق الثاني قيمتها بالعملة اللبنانية، وذلك وفقاً لسعر الصرف لدى «البنك» الخاص بالتحاويل

<u>المادة ٥٠</u>: يتعهد الفريق الثاني أن يستحصل على أية رخصة للاستيراد أو التصدير أو أية رخصة أخرى ضرورية لاستيراد أو تصدير أو شحن البضاعة، وأن يتقيّد بجميع أنظمة وقوانين السلطات الأجنبية والمحلية بما يتعلق بشحن البضاعة أو تمويلها وأن يزوّد «البنك»، بالشهادات المتعلقة بذلك، وبالشهادات التي يراها «البنك» ضرورية في أي وقت.

<u>المادة ٥١</u>:

١. يدقق «البنك» بعناية المستندات التي يستلمها أو يسلّمها بناءً على أمر الفريق الثاني بيد أنّ «البنك» لا يكون مسؤولاً عن صحة، أو قانونية، أو اكتمال هذه المستندات ولا عن تفسيرها أو ترجمتها. كما أنّ «البنك» غير مسؤول عن نوع أو نوعية أو حالة أية بضاعة أو مواد مذكورة في المستندات.

٢. إذا قدّمت لـ «البنك» مستندات أجنبية كدليل لإثبات الهوية أو الصلاحية، فإنه يدقّقها بعناية للتأكد من إيمكان اعتمادها على أن لا يتحمل «البنك» أيّة مسؤولية عما يراه بشأنها، إلّا في حالتي الخطأ الفاحش أو الغشّ المرتكب من قبل أحد موظفيه.

<u>المادة ٥٢</u>:

١. تطبّق الأصول والأعراف الموحدة للاعتمادات المستندية والقواعد الموحدة للتحصيل الصادرة والتي تصدر عن غرفة التجارة الدولية، بالنسبة للعمليات التي يرى «البنك» أن هذه الأصول والأعراف تتعارضها، إلاّفي حال تعارض هذه الأصول والأعراف مع الأحكام التي يتضمنها هذا العقد أو أي عقد آخر ناشئ أو سينشأ بين «البنك» والفريق الثاني أو مع الإجراءات المطبقة عادة من قبل «البنك».

٢. يعود لـ «البنك» عدم تطبيق الأصول أو الأعراف الجديدة أو المعدلة التي تصدرها غرفة التجارة إلّا بعد مرور مهلة سنة على إصدارها رسمياً.

<u>المادة ٥٣</u>: يوافق الفريق الثاني منذ الآن على قيام «البنك» بتحويل كامل أو جزء من أي رصيد حساب مفتوح لديه، مديناً كان أو دائناً، في أي وقت يشاء ووفقاً لاستنسابه المطلق من أية عملة إلى أية عملة أخرى وفقاً لسعر الصرف المحدد في نطاق مصرف لبنان بتاريخ عملية التحويل، وبصدد الفريق الثاني منذ الآن على صحة كافة عمليات التحويل التي قد تقوم بها «البنك» حيث تكون لهذه. هذا التحويل وحدها القوة الثبوتية المطلقة. وقد أعطى الفريق الثاني «البنك» حق التحويل هذا بشكل نهائي غير قابل للنقض أو الرجوع عنه وتنازل عن جميع حقوقه المتعلقة بهذا الشأن.

<u>المادة ٥٤</u>: يحقّ لـ «البنك» إذا تغيّرت حالة الفريق الثاني وانتقل حق الإدارة أو التصرّف بأمواله أو كليهما إلى سواه (كحالة الوفاة أو الإفلاس أو فقدان الأهلية وتعيين وصي وذلك على سبيل المثال دون الحصر) أن يستعيد هذه الحالة بطلبه هذه المستندات التي يراها أو يراها ضرورية لإثباتها. كما يحق له أن يسمح بالتصرف للشخص الذي تعيّنه المستندات التي تبرز له، وخاصة للشخص المعيّن في الوصية أو في صورة مصدقة عنها بصفته ورياً أو منفّذاً أو منفّذاً لها، فيبرئ «البنك» نفسه بذلك من موجباته. ولا يتحمل «البنك» أية مسؤولية من جراء أي ضرر قد يديري به وجهه ناجم عن ماهية المستندات التي يطلبها إثباتاً للواقع، أو عن عدم صحة هذه المستندات أو عدم صلاحيتها أو عدم اكتمالها أو عن عدم فاعليتها أو عن تفسيرها أو عن أي عيب يشوبها.

<u>المادة ٥٥</u>: تطبّق أحكام هذه المادة في حال استحصال الفريق الثاني على بطاقة دفع أو سحب أو بطاقة ائتمان يصدرها الفريق الأول، حيث ترعى هذه المادة بالإضافة إلى مواد العقد الحاضر الأخرى التي لا تتعارض معها، العلاقة بين «البنك» و«صاحب الحساب» و «حامل البطاقة»، ويحدد شروط استعمال «البطاقة» والعمليات والحسابات المتعلقة بها.

يفهم من سياق الأحكام الآتية:

أ. «حامل البطاقة» الشخص الذي أصدرت البطاقة باسمه.

ب. «صاحب الحساب» الشخص الذي يطلب إصدار بطاقة/بطاقات لنفسه أو لغيره ويطلب قيد المصاريف والسحوبات والإيداعات والعمليات والقوائد والفوائد واللوائح على حسابه.

ج. «البطاقة» بطاقة الدفع أو السحب أو بطاقة ائتمان الصادرة عن بنك الموارد ش.م.ل.

٢. يسلم «البنك» «البطاقة» مع الرمز السري العائد لها إلى «صاحب الحساب»، و/أو «حامل البطاقة»، شرط أن يكون «صاحب الحساب»، و/أو «حامل البطاقة»، قد سلّم «البنك» كافة الضمانات المطلوبة ضماناً لتسديد هذه التسهيلات المصرفية.

٣. تحتسب الفائدة يومياً بناءً على رصيد القرض في نهاية اليوم على أساس عدد الأيام الفعلية بنسبة ثابتة على جزء الرصيد الناتج عن عمليات سحب على «البطاقة»، في نقاط البيع ونسبة ثابتة أخرى على جزء الرصيد الناتج عن عمليات سحب نقدية.

يتم تسجيل الفائدة شهرياً في الحساب، ويعتمد DENOMINATOR المقام عدد أيام ٣٦٠ يوماً في السنة. تسدد الفائدة شهرياً كما تسدد أي جزء آخر من الرصيد المستحق. تخضع العمليات التي تجري بعملة مختلفة عن العملة الرئيسية لـ «البطاقة»، لسعر صرف تحدده شركات الشبكات العالمية لبطاقات الدفع VISA و/أو MasterCard حسب أسعار الصرف في كل بلد.

إنّ «البنك» يتمتع بصلاحية تعديل شروط هذه المادة بما في ذلك تعديل معدل الفائدة والعمولات بموجب تعليمات تصدر عنه بالانفراد وفقاً لاستنسابه المطلق وحسب السياسة المالية الخاصة لـ «البنك».

٤. يسدد «صاحب الحساب» و/أو «حامل البطاقة» جزءاً من السحوبات التي أجراها، أصلاً وفوائداً ولواحقاً في أحد فروع «البنك»، بموجب دفعات شهرية (المسماة في ما يلي: الدفعات الشهرية).

٥. إنّ كلفة التسهيلات المصرفية وقيمة فوائد التأخير والغرامات وكلفة إصدار وتجديد البطاقة وكلفة إجراء العمليات تقيّد على حساب البطاقة وتستحق مع استحقاق الدفعات الشهرية للبطاقة.

٦. يقرّ ويركّد «صاحب الحساب» و«البنك» أنّه المسؤول الوحيد تجاه «البنك» عن كل ما ينتج عن استعمال «البطاقة»، من مصاريف وسحوبات وعمليات وإيداعات وفوائد ولواحق. ويتعهد «صاحب الحساب» ويتقيّد تجاه «البنك» بكافة الالتزامات الناتجة عن استعمال «البطاقة» بمعزل عن أية خلافات قد تحصل بينه وبين «حامل البطاقة» في هذا المجال. ويتعهد «صاحب الحساب» بتسديد قيمة الدفعات الشهرية المستحقة بنفس عملة التسهيلات المصرفية أو بما يعادلها بالعملة اللبنانية بسعر شراء عملة التسهيلات المصرفية بتاريخ الإيفاء الفعلي. وإذا صادف تاريخ استحقاق أي قسط يوم عطلة، وجب التاريخ إلى أول يوم عمل يليه. كما يفوّض «صاحب الحساب» «البنك» بصورة نهائية غير قابلة للرجوع عنها بأن يقيّد حكماً وفوراً على حساب الخاص بـ «البطاقة» كافة المبالغ من أي نوع كانت والعائدة للعمليات وللالتزامات الناتجة عن استعمال «البطاقة».

٧. يحقّ لـ «حامل البطاقة» استعمال «البطاقة» شخصياً لدى الغير في جميع المؤسسات المعتمدة في جميع أنحاء العالم وضمن حدود السقف المحدد لـ «البطاقة» ووفقاً لشروط استعمالها وخلال مدة صلاحية «البطاقة».

٨. تبقى «البطاقة» ملكاً لـ «البنك»، في كلّ حين. ويحتفظ «البنك» بحق سحبها حيثما يشاء دون أن يبيّن الأسباب الموجبة لهذا الإجراء، ويقبل «حامل البطاقة» و/أو «صاحب الحساب» عدم الاستفسار من «البنك» عن سبب اتخاذها لهذا الإجراء. ويتعهد «حامل البطاقة» و/أو «صاحب الحساب» بإعادة «البطاقة» فوراً وعند أول طلب من «البنك».

٩. إنّ «البطاقة» هي شخصية ولا يمكن تجييرها أو إعارتها أو التنازل عنها لأي شخص آخر.

١٠. إنّ «البنك» ليس مسؤولاً في حال من أحوال عن أية عملية تزوير أو سرقة متصلة باستعمال «البطاقة». ويتحمّل في هذه الحالة «حامل البطاقة» و/أو «صاحب الحساب» بمفرده مسؤولية النفقات والسحوبات المتصلة بـ «البطاقة».

١١. يتوجب على «حامل البطاقة» و/أو «صاحب الحساب» المحافظة على «البطاقة» بشكل دقيق وعلى حسن استعمالها. وفي حال فقدانها أو سرقتها، يتوجب عليه إبلاغ «البنك» فوراً بالفقدان أو السرقة هاتفياً على الأرقام المزودة له من قبل «البطاقة» وهي ٧٣٤ /٠١-٧٢٤٤٠ أو ١٢١٠ ، على أن يثبت أي تصريح شفهي هاتفي بالبريد المسجل أو الإلكتروني أو بالفاكس خلال أربع وعشرين ساعة. وفي حال عدم إبلاغ «البنك» عن فقدان «البطاقة» أو سرقتها وفقاً لما تقدم، يبقى «حامل البطاقة» و«صاحب الحساب» مسؤولين بالتكافل والتضامن عن سوء استعمالها من قبل الغير.

١٢. في حال موافقة «البنك» على إعطاء الحق لـ «حامل البطاقة» بسحوبات نقدية، يتقاضى «البنك» عمولة على هذه السحوبات وتقيّد هذه العمولة على حساب «صاحب الحساب».

١٣. في حال تمكين «حامل البطاقة» إجراء عملية سرية برقم تعريف شخصي أو رقم سري، يوافق «صاحب الحساب» و/أو «حامل البطاقة»، على الشروط الإضافية الآتية:

أ. يتعهد «حامل البطاقة» على سرية هذا الرقم وعدم إطلاع أي شخص عليه ويعتبر استعمال الرقم السري أو رقم التعريف الشخصي بمثابة توقيع «حامل البطاقة»، ويدل عن هذا التوقيع وله المفاعيل القانونية نفسها المترتبة على التوقيع الخطي، ولا يحق لـ «صاحب الحساب» و/أو لـ «حامل البطاقة» الطعن بالعمليات المنفذة بواسطة رقم التعريف الشخصي أو الرقم السري في حال وقوع أي خلاف ناتج عن العمليات التجارية بـ «البطاقة» أو العائدة لها.

ب. يتعهد بالإبلاغ لا خالاً وفوراً عن كشف أو انكشاف هذا الرقم وفقاً للشروط المبيّنة أعلاه.

ج. في حال قيام «حامل البطاقة»، بإدخال رقم سري أو رقم تعريف شخصي مغلوط عدة مرات متتالية (عدد محاولة استعمال «البطاقة»، يعتبر ذلك محاولة استعمال غير مشروع لـ «البطاقة» ويقوم الصرّاف الآلي بالتالي باحتجازها.

د. يتحمل «صاحب الحساب» و«حامل البطاقة»، بالتكافل والتضامن فيما بينهما ودون تجزئة أية مصاريف ناجمة عن «البطاقة» ومتأتية من جراء استعمال الرقم السري أو رقم التعريف الشخصي المخصص لحاملها.

١٤. يتم تجديد «البطاقة» تلقائياً بتاريخ انتهاء مدة صلاحيتها وتسدد التكاليف المتعلّقة بالتجديد تلقائياً وذلك بقيد المبلغ المتوجب على حساب «صاحب الحساب» دون الرجوع إليه. ويحتفظ «البنك» ووفق استنسابه المطلق ودون سابق إشعار وفي أي وقت بحقّ إلغاء أو رفض إعادة إصدار «البطاقة» أو تجديدها أو استبدالها وذلك دون إبداء الأسباب ودون تعرّضه لأية مسؤولية من جراء ذلك. وفي حال أراد «حامل البطاقة» و/أو «صاحب الحساب» عدم تجديد «البطاقة»، يتوجب عليه إبلاغ «البنك» خطياً عن رغبته هذه قبل شهر من تاريخ انتهاء مدة صلاحيتها وإلا يلزم بدفع تكاليف التجديد.

١٥. يقيّد «البنك» على حساب «صاحب الحساب» المصاريف والعمولات التي يطبّقها على كلّ نوع من البطاقات.

١٦. إن «البطاقة» مقبولة طبيعياً من جميع المتعاقدين مع مصدريها والذين يمكن التعرف إليهم من خلال تأشيرات خاصة بهم. ولا يتحمل «البنك» أية مسؤولية في حال نشوء أي خلاف بين «حامل البطاقة» وبائع السلع أو الخدمات، ولا يمكن أن يبرّر أي خلاف بينهما في أي حال من الأحوال رفض «صاحب الحساب» و/أو «حامل البطاقة» وفاء المدفوعات المسددة من قبل «البنك». إضافة إلى ذلك، لا يتحمّل «البنك» أية مسؤولية في حال امتناع أو رفض بائع السلع أو الخدمات عن قبول «البطاقة» أو عدم تمكنه من تقديم خدماته لـ «حامل البطاقة» أو في حال زيادة بائع السلع أو الخدمات الأسعار. كما أنّه لا علاقة لـ «البنك» بأي خلاف قد ينشأ بين «صاحب الحساب» و«حامل البطاقة». فإنّ وقوع مثل هذه الخلافات لا يعفي بأي حال من الأحوال «صاحب الحساب» و/أو «حامل البطاقة» من تسديد قيمة السحوبات والعمليات والالتزامات الناتجة عن استعمال «البطاقة».

١٧. في حال موافقة «البنك» على منح «صاحب الحساب» تسهيلات ائتمانية لتسديد المصاريف والنفقات الناجمة عن استعمال «البطاقة»، يلتزم هذا الأخير بتسديد الحد الأدنى الشهري الذي يقرّره «البنك» من وقت إلى آخر بالنسبة لجميع الزبائن أو لفئات معيّنة منهم وذلك من مجموع المبالغ المقيّدة على حساب «البطاقة» في نهاية كل فترة يحدّدها «البنك». وتحتسب على مجموع هذه المبالغ فائدة مدينة تضاف شهرياً وفقاً للمعدل المطبّق على هذه الحسابات لدى «البنك». ولـ «البنك» في أي وقت كان أن يعدّل نسبة التسديد الشهري المشار إليها أعلاه في أي اتجاه، كما وتعديل نسبة الفوائد وفقاً لما يراه مناسباً. ويعتبر استمرار استعمال «البطاقة» موافقة صريحة من قبل «صاحب الحساب» و/أو «حامل البطاقة» على هذه التعديلات.

١٨. يحقّ لـ «البنك» ووفقاً لاستنسابه المطلق وبإرادته المنفردة أن يرفع حد التسهيلات الممنوحة منه بموجب «البطاقة» أو يخفضه أو يستعيد الحق الذي منحه لـ «صاحب الحساب» و/أو «حامل البطاقة» وأن يجري أية تعديلات قد تطال شروط استعماله لها أو أن يوقف العمل بنظام «البطاقة»، دون أن يكون لـ «حامل البطاقة» و/أو «صاحب الحساب» حقّ الاعتراض على ذلك.

١٩. إذا أدخلت أية دفعة إلى الحساب من جراء خطأ بالقيد أو من جراء أي سبب آخر يكون لـ «البنك» الحق المطلق بأن يعكس هذا الإدخال دونما حاجة إلى تعليمات بهذا الخصوص أو موافقة «صاحب الحساب».

٢٠. يعدّ «البنك» في نهاية كل شهر أو كلّ ثلاثة أشهر كشفاً بالقيود المدوّنة في الحساب. تتضمن هذه الكشوفات المبالغ المقيّدة أصلاً وفائدة وعمولات ولواحق، وأنّ الرصيد يرحل مجدداً وينتج بالتالي فوائد وعمولات ولواحق. ترسل هذه الكشوفات بالبريد العادي غير المضمون ما لم يكن قد صدر عن «صاحب الحساب» تعليمات خطية مخالفة. وإذا لم يتلق «البنك» من «صاحب الحساب» في مهلة خمسة عشر يوماً اعتباراً من تاريخ هذا الكشف أي اعتراض يكون «صاحب الحساب» مقراً باستلامه للكشوفات أعلاه وبصحة رصيد الحساب موضوعها إقراراً لا رجوع عنه.

٢١. عند الإقفال النهائي للحساب، يؤلف الرصيد الباقي ديناً صافياً مستحق الأداء. وإذا كان الرصيد الناتج عن الإقفال النهائي دائناً لمصلحة «صاحب الحساب»، تتوقف الفائدة تلقائياً. أما إذا كان الرصيد الناتج عن الإقفال النهائي دائناً لمصلحة «البنك»، فإن الفائدة تبقى سارية المفعول على «صاحب الحساب» بالمعدل الذي كان معمولاً به قبل الإقفال، على أنّه يحق لـ «البنك» أن يعدل هذا المعدل زيادةً أو نقصاناً بحسب ما يراه مناسباً وفقاً لما هو منصوص أعلاه. ويتنازل «صاحب الحساب» منذ الآن تنازلاً لا رجوع عنه عن معارضته هذا الحق. يخصص الإيفاء بالأولوية لتخفيض الفوائد والمصاريف والعمولات ومن ثم أصل الدين. ويجيز «صاحب الحساب» و/أو «حامل البطاقة» لـ «البنك» بأن يجري في أي وقت المقاصة بين مختلف الحسابات الخاصة به، ويكون للكشف المنظم من «البنك» عند توقيف الحساب أو إقفاله القوة الثبوتية الكاملة والمطلقة لرصيد الحساب.

٢٢. يتعهد «صاحب الحساب» على إبقاء مؤونة كافية وبشكل دائم في حسابه لدى «البنك» تكفي لتغطية جميع المصاريف والنفقات والالتزامات الناتجة عن استعمال «البطاقة». وفي حال أدّى قيد المصاريف والنفقات والالتزامات على حساب «صاحب الحساب» إلى انكشاف هذا الحساب لدى «البنك»، يتعهد «صاحب الحساب» بتسديد هذا الانكشاف في خلال مهلة أقصاها شهر واحد مع أية فوائد أو لواحق يقيّدها «البنك» من جراء هذا الانكشاف، إلاّ في حال موافقة «البنك» المسبقة على منحه تسهيلات ائتمانية متعلّقة بهذه المصاريف والنفقات وضمن شروط هذه الموافقة.

٢٣. تتوقف التسهيلات ويقفل الحساب حكماً ويصبح كامل رصيد الحساب بالإضافة إلى كافة الفوائد والعمولات واللواحق مستحقة الأداء وواجبة الدفع فوراً، إذا ارتأى «البنك» ذلك في إحدى الحالات التالية:

أ. إذا استعملت التسهيلات لغير الغاية التي طلبت من أجلها.

ب. إذا تخلّف «صاحب الحساب» عن تسديد أي من إلتزاماته لدى أية جهة كانت أو لدى «البنك» كلياً أو جزئياً في موعد إستحقاقها.

ج. إذا جرت أية حجوزات أو وقوعات على أموال «صاحب الحساب» و/أو «حامل البطاقة» المنقولة أو غير المنقولة أو أقيمت بحقه أية دعوى.

د. إذا ظهر لـ «البنك» أنّ البيانات المالية المقدمة من «صاحب الحساب» له لا تعطي صورة صحيحة وكاملة لأوضاعه المالية أو إذا تخلّف «صاحب الحساب» عن تقديم أية بيانات أو معلومات مالية يطلبها «البنك» سواء كانت تتعلق به أو بالشركات التي يكون عضواً فيها.

ه. إذا تضاءلت نسبة سيولته أو ملاءته بحسب تقدير «البنك» أو ارتفعت نسبة مديونيته عن الحد الذي يراه «البنك» مقبولاً.

و. إذا كان الحساب جامداً أو لم يخفض دورياً بنسبة هامة.

ز. إذا لم يتقيّد «صاحب الحساب» و/أو «حامل البطاقة» بشروط هذه المادة.

ح. إذا حصل مطلق حدث من شأنه تخفيض أو إلغاء إحدى الضمانات الممنوحة تسديداً لهذه التسهيلات المصرفية.

ط. إذا تبين عدم صحة أي من التصريحات الصادرة عن «صاحب الحساب» و/أو «حامل البطاقة» أو أي مستند مقدم من أيٍّ منهما.

وتحصيلاً لحقوقه، يتخذ «البنك» كافة الإجراءات القانونية والقضائية أمام جميع المراجع الرسمية وغير الرسمية كما وأمام المحاكم المختصة كالتنفيذ الجبري على أموال «صاحب الحساب» و/أو «حامل البطاقة» المنقولة وغير المنقولة. ويتحمل «صاحب الحساب» و/أو «حامل البطاقة» في هذه الحال الرسوم والمصاريف والنفقات وأية مبالغ أخرى من أي نوع كانت والتي سيتكبّدها «البنك» نتيجة هذه الاجراءات.

٢٤. بالإضافة إلى أية حقوق قد يمنحها القانون لـ «البنك» في إجراء مقاصة، فإن «صاحب الحساب» و/أو «حامل البطاقة» يوافق على أنّه يجوز لـ «البنك» أن يقوم في أي وقت ودون إشعار «صاحب الحساب» و/أو «حامل البطاقة» بضم وتوحيد كافة أو أي من الحسابات المفتوحة باسم «صاحب الحساب» و/أو «حامل البطاقة» و/أو إجراء مقاصة بها مقابل المبالغ المستحقة على أية حسابات مكشوفة و/أو قروض، وكذلك كافة أو أية أموال بأية عملة كانت، قد يحتفظ بها «البنك» بحساب «صاحب الحساب» و/أو «حامل البطاقة» في أي وقت وفي أي فرع من فروعه.

٢٥. يوافق «صاحب الحساب» و/أو «حامل البطاقة» على أنّ أي مستند دفع يقيّده «البنك» في حساب/حسابات «صاحب الحساب» و/أو «حامل البطاقة»، بما في ذلك مستندات الدفع المسحوبة على أنها مستحقة الدفع في «البنك»، يخضع للمقاصة عن طريق القنوات المعتادة. وإلى حين تحصيل قيمة هذه المستندات، فإنه يحق لـ «البنك» استبعاد قيمة المستندات التي تم قيدها على هذا النحو وذلك بغرض احتساب الفائدة.

٢٦. يوافق «صاحب الحساب» و/أو «حامل البطاقة» على استلام الفاتورة المثبتة للعمليات الجارية على «البطاقة»، من أي فرع من فروع «البنك». كما ويوافق «حامل البطاقة» و/أو «صاحب الحساب» على تلقي هذه الفاتورة بأي وسيلة أخرى يرتئيها «البنك» مثل الفاكس أو الرسائل الإلكترونية عبر الإنترنت (e-mail) أو الهاتف الجوّال (SMS). ويتنازل «حامل البطاقة» و/أو «صاحب الحساب» منذ الآن لمصلحة «البنك» عن موجب التقيد بالسرية المصرفية.

٢٧. يتعهد «صاحب الحساب» و/أو «حامل البطاقة» بمراجعة كافة إشعارات المبالغ المستحقة لـ «البنك» عند استلامها من هذا الأخير. وإذا لم يصل لـ «البنك» أي اعتراض من «صاحب الحساب» و/أو «حامل البطاقة» على أي إشعار بالرصيد خلال خمسة عشر يوماً من تاريخ الإشعار كما يظهر في سجلات «البنك»، فسيتم عندئذ اعتبار الرصيد المذكور في الإشعار صحيحاً وسوف يكون عدم استلام «البنك» لأي رد من «صاحب الحساب» و/أو «حامل البطاقة» تأكيداً على صحة الحساب، ولا يجوز لـ «صاحب الحساب» و/أو «حامل البطاقة» بعد ذلك أن يتقدم بأي اعتراض بشأن أي إشعار من إشعارات الرصيد المذكور. ويقرّ «صاحب الحساب» و/أو «حامل البطاقة» بأنه في حال عدم استلامه («صاحب الحساب» و/أو «حامل البطاقة») إشعاراً بالرصيد فسوف يتحمّل وحده («صاحب الحساب» و/أو «حامل البطاقة») المسؤولية الكاملة نحو طلب بيان بالرصيد من «البنك».

٢٨. يكون لقيود وسجلات «البنك» قوة ثبوتية كاملة ومطلقة بين «البنك» و«صاحب الحساب» و/أو «حامل البطاقة» ويقرّ «صاحب الحساب» و/أو «حامل البطاقة» ويقبل بموجبه أن تكون دفاتر «البنك» وحساباته دليلاً وحيداً وقاطعاً لإثبات صحة المبلغ المستحق أو الذي يكون «صاحب الحساب» و/أو «حامل البطاقة» ملزماً بدفعه فيما يتعلق بـ «البطاقة». كما يتنازل «صاحب الحساب» و/أو «حامل البطاقة» على وجه التحديد عن أي حق في الاعتراض على صحة تلك السجلات فيما عدا ما ورد أعلاه. وبالتالي تعتبر قيود «البنك» هي الصحيحة ويعتد بها وحدها تجاه «حامل البطاقة» و/أو «صاحب الحساب» وتجاه الغير. يكون لأي كشف حساب منظم عن «البنك» القوة الثبوتية الكاملة لـ ... «البطاقة» ... [illegible]

القانونية والقضائية و/أو الأعباء كافة و/أو أية مبالغ أخرى من أي نوع كانت يكون «البنك» ملزماً بدفعها لتنفيذ ما تقدم.

٣٠. في حال حدوث أو تغيير في القانون أو الظروف يرى «البنك» وفقاً لتقديره المطلق في ذلك أنه يؤثر على أحكام هذه المادة و/أو أخفق «البنك» و«صاحب الحساب» و/أو «حامل البطاقة» في التوصل إلى اتفاق لتعديل هذه الأحكام بما يقابل ذلك التغيير في القانون أو الظروف، فإن «صاحب الحساب» و/أو «حامل البطاقة» يكون ملزماً في هذه الحال بسداد رصيد «البطاقة» المستحق بتاريخه وكافة المبالغ الأخرى المستحقة حينئذ بموجب هذه المادة.

٣١. إن موجبات والتزامات «صاحب الحساب» و/أو «حامل البطاقة»، في حال كان هذا الفريق أكثر من شخص واحد، هي متكافلة ومتضامنة. ومع عدم الإخلال بأي حقوق قد تكون لـ «البنك» على أي من «صاحب الحساب» و/أو «حامل البطاقة»، فإن «البنك» يجوز له تحميل أي من المذكورين أعلاه المسؤولية الكاملة عن كافة المبالغ المستحقة لـ «البنك»، بموجب التسهيلات المصرفية موضوع هذه المادة.

٣٢. لا يمكن لـ «صاحب الحساب» و/أو «حامل البطاقة»، أن يتفرغ عن أي من الحقوق والموجبات المترتبة له وعليه بموجب هذه المادة، في حين أنه يمكن لـ «البنك» القيام بمثل هذا التفرغ بشكل كامل أو جزئي وتحويل الضمانات المقدمة من «صاحب الحساب» و/أو «حامل البطاقة» لأي شخص دون حاجة لإشعار ولمراجعة «صاحب الحساب» و/أو «حامل البطاقة» بذلك. ويعتبر «صاحب الحساب» و/أو «حامل البطاقة» متنازلاً عن السرية المصرفية ضمن الحدود اللازمة لـ «البنك» للتفاوض بشأن التفرغ والتحويل المذكورين. يتنازل «صاحب الحساب» و/أو «حامل البطاقة» صراحةً منذ الآن لمصلحة «البنك» أو أحد موظفيه، عن حقه بالتذرع بموجب «البنك» بالتقيد بأحكام قانون السرية المصرفية.

٣٣. يجب أن تتم الدفعات من «صاحب الحساب» و/أو «حامل البطاقة» إلى «البنك» بدون أية مقاصة أو مطالبة مقابلة أو احتجاز أو شرط أياً كان نوعه.

٣٤. من المتفق عليه أنّ الدين والالتزامات موضوع هذا العقد، وكلّ ما يتفرّع عنه من ضمانات، وما يتبعه، يلزم بالتكافل والتضامن ورثة «صاحب الحساب» و/أو «حامل البطاقة» بدون أي تجزئة.

٣٥. لا يعتبر عدم قيام «البنك» أو تأخره في ممارسة أي حق أو تدبير يحق له بموجب هذه المادة تنازلاً منه عن ذلك الحق أو التدبير. وتعتبر حقوق «البنك» وتدابيره المنصوص عليها في هذه المادة تجمعية ودون أن تستثني أيّة حقوق أو تدابير أخرى قد يكون لـ «البنك» حق فيها.

٣٦. يتنازل «صاحب الحساب» و/أو «حامل البطاقة» عن أي حق يتمتع به مضمون أي قانون ساري المفعول وعن أي قانون آخر يتعلق بتحديد مهلة الدفع.

٣٧. اتخذ «صاحب الحساب» و/أو «حامل البطاقة» محل إقامة مختار لتلقي كل إشعار أو رسالة أو بيان أو رسالة أو تبليغات قضائية أو غير قضائية أو أية إجراءات قانونية أو دعاوى أو أحكام وكل ما إلى هناك من أوراق مهما كان نوعها، على العنوان المبين في مطلع هذا العقد، ووفقا لشروط وأحكام المواد ٦٨ و٦٩ و٧٠ من هذا العقد. كما يتعهد «صاحب الحساب» و/أو «حامل البطاقة» بإبلاغ «البنك»، عن أية تعديلات قد تطرأ على المعلومات التي زوّد «البنك» بها عند توقيعه على طلب الاستحصال على «البطاقة».

٣٨. يعطي «صاحب الحساب» و/أو «حامل البطاقة» صراحةً لـ «البنك» الترخيص المنصوص عنه في المادة ٢ من قانون ٣ أيلول ١٩٥٦ المتعلق بسرية المصارف فيما يتعلق بكافة المراسلات الموجهة من «البنك» إلى «صاحب الحساب» و/أو «حامل البطاقة» وقيما يتعلق أيضاً بأخذ كافة المعلومات عن كافة الأموال والموجودات المودعة باسمه و/أو بحساب مشترك لدى كافة المصارف في لبنان والخارج وحجز تلك الأموال والموجودات. ويحل «صاحب الحساب» و/أو «حامل البطاقة» بنك الموارد طرف من موجب السرية بواسطة «صاحب الحساب» و/أو «حامل البطاقة»، أو عائله تأمين موافقة أي شريك له في أي حساب مشترك على رفع السرية المصرفية وفقاً لمضمون هذه الوثيقة ويجيز لـ «البنك»، الاتصال برب عمل «صاحب الحساب» و/أو «حامل البطاقة» ومطالبته بإبلاغ «البنك»، في حال ترك «صاحب الحساب» و/أو «حامل البطاقة» عمله لديه. كما يعطي «صاحب الحساب» و/أو «حامل البطاقة» صراحةً الحق لـ «البنك» بأي كان للاستحصال على معلومات تتعلق به، لا سيما في حال التخلف عن الدفع. وكذلك يرفع «حامل البطاقة» و/أو «صاحب الحساب» السرية المصرفية لصالح «البنك»، وذلك تجاه أي كان بالنسبة للمبالغ المتوجبة من جراء استعمال «البطاقة».

٣٩. يوافق «صاحب الحساب» و/أو «حامل البطاقة» على رفع السرية المصرفية عن جميع المعلومات المتعلقة بعلاقاته مع «البنك»، لصالح أية جهة ثالثة يتعامل معها «البنك»، ولا سيما الشركات التي هي ضمن مجموعة «الموارد غروب» كما والجهات التي تتعامل بإدارة وتسيير عمليات البطاقات بموجب اتفاق مع «البنك». ويعفي «البنك» ومسؤوليه وموظفيه ووكلائه من أي التزام أو مسؤولية تترتب على ذلك نتيجة لقانون السرية المصرفية الصادر في ٣ أيلول ١٩٥٦ وتعديلاته اللاحقة.

٤٠. تبقى جميع شروط وأحكام المواد الأخرى المنصوص عنها في هذه العقد الحاضر، سارية المفعول في كل ما لا يتعارض مع شروط وأحكام المادة الحاضرة.

**المادة ٥٦:** تطبق الشروط الآتية عند استعمال الفريق الثاني الفريد الإلكتروني و/أو شبكة الإنترنت و/أو E– Banking و/أو Mobile Banking و/أو الرسائل الإلكترونية SMS و/أو أي تطبيق على الهاتف الجوال، وسيلة للاستعلام و / أو لإجراء أية عمليات على حساباته لدى «البنك»، بما فيها إنجاز أية إشعارات وكشوفات والسويف بشأن حساباته لاحقاً.

١. يفوّض الفريق الثاني «البنك» تفويضاً صريحاً وثابتاً بأن ينفذ كافة التعليمات و/أو الطلبات التي يرسلها إياها بواسطة الرسائل المحددة أعلاه أي البريد الإلكتروني و/ أو شبكة الإنترنت و/أو E– Banking و/أو Mobile Banking و/أو الرسائل الإلكترونية SMS و/أو أي تطبيق على الهاتف الجوال، وتظهر أنها صادرة عن الفريق الثاني أو عن المفوضين عنه، والتي قد تشمل أية عملية مصرفية من أي نوع كان ومن أية طبيعة كانت، بما في ذلك على سبيل المثال دون الحصر أوامر التحويل، أو عمليات القطع من أي نوع كانت وبكافة العملات، أو السحوبات وفتح الحسابات الفرعية من أي نوع كانت الخ.

٢. يلتزم الفريق الثاني حرفياً وثمانياً بالتعليمات والطلبات التي يرسلها الى «البنك»، ويبلغ هذا الأخير إياها على الوجه المبين أعلاه.

٣. يطلب الفريق الثاني من «البنك» أن يُبلغه بواسطة البريد الإلكتروني و/أو شبكة الإنترنت و/أو E– Banking و/أو Mobile Banking و/أو الرسائل الإلكترونية SMS و/أو أي تطبيق على الهاتف الجوال وعلى كامل مسؤولية الفريق الثاني جميع الإشعارات والكشوفات والسويف المتعلقة بعمليات حساباته الأخير بما في ذلك كافة المراسلات التي تنشأ فيما بين الفريق الثاني وبين «البنك».

٤. يعفي الفريق الثاني «البنك» من أية مسؤولية من جراء تنفيذ تعليماته و/أو طلبات الفريق الثاني المبلغة من «البنك» بواسطة البريد الإلكتروني و/أو شبكة الإنترنت و/أو E–Banking و/أو Mobile Banking و/أو الرسائل الإلكترونية SMS و/أو أي تطبيق على الهاتف الجوال، وبشكل خاص فيما يتعلق بالمبالغ، وبأسعار القطع المطبقة وبالتحاويل والسحوبات وبأية تعليمات و/أو طلبات صادرة عن الفريق الثاني مهما كان نوعها ومهما كانت طبيعتها، الخ...

٥. يقر الفريق الثاني ويؤكد بأنّ مجرّد تنفيذ «البنك»، لتعليماته وطلباته المرسلة إلى «البنك»، والمبلغة منه على الوجه المذكور أعلاه يُشكل إثباتاً حاسماً ونهائياً وقاطعاً بأنّ هذه التعليمات و/أو الطلبات صادرة عن الفريق الثاني.

٦. يؤكد الفريق الثاني مسؤوليته المطلقة والشاملة والنهائية عن الرسائل الإلكترونية المرسلة إلى «البنك»، والمبلغة من الأخير بواسطة البريد الإلكتروني و/أو شبكة الإنترنت و/أو E– Banking و/أو Mobile Banking و/أو الرسائل الإلكترونية SMS و/أو أي تطبيق على الهاتف الجوال، عن محتوياتها وعن مضمونها.

٧. يتحمل الفريق الثاني وحده مسؤولية أي تزوير، أو عملية قرصنة، أو تحريف، أو تزوير قد يحصل في هذا المجال، إذا أن جميع المخاطر من جراء استعمال جميع الرسائل المحددة أعلاه أي البريد الإلكتروني و/أو شبكة الإنترنت و/أو E– Banking و/أو Mobile Banking و/أو الرسائل الإلكترونية SMS و/أو أي تطبيق على الهاتف الجوال، هي على عاتق الفريق الثاني وحده دون «البنك».

٨. يؤكد الفريق الثاني لـ«البنك» أن الرسائل الإلكترونية المرسلة إلى الأخير والمبلغة منه على الوجه المبين أعلاه والكاملة على التعليمات والطلبات التي يعطيها الفريق الثاني لـ«البنك»، ويحق لـ«البنك» استعمال هذه الرسائل الإلكترونية كبينة نهائية تجاه الفريق الثاني أمام أية مراجع رسمية أو غير رسمية، قضائية أو غير قضائية، إذا أن الفريق الثاني يعتبرها بمثابة مستندات أصلية.

٩. يدرك الفريق الثاني كافة المخاطر التي قد تترتب على وسائل الاتصالات المحددة أعلاه والحاصلة بواسطة البريد الإلكتروني و/أو شبكة الإنترنت و/أو E– Banking و/أو Mobile Banking و/أو الرسائل الإلكترونية SMS و/أو أي تطبيق على الهاتف الجوال، متحملاً وحده جميع المخاطر التي ترافق هذه الرسائل على سبيل المثال وليس الحصر المخاطر الناجمة عن الأخطاء بالإرسال أي عن سوء فهم أو الأخطاء من قبل «البنك»، سواء فيما يتعلق بهوية الفريق الثاني أو بجهة المفوضين عنه أو بعنوان بريده الإلكتروني أو رقم الهاتف الجوال أو غير ذلك أو في حال إفشاء أو إنكشاف الرمز السري عائد له إلخ...

١٠. يتحمل الفريق الثاني وحده وحصرياً كافة المخاطر والأضرار المباشرة وغير المباشرة التي قد تنتج لا سيما عن الأعطال والأخطاء في نقل المعلومات والاستخدامات الاحتيالية من قبل الأشخاص الثالثين وعدم صحة البيانات المنقولة ورفض «البنك»، تنفيذ عملية مصرفية أو تعيين مستفيد أو قيام «البنك»، بتعديل مبالغ العمليات المصرفية لأي سبب كان.

١١. يتعين على الفريق الثاني اتخاذ كافة التدابير اللازمة لحماية البيانات و/أو البرنامج المخزنة والمحملة على الجهاز المعلوماتي و/أو الهاتف الجوال الخاص به من الفيروسات والفيروسات.

١٢. يتعين على الفريق الثاني اتخاذ كافة الإجراءات المتلائمة مع الجهاز المعلوماتي و/أو الهاتف الجوال الخاص به بهدف الحفاظ على سرية بياناته المصرفية ومنع تخزين البيانات عليه أو مساوها به أو الإطلاع عليها.

١٣. يعفي الفريق الثاني بشكل نهائي غير قابل للرجوع عنه وغير قابل للنقض من أي التزام أو مسؤولية من أي نوع كانت. ويعفي الفريق الثاني «البنك» من أحكام قانون السرية

البريد الإلكتروني و/أو شبكة الإنترنت و/أو خدمة E–Banking و/أو Mobile Banking و/أو الرسائل الإلكترونية SMS و/أو أي تطبيق على الهاتف الجوال، أو أن يرفض أي عرض يتم بواسطة الوسائل المبيّنة أعلاه حتى في حال أبدى أي موظف من «البنك» قبوله لهذه التعليمات لدى استلامها. إذ أن طلبات وتعليمات الفريق الثاني هذه لا تشكل بأي حال من الأحوال، التزاماً على «البنك».

١٥. لا يتحمل «البنك» أية مسؤولية عن أي ضرر مباشر أو غير مباشر قد يتحمله الفريق الثاني نتيجة معلومات غير صحيحة متعلقة بأمر تحويل زوّدها لـ«البنك» (الاسم أو هوية المستفيد المصرفية أو غيرها) أو نتيجة رفض «البنك» تنفيذ التحويل المطلوب لأي سبب ووفقاً لاستنسابه المطلق.

١٦. يحق لـ«البنك» دون إشعار مسبق ولأي سبب كان ووفقاً لتقديره الاستنسابي الخاص ودون حاجة إلى أي تبرير أن يوقف أو يعلّق بعضاً أو جزءاً من الخدمات المصرفية الإلكترونية التي توفّرها خدمة E–Banking، ولا سيما في حالات الإحتيال أو الأحداث الإجتماعية السياسية، وأن يرفض بشكل كلي أو جزئي تنفيذ العمليات المصرفية و/أو أن يعدّل مواقيتها.

١٧. يتقاضى «البنك» عمولة بنسبة يحددها هذا الأخير وفقاً للأسعار المعددة أعلاه، على كل عملية يتم تنفيذها من قبله بواسطة الوسائل المعددة أعلاه. ويتعهد الفريق الثاني بالتعويض على «البنك» مقابل أية إجراءات أو دعاوى أو مطالبات أو مسؤوليات أو نفقات أو أتكالف مهما كانت، ناشئة عن تنفيذ «البنك» و/أو متصلة بتنفيذه لتعليمات بواسطة الهاتف أو الفاكس أو البريد الإلكتروني، تظهر أنها صادرة عن الفريق الثاني أو غير المفوضين عنه. يفوّض «البنك» بالقيد على حساب الفريق الثاني في أي وقت كان ودون حاجة إلى أي إشعار، أية أتعاب أو نفقات أو أعباء تكبدها «البنك» أو فرضها قيماً يتعلق بخدماته.

١٨. يتعهد الفريق الثاني بمتابعة حركة حساباته لدى «البنك» ومراجعها أرصدتها بصورة مستمرة. وفي مطلق الأحوال، يوافق الفريق الثاني بدون تحفظ على أن لا يكون لقيود ودفاتر «البنك» القوة الثبوتية المطلقة والكاملة للعمليات المنفذة لحسابات الفريق الثاني وللمبالغ المترتبة لـه أو عليه تجاه «البنك».

١٩. يوافق الفريق الثاني على قبوله عن «البنك» بتسجيل كافة المخابرات الهاتفية أو الرسائل الإلكترونية التي يقوم بها أي منهما، كما يوافق بصورة غير قابلة للرجوع على الإزامية والقوة الثبوتية لهذه التسجيلات تجاهه كما وتجاه الأشخاص الثالثين. وفي حال الاختلاف بين التعليمات بواسطة الهاتف أو البريد الإلكتروني وبين أي تثبيت خطي لاحق لها، تكون القوة الثبوتية والإلزامية للتسجيلات المذكورة وليس للتثبيت الخطي.

٢٠. يتنازل الفريق الثاني عن أي حق في الاعتراض على أرصدة حساباته لدى «البنك»، ويتنازل عن أية منازعة عن أي نوع كانت حول تنفيذ مضمون هذه المادة.

٢١. يتنازل الفريق الثاني صراحة عن السرية المصرفية تجاه «البنك» ضمن إطار تشغيل وصيانة الخدمات الإلكترونية الخاصة بـ«البنك» وتأمين الخدمات التقنية المناسبة.

٢٢. يخوّل الفريق الثاني «البنك» صراحة وبصورة غير قابلة للرجوع عنها رفع السرية المصرفية لأغراض أمر تبلغ أو إجراء أو تدبير لازم لتبليغ أو تفسير و/أو تنفيذ الشروط العامة الحاضرة أمام أي سلطة قضائية أو تحكيمية أو إدارية مختصة.

٢٣. يتحمل الفريق الثاني كافة النتائج المترتبة عن رفع السرية المصرفية، بحيث أنه يحق لـ«البنك» اتخاذ كافة التدابير والإجراءات وفقاً لتقديره الاستنسابي، ووفقاً للحاجة.

٢٤. يتحمل الفريق الثاني وحده وحصرياً كافة المخاطر والأضرار المباشرة وغير المباشرة التي قد تنتج جراء أي عطل في الجهاز المعلوماتي المذكور أو بالاتصال بشبكة الإنترنت. ولا يترتب على «البنك» أية موجب وبالتالي أية مسؤولية في ما يتعلق بإختيار الجهاز المعلوماتي و/أو مشغل ومزود شبكة الإنترنت وفي ما يتعلق بأي عطل يصيب هذا الجهاز أو الاتصال على شبكة الإنترنت.

٢٥. لا يتحمل «البنك» مسؤولية أي فيروس أو أي حالة خارجة عن إرادته.

**المادة ٥٧:** مع الاحتفاظ بأحكام المادة ٥٦ أعلاه، وبالإضافة إلى ما ورد في هذه المادة الأخيرة، تطبّق الشروط الآتية عند استعمال الفريق الثاني خدمة E–Banking (المسماة في ما يلي «الخدمة») أو «خدمة E–Banking» وسيلة للاستعلام و/أو لإجراء أية عمليات على حساباته لدى «البنك» بما فيها الحسابات المصرفية و/أو لتلقي إشعارات بشأن حساباته لديه:

١. يطلب ويطالب الفريق الثاني تمكينه من ولوج حسابه بواسطة خدمة E–Banking وذلك سواء للاستحصال على معلومات عن حسابه أو لإعطاء التعليمات اللازمة بشأنه، أو لتلقي إشعارات بشأن حسابه لدى «البنك».

٢. يخصص الفريق الثاني رقم معيّن يُبلَّغ إليه يمكّنه من وضع هذه الخدمة قيد التنفيذ، وذلك بأن يختار رمز جديد خاص به مسمى فيما يلي الرمز (Password) يقتضي عليه إدخاله لدى استعماله الخدمة، علماً أن هذا الرمز الجديد الذي يكوّنه الفريق الثاني بذاته وبمفرده النظام المعلوماتي يبقى بمنأى عن إمكانية إطلاع الغير عليه ومعلوماً فقط من الفريق الثاني الذي لـه أدلة؛ ويتحمل الفريق الثاني كامل المسؤولية في حال إفشاء الرمز السري للغير أو علم الغير بهذا الرمز بأية طريقة كانت.

٣. يتعهد الفريق الثاني بصورة نهائية غير قابلة للرجوع عنها بالحفاظ على السرية التامة للرمز وعدم قيده على أي مستند وعدم الإفصاح عنه إلى أي شخص ثالث لأي سبب كان. يتحمل الفريق الثاني كافة تبعات الإنشاء، حتى لغير المقصود، لهذا الرمز إلى أي شخص ثالث. وبالتالي، يكون الفريق الثاني مسؤولاً عن كل النتائج المترتبة على العمليات المنفذة على خدمة E–Banking نتيجة إدخال هذا الرمز، حتى لو تبين أنه تم إدخالها من قبل شخص ثالث.

يحق للفريق الثاني تغيير في أي وقت الرمز السري «Passwords» وفقاً للشروط المعمول بها لدى «البنك». يأخذ الفريق الثاني علماً بتوصية «البنك» بتغيير الرمز السري بصورة دورية وبعدم اختيار رمز يمكن لأي شخص ثالث اكتشافه بسهولة (مثل تاريخ الولادة، أو غيرها).

٤. يوافق الفريق الثاني على أن يعتدّ «البنك» التعليمات الواردة منه عندما تعطي هذه التعليمات بواسطة شبكة الإنترنت بواسطة خدمة E–Banking، وتظهر أنها صادرة عن الفريق الثاني ومقترنة باستعمال الرمز، كما يوافق الفريق الثاني على تمكينه من الاستعلام عن حساباته وعلى تلقي إشعارات متعلقة بهذه الحسابات، بواسطة شبكة الإنترنت بواسطة خدمة E–Banking.

٥. يعتبر أي استعمال للرمز بمثابة توقيع ملزم للفريق الثاني وله المفاعيل القانونية نفسها المترتبة على التوقيع الخطي، ويعطي إعطاء عاماً وشاملاً من أية مسؤولية ناجمة عن أية عملية تمت باستعمال هذا الرمز، ويعتبر الفريق الثاني مسؤولاً عن العمليات التي تتم بواسطة التعليمات المعطاة بالرمز، ولا يحق للفريق الثاني أن يدعم المرخص له الطعن بأية عملية منفذة ومقترنة باستعمال الرمز في حال وقوع أي خلاف ناتج عن عملية جارية على حسابات الفريق الثاني بواسطة استعمال الرمز، كما لا يحق له الطعن بعدم إستلام أي إشعار مرسل له بواسطة شبكة الإنترنت E–Banking.

٦. يمكن ولوج الحساب من مصدرين مختلفين في وقت واحد، ولا يمكن إلا لشخص واحد عند استعمال الخدمة في الوقت نفسه.

٧. في حال عدم استعمال الخدمة لمدة ٣ أشهر متتالية يقفل النظام الخدمة E–Banking آلياً ويتعين عندئذ على الفريق الثاني مراجعة «البنك» للتمكّن من إعادة استعمال الخدمة.

٨. يتعهد الفريق الثاني بإبلاغ «البنك» فوراً عن كشف أو انكشاف الرمز إلى الغير المزوّدة لـه من قبل «البنك»، على أن يعزّز مكالمة بالبريد المسجل الموجّه إلى الدائرة المختصة في «البنك»، أو بالحضور شخصياً إلى هذه الدائرة وتوقيع كتاب خطي بهذا الشأن، وذلك خلال أربع وعشرين ساعة من تاريخ المكالمة الهاتفية. وفي مطلق الأحوال، يبقى الفريق الثاني مسؤولاً عن إساءة استعمال الرمز من قبل الغير.

٩. في حال إدخال الفريق الثاني للرمز ثلاث مرات متتالية بشكل خاطئ أثناء محاولة الدخول إلى حساباته، يعتبر هذا الأمر استعمالاً غير مشروع للرمز ويقفل النظام آلياً، وعلى الفريق الثاني عندئذ مراجعة «البنك» للتمكّن من إعادة استعمال الخدمة.

١٠. على الفريق الثاني الذي يتمكّن من الاستفادة من الخدمة أن يكون مجهزاً بالحد الأدنى من الأجهزة والبرامج التي تتيح له ولوج هذه الخدمة، ولا يسأل «البنك» في أي حال من الأحوال عن عدم تمكّن الفريق الثاني من استعمال الخدمة سواء كان ذلك ناتجاً عن عدم كفاية أجهزته وبرامجه، أو عن أي عطل تقني سواء لدى «البنك» أو في وسائل الاتصال يحول دون استعمال الفريق الثاني للخدمة كما ولا يسأل «البنك» عن أي عطل يطرأ على الأجهزة أو البرامج المستعملة من الفريق الثاني وناتج عن فيروس مرتبط بالرسائل الموجهة من «البنك».

١١. يتحمل الفريق الثاني منفرداً المخاطر المتعلقة بنظام التلاعب الناتجة عن نظام المعلومات الخاص به (أي الكومبيوتر، الشبكة، الخ...) من قبل مستخدمين غير قانونيين، و/أو نشر اسم المستخدم الخاص به و/أو الرمز، و/أو فقدان هاتفه الخلوي، و/أو المتعلقة بنقل البيانات.

١٢. لا يحق للفريق الثاني، في جميع الأحوال، رفض عملية منفذة عبر عملية استعمال الخدمة E–Banking والخدمات المرتبطة بها، وفي حال نشوء أي نزاع يتشكل الركيزة الإلكترونية المحتفظة بها لدى «البنك» البيانات الحساسة الوحيدة. ويقرّ الفريق الثاني أنه من المستمر، نظراً لنوع العمليات والممارسات الإلكترونية التي تواجهها، طلب بيئة أخرى.

١٣. يعتبر «البنك» مفوضاً بتنفيذ أية أوامر والتقيّد بأية تعليمات وتبليغات تصله عبر خدمة E–Banking، وتعتبر هذه الأوامر أو التعليمات أو التبليغات صادرة عن مستخدم مرخص له. يعتبر الفريق الثاني «البنك» أنه من أصدر بشكل صحيح إذا التزم بالأوامر والتعليمات والتبليغات التي تصله عبر خدمة E–Banking.

١٤. عندما ترسل الأوامر إلى «البنك» عبر خدمة E–Banking، يحق لـ«البنك» عبر خدمة E–Banking، رفض أو تجاهل الأوامر الفردية، وفقاً للتقدير الاستنسابي، في حال لم يكن هناك تغطية كافية أو في حال تخطي سقف الاعتماد الموافق عليه، أو في حال خطأ في الأمر أو اجتزاء أو تضارب أو في حال لا يتماشى مع القوانين المرعية الإجراء أو مع السياسات والإجراءات الداخلية الخاصة بـ«البنك» و/أو السياسات والإجراءات الداخلية الخاصة بالشركات الشقيقة أو التابعة لـ«البنك».

ج. أي تأخير في إرسال أو عدم إرسال الرمز السري.

د. الخسائر أو الأضرار أو التكاليف الناشئة نتيجة عقود خدمات محددة من قبل خدمات الاتصالات و/أو مزودي خدمة الإنترنت نتيجة أي تعطل أو توقف عن العمل أو عطل أو عجز أو ثانية أو خطأ في أي آلة نظام أو اتصالات خاصة بشركات الاتصالات و/أو مزودي خدمة الإنترنت و/أو مُشغلي خدمة الرسائل القصيرة.

هـ. الأضرار المرتبطة بخسائر الربح الفائت أو الزيائن أو الإستخدام أو الإستخدام أو غيرها من الخسائر غير الملموسة الناتجة أو المتعلقة بالأسباب التالية على سبيل الذكر لا الحصر:

  – أي استعمال أو عدم القدرة أو توقف أو خلل في استعمال خدمة E-Banking لأي سبب كان.

  – أي عجز أو خطأ أو إغلاق أو توقف أو تأخر في النقل في أي نظام أو جهاز أو برنامج أو اتصالات أو هاردوم أو فيروسات كومبيوتر.

  – أي عجز أو خطأ أو إغلاق أو توقف أو تأخر في النقل في أي نظام أو أعطال أو أي تطفل أو أي تدخل غير قانوني في المحطات الطرفية أو الشاشات أو غيرها من أنظمة الفريق الثاني أو الأنظمة السهل الولوج اليها عامة من قبل الجمهور.

١٦. يحتفظ «البنك» بحق تعديل طريق استخدام خدمة E-Banking، وإضافة والغاء أي خدمة مصرفية الكترونية تقدمها خدمة E-Banking، لأي سبب كان وفقاً لاستنسابه المطلق ودون إشعار مسبق. يطلم «البنك» الفريق الثاني على التعديلات المذكورة عن طريق النشر على موقع E-Banking أو بواسطة أي وسيلة أخرى يراها مناسبة. ويوافق الفريق الثاني ويتعهد بالتقيد بجميع إجراءات وشروط ومحظورات وتعليمات «البنك» وبأية شروط إضافية متعلقة باستخدام الموقع الالكتروني الخاص ببوابة E-Banking والخدمات المتعلقة به، كما قد يحددها «البنك» من وقت الى آخر و/أو ينشرها على الموقع الالكتروني الخاص ببوابة E-Banking.

١٧. لا يضمن «البنك» الأمن التام والكامل للبيانات المرسلة على خدمة E-Banking وذلك على الرغم من استخدامه أدوات تؤمن مستوى عال من الأمن.

١٨. إن «البنك» غير مسؤول عن أي تأخير أو تأجيل أو تعليق تنفيذ أي أمر، كما أنه غير مسؤول عن رفض أي تجاهل أي أمر، لأي سبب كان.

١٩. لا يتحمل «البنك» أية مسؤولية عن عدم تنفيذ موجباته عندما يكون عدم التنفيذ ناتجاً عن عوامل خارجة عن إرادته أو عن نوعية شبكات الاتصالات وتوفرها، فضلاً عن ذلك، لا يتحمل «البنك» أي مسؤولية عن انقطاع الخدمة نتيجة حالة عرضية أو كارثة طبيعية أو قوة قاهرة، ولا سيما بسبب انقطاع التيار الكهربائي أو انقطاعه أو خلل في شبكة الاتصالات أو المعدات أو الجهاز المعلوماتي الخاص بالفريق الثاني (بما في ذلك أجهزة الكمبيوتر والبرمجيات وأجهزة المودم والهواتف، الخ...)، أو بسبب صيانة خدمة E-Banking أو غيرها من الأسباب.

٢٠. لا يتحمل «البنك» مسؤولية إساءة استخدام الرمز السري من قبل الفريق الثاني أو استخدامه من قبل أي شخص ثالث. ويعتبر «البنك» في حال استخدام الرمز السري من قبل شخص ثالث، أن الفريق الثاني قد أفاد هذا الشخص الثالث بالرمز السري، وبالتالي يعتبر هذا الأمر بمثابة إهمال جسيم من قبل الفريق الثاني.

٢١. يتعين على الفريق الثاني التأكد من أنه يحق له وفقاً للقوانين والأنظمة المرعية، استخدام خدمة E-Banking في البلد الذي يتم منه الاتصال منه.

٢٢. تطبق على خدمة E-Banking كافة القوانين والأنظمة التي تحمي الملكية الفكرية. وتشمل هذه الحماية بصورة خاصة كافة المعلومات المتوفرة على موقع الإنترنت الخاص به«البنك»: الشعار والتصميم والشكل والرسومات والصور المحمية بموجب حقوق النشر وحقوق العلامات التجارية وحقوق وأي حق آخر معترف به بموجب القوانين والأنظمة المرعية بحيث يحظر إعادة إنتاجها، بشكل كلي أو جزئي، لأغراض تجارية أو غير تجارية.

**المادة ٥٨:** مع الاحتفاظ بأحكام المادة ٥٦ أعلاه، وبالإضافة الى ما ورد في هذه المادة الأخيرة، تطبق الشروط الآتية عند استعمال الفريق الثاني أي تطبيق على الهاتف الجوال، (المسمى في ما يلي: «التطبيق»).

١. يطلب الفريق الثاني من «البنك» ويفوّضه على نحو غير قابل للرجوع عنه بتنفيذ جميع التعليمات و/أو الأوامر التي يعطيها الفريق الثاني لـ«البنك» بواسطة التطبيق التي هي ذات تتضمّن أي عملية مصرفية من أي نوع أو أية طبيعة كانت، بما في ذلك دون الحصر، أوامر التحويل من أي نوع وبأي عملة كانت، وفتح الحسابات من أية طبيعة كانت، الخ... ويؤكّد الفريق الثاني أن التعليمات و/أو الأوامر الالكترونية الممنوحة لـ«البنك»، بواسطة التطبيق، تشكّل إثباتاً كافياً وغير قابل للنقض للتعليمات و/أو الأوامر التي يصدرها الفريق الثاني لـ«البنك». يجوز لـ«البنك» استخدام هذه التعليمات و/أو الأوامر كإثبات غير قابل للنقض تجاه الفريق الثاني أمام أي من المراجع الرسمية أو غير الرسمية، القضائية والتقديرية، واعتبارها مستندات أصلية من قبل الفريق الثاني. يؤكّد الفريق الثاني بأنّه يجوز لـ«البنك»، بناءً على سلطته الاستنسابية المطلقة، رفض تنفيذ أي من التعليمات و/أو الأوامر الصادرة عن الفريق الثاني، إذا لا يجوز بأي شكل من الأشكال اعتبار تلك التعليمات و/أو الأوامر الإلزامية التشكيلية أو أي شرط يقتضيه القانون و/أو مصرف لبنان.

٢. يصرّح الفريق الثاني ويؤكّد بأنّه يلتزم التزاماً تاماً ونهائياً بالتعليمات و/أو الأوامر التي يعطيها لـ«البنك» بواسطة التطبيق، ويقع على «البنك» مسؤوليته المطلقة والتامة والكاملة عن التعليمات و/أو الأوامر الممنوحة لـ«البنك» بواسطة التطبيق، كما هو مشار إليه أعلاه، تشكّل إثباتاً قاطعاً ونهائياً وتاماً بأنّ هذه التعليمات و/أو الأوامر صادرة عن الفريق الثاني.

٣. يعفي الفريق الثاني «البنك» من أيّة مسؤولية تتعلّق بتنفيذ «البنك» للتعليمات و/أو الأوامر الصادرة عن الفريق الثاني بواسطة التطبيق، وبشكل خاص، فيما يتعلق بقيمة المبالغ، والمعدلات المطلقة لسعر الصرف، والتحاويل، والسحوبات، وفتح الحسابات من أية طبيعة كانت وبأية أوامر تعليمات و/أي أوامر من أي نوع أو أية طبيعة كانت صادرة عن الفريق الثاني، الخ.

٤. يوافق الفريق الثاني من دون قيد أو شرط وعلى نحو غير قابل للرجوع عنه على أن يكون مسؤولاً عن أي من التعليمات و/أو الأوامر التي يوجّهها لـ«البنك» بواسطة التطبيق.

٥. يتعهّد الفريق الثاني بالتعويض على «البنك» من أيّة أضرار تلحق به وتكون ناتجة عن تنفيذ هذه الأحكام والشروط و/أو متصلة بهذا التنفيذ.

٦. يكون الفريق الثاني وحده مسؤولاً عن صحّة المعلومات الممنوحة لـ«البنك»، ولا يتحمّل «البنك» أيّة مسؤولية عن العواقب الناتجة عن المعلومات الخاطئة المقدّمة من الفريق الثاني. وفي حال لاحظ الفريق الثاني أي خطأ في المعلومات التي تم منحها لـ«البنك» إما بموجب هذا المستند أو في أي تواصل آخر مع «البنك»، يتوجّب على الفريق الثاني أن يبلغ على الفور «البنك» بذلك وسوف يعمل «البنك» جاهداً على تصحيح الخطأ حيثما أمكن ضمن إطار الجهود المنطقية.

٧. يكون الفريق الثاني الشخص الوحيد الذي يتعامل مع «البنك»، والشخص الوحيد المرخّص له الدخول إلى التطبيق، لا يسمح الفريق الثاني لأي شخص غير مرخّص له، بالدخول إلى التطبيق. وتكون أيّة تعليمات و/أو أوامر ممنوحة من الفريق الثاني بواسطة التطبيق غير مشروطة وتعتبر أمراً مباشراً نهائياً يتوجّب تنفيذه في حساب/حسابات الفريق الثاني المفتوحة لدى «البنك»، ويكون سرياً تام المستخدم وكلمة المرور والرقم السري وأية أدوات أخرى خاصة بالفريق الثاني. يؤكّد الفريق الثاني مسؤولاً عن الحفاظ على سريّتها ولا يجوز له الإفصاح عنها لأشخاص ثالثين. يجب على الفريق الثاني أخذ جميع الاحتياطات الضرورية والحذر الضروريين يضمن المعلومات ذات الطبيعة السرية، وعليه أن يضمن عدم الإفصاح عن هذه المعلومات لأي شخص آخر على نحو متعمّد أو عرضي أو عن طريق الخطأ المقصود أو غير المقصود. لا يكون تحميل «البنك» المسؤولية عن استخدام أي شخص ثالث للتعاملين الخاصة بتسجيل دخول الفريق الثاني إلى التطبيق أو عن المعلومات التي يمكن الوصول إليها بإستخدام هذه التعاملين.

٨. يتم تنفيذ تعليمات و/أو أوامر «البنك» فقط بعد التحقّق من الفريق الثاني وفقاً للآلية المحددة في التطبيق، ولا يتوجّب على «البنك» التحقّق من أي من التعليمات و/أو الأوامر التي يتم استلامها من الفريق الثاني بوسائل أخرى غير وسائل التحقّق تلك.

٩. لا يحق للفريق الثاني بأي شكل من الأشكال مراجعة «البنك» لأي سبب في أي نوع كان، إلّا عند وجود خطأ تقني. لا يمكن تحميل «البنك» المسؤولية عن أية تعليمات و/أو أوامر منفّذة من «البنك» قبل تاريخ إبلاغه الخطأ التقني خطياً من قبل الفريق الثاني.

١٠. يدرك الفريق الثاني جميع المخاطر التي يمكن أن تنتج عن وسائل الاتصال الالكترونية. يكون الفريق الثاني وحده مسؤولاً عن كافة المخاطر الناتجة عن استخدام التطبيق، بما في ذلك دون الحصر المخاطر الناتجة عن الأخطاء في الإرسال، أو تحريف المعنى، أو التزوير المحتمل، أو القرصنة الخاطئ أو التصوير الخاطئ أو التحوير، أو أخطاء «البنك»، سواء فيما يخصّ هوية الفريق الثاني أو عنوان بريده الإلكتروني، أو في حال الكشف عن الرقم السري للفريق الثاني أو اكتشافه... الخ... ويعفي الفريق الثاني «البنك» منذ الآن «البنك» على نحو غير قابل للرجوع عنه وغير قابل للنقض من أية مسؤولية أو التزام أياً كان نوعه أو شكله.

١١. يحق لـ«البنك»، بناءً على استنسابه المطلق وفي أي وقت كان، من دون الحاجة إلى إرسال أي إشعار، قبض أية نفقات أو تكاليف أو نفقات مترتبة على «البنك»، أو مفروضة منه ومتعلقة بتعليمات و/أو أوامر الفريق الثاني المبلّغة إلى «البنك»، بواسطة التطبيق. ويقيّد «البنك» هذه المبالغ على المبالغ من حساب الفريق الثاني.

١٢. يتعهّد الفريق الثاني بمتابعة ومراقبة حركة حساباته وأرصدتها، وفي مطلق الأحوال. يوافق الفريق الثاني من دون أي قيد أو شرط وسجلّات «البنك» تتمتّع بالقوة الثبوتية المطلقة والتامة فيما يخصّ التعليمات و/أو الأوامر المنفّذة بالنيابة عن الفريق الثاني والمبالغ المترتبة عليها أو أو من القانون في أي حال يشارك الفريق الثاني في أي نوع كان ناشئ عن تنفيذ الأحكام والشروط المنصوص عليها في هذه المادة.

١٣. لا يجوز بأي شكل من الأشكال تحميل «البنك» المسؤولية تجاه الفريق الثاني عن المسؤولية المرجوة بالطريقة المتاحة في حال لم يكن التطبيق متاحاً بالطريقة المرجوة أو لأي سبب كان، بما في ذلك دون الحصر، في ظلّ القيود القانونية، أو بسبب الأعطال في شبكة الاتصالات أو تعطّل الشبكة، أو لأي سبب آخر خارج عن سيطرة «البنك»، ولا فروعه ولا موظّديه المسؤولية في حال وجود

SAVIS0000041

التطبيق وفقاً لإستنسابه المطلق في أي وقت ودون سابق إعلام أو تبليغ للفريق الثاني.

١٥. يحق للفريق الثاني إلغاء إستخدام التطبيق، على ان يبقى الفريق الثاني مسؤولاً عن جميع التعليمات و/أو الأوامر المرسلة بواسطة التطبيق قبل تاريخ إلغائه، حتى لو نفّذ «البنك» التعليمات و/أو الأوامر من بعد تاريخ إلغاء إستخدام التطبيق من قبل الفريق الثاني. ويتوجّب على الفريق الثاني إعلام «البنك» خطياً بإلغاء التطبيق.

١٦. يكون التطبيق بما في ذلك الصور، والنصوص، والشعارات، والجداول، والصور الفوتوغرافية والأيقونوغرافية والمستندات القابلة للتحميل من التطبيق، خاضعًا للقانون اللبناني والدولي حول حق النشر والتأليف والملكية الفكرية. وبالتالي يكون محظرًا بشكل تام إعادة إنتاج أو إستعمال التطبيق أو أي جزء من هذا الأخير، بأي وسيلة كانت، ما لم يتم الموافقة على خلاف ذلك خطيًا من قبل «البنك». ويكون استخدام التطبيق خاضعًا للقوانين والأنظمة اللبنانية السارية المفعول وأنظمة مصرف لبنان. لا يمكن بأي شكل من الأشكال تحميل «البنك» المسؤولية عن أي مخالفة لأي من الأنظمة المحلية.

١٧. يخضع التطبيق إلى جميع العقود، والنماذج والمستندات والطلبات، الخ... الموقّعة من قبل الفريق الثاني لدى «البنك» في كل ما لا يتعارض مع مندرجات الأحكام والشروط المذكورة في هذه المادة.

١٨. يحق لـ«البنك» تعديل شروط وأحكام هذه المادة وفقاً لإستنسابه المطلق وفي أي وقت، دون حاجة الى موافقة الفريق الثاني على ذلك. ويعتبر استخدام الفريق الثاني للتطبيق موافقة صريحة ونهائية على جميع الأحكام والشروط المنصوص عنها في هذه المادة كما وفي أي تعديل قد يحصل لاحقا.

١٩. تطبّق أحكام هذه المادة بالإضافة إلى مواد العقد الحاضر الأخرى على استعمال أي تطبيق عائد لـ«البنك» على هاتف جوال شخص ثالث (واحد أو أكثر) تم بناءً على تعليمات بهذا الخصوص صادرة عن الفريق الثاني. ففي هذه الحال، يقرّ ويؤكّد الفريق الثاني لـ«البنك» أنه المسؤول الوحيد تجاه «البنك» عن كل ما ينتج عن أي استعمال لأي تطبيق عائد لـ«البنك» على هاتف جوال أي شخص ثالث (واحد أو أكثر) بناءً على طلب الفريق الثاني من أي نوع كان، ويتعهد الفريق الثاني بتنفيذ تجاه «البنك» كافة الالتزامات الناتجة عن استعمال لأي تطبيق عائد لـ«البنك» بمعزل عن أية خلافات قد تنشأ بينه وبين أي شخص ثالث تم استعمال التطبيق على هاتفه الجوال بناءً على طلب الفريق الثاني. إن موجبات والتزامات الفريق الثاني و/أو أي شخص ثالث تم استعمال أي تطبيق عائد لـ«البنك» على هاتفه الجوال بناءً على طلب الفريق الثاني، هي متكافلة ومتضامنة.

المادة ٥٩: يحق للفريق الأول ووفقاً لإستنسابه المطلق إستخدام واعتماد جميع الطرق والوسائل للتحقق من أن التعليمات و/أو الطلبات المرسلة اليه بكافة الوسائل المنصوص عنها في العقد الحاضر، هي صادرة عن الفريق الثاني، لا سيما طريقة التحقق الـ Biometric. وفي هذه الحالة، إن إعتماد هذه الطرق والوسائل تشكل وسيلة اثبات نهائية وتامة وحاسمة وقاطعة وغير قابلة للنقض من ان هذه التعليمات و/أو الطلبات صادرة عن الفريق الثاني.

المادة ٦٠: إن قيود «البنك» يكون لها وحدها القوة الثبوتية تجاه الجميع، وفي حال التباين بين قيود «البنك» وقيود الفريق الثاني تعتبر قيود «البنك» هي الصحيحة ويعتد بها وحدها تجاه الجميع.

المادة ٦١: في حال صدور حكم أو قرار من أية درجة من درجات المحاكم، ضد الفريق الثاني فباستطاعة «البنك» أن ينفذ هذا الحكم أو القرار وفقاً لاختياره، إما على جميع حقوق وممتلكات مدينه المنقولة وغير المنقولة معاً، واما على كل من هذه الحقوق والممتلكات المذكورة على حدة متبّعاً الترتيب الملائم له حتى ولو كان القانون ينص على ترتيب مخالف لذلك، إذ أن الفريق الثاني يتنازل مقدماً عن إثارة أي اعتراض بهذا الخصوص.

المادة ٦٢: يجيز الفريق الثاني لـ«البنك» أن يمسك عملياته ويستخرج حساباته وأوضاعه والمعلومات المتعلّقة به وبعلاقته بـ«البنك» لدى شركات مختصة، ويصرّح بموافقته على إعطاء مستخدمي تلك الشركات حق الاطّلاع بحكم وظيفتهم على تلك الحسابات والأوضاع والمعلومات. ويوافق الفريق الثاني على أن تعتبر الصور الفوتوغرافية أو الميكروفيلمز التي قد يأخذها «البنك» عن أية مستندات أياً كانت، كالمستندات الأصلية تماماً، وعلى أن تشكّل إثباتاً كافياً وكاملاً تجاه الفريق الثاني بالنسبة للبيانات التي تتضمنها.

المادة ٦٣: في حال إصدار الفريق الثاني شيكات دون مؤونة أو دون مؤونة كافية أو في حال ارتكابه خطأً ما في توقيع أو تفقيط شيك أو في حال منع «البنك» من دفع شيك في غير الحالات المنصوص عنها في المادة ٤٢٨ تجارة، تطبّق كافة أحكام قرار مصرف لبنان رقم ٥٩١٣ تاريخ ١٩٩٥/٦/٢٣، والأحكام والتعاميم التي تصدر لاحقاً ويوافق الفريق الثاني منذ الآن ومسبقاً وبصورة غير قابلة للرجوع على التنازل عن السرية المصرفية لغاية تطبيق أحكام نظام المصلحة المركزية للعملاء المتخلفين عن الإيفاء.

المادة ٦٤: في حال استحصال الفريق الثاني على شهادات إيداع يصدرها «البنك» تطبّق النصوص والأحكام المرعية الإجراء وقرارات وتعاميم مصرف لبنان النافذة في حينه وأحكام العقد الموقع مع «البنك» بهذا الخصوص فضلاً عن الأصول المطبقة في هذا الشأن لدى «البنك».

المادة ٦٥: يصرّح الفريق الثاني إنّه إطّلع على أحكام المادّة الأولى من القرار الأساسي رقم ٧٧٧٦ تاريخ ٢٠٠١/٢/٢١ والمعدّل بموجب القرار الوسيط رقم ١٣٠٨٧ تاريخ ٢٠١٩/٧/١٨، وبالتالي يتعهّد الفريق الثاني بالتّقيد بهذه الأحكام وبتزويد «البنك» في الثلاثين من حزيران من كل سنة ببياناته الماليّة المدقّقة وفقاً للأصول، على أن تكون الميزانيات وحسابات الأرباح والخسائر وبيان التدفقات النقديّة مطابقة لتلك المقدّمة إلى الإدارة الضريبيّة وممهورة من قبلها بعبارة «صورة طبق الأصل»، بالإضافة إلى التصريح المقدم إلى وزارة المالية. تحت طائلة اعتبار كافّة التسهيلات المترتبة بذمّة الفريق الثاني لصالح «البنك» أصلاً وفوائد ولواحق وعمولات، مستحقة الأداء دفعة واحدة فوراً وحكماً دون حاجة إلى أيّ إنذار أو إخطار أو أيّة معاملة قضائيّة أو غير قضائية.

ويحق لـ«البنك» قيد على حساب الفريق الثاني قيمة اي مبلغ او تعويض من اي نوع كان يفرضه مصرف لبنان عليه بسبب اخلال الفريق الثاني بتعهداته المذكورة في هذه المادة، دون ان يكون للفريق الثاني الحق بالاعتراض على صحة إلزامه بدفعه، وتشكل هذه المبالغ دين مستحق بذمة الفريق الثاني تجاه «البنك» مهما بلغت قيمتها.

المادة ٦٦: إذا جرت بحق الفريق الثاني أيّة دعاوى أو مطالبات أو إجراءات أو قرارات حظر من قبل أي شخص طبيعي أو معنوي أو مؤسسات أو هيئات حكومية أو غير حكومية، محلية كانت أو أجنبية أو دولية، يحق لـ«البنك» فسخ جميع العقود الموقعة في ما بينه وبين الفريق الثاني وإقفال جميع حسابات هذا الأخير الدائنة و/أو المدينة.

المادة ٦٧: تنفيذاً للقانون رقم ٤٣ تاريخ ٢٠١٥/١١/٢٤ المتعلق بتبادل المعلومات الضريبية، وتنفيذاً لقانون الإمتثال الضريبي الأميركي على الحسابات الأجنبية (FATCA)، يجيز الفريق الثاني لـ«البنك» رفع السرية المصرفية تجاه ايه سلطات ضريبية، وإعطاء هذه الأخيرة المعلومات والمستندات المطلوبة عنه وعن حساباته وعلاقاته وعملياته مع «البنك».

ولهذه الغاية، يفوض الفريق الثاني «البنك» بإعلام السلطات الضريبية المذكورة دورياً عن الحسابات العائدة له لدى «البنك» ولدى مجموعات المؤسسات المصرفية والمالية التابعة لـ«البنك».

المادة ٦٨: تكون محاكم بيروت وحدها صالحة للنظر في كل قضية أو نزاع يقام من قبل الفريق الثاني بوجه «البنك» غير أنه يكون لـ«البنك» أن يختار ملاحقة الفريق الثاني و/أو كفلائه إما لدى محاكم بيروت ودوائر التنفيذ فيها و/أو محاكم محل إقامة الفريق الثاني و/أو كفلائه و/أو موقع العقار أو المؤسسة التجارية موضوع التنفيذ ويمتنع الفريق الثاني عن إثارة أي دفع يتعلق بعدم الصلاحية مدلياً بأن مكان إقامته أو مسكنه يختلف وجودهما عن محل إقامته المختار.

المادة ٦٩: اختار الفريق الثاني محل إقامة مختار لتلقي كلّ إشعار أو بيان أو رسالة أو تبليغات قضائية أو إجراءات قانونية أو دعاوى أو أحكام على العنوان المبين في مطلع هذا العقد. وتعتبر المراسلات والإشعارات والتبليغات المرسلة الى العنوان المتخذ كمحل إقامة مختار و المبين في مطلع هذا العقد، تامة بمجرد التثبيت عند الاقتضاء من كون الإرسال قد تم.

ويتعهد الفريق الثاني بإبلاغ «البنك» في حال تبديل محل الإقامة المختار خلال مهلة أسبوع على الأكثر من تاريخ هذا التبديل وذلك بواسطة إرسال كتاب مضمون الى مركز «البنك» الرئيسي الكائن في شارع عبد العزيز، الحمرا، بيروت - دائرة خدمة الزبائن.

المادة ٧٠: يحقّ لـ«البنك» اعتماد الوسيلة والطريقة التي يراها مناسبة لتبليغ الفريق الثاني أي مستند كان، كما يحق لـ«البنك» تبليغ الفريق الثاني هذه المستندات عبر أي شخص من الأشخاص المذكورين في المادة ٤٠٠ وما يليها من قانون أصول المحاكمات المدنية، ويتنازل الفريق الثاني منذ الآن ولهذه الغاية عن التذرع بأحكام السرية المصرفية تجاه «البنك» لجهة وسيلة وطريقة التبليغ التي قد يختارها هذا الأخير.

المادة ٧١: في حال كان الفريق الثاني في هذا العقد مؤلفاً من أكثر من شخص واحد، تكون جميع الموجبات التي التزم بها الفريق الثاني في هذا العقد قائمة بالتكافل والتضامن ودون تجزئة بين جميع الأشخاص الذين يتكوّن منهم هذا الفريق.

المادة ٧٢: في حال الاختلاف في مضمون هذا العقد بين اللغتين العربية والانكليزية يعتدّ بالنص المنظم في اللغة العربية وحده.

حرر هذا العقد على نسختين أصليتين ووُقّع من قبل الفريقين الأول والثاني في

بتاريخ / /

الفريق الأول | بنك الموارد ش.م.ل.

الفريق الثاني | صاحب الحساب و/أو حامل البطاقة

٠٢٦٣٧٧٦٣

CAPITAL L.L. 36 000 000 000 FULLY PAID, LIST OF BANKS 101, R.C.B. 42600
P.O Box 113-6260 / 1103 2110 BEIRUT, LEBANON
PHONE: +961.1.734040 - FAX: +961.1.744277

رأس المال 000 000 000 36 ل.ل. مدفوع بكامله، لائحة المصارف رقم 101، سجل تجاري بيروت رقم 42600
صندوق بريد 113-6260 / 2110 1103 بيروت، لبنان
هاتف: 961.1.734040+ - فاكس: 961.1.744277+



## List of Customer's Rights and Duties

**In reference to Banque du Liban Basic Circular 134, below is the list of Customer's rights and duties.**

### Customer's Rights

1. To take cognizance of the terms, conditions, and details of the product or service, and to request ample explanations to be sure that he/she has understood them and can abide by them.
2. To obtain from the concerned employee a professional, clear, ample and simplified explanation about the financial services and products with different risk levels.
3. To obtain from the concerned employee a professional and clear answer to any question concerning an ambiguous clause or condition.
4. To request the use of Arabic in any document, correspondence or transaction with the bank.
5. To request to read and obtain in advance a copy of each document and text referred to in any contract to be signed with the bank.
6. To obtain and retain a copy of the contracts and documents signed by the customer without bearing any additional cost.
7. To request the bank to determine the actual cost of the product or service, including the actual insurance cost and the computational method of the lending or deposit interest rate.
8. To choose freely an insurance company among, at least, five companies that are accepted by the bank and mentioned in a written list, in case obtaining the product or service is contingent upon the submission of an insurance policy to the bank.
9. To obtain any product or service, provided it is suitable with the customer's request, profile and perception of the likely financial risks associated with the product or service.
10. To obtain, for each product or service, a periodic detailed statement of account.
11. To refuse to sign a blank or incomplete form and make sure all the required fields and figures in the form to be signed by the customer are correct and complete.
12. To submit a claim about any service or product, and request from the bank an explanation on the claim submission procedure, the time limit needed to be notified of the claim outcome, and the mechanism applied to submit the claim to other authorities whenever the customer is not convinced of the claim outcome.

For more information, please call our hotline on 1210 or email us on: customer.service@ambank.com
Or fill out the feedback form on the bank's website
www.ambank.com
Or on the I-Pad in the branch

<div dir="rtl">

## لائحة حقوق وواجبات العميل

**بالإشارة إلى التعميم الأساسي الصادر عن مصرف لبنان تحت الرقم ١٣٤، نورد في ما يلي لائحة بحقوق وواجبات العميل:**

### حقوق العميل

١. الاطلاع على أحكام وشروط وتفاصيل المنتج أو الخدمة وطلب الإيضاحات الوافية عنها للتأكد من فهمها والقدرة على الإلتزام بها.

٢. الحصول على شرح واضح وواف ومبسط من قبل الموظف المعني عن الخدمات والمنتجات المالية التي تحتوي على مستويات مختلفة من المخاطر.

٣. الحصول على إجابة عن أية أسئلة بشأن أي بند أو شرط غير واضح من قبل الموظف المعني وذلك بطريقة مهنية وواضحة.

٤. الطلب بأن تكون اللغة العربية معتمدة في أي مستند أو مراسلة أو معاملة مع المصرف.

٥. طلب الاطلاع والاستحصال مسبقاً على نسخة من كل مستند ووثيقة ونص مشار إليه في أي عقد منوي توقيعه مع المصرف.

٦. الحصول على نسخة من العقود والمستندات الموقعة منه مع الإحتفاظ بها من دون تحميله أي كلفة إضافية.

٧. الطلب من المصرف تحديد الكلفة الفعلية للمنتج أو للخدمة بما فيها الكلفة الفعلية للتأمين وطريقة احتساب الفائدة الدائنة أو المدينة.

٨. حرية اختيار شركة التأمين من بين خمس شركات، على الأقل، مقبولة من المصرف ومبينة في لائحة خطية وذلك إذا كان الحصول على المنتج أو الخدمة مشروطاً بتقديم بوليصة تأمين إلى المصرف.

٩. الحصول على أي منتج أو أي خدمة إذا كان ذلك يتلاءم مع طلبه وخلفيته ومقدرته على استيعاب المخاطر المالية المحتملة لهذا المنتج أو الخدمة.

١٠. الحصول دورياً على كشف مفصل لكل حساب مرتبط بمنتج أو بخدمة.

١١. عدم التوقيع على نماذج فارغة أو غير مكتملة والتأكد من أن كافة الحقول المطلوبة والأرقام في النماذج التي تقدم له للتوقيع صحيحة ومكتملة.

١٢. إمكانية تقديم مراجعة بخصوص أي خدمة أو منتج والطلب من المصرف شرح كيفية تقديم المراجعة والمهلة الزمنية لإبلاغه بالنتيجة وآلية رفع هذه المراجعة إلى مراجع أخرى في حال عدم الاقتناع بالمعالجة المعروضة عليه.

للمزيد من المعلومات، يرجى الإتصال على الخط الساخن ١٢١٠
أو إرسال بريد إلكتروني على العنوان التالي:
customer.service@ambank.com
أو تعبئة النموذج الخاص بالمراجعات الموجود على الموقع الالكتروني للمصرف www.ambank.com
أو على جهاز ال I-Pad بالفرع

</div>

## List of Customer's Rights and Duties

<div dir="rtl">

## لائحة حقوق وواجبات العميل

</div>



## Customer's Duties

1. Provide true, complete and accurate information when filling out any form provided by the bank, and refrain from providing any false information.

2. Disclose all financial obligations when applying for a product or service, without prejudice to the rights conferred to customers by the Banking Secrecy Law.

3. Update the personal information submitted to the bank, on a continuous basis and whenever required to do so.

4. Comply with the terms and conditions governing the chosen service or product.

5. Promptly notify the bank of any unknown operation on his/her account.

6. Provide the bank with his/her home address, work address, email, ordinary mail, and telephone number, and report any change in this information to enable the bank to contact the concerned customer personally and thus guarantee the privacy of information.

## Instructions to the Customer

1. Do not provide any other party, under any circumstances, with any details about your bank account or any other banking or critical personal information.

2. Whenever facing financial difficulties preventing you from meeting your obligations or paying your installments in due time, refer to the bank in order to find out the best options, including the rescheduling of obligations.

3. Be careful when granting a proxy to a third party to complete your banking and financial transactions, by clearly determining the powers delegated under this proxy.

واجبات العميل

١. تقديم معلومات صادقة وكاملة ودقيقة عند تعبئة أي نماذج خاصة بالمصرف والامتناع عن تقديم أي معلومات خاطئة.

٢. الإفصاح عن إلتزاماته المالية كافة عند تقديم طلب للحصول على منتج أو خدمة مع حفظ الحقوق التي يمنحه إيّاها قانون سرية المصارف.

٣. تحديث المعلومات الشخصية المقدمة الى المصرف بشكل مستمر وكلما طلب منه ذلك.

٤. التقيد بالشروط والأحكام التي ترعى الخدمة أو المنتج الذي يستفيد منه.

٥. في حال إكتشافه عمليات مجهولة على حسابه، إبلاغ المصرف بذلك على الفور.

٦. تزويد المصرف بعنوان سكنه وعمله وعنوان بريده الإلكتروني والعادي ورقم هاتفه والابلاغ عن أي تعديل لهذه المعلومات مما يمكن المصرف من الإتصال بالعميل المعني بشكل يؤمن خصوصية المعلومات الخاصة به.

إرشادات للعميل

١. عدم تقديم أية تفاصيل بشأن حسابه المصرفي أو أية معلومات مصرفية أخرى أو شخصية دقيقة، تحت أي ظرف، إلى طرف آخر.

٢. عند مواجهة صعوبات مالية تمنعه من الإيفاء بإلتزاماته أو تسديد أقساطه في الوقت المحدد، مراجعة المصرف بهدف إيجاد الخيارات الأنسب ومنها إعادة جدولة التزاماته.

٣. التنبه عند منح وكالات رسمية للغير لإنجاز معاملاته المصرفية والمالية بحيث يحدد بدقة الصلاحيات الممنوحة بموجب هذه الوكالات.

---

I, the undersigned, hereby acknowledge receipt of the List of Customer's Rights and Duties from AM Bank S.A.L., in compliance with the Basic Circular number 134 issued by Banque du Liban, after having read and understood its content.

Customer's Full Name:_____ Account/Card number: _____ Signature: _____ Date:_____

Branch: _____

أنا الموقع أدناه أصرح وأقر أنني إستلمت من بنك الموارد ش.م.ل. لائحة حقوق وواجبات العميل تطبيقا للتعميم الأساسي الصادر عن مصرف لبنان تحت الرقم / ١٣٤/، بعد أن اطلعت على مضمونها وفهمت محتواها.

إسم العميل الثلاثي:_____ رقم الحساب/البطاقة:_____ التوقيع:_____ التاريخ:_____

فرع:_____

CAPITAL L.L. 36 000 000 000 FULLY PAID, LIST OF BANKS 101. R.C.B. 42600
P.O Box 113-6260 / 1103 2110 BEIRUT, LEBANON.
PHONE: +961.1.734040 - FAX: +961.1.744277

رقم المال 36.000.000.000 ل ل مدفوع بكامله لائحة المصارف رقم 101 سجل تجاري بيروت رقم 42600
عريب 6260-113 / 2110 1103 بيروت لبنان.
هاتف: 734040.961.1+ - فاكس: 744277.1.961+

**AM BANK**
بنك الموارد

## وكالة عامة (تتعلق بالحسابات الدائنة)

السادة بنك الموارد عرب: جوزف عبد الله صو و كاري مادي صو [REDACTED]

نحن الموقعون أدناه _____ بصفتنا أصحاب الحساب الدائن ر_____ المفتوح لدى فرعكم في / _____ ،

نوكل بموجب هذا السند: 1 _____

و _____

و _____

ليقوم و/أو ليقوموا _____ (١) عنا وبإسمنا ولحسابنا تجاه بنك الموارد عرب بإجراء وتوقيع جميع العمليات المتعلقة بالحسابات الدائنة المفتوحة والتي قد تفتح بإسمنا لدى مصرفكم. وتشمل صلاحيات الوكيل ما يلي:

* الإطلاع على حساباتنا كافة والإقرار بصحتها والمصادقة عليها وإبراء الذمّة.
* فتح كل الحسابات الدائنة الفرعية بإسمنا وتسييرها وإيقافها وإقفالها والإقرار بالقبض وإبراء الذمة.
* إجراء جميع الدفعات والسحوبات والتحاويل من أو إلى حساباتنا مع توقيع المستندات اللازمة لهذه الغاية.
* توقيع كل إشعار بالإستلام او بالموافقة عائد لحساباتنا.
* إدغام وتوحيد جميع حساباتنا لديكم وإجراء المقاصة فيما بينها.
* إستلام كشوفات الحسابات والتوقيع عليها وبصورة عامة توقيع كل إشعار بالإستلام أو بالموافقة عائد لحساباتنا.
* إستلام دفاتر الشيكات والإعتراض على دفع الشيكات والتصريح بفقدانها.
* توقيع الشيكات والحوالات والإيصالات والسندات وتجييرها وقبضها.
* تجيير وإيداع الأوراق المالية وسائر المستندات.
* طلب إصدار البطاقات المغنطة الدائنة (Debit Cards) وإستلامها وإستلام الرمز السريّ «PIN CODE» وتفعيلها.
* إجراء جميع المعاملات المتعلقة بالصناديق الحديدية كاستئجارها واستلام مفاتيحها وإنهاء إجارتها وإبراء ذمة المصرف بشأنها.
* تبلغ جميع الإشعارات والكشوفات والدعوات وكافة الأوراق الإدارية.
* رفع السرية عن حساباتنا تجاه السلطات الضريبية الأميركية في كل ما يتعلق بتطبيق قانون الإلتزام الضريبي الأميركي FATCA، وتوقيع جميع المستندات والأوراق والطلبات إنفاذاً لذلك.
* توقيع جميع المستندات وتصاريح الإقامة الضريبية المتعلقة بـ « معايير الإبلاغ المشترك CRS».

وتبقى هذه الوكالة سارية المفعول حتى إنهائها وإلغائها إلغاءً صريحاً وقاطعاً بموجب كتاب خاص إلا يسري مفعوله إلا منذ تاريخ استلامه من قبل المصرف، على أن يثبت تاريخ الإستلام بتوقيع المصرف على الكتاب إشعاراً بالإستلام. ولا يسري مفعول هذا الإنهاء والإلغاء على العمليات التي تمت قبل تاريخ توقيع مصرفكم على استلام كتاب إنهاء وإلغاء هذا التوكيل ولا سيما على الشيكات المسحوبة بتوقيع الوكيل بتاريخ سابق له.

وفي حال منحنا فيما بعد وكالة أو عدة وكالات جديدة دون عزل من نكون قد وكلناهم بموجب هذه الوكالة وفقاً للطريقة المبينة في الفقرة السابقة، فإن الوكالة الحالية يبقى معمولاً بها مع الوكالة أو الوكالات الجديدة، ويكون للوكلاء الذين وكلناهم بموجب وكالات مختلفة، الحق بأن يستعملوا على حدة، كلاً منهم ضمن نطاق الشروط والصلاحيات التي يتضمنها الصك الذي يكون قد وكلناهم بموجبه.

إسم الموكل : (٢) جوزف عبد الله صو التوقيع _____ التاريخ _____

إسم الوكيل : (٣) كارين مادي صو التوقيع _____ التاريخ _____

إسم الوكيل : (٣) _____ التوقيع _____ التاريخ _____

تمّ التوقيع أمامنا:
إسم المدير أو المسؤول وتوقيعه: _____

١) في حال تعدد الوكلاء يقتضي ذكر ما إذا كان عليهم أن يعملوا «متحدين» أو «منفردين».
٢) يجب أن يسبق توقيع الموكل العبارة التالية مكتوبة بخط يده «صالح لأجل توكيل عام».
٣) يجب أن يسبق توقيع الوكيل العبارة التالية مكتوبة بخط يده «مع الموافقة وقبول التوكيل العام».

0056/AM-1

# AM BANK
## بنك الموارد

Capital L.L. 36 000 000 000 Fully Paid, List of Banks 101, R.C.B. 47600
P.O Box 113-6260 / 1103 2110 Beirut, Lebanon
Phone: +961.1.734040 - Fax: +961.1.744277

رأس المال ل.ل. ٣٦ ٠٠٠ ٠٠٠ ٠٠٠ مدفوع بالكامل على لائحة المصارف رقم ١٠١ س.ت.ب ٤٧٦٠٠
ص.ب. 1103 2110 / 113-6260 بيروت، لبنان
هاتف: +961.1.734040 - فاكس: +961.1.744277

## KNOW YOUR CUSTOMER - JOINT

| | | | |
|---|---|---|---|
| **Date** | 03/12/2019 | **Branch** | Jounieh |
| Customer Full Name | JOSEPH ABDALLAH DAOU OR KAREN MARIE JOSEPH DAOU | Customer Full Name on System | JOSEPH DAOU OR KAREN MARIE DAOU |
| KYC ID | 91291 | Core Banking System ID | REDACTED |
| Card System ID | | | |

## PERSONAL INFORMATION

| Individual Name | Individual KYC ID | Individual Equation ID | Relationship Between Account Holder | Relation | Primary Account Holder |
|---|---|---|---|---|---|
| 1 JOSEPH ABDALLAH DAOU | 91220 | | Spouse | OR | Yes |
| 2 KAREN MARIE JOSEPH DAOU | 91288 | | Spouse | | No |

## RESIDENTIAL ADDRESS INFORMATION

| | | | |
|---|---|---|---|
| Residential Status | Owned | | |
| Country | UNITED STATES | State | FLORIDA |
| District | | City | CLEARWATER |
| Zip Code | 33767 | | |
| Street | 200 PALM IS SW | Building | 200 PALM |
| Flat/Floor | GRD | Landline Number | +961000000 |
| Mobile Number | REDACTED | Alternative Landline Number | |
| Alternative Mobile Number | | E mail Address : JOSEPHDAOU@YAHOO.COM | |
| P.O.Box | | Alternative E mail Address : | |
| | | Fax Number | |
| **Do you have an alternative Address?** | No | | |

## FINANCIAL INFORMATION AND SOURCE OF FUND

| | | | |
|---|---|---|---|
| Purpose of Opening Account | To Save, To perform current account activities | | |
| Initial Source of Funds | Check deposit from customer own account at other bank | | |
| Additional Information | JOINT ACCOUNT JOSEPH AND KAREN | | |
| Initial Deposit | 2,000,000.00 USD | Mode of Deposit | Check |
| Real Estate | Land, Building, House | Estimation Amount in USD | 600,000,000.00 |
| Investment | Land, Building, House | Estimation Amount in USD | |
| Financial Instrument | None | Estimation Amount in USD | |
| Expected Annual Inflow In USD | Above $500,001 | Expected Annual Outflow In USD | $250,001 - $500,000 |
| Total Estimated Liabilities in USD | .00 | Total Estimated Assets in USD | 600,000,000.00 |
| Other Bank Relations | None | | |
| Other Bank Products | | | |
| Annual Income | Above $200,000 | Expected transactions | Cash withdrawal, Cash deposit, Inward Crossborder Wiretransfer |
| Source of Wealth | FROM HIS WORK AS OWNER OF COMPANIES | | |
| Account Turnover Source | Interest of deposit | | |

## FATCA

| | | | |
|---|---|---|---|
| US Residency Permit | No | USA 183 days Resident? | |
| Permanent instructions to US? | Yes | | |
| Amount Exchanged in USD | 20,000,000.00 | Reason | IMPORT EXPORT |
| Permanent instructions with | Yes | | |



Joseph Daou

Karen    03/12/2019
X Karen Daou



**AM BANK**
بنك المــوارد

CAPITAL L.L. 36 000 000 000 FULLY PAID, LIST OF BANKS 101, R.C.B. 47600
P.O BOX 113-6260 / 1103 2110 BEIRUT, LEBANON
PHONE: +961.1.734040 - FAX: +961.1.744277

| other? | | | |
|---|---|---|---|
| Amount Exchanged in USD | 20,000,000.00 | Reason | IMPORT EXPORT |
| US Customer Name (As appear on W Forms) | JOSEPH DAOU | Social Security Number | REDACTED |
| Transactions to/from US | Permanent | | |

## REFERRAL INFORMATION

| | | | |
|---|---|---|---|
| Introduced By | Employee | Referral Name | Youssef Hanna El-Khoury |
| CSO Name | Mary Azzi | Date of Customer Onboarding | December 3, 2019 |
| Branch Managers Names | Chirine Aoun | Branch Compliance Officer Name | Eliana Hrawi |
| Client Holder of Credit File | No | | |
| Account Officer | | | |

## HOW DOES THE CLIENT WANT TO COMMUNICATE WITH US?

Mobile          REDACTED               E-Mail: JOSEPHDAOU@YAHOO.COM

Hobbies

## ADDITIONAL INFORMATION

Account Managed by Proxy

| Type | KYC ID | KYC Name | Issuance Date | Expiry Date | Review Date | Relation | Reason | Account Number |
|---|---|---|---|---|---|---|---|---|
| General internal Proxy | 91222 | STEPHAN HANNA HANNA GERGIS | 03/12/2019 | 03/12/2022 | 03/11/2022 | Family | CLIENT LIVING ABROAD | |

We, the undersigned, upon our complete responsibility, hereby certify, that all the information stated above, including the information related to the beneficial rights owner, are complete, true & correct.

We undertake to advise the bank of any change to the information provided above. We also undertake to advise the bank of all operations effected on the account if We are not the beneficial owner of the amounts deposited.

We authorize AM BANK S.A.L. to send all correspondance, notices, and statements of accounts to the following address , and in this respect we waive our rights under banking secrecy law mentioned in article No. 2, law of 3 September 1956.

Name   JOSEPH ABDALLAH DAOU                    Signature _(signature)_ USA  Date Dec/17/19

Name   KAREN MARIE JOSEPH DAOU                 Signature _(signature)_ Date Dec/17/19

Name and Authentication of Branch Customer Service Officer Mary Azzi

03/12/2019



CAPITAL L.L. 36 000 000 000 FULLY PAID, LIST OF BANKS 101, R.C.B. 47600

P.O. BOX 113-6260 / 1103 2110 BEIRUT, LEBANON
PHONE: +961.1.734040 - FAX: +961.1.744277

رقم في السجل التجاري 47600 رقم على لائحة المصارف رقم 101 - رأس المال المدفوع بالكامل
ص.ب 113-6260 / 2110 1103 بيروت، لبنان
هاتف: 734040 .1 .961+ - فاكس: 744277 .1 .961+

Name and Authentication of Branch Compliance Officer Eliana Hrawi

Name and Authentication of Branch Manager Chirine Aoun



التعليمات بواسطة البريد الإلكتروني / شبكة الإنترنت / E-banking / Mobile Banking

إسم العميل (صارى): _____

إسم الأم: _____

تاريخ الولادة: _____

رقم الحساب/البطاقة: _____

رقم الهاتف: _ال قم المدون على نموذج اعرف عميلك

عنوان البريد الإلكتروني: العنوان المدون على نموذج اعرف عميلك

جانبي بنك الموارد م.م.،

جئنا بموجبه نطلب صراحةً منكم ونفوضكم تفويضاً صريحاً وثابتاً بأن تنفذوا كافة التعليمات و/أو الطلبات التي نرسلها إليكم ونبلغكم إياها بواسطة بريدنا الإلكتروني و/أو بواسطة شبكة الإنترنت و/أو بواسطة E-Banking و/أو بواسطة Mobile Banking والتي قد تشمل أي عملية مصرفية من أي نوع كان ومن أية طبيعة كانت، بما في ذلك على سبيل المثال دون الحصر أوامر التحويل، أو عمليات القطع من أي نوع كانت وبكافة العملات، أو السحوبات وفتح الحسابات الفرعية من أي نوع كانت الخ... ونصرّح ونؤكد لكم بأننا نلتزم حرفياً ونهائياً بالتعليمات والطلبات التي نرسلها اليكم ونبلغكم إياها على الوجه المبين أعلاه.

كما أننا ومن أجل تسهيل عملياتنا المصرفية وتسريعها، نطلب منكم أن تبلغوننا بواسطة جميع الوسائل المعددة أعلاه وعلى كامل مسؤوليتنا كافة الإشعارات والكشوفات والسويفت المتعلقة بعملياتنا حساباتنا بما في ذلك كافة المراسلات التي تنشأ فيما بيننا وبينكم.

وبالتالي، فإننا نعفيكم بموجبه منذ الآن من أية مسؤولية عليكم من جراء تنفيذ تعليماتنا و/أو طلباتنا المبلغة منكم بواسطة البريد الإلكتروني و/أو بواسطة شبكة الإنترنت و/أو بواسطة E-Banking و/أو بواسطة Mobile Banking، وبشكل خاص فيما يتعلق بالمبالغ، وبأسعار القطع المطبقة وبالتحاويل والسحوبات وبأية تعليمات و/أو طلبات صادرة عنّا مهما كان نوعها ومهما كانت طبيعتها، الخ...، كما أننا نقر ونؤكد بأنّ مجرّد تنفيذكم لتعليماتنا وطلباتنا المرسلة اليكم والمبلغة منكم على الوجه المذكور أعلاه يُشكّل إثباتاً حاسماً ونهائياً وقاطعاً بأنّ هذه التعليمات و/أو الطلبات صادرة عنّا.

كما أننا نؤكد مسؤوليتنا المطلقة والشاملة والنهائية عن الرسائل الإلكترونية المرسلة اليكم والمبلغة منكم بواسطة البريد الإلكتروني و/أو بواسطة شبكة الإنترنت و/أو بواسطة E-Banking و/أو بواسطة Mobile Banking وعن محتوياتها وعن مضمونها، ونكون وحدنا مسؤولين عن أي تزوير، أو عملية قرصنة، أو تحريف أو تحوير قد يحصل في هذا المجال، إذ أن جميع المخاطر من جراء إستعمال الوسائل المذكورة أعلاه على عاتقنا وحدنا دونكم. كما نؤكد لكم أن الرسائل الإلكترونية المرسلة اليكم والمبلغة منكم على الوجه المبين آنفا تشكل البينة القاطعة والكاملة على التعليمات والطلبات التي نعطيها لكم. ويحق لكم إستعمال هذه الرسائل الإلكترونية كبينة نهائية تجاهنا أمام أية مراجع رسمية أو غير رسمية، قضائية أو غير قضائية، إذ أننا نعتبرها بمثابة مستندات أصلية. كما إننا ندرك كافة المخاطر التي قد تترتب على هذه الوسائل من الاتصالات، متحملين جميع المخاطر التي ترافق هذه الوسائل من الإتصالات على سبيل المثال وليس الحصر المخاطر الناجمة عن الأخطاء بالإرسال أو عن سوء فهم أو الأخطاء من قبلكم سواء فيما يتعلق بوريدنا أو بعنوان بريدنا الإلكتروني، أو في حال إفشاء أو إنكشاف الرمز السري العائد لنا الخ...، وبالتالي نعفيكم منذ الآن بشكل نهائي غير قابل للرجوع عنه وغير قابل للنقض من أي التزام أو مسؤولية من أي نوع كانت.

Joe josephdaon

Karen
X Kari Doon

03/12/2019

3

كما نؤكّد لكم بأنه يمكنكم رفض التعليمات والطلبات الواردة بالوسائل المشار اليها أعلاه وفقاً لإستنسابكم المطلق، إذ أن طلباتنا وتعليماتنا هذه لا تشكل بأي حال من الأحوال التزاماً عليكم. هذا وتعلمكم بموافقتنا على تفاضيكم عمولة تحددونها وفقاً لإستنسابكم المطلق، وتقيّدونها شهرياً و/أو على كل عملية يتم تنفيذها من قبلكم بواسطة الوسائل المذكورة أعلاه.

كما نتعهّد بموجبه ونتيجة لتعاملنا معكم بواسطة الوسائل المشار اليها أعلاه، بأننا نأخذ على عاتقنا أمر متابعة حركة حساباتنا لديكم ومراجعة أرصدتها بصورة مستمرة. وفي مطلق الأحوال، إننا نوافق بدون تحفظ منذ الآن على أن يكون لقيودكم ودفاتركم القوة الثبوتية المطلقة والكاملة للعمليات المنفذة لحسابنا وللمبالغ المتوجبة لنا أو علينا تجاهكم، متنازلين منذ الآن عن حقنا في الإعتراض على هذه الأرصدة. كما نتنازل منذ الآن عن أية منازعة من أي نوع كانت حول تنفيذ مضمون هذا الكتاب.

التاريخ:

إسم العميل (الثلاثي):

التوقيع:



**AM BANK**
بنك الموارد

---

| Client's Full Name: | JOSEPH ABDALLAH DAOU OR KAREN MARIE JOSEPH DAOU | | |
| --- | --- | --- | --- |
| Mother's Name: | | | |
| Date of Birth: | | Account/Card Number: | REDACTED |
| Phone Number: | the number as stated on the KYC | E-Mail Address: | the address as stated on the KYC |

To AM Bank S.A.L.
We do hereby expressly and firmly request and authorize you to execute all of the instructions and/or orders that we give and notify you from our e-mail address and/or via Internet and/or through E-Banking and/or through Mobile Banking services, which may include any banking transaction of any type and any nature whatsoever, including but not limited to: transfer orders, forex operations of any type and in any currency whatsoever, withdrawals, opening of account suffixes of whatever kind, etc. We also declare and confirm that we strictly and definitively abide by the instructions and orders we give and notify you, as mentioned here-above.

We would also like to make our banking transactions easier and faster, and hence we request that you send us through all the above-mentioned means and on our entire responsibility all advices, statements and swift related to our account transactions, including all correspondence arising between us.

Therefore, we hereby release you from any liability in connection with the execution of our instructions and/or orders given to you by e-mail and/or via Internet and/or through E-Banking and/or through Mobile Banking services, and in particular, concerning the amounts, applicable exchange rates, transfers, withdrawals and any instructions and/or orders of any type or nature whatsoever given by us, etc. We also acknowledge and confirm that the mere execution of our instructions and orders given and notified to you as mentioned here-above, represents irrefutable, conclusive and absolute evidence attesting that these instructions and/or orders were given by us.

We also confirm our absolute, total and entire responsibility in regards to the electronic messages which are sent and notified to you by e-mail and/or via Internet and/or through E-Banking and/or through Mobile Banking services, together with their content and context. We are solely liable for any potential forgery, hacking Net, misconstruction or alteration because we solely bear the full liability for all risks entailed by the use of the above-mentioned means. We also confirm that the electronic messages sent and notified to you, as mentioned here-above, represent sufficient and irrefutable evidence of the instructions and orders we give you. You may use these electronic messages as irrefutable and conclusive evidence towards us before any official, non-official, judicial or extra-judicial authority, since we consider them as original documents. We are also aware of all risks, which could result from these means of communication, and we bear all risks associated with these means of communication including without limitation the risks resulting from errors in transmission, misinterpretation, or your errors, either with regards to our ID or email address, or in the event of revelation or discovery of our password, etc. We henceforth, irrevocably and undisputedly release you from any liability or responsibility of whatsoever nature and kind.

*[signatures]* 03/12/2019

We also confirm that you may refuse the instructions and orders received through the aforementioned means, at your sole discretion, since under no circumstances shall these instructions and orders be deemed binding upon you. Moreover, we would like to inform you about our consent to your collection of a fee you determine, at your absolute discretion, to be charged monthly and/or for every transaction you execute through the above-mentioned means.

As a result of our dealing with you through the above-mentioned means, we hereby undertake to take the responsibility for following up the activity of our accounts opened with you and to always control their balances. In all cases, we agree, henceforward, without any reservations, that your entries and books have absolute and complete probative force in regards to the transactions executed on our behalf and the amounts due to or by us towards you, having henceforth waived our right to contest these balances. We also waive any dispute of any type whatsoever arising out of the execution of this letter content.

Date:

Client's Full Name:
JOSEPH ABDALLAH DAOU OR KAREN MARIE JOSEPH DAOU

Signature:

03/12/2019

5

# AM BANK
## بنك الموارد

The following accounts and services are subject to the terms and conditions mentioned in the General Agreement signed between the account holder and AM Bank SAL

الحسابات والخدمات التالية تخضع للشروط والأحكام المرفقة في عقد التعامل الموقع فيما بين صاحب الحساب وبنك الموارد ش.م.ل.

### ACCOUNT OPENING FORM

**Account Number**

رقم حساب

To fill with First name, Father's name and Family name

تعبئة الاسم، إسم الأب، والشهرة

◯ Individual account in the name of

◯ حساب فردي باسم

◉ Joint account (or)　◯ Solidary account (and)

◯ حساب مشترك (أو)　◯ حساب تضامني (و)

In the names of　**JOSEPH DAOU OR KAREN MARIE DAOU**

باسمنا

◯ Minor account in the name of

◯ حساب قاصر باسم

By the power of the proxy assigned to

بموجب وكالة منظمة باسم

Date of proxy

تاريخ الوكالة

**Account details**

**تفاصيل الحساب**

| | | |
|---|---|---|
| Account type **EF** | Currency **USD** | العملة |
| Account type | Currency | العملة |

نوع الحساب
نوع الحساب

### SERVICES ON ACCOUNT

(Sign the corresponding forms for the below services)

(يجب توقيع النماذج المخصصة لهذه الخدمات)

| | Yes | No | | نعم | كلا | |
|---|---|---|---|---|---|---|
| Online & mobile banking | Yes | No ✓ | | نعم | كلا | الخدمة المصرفية الالكترونية |
| Utility bills domiciliation on account | Yes | No ✓ | | نعم | كلا | توطين الفواتير على الحساب |
| Save the pennies | Yes | No ✓ | | نعم | كلا | كلي حسابك يكبر معنا |
| E-statement of account | Yes | No ✓ | | نعم | كلا | كشوفات الحساب الالكترونية |

### DEBIT CARDS

◯ MasterCard Standard　　◯ Visa Electron

◯ ماستركارد ستاندرد　　◯ فيزا الكترون

◯ Visa Platinum　　◯ Visa Platinum Youth

◯ فيزا بلاتينيوم　　◯ فيزا بلاتينيوم يوث

Linked to primary account No.

متصلة بالحساب الأساسي رقم

and secondary account No.

والحساب رقم

Supplementary card in the name of

بطاقة إضافية باسم

Mobile number to receive SMS notification of supplementary card transactions

رقم الهاتف الخلوي لاستلام الرسائل القصيرة الخاصة بالعمليات المجراة من خلال البطاقة الإضافية

### CLIENT(S) SIGNATURE

| | | | | | |
|---|---|---|---|---|---|
| Date | | التاريخ | Date | | التاريخ |
| Name | JOSEPH DAOU OR KAREN MAE | الإسم | Name | | الإسم |
| Signature | *Josephadaou* | التوقيع | Signature | | التوقيع |

| | | | | | |
|---|---|---|---|---|---|
| Date | | التاريخ | Date | | التاريخ |
| Name | | الإسم | Name | | الإسم |
| Signature | × Karen Daou | التوقيع | Signature | | التوقيع |

1

**AM BANK**
ﺑﻨﻚ ﺍﻟﻤﻮﺍﺭﺩ

FOR BANK USE ONLY

Name of the employee who is contributing to acquire the account

Bank officer's comments

Date

Bank officer's name

Signature

Manager's comments:

Date

Manager's name

Signature

**AM BANK**

بنك الـمـوارد

P.O. Box 113-6260 / 1103 2110 Beirut, Lebanon
Phone: +961.1.734040 - Fax: +961.1.744277

‏بنك الموارد ش.م.ل. (ش.م.ل.) رقم السجل التجاري 42600
حسب رقم 113-6260 / 1103 2110 بيروت، لبنان
هاتف: +961.1.734040 - فاكس: +961.1.744277

## KNOW YOUR CUSTOMER - INDIVIDUAL

| | | | |
|---|---|---|---|
| **Date** | 03/12/2019 | **Branch** | Jounieh |
| Customer Full Name | KAREN MARIE JOSEPH DAOU | Customer Full Name on System | KAREN MARIE DAOU |
| Customer Category Type | Normal | | |
| KYC ID : 91288 | | | |

Core Banking System ID :          Card System ID :

## PERSONAL INFORMATION

| | | | | |
|---|---|---|---|---|
| Title | Mrs. | Gender | Female | |
| First Name | KAREN MARIE | | | الإسم |
| Last Name | DAOU | | ضو | الشهرة |
| Father Name | JOSEPH | | جوزيف | إسم الأب |
| Mother Name | PATRICIA | | باتريسيا | إسم الأم |
| Mother Maiden Name | MAZRAANI | | مزرعاني | شهرة الأم |
| Date of Birth | 20/07/1963 | Place of Birth | MISSOURI USA | |
| Country of Birth | UNITED STATES | Main Nationality | AMERICAN | |
| Identification Type | Passport | Other Nationality | | |
| Civil Register Place | | Civil register Number | | |
| Passport Number | REDACTED | Place of Issuance | UNITED STATES DEPARTMENT OF STATES | |
| Country of Issuance | UNITED STATES | Expiry Date | 12/04/2026 | |
| Date of Issuance | 13/04/2016 | | | |

## FAMILY INFORMATION

| | | | |
|---|---|---|---|
| Family Status | Married | Spouse Nationality | |
| Spouse Name | JOSEPH DAOU | Number of Dependents | |
| Number of Children | 3 | | |
| Comments | | | |

## RESIDENTIAL ADDRESS INFORMATION

| | | | |
|---|---|---|---|
| Is Resident? | No | | |
| Residential Status | Owned | | |
| Country | UNITED STATES | State | FLORIDA |
| District | | City | CLEARWATER |
| Zip Code | 33767 | | |
| Street | 200 PALM IS SW | Building | 200 PALM |
| Flat/Floor | GRD | Landline Number | +96100000 |
| Mobile Number | REDACTED | Alternative Landline Number | |
| Alternative Mobile Number | | E mail Address: KDAOU@YAHOO.COM | |
| P.O.Box | | Alternative E mail Address : | |
| | | Fax Number | |
| **Do You Have an Alternative Address?** | No | | |

## PROFESSIONAL INFORMATION

| | | | |
|---|---|---|---|
| Professional Status | Unemployed | PEP Classification | Not a PEP |
| Line of Business | | | |
| Education | Graduate | | |
| Country of Income Source | UNITED STATES | | |

X Karun Daou          03/12/2019

1



**AM BANK**

بنك الـمـوارد

P.O Box 113-6260 / 1103 2110 Beirut, Lebanon
Phone: +961.1.734040 - Fax: +961.1.744277

من ش.ع. ش.م.ل بنك مؤرد ش.م.ل، الصفة المسجلة، رقم 113
من 113-6260 / 1103 2110 بيروت، لبنان
هاتف: +961.1.734040 - فاكس: +961.1.744277

| | |
|---|---|
| Do you have any additional income? | No |

## FINANCIAL INFORMATION AND SOURCE OF FUND

| | | | |
|---|---|---|---|
| Purpose of Opening Account | To Save, To perform current account activities | | |
| Initial Source of Funds | From relative work (Husband, Son,--) | | |
| Additional Information | JOINT ACCOUNT WITH JOSEPH DAOU | | |
| Initial Deposit in USD | 1,000,000.00 USD | Mode Of Deposit | Check, Transfer |
| Real Estate | None | Estimation Amount in USD | |
| Investment | None | Estimation Amount in USD | |
| Financial Instrument | None | Estimation Amount in USD | |
| Total Estimated Liabilities in USD | .00 | Total Estimated Assets in USD | .00 |
| Expected Annual Inflow In USD | Above $500,001 | Expected Annual Outflow In USD | $100,001 - $250,000 |
| Other Bank Relations | None | | |
| Other Bank Products | | | |
| Annual Income | $100,000 - $150,000 | Expected Transactions | Cash withdrawal, Cheque withdrawal, Cash deposit, Electronic Banking-ATM, Cheque deposit, Inward Crossborder Wiretransfer |
| Source of Wealth | FROM HER HUSBAND WORK | | |
| Account Turnover Source | Interest on deposit | | |

### Relative Financial Information from initial source of funds

| | | | |
|---|---|---|---|
| Relation | Spouse | Name | |
| Occupation | Business Man | Annual Income | Above $200,000 |

## FATCA

| | | | |
|---|---|---|---|
| US Residency Permit | No | USA 183 days Resident? | No |
| Permanent instructions to US? | Yes | | |
| Amount Exchanged in USD | 50,000.00 | Reason | BUSINESS |
| Permanent instructions with other? | No | | |
| US Customer Name (As appear on W Forms) | KAREN MARIE DAOU | Social Security Number | REDACTED |
| Transactions to/from US | Permanent | | |

## CRS

| Country Of Tax Residence | Tax Identification Number (TIN) | Number | Reason |
|---|---|---|---|
| UNITED STATES | TIN | REDACTED | |

## REFERRAL INFORMATION

| | | | |
|---|---|---|---|
| Date of Customer Onboarding | 03/12/2019 | | |
| Introduced By | Employee | Referral Name | Youssef Hanna El-Khoury |
| CSO Name | Mary Azzi | Branch Compliance Officer Name | Eliana Hrawi |
| Branch Manager Name | Chirine Aoun | Account Officer | |

## HOW DOES THE CLIENT WANT TO COMMUNICATE WITH US?

| | | |
|---|---|---|
| Mobile | +REDACTED | E-Mail: KDAOU@YAHOO.COM |
| Hobbies | | |

X Karen Daou    03/12/2019

**AM BANK**

بنك المـوارد

P.O Box 113-6260 / 1103 2110 BEIRUT, LEBANON
PHONE: +961.1.734040 - FAX: +961.1.744277

ربح المال 000.000.000 ل.ل حدى ربات. إثبات تسجيل رقم 991 سحل تجاري بيروت رقم 113000
عرب.ت 1103 2110 / 113-6260 بيروت، لبنان
متف: +961.1.734040 - فاكس: +961.1.744277

---

**ADDITIONAL INFORMATION**

Please confirm that you are the ultimate owner and controller for all the funds and transactions that will be executed in the account? (Beneficiary Right Owner - BRO): Yes

I, the undersigned, upon my complete responsibility, hereby certify, that all the information stated above, including the information related to the beneficial rights owner, are complete, true & correct.

I undertake to advise the bank of any change to the information provided above. I also undertake to advise the bank of all operations effected on the account if I am not the beneficial owner of the amounts deposited.

I authorize AM BANK S.A.L. to send all correspondance, notices, and statements of accounts to the following address , and in this respect I waive my rights under banking secrecy law mentioned in article No. 2, law of 3 September 1956.

Name _Karenu Daoue_     Signature _XKaren Dooey_   Date _12/17/19_

Name and Authentication of Branch Customer Service Officer

Name and Authentication of Branch Compliance Officer

Name and Authentication of Branch Manager

03/12/2019

3



P.O Box 113-6260 / 1103 2110 Beirut, Lebanon
Phone: +961.1.734040 - Fax: +961.1.744277

**Personal and Tax Information**

| Customer Full Name | | KAREN MARIE JOSEPH DAOU | | إسم العميل الثلاثي |
|---|---|---|---|---|
| Date of Birth | | July 20, 1963 | | تاريخ الميلاد |
| Place of Birth | | MISSOURI USA | | مكان الولادة |
| Country of Birth | | UNITED STATES | | بلد الولادة |
| Current Residence Address | عنوان السكن الحالي | Current Business Address | | عنوان العمل الحالي |
| Country / الدولة | UNITED STATES | Country / الدولة | | |
| State / الولاية | FLORIDA | State / الولاية | | |
| City / المدينة | CLEARWATER | City / المدينة | | |
| Street / الشارع | 200 PALM IS SW | Street / الشارع | | |
| Building / المبنى | 200 PALM | Building / المبنى | | |
| Floor / الطابق | GRD | Floor / الطابق | | |
| Post Code / الرمز البريدي | 33767 | Post Code / الرمز البريدي | | |

| Please list in the below table the country or countries in which you are resident for tax purposes, together with your tax identification number(s) "TIN". In case you do not have a TIN number for the below reasons, please fill the TIN field with the digit that suits the case: <br> 1 - In case the country does not issue "TIN" to tax payers, <br> 2 - In case the country does not require TIN reporting, | يرجى إدراج اسم الدولة او الدول التي تكون مقيماً ضريبياً فيها بالاضافة الى رقمك الضريبي في كل منها. <br> اذا كنت لا تملك رقماً ضريبياً للاسباب المحددة ادناه الرجاء ذكر الرقم الذي يعكس حالتك الضريبية في خانة الرقم الضريبي: <br> 1 - في حال كانت الدولة لا تصدر للمكلفين رقماً ضريبياً <br> 2 - في حال كانت الدولة لا تطلب التصريح عن الرقم الضريبي من المكلفين |
|---|---|
| Country of Tax Residency <br> إسم دولة الإقامة الضريبية | Tax Identification Number "TIN" <br> الرقم الضريبي |
| 1-   UNITED STATES | 1- REDACTED |
| 2- | 2- |
| 3- | 3- |
| 4- | 4- |
| Please explain why country of taxation is different from country of Primary Residency or Business for each of the above countries (if different): | الرجاء شرح سبب إختلاف كل دولة اقامة ضريبية مصرح بها اعلاه عن دولة عنوان الاقامة/العمل الرئيسي (وذلك في حالة الاختلاف): |
| 1- | |
| 2- | |
| 3- | |
| 4- | |



X Karen Daou

03/12/2019

4





P.O Box 113-6260 / 1103 2110 Beirut, Lebanon
Phone: +961.1.734040 – Fax: +961.1.744277

هاتف: 1.734040 961+ - فاكس: 1.744277 961+
مبنى: 1103 2110 / 113-6260 بيروت، لبنان

**Certificate and Signature**                                          التصريح والتوقيع

| By signing this form, I: | أنا الموقع ادناه |
|---|---|
| I. Declare that the information contained in this form (Common Reporting Standards- Individual tax residency- self certification form) is true, accurate, complete and correct. | 1 – أصرح بأن هذه المعلومات المدونة في هذا النموذج هي معلومات دقيقة، صحيحة، كاملة ومستحدثة. |
| II. Acknowledge that AM BANK S.A.L. is required to provide such information as well as any requested information to Local Lebanese Governmental Authorities who would exchange them with foreign authorities of another country or countries in which the account holder may be tax resident pursuant to intergovernmental agreements to exchange financial account information. | 2 – أوافق على أن يقوم بنك الموارد ش.م.ل. بالافصاح عن هذه المعلومات وأية معلومات أخرى تطلب منه الافصاح عنها لصالح السلطات اللبنانية التي بدورها تقوم بتبادل هذه المعلومات مع سلطات بلد / بلدان اجنبية حيث يكون صاحب هذا الحساب مقيماً ضريبياً فيها وذلك عملاً بالاتفاقيات النافذة ما بين الحكومات في ما يتعلق بتبادل المعلومات الضريبية. |
| III. Undertake to advise AM BANK S.A.L., in written within 15 days, of any change in circumstances which affects my tax residency status or causes the information contained herein to become incorrect, and to provide the bank with a suitably updated self-certification form within 30days of such change. | 3 – أتعهد خطياً بإعلام بنك الموارد ش.م.ل. بأي تعديل في الظروف التي تؤثر على وضع اقامتي الضريبي او تجعل المعلومات الواردة في هذا النموذج غير صحيحة وذلك ضمن مهلة خمسة عشر يوماً تلي حدوث هذا التعديل. كما اتعهد بتزويد بنك الموارد ش.م.ل. بنموذج جديد وذلك ضمن مهلة ثلاثين يوماً تلي تاريخ حدوث هذا التعديل. |

| Account Holder's Name | KAREN MARIE JOSEPH DAOU | اسم صاحب الحساب |
|---|---|---|
| Name of the authorized signatory (if any with capacity) | | اسم المفوض بالتوقيع (إذا وجد مع تحديد الصفة) |

Signature   X Karen Daou                                              التوقيع

Date                                                                   التاريخ

Name and signature of Customer Service Officer                         اسم وتوقيع موظف خدمة الزبائن:

                                    Mary Azzi

Name and Signature of Compliance Officer in the Branch                 اسم وتوقيع ضابط الامتثال في الفرع:

                                    Eliana Hrawi

03/12/2019

5



P.O Box 113-6260 / 1103 2110 Beirut, Lebanon
Phone: +961.1.734040 - Fax: +961.1.744277

‫...‬ ‫113-6260 / 1103 2110 : ‬
‫961.1.734040 +961 - 961.1.744277+‬

---

**(FATCA)**

الحسابات الخاضعة لل FATCA

يرجى أخذ العلم أن مصرفنا وتماشيا ً مع توجيهات المصارف في العالم يراعي الأحكام والشروط المنصوص عليها في قانون الامتثال الضريبي الأميركي على الحسابات الأجنبية (FATCA) وفي الأنظمة والإتفاقيات التطبيقية اللازمة. إن تلك الأحكام والشروط:

تفرض على المصارف والمؤسسات المالية إعلام السلطات الضريبية الأميركية دوريا ً عن الحسابات المفتوحة لدى المصارف ومجموعة المؤسسات المصرفية والمالية التابعة للمصرف والعائدة، بصورة قانونية أو اقتصادية، لأشخاص طبيعيين أو معنويين خاضعين للتصريح وفقا ً لـ(FATCA)، أو لأشخاص معنويين يملك أكثر من عشرة بالمئة من حصصها أو أسهمها بصورة مباشرة أو غير مباشرة، شخص خاضع التصريح وفقا ً لأحكام FATCA

. تحدد مؤشرات من شأنها الدلالة على أن الزبون مكلف بالضريبة الأميركية. من هذه المؤشرات على سبيل المثال دون الحصر:

أن يكون لديه جواز سفر أميركي أو غرين كارد أو يكون مولودا ً أو مقيما ً في الولايات المتحدة الأميركية أو فيها عنوان إقامة أو عمل أو عنوان بريدي أو نشاط أو رقم هاتف أو يكون أعطى تعليمات مستمرة بتحويل أموال الى حساب في الولايات المتحدة الأميركية أو وكالة عن الحساب الى شخص له عنوان فيها، أو يعتبر القانون الأميركي بمثابة المقيم ضريبيا ً في الولايات المتحدة لتراكم مدة تواجده على أراضيها أو لأي سبب آخر.

عند وجود أي من تلك المؤشرات يتوجب على الزبون، ضمن مهلة محددة، أن يزود المصرف بالمعلومات والمستندات التي من شأنها إثبات صحة أو عدم صحة خضوعه للضريبة الأميركية ولأحكام FATCA والمعلومات والمستندات التي يطلبها المصرف ويتوجب على المصرف بعد ذلك ارسال تلك المعلومات والمستندات الى السلطات الضريبية الأميركية.

. تفرض على المصارف تحديث المعلومات المتعلقة بزبائنها وتقرض على الزبون الخاضع للضريبة الأميركية ولأحكام FATCA رفع السرية المصرفية تجاه السلطات الضريبية الأميركية والاجازة للمصرف بإعلانها للمعلومات والمستندات المطلوبة عنه وعن حساباته وعلاقاته وعملياته مع المصرف.

. تفرض على المصارف والمؤسسات المالية، في حال رفض الزبون المعني تقديم المعلومات والمستندات المطلوبة ضمن المهلة أو تلكأ في تقديمها أو في حال وجود تناقض أو التباس في المعلومات والمستندات المقدمة من الزبون أو في حال رفضه رفع السرية المصرفية تجاه السلطات الضريبية الأميركية، أن تصنف الزبون "زبون غير متعاون" ( Recalcitrant account holder) بمفهوم القانون المذكور، وأن تقتطع، لصالح السلطات الضريبية، نسبة من مداخيله وأمواله الخاضعة بموجب FATCA للإقتطاع وأن تجمد وتقفل حساباته وتنهي علاقاته معه.

زبائننا الأعزاء أوجزنا في ما نقدم مفهومنا لأحكام FATCA و لمّا نحن ملزمون بتطبيقه بهذا الخصوص، غير أننا لسنا خبراء في شؤون الضريبة الأميركية وبعود لكل من يجد نفسه معنيا ً بأحكام FATCA مراجعة إدارة الواردات الداخلية في الولايات المتحدة الأميركية (INTERNAL REVENUES SERVICE) أو من يراه مناسبا ً من خبراء وأخصائيين في هذا الشأن للتصرف وفق المعطيات التي تتوفر له من تلك المصادر. ولا يسعنا بالتالي، لأي سبب من الأسباب، أن نتحمل، تجاه أي كان، أية مسؤولية عن مفهومنا لتلك الأحكام وعن أي اجراء أو تدبير قد نضطر القيام به تطبيقا ً له.

يعتبر الأعلام الحاضر جزء لا يتجزأ من الإتفاقيات والعقود التي ترعى علاقة المصرف بالزبون.

يرجى من زبائننا الكرام مراجعة المصرف في أقرب وقت ممكن لمراعاة أحكام FATCA

بنك الموارد ش.م.ل.

لأخذ العلم،

التاريخ
الإسم
التوقيع

03/12/2019

6



**AM BANK**

بنك الموارد

P.O Box 113-6260 / 1103 2110 Beirut, Lebanon
Phone: +961.1.734040 - Fax: +961.1.744277

1103 2110 / 1134
+961.1.744277 - +961.1.734040

---

**Special form for Foreign Account Tax Compliance Act (FATCA)**

Accounts subject to FATCA

Please be informed that our bank, in line with the orientation of the banking institutions worldwide, complies with the terms and conditions of the
Foreign Account Tax Compliance Act (FATCA) and the relevant mandatory implementing regulations and agreements. These terms and conditions:

• Impose on banks and financial institutions to make regular reporting on accounts opened at the bank and its banks and financial institutions
subsidiaries, and belonging, legally or economically, to US tax payers, as per FATCA, whether individuals or entities, including entities in which a US tax payer holds, directly or indirectly, a participation of more than %10.

• Set a list of indicia indicating a potential US tax payer client. This list of indicia includes, without limitation, the following:

The client (i) holds a US Passport or Green Card or is born in or resident of the USA, (ii) has, in the USA, a private, business or postal address, an activity or a telephone number (iii) has given standing instructions to transfer funds to an account in the USA (iv) has appointed an attorney on the account whose address is in the USA, or (v) is considered by US Laws as a US tax payer for having cumulated a certain periods of stay in the USA or for any other reason.

When such indicia are found, the client should, within a specified period, provide the bank with information and documents evidencing whether or not he is subject to US tax as per FATCA's provisions, and such other information and documents that may be requested by the
bank and the bank will have to send them to the US tax authorities.

• Impose on the banks to update their clients data (KYC) and impose on the client who is subject to US tax and to FATCA's provisions to waive the banking secrecy towards the US tax authorities and to authorize the bank to provide said authorities with the requested information and
documents related to him, his accounts and his relations and operations with the bank.

• Impose on banks and financial institutions, in any of the following cases:

i. Refusal or non-cooperation of the concerned client in providing the requested information and documents within the specified period of time;
ii. Existence of a contradiction or inconsistency in the information and documents provided by the concerned client;
iii. Refusal of the concerned client to waive the banking secrecy towards the US tax authorities;

To classify the client as a "Recalcitrant Account Holder" as defined by FATCA, to withhold, to the benefit of the US tax authorities, a percentage
rate out of the client's proceeds which are subject to withholding as per FATCA, to block and close the client's accounts and to terminate its relationship with him.

---

*Dear clients, we have summarized here above our understanding of some of FATCA's provisions and the measures that we are constrained*
*to take in this regard. However, as we are not experts in US taxation, we kindly advise the concerned clients to refer to the*
*US Internal Revenues Service and/or the experts and specialists that they deem appropriate and to act according to their advice and*
*guidance. Therefore, we cannot be held liable towards anyone with respect to the understanding summarized above and to the measures*
*that we might be compelled to take in implementation thereof.*

---

The present acknowledgement letter shall be considered as an integral part of the agreements governing the client relations with the bank.

Our esteemed concerned clients are required to contact our bank as soon as possible in order to comply with FATCA.

AM BANK S.A.L.

| Date | Name | Signature |
|------|------|-----------|
| Dec 17 2019 | Karen Daou | Kaum Daou |

03/12/2019

7

Form **W-9**

(Rev. November 2017)
Department of the Treasury
Internal Revenue Service

**Request for Taxpayer Identification Number and Certification**

Go to www.irs.gov/FormW9 for instructions and the latest information.

Give Form to the requester. Do not send to the IRS.

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

Karen Dawu

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification; check only one of the following seven boxes:

☒ Individual/sole proprietor ☐ C Corporation ☐ S Corporation ☐ Partnership ☐ Trust/estate

or single-member LLC

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) _____

**Note:** Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions)

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.)

200 Palm IS SW

**6** City, state, and ZIP code

Clearwater, FL, 33767

Requester's name and address (optional)

**7** List account number(s) here (optional)

*Print or type. See Specific Instructions on page 2.*

---

**Part I** — **Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see What Name and Number To Give the Requester for guidelines on whose number to enter.

**Social security number**

☐☐☐ – ☐☐ – ☐☐☐☐

**or**

**Employer identification number**

☐☐ – ☐☐☐☐☐☐☐

---

**Part II** — **Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and

3. I am a U.S. citizen or other U.S. person (defined below); and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here** | Signature of U.S. person ▶ Karen Dawu | Date Dec 17 2019

---

**General Instructions**

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to www.irs.gov/FormW9.

**Purpose of Form**

information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number

• Form 1099-DIV (dividends, including those from stocks or mutual funds)
• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)
• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)
• Form 1099-S (proceeds from real estate transactions)
• Form 1099-K (merchant card and third party network transactions)
• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)
• Form 1099-C (canceled debt)

03/12/2019

8     X Karen Dawu

(ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.
• Form 1099-INT (interest earned or paid)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See What is backup withholding, later.*

**Cat. No. 10231X**                                        Form **W-9** (Rev. 11-2017)

X Karin Doan

03/12/2019

By signing the filled-out form, you:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct. *See What is FATCA reporting*, later, for further information.

**Note:** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien;
• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States;
• An estate (other than a foreign estate); or
• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

In the cases below, the following person must give Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States.

• In the case of a disregarded entity with a U.S. owner, the U.S. owner of the disregarded entity and not the entity;
• In the case of a grantor trust with a U.S. grantor or other U.S. owner, generally, the U.S. grantor or other U.S. owner of the grantor trust and not the trust; and
• In the case of a U.S. trust (other than a grantor trust), the U.S. trust (other than a grantor trust) and not the beneficiaries of the trust.

**Foreign person.** If you are a foreign person or the U.S. branch of a foreign bank that has elected to be treated as a U.S. person, do not use Form W-9. Instead, use the appropriate Form W-8 or Form 8233 (see Pub. 515, Withholding of Tax on Nonresident Aliens and Foreign Entities).

*Example.* Article 20 of the U.S.-China income tax treaty allows an exemption from tax for scholarship income received by a Chinese student temporarily present in the United States. Under U.S. law, this student will become a resident alien for tax purposes if his or her stay in the United States exceeds 5 calendar years. However, paragraph 2 of the first Protocol to the U.S.-China treaty (dated April 30, 1984) allows the provisions of Article 20 to continue to apply even after the Chinese student becomes a resident alien of the United States. A Chinese student who qualifies for this exception (under paragraph 2 of the first protocol) and is relying on this exception to claim an exemption from tax on his or her scholarship or fellowship income would attach to Form W-9 a statement that includes the information described above to support that exemption.

If you are a nonresident alien or a foreign entity, give the requester the appropriate completed Form W-8 or Form 8233.

## Backup Withholding

**What is backup withholding?** Persons making certain payments to you must under certain conditions withhold and pay to the IRS 28% of such payments. This is called "backup withholding." Payments that may be subject to backup withholding include interest, tax-exempt interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, payments made in settlement of payment card and third party network transactions, and certain payments from fishing boat operators. Real estate transactions are not subject to backup withholding.

You will not be subject to backup withholding on payments you receive if you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return.

**Payments you receive will be subject to backup withholding if:**

Certain payees and payments are exempt from backup withholding. See *Exempt payee code*, later, and the separate Instructions for the Requester of Form W-9 for more information.

1. You do not furnish your TIN to the requester,
2. You do not certify your TIN when required (see the instructions for Part II for details),
3. The IRS tells the requester that you furnished an incorrect TIN,
4. The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends on your tax return (for reportable interest and dividends only), or
5. You do not certify to the requester that you are not subject to backup withholding under 4 above (for reportable interest and dividend accounts opened after 1983 only).

Also see *Special rules for partnerships*, earlier.

## What is FATCA Reporting?

The Foreign Account Tax Compliance Act (FATCA) requires a participating foreign financial institution to report all United States account holders that are specified United States persons. Certain payees are exempt from FATCA reporting. See *Exemption from FATCA reporting code*, later, and the Instructions for the Requester of Form W-9 for more information.

## Updating Your Information

03/12/2019

X Harm Door

**Nonresident alien who becomes a resident alien.** Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the payee has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement to Form W-9 that specifies the following five items.

1. The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.

2. The treaty article addressing the income.

3. The article number (or location) in the tax treaty that contains the saving clause and its exceptions.

4. The type and amount of income that qualifies for the exemption from tax.

5. Sufficient facts to justify the exemption from tax under the terms of the treaty article.

You must provide updated information to any person to whom you claimed to be an exempt payee if you are no longer an exempt payee and anticipate receiving reportable payments in the future from this person. For example, you may need to provide updated information if you are a C corporation that elects to be an S corporation, or if you no longer are tax exempt. In addition, you must furnish a new Form W-9 if the name or TIN changes for the account; for example, if the grantor of a grantor trust dies.

## Updating Your Information

**Failure to furnish TIN.** If you fail to furnish your correct TIN to a requester, you are subject to a penalty of $50 for each such failure unless your failure is due to reasonable cause and not to willful neglect.

**Civil penalty for false information with respect to withholding.** If you make a false statement with no reasonable basis that results in no backup withholding, you are subject to a $500 penalty.



03/12/2019

        

**Criminal penalty for falsifying information.** Willfully falsifying certifications or affirmations may subject you to criminal penalties including fines and/or imprisonment.

**Misuse of TINs.** If the requester discloses or uses TINs in violation of federal law, the requester may be subject to civil and criminal penalties.

## Updating Your Information

### Line 1

You must enter one of the following on this line; do not leave this line blank. The name should match the name on your tax return.

If this Form W-9 is for a joint account (other than an account maintained by a foreign financial institution (FFI)), list first, and then circle, the name of the person or entity whose number you entered in Part I of Form W-9. If you are providing Form W-9 to an FFI to document a joint account, each holder of the account that is a U.S. person must provide a Form W-9.

a. **Individual.** Generally, enter the name shown on your tax return. If you have changed your last name without informing the Social Security Administration (SSA) of the name change, enter your first name, the last name as shown on your social security card, and your new last name.

**Note: ITIN applicant:** Enter your individual name as it was entered on your Form W-7 application, line 1a. This should also be the same as the name you entered on the Form 1040/1040A/1040EZ you filed with your application.

b. **Sole proprietor or single-member LLC.** Enter your individual name as shown on your 1040/1040A/1040EZ on line 1. You may enter your business, trade, or "doing business as" (DBA) name on line 2.

c. **Partnership, LLC that is not a single-member LLC, C corporation, or S corporation.** Enter the entity's name as shown on the entity's tax return on line 1 and any business, trade, or DBA name on line 2.

d. **Other entities.** Enter your name as shown on required U.S. federal tax documents on line 1. This name should match the name shown on the charter or other legal document creating the entity. You may enter any business, trade, or DBA name on line 2.

| IF the entity/person on line 1 is a(n) . . . | THEN check the box for . . . |
|---|---|
| • Corporation | Corporation |
| • Individual<br>• Sole proprietorship, or<br>• Single-member limited liability company (LLC) owned by an individual and disregarded for U.S. federal tax | Individual/sole proprietor or single-member LLC |
| • LLC treated as a partnership for U.S. federal tax purposes,<br>• LLC that has filed Form 8832 or 2553 to be taxed as a corporation, or<br>• LLC that is disregarded as an entity separate from its owner but the owner is another LLC that is not disregarded for U.S. | Limited liability company and enter the appropriate tax classification. (P= Partnership; C= C corporation; or S= S corporation) |
| • Partnership | Partnership |
| • Trust/estate | Trust/estate |

### Line 4, Exemptions

If you are exempt from backup withholding and/or FATCA reporting, enter in the appropriate space on line 4 any code(s) that may apply to you.

**Exempt payee code.**

• Generally, individuals (including sole proprietors) are not exempt from backup withholding.
• Except as provided below, corporations are exempt from backup withholding for certain payments, including interest and dividends.
• Corporations are not exempt from backup withholding for payments made in settlement of payment card or third party network transactions.
• Corporations are not exempt from backup withholding with respect to attorneys' fees or gross proceeds paid to attorneys, and corporations that provide medical or health care services are not exempt with respect to payments reportable on Form 1099-MISC.

The following codes identify payees that are exempt from backup withholding. Enter the appropriate code in the space in line 4.

1—An organization exempt from tax under section 501(a), any IRA, or a custodial account under section 403(b)(7) if the account satisfies the requirements of section 401(f)(2)
2—The United States or any of its agencies or instrumentalities
3—A state, the District of Columbia, a U.S. commonwealth or possession, or any of their political subdivisions or instrumentalities
4—A foreign government or any of its political subdivisions, agencies, or instrumentalities
5—A corporation
6—A dealer in securities or commodities required to register in

03/12/2019



e. **Disregarded entity.** For U.S. federal tax purposes, an entity that is disregarded as an entity separate from its owner is treated as a "disregarded entity." See Regulations section 301.7701-2(c)(2)(iii). Enter the owner's name on line 1. The name of the entity entered on line 1 should never be a disregarded entity. The name on line 1 should be the name shown on the income tax return on which the income should be reported. For example, if a foreign LLC that is treated as a disregarded entity for U.S. federal tax purposes has a single owner that is a U.S. person, the U.S. owner's name is required to be provided on line 1. If the direct owner of the entity is also a disregarded entity, enter the first owner that is not disregarded for federal tax purposes. Enter the disregarded entity's name on line 2, "Business name/disregarded entity name." If the owner of the disregarded entity is a foreign person, the owner must complete an appropriate Form W-8 instead of a Form W-9. This is the case even if the foreign person has a U.S. TIN.

the United States, the District of Columbia, or a U.S. commonwealth or possession

7—A futures commission merchant registered with the Commodity Futures Trading Commission

8—A real estate investment trust

9—An entity registered at all times during the tax year under the Investment Company Act of 1940

10—A common trust fund operated by a bank under section 584(a)

11—A financial institution

12—A middleman known in the investment community as a nominee or custodian

13—A trust exempt from tax under section 664 or described in section 4947

#### Line 2

If you have a business name, trade name, DBA name, or disregarded entity name, you may enter it on line 2.

#### Line 3

Check the appropriate box on line 3 for the U.S. federal tax classification of the person whose name is entered on line 1. Check only one box on line 3.

X Lam Doan

Form  W-9  (Rev.                                                                Page **4**
11-2017)

The following chart shows types of payments that may be exempt from backup withholding. The chart applies to the exempt payees listed above, 1 through 13.

To establish to the withholding agent that you are a U.S. person, or resident alien, sign Form W-9. You may be requested to sign by the withholding agent even if items 1, 4, or 5 below indicate otherwise.

For a joint account, only the person whose TIN is shown in Part I should sign (when required). In the case of a disregarded entity, the person identified on line 1 must sign. Exempt payees, see Exempt payee code earlier.

Signature requirements. Complete the certification as indicated in items 1 through 5 below.

**1. Interest, dividend, and barter exchange accounts opened before 1984 and broker accounts considered active during 1983.** You must give your correct TIN, but you do not have to sign the certification.

**2. Interest, dividend, broker, and barter exchange accounts opened after 1983 and broker accounts considered inactive during 1983.** You must sign the certification or backup withholding will apply. If you are subject to backup withholding and you are merely providing your correct TIN to the requester, you must cross out item 2 in the certification before signing the form.

**3. Real estate transactions.** You must sign the certification. You may cross out item 2 of the certification.

**4. Other payments.** You must give your correct TIN, but you do not have to sign the certification unless you have been notified that you have previously given an incorrect TIN. "Other payments" include payments made in the course of the requester's trade or business for rents, royalties, goods (other than bills for merchandise), medical and health care services (including payments to corporations), payments to a nonemployee for services, payments made in settlement of payment card and third party network transactions, payments to certain fishing boat crew members and fishermen, and gross proceeds paid to attorneys (including payments to corporations).

**5. Mortgage interest paid by you, acquisition or abandonment of secured property, cancellation of debt, qualified tuition program payments (under section 529), IRA, Coverdell ESA, Archer MSA or HSA contributions or distributions, and pension distributions.** You must give your correct TIN, but you do not have to sign the certification.

**What Name and Number To Give the Requester**

| IF the payment is for . . . | THEN the payment is exempt for . . . |
|---|---|
| Interest and dividend payments | All exempt payees except for 7 |
| Broker transactions | Exempt payees 1 through 4 and 6 through 11 and all C corporations. S corporations must not enter an exempt payee code because they are exempt only for sales of noncovered securities acquired prior to 2012. |
| Barter exchange transactions and patronage dividends | Exempt payees 1 through 4 |
| Payments over $600 required to be reported and direct sales over $5,000¹ | Generally, exempt payees 1 through 5² |
| Payments made in settlement of payment card or third party network transactions | Exempt payees 1 through 4 |

M—A tax exempt trust under a section 403(b) plan or section 457(g) plan

**Note:** You may wish to consult with the financial institution requesting this form to determine whether the FATCA code and/or exempt payee code should be completed.

**Line 5**

Enter your address (number, street, and apartment or suite number). This is where the requester of this Form W-9 will mail your information returns. If this address differs from the one the requester already has on file, write NEW at the top. If a new address is provided, there is still a chance the old address will be used until the payor changes your address in their records.

**Line 6**

Enter your city, state, and ZIP code.

**Part I. Taxpayer Identification Number (TIN)**

**Enter your TIN in the appropriate box.** If you are a resident alien and you do not have and are not eligible to get an SSN, your TIN is your IRS individual taxpayer identification number (ITIN). Enter it in the social security number box. If you do not have an ITIN, see *How to get a TIN*  below.

If you are a sole proprietor and you have an EIN, you may enter either your SSN or EIN.

If you are a single-member LLC that is disregarded as an entity separate from its owner, enter the owner's SSN (or EIN, if the owner has one). Do not enter the disregarded entity's EIN. If the LLC is classified as a corporation or partnership, enter the entity's EIN.

**Note:** See *What Name and Number To Give the Requester*  , later, for further clarification of name and TIN combinations.

**How to get a TIN.** If you do not have a TIN, apply for one immediately. To apply for an SSN, get Form SS-5, Application for a Social Security Card, from your local SSA office or get this form online at *www.SSA.gov.* You may also get this form by calling 1-800-772-1213. Use Form W-7, Application for IRS Individual Taxpayer Identification Number, to apply for an ITIN, or Form SS-4, Application for Employer Identification Number, to apply for an EIN. You can apply for an EIN online by accessing the IRS website at www.irs.gov/Businesses and clicking on Employer Identification Number (EIN) under Starting a Business. Go to *www.irs.gov/ Forms* to view, download, or print Form W-7 and/or Form SS-4. Or, you can go to *www.irs.gov/OrderForms* to place an order and have Form W-7 and/or SS-4 mailed to you within 10 business days.

If you are asked to complete Form W-9 but do not have a TIN, apply for a TIN and write "Applied For" in the space for the TIN, sign and date the form, and give it to the requester. For interest and dividend payments, and certain payments made with respect to readily tradable instruments, generally you will have 60 days to get a TIN and give it to the requester before you are subject to backup withholding on payments. The 60-day rule does not apply to other types of payments. You will be subject to backup withholding on all such payments until you provide your TIN to the requester.



03/12/2019

¹See Form 1099-MISC, Miscellaneous Income, and its Instructions.

²However, the following payments made to a corporation and reportable on Form 1099-MISC are not exempt from backup withholding: medical and health care payments, attorneys' fees, gross proceeds paid to an attorney reportable under section 6045(f), and payments for services paid by a federal executive agency.

**Exemption from FATCA reporting code.** The following codes identify payees that are exempt from reporting under FATCA. These codes apply to persons submitting this form for accounts maintained outside of the United States by certain foreign financial institutions. Therefore, if you are only submitting this form for an account you hold in the United States, you may leave this field blank. Consult with the person requesting this form if you are uncertain if the financial institution is subject to these requirements. A requester may indicate that a code is not required by providing you with a Form W-9 with "Not Applicable" (or any similar indication) written or printed on the line for a FATCA exemption code.

A—An organization exempt from tax under section 501(a) or any individual retirement plan as defined in section 7701(a)(37)

B—The United States or any of its agencies or instrumentalities

C—A state, the District of Columbia, a U.S. commonwealth or possession, or any of their political subdivisions or instrumentalities

D—A corporation the stock of which is regularly traded on one or more established securities markets, as described in Regulations section 1.1472-1(c)(1)(i)

E—A corporation that is a member of the same expanded affiliated group as a corporation described in Regulations section 1.1472-1(c)(1)(i)

F—A dealer in securities, commodities, or derivative financial instruments (including notional principal contracts, futures, forwards, and options) that is registered as such under the laws of the United States or any state

G—A real estate investment trust

H—A regulated investment company as defined in section 851 or an entity registered at all times during the tax year under the Investment Company Act of 1940

I—A common trust fund as defined in section 584(a)

J—A bank as defined in section 581

K—A broker

L—A trust exempt from tax under section 664 or described in section 4947(a)(1)

**Note:** Entering "Applied For" means that you have already applied for a TIN or that you intend to apply for one soon.

**Caution:** A disregarded U.S. entity that has a foreign owner must use the appropriate Form W-8.

## Part II. Certification

To establish to the withholding agent that you are a U.S. person, or resident alien, sign Form W-9. You may be requested to sign by the withholding agent even if item 1, 4, or 5 below indicates otherwise.

For a joint account, only the person whose TIN is shown in Part I should sign (when required). In the case of a disregarded entity, the person identified on line 1 must sign. Exempt payees, see *Exempt payee code* , earlier.

**Signature requirements.** Complete the certification as indicated in items 1 through 5 below.



03/12/2019


Form    W-9    (Rev.
11-2017)

&nbrp;&nbrp;**1. Interest, dividend, and barter exchange accounts opened before 1984 and broker accounts considered active during 1983.** You must give your correct TIN, but you do not have to sign the certification.

&nbrp;&nbrp;**2. Interest, dividend, broker, and barter exchange accounts opened after 1983 and broker accounts considered inactive during 1983.** You must sign the certification or backup withholding will apply. If you are subject to backup withholding and you are merely providing your correct TIN to the requester, you must cross out item 2 in the certification before signing the form.

&nbrp;&nbrp;**3. Real estate transactions.** You must sign the certification. You may cross out item 2 of the certification.

&nbrp;&nbrp;**4. Other payments.** You must give your correct TIN, but you do not have to sign the certification unless you have been notified that you have previously given an incorrect TIN. "Other payments" include payments made in the course of the requester's trade or business for rents, royalties, goods (other than bills for merchandise), medical and health care services (including payments to corporations), payments to a nonemployee for services, payments made in settlement of payment card and third party network transactions, payments to certain fishing boat crew members and fishermen, and gross proceeds paid to attorneys (including payments to corporations).

&nbrp;&nbrp;**5. Mortgage interest paid by you, acquisition or abandonment of secured property, cancellation of debt, qualified tuition program payments (under section 529), ABLE accounts (under section 529A), IRA, Coverdell ESA, Archer MSA or HSA contributions or distributions, and pension distributions.** You must give your correct TIN, but you do not have to sign the certification.

## What Name and Number To Give the Requester

| For this type of account: | Give name and SSN of: |
|---|---|
| 1. Individual | The individual |
| 2. Two or more individuals (joint account) other than an account maintained by | The actual owner of the account or, if combined funds, |
| 3. Two or more U.S. persons (joint account maintained by | Each holder of the account |
| 4. Custodial account of a minor (Uniform Gift to Minors Act) | The minor[2] |
| 5. a. The usual revocable savings trust (grantor is also trustee) | The grantor-trustee[1] |
|    b. So-called trust account that is not a legal or valid trust under state law | The actual owner[1] |
| 6. Sole proprietorship or disregarded entity owned by | The owner[3] |
| 7 Grantor trust filing under Optional Form 1099 Filing Method 1 (see Regulations section 1.671-4(b)(2)(i)(A)) | The grantor[4] |

| For this type of account: | Give name and EIN of: |
|---|---|
| 8 Disregarded entity not owned by an individual | The owner |
| 9 A valid trust, estate, or pension trust | Legal entity[4] |
| 10 Corporation or LLC electing corporate status on Form | The corporation |
| 11 Association, club, religious, charitable, educational, or | The organization |

| For this type of account: | Give name and EIN of: |
|---|---|
| 12 Account with the Department of Agriculture in the name of a public entity (such as a state or local government, school | The public entity |
| 13 Grantor trust filing under the Form 1041 Filing Method or the Optional Form 1099 Filing Method 2 (see Regulations | The trust |

[1]List first and circle the name of the person whose number you furnish. If only one person on a joint account has an SSN, that person's number must be furnished.

[2]Circle the minor's name and furnish the minor's SSN.

[3]You must show your individual name and you may also enter your business or DBA name on the "Business name/disregarded entity" name line. You may use either your SSN or EIN (if you have one), but the IRS encourages you to use your SSN.

[4]List first and circle the name of the trust, estate, or pension trust. (Do not furnish the TIN of the personal representative or trustee unless the legal entity itself is not designated in the account title.) Also see Special rules for partnerships, earlier.



03/12/2019

other tax-exempt organization

\*Note: The grantor also must provide a Form W-9 to trustee of trust.

12 Partnership or multi-member   The partnership
   LLC

13 A   broker   or   registered   The broker or nominee
   nominee

X Karen Doou

<B>Note:</B> If no name is circled when more than one name is listed, the number will be considered to be that of the first name listed.

## Secure Your Tax Records From Identity Theft

Identity theft occurs when someone uses your personal information such as your name, SSN, or other identifying information, without your permission, to commit fraud or other crimes. An identity thief may use your SSN to get a job or may file a tax return using your SSN to receive a refund.

To reduce your risk:

• Protect your SSN,
• Ensure your employer is protecting your SSN, and
• Be careful when choosing a tax preparer.

If your tax records are affected by identity theft and you receive a notice from the IRS, respond right away to the name and phone number printed on the IRS notice or letter.

If your tax records are not currently affected by identity theft but you think you are at risk due to a lost or stolen purse or wallet, questionable credit card activity or credit report, contact the IRS Identity Theft Hotline at 1-800-908-4490 or submit Form 14039.

For more information, see Pub. 5027, Identity Theft Information for Taxpayers.

Victims of identity theft who are experiencing economic harm or a systemic problem, or are seeking help in resolving tax problems that have not been resolved through normal channels, may be eligible for Taxpayer Advocate Service (TAS) assistance. You can reach TAS by calling the TAS toll-free case intake line at 1-877-777-4778 or TTY/TDD 1-800-829-4059.

**Protect yourself from suspicious emails or phishing schemes.** Phishing is the creation and use of email and websites designed to mimic legitimate business emails and websites. The most common act is sending an email to a user falsely claiming to be an established legitimate enterprise in an attempt to scam the user into surrendering private information that will be used for identity theft.



The IRS does not initiate contacts with taxpayers via emails. Also, the IRS does not request personal detailed information through email or ask taxpayers for the PIN numbers, passwords, or similar secret access information for their credit card, bank, or other financial accounts.

If you receive an unsolicited email claiming to be from the IRS, forward this message to *phishing@irs.gov*. You may also report misuse of the IRS name, logo, or other IRS property to the Treasury Inspector General for Tax Administration (TIGTA) at 1-800-366-4484. You can forward suspicious emails to the Federal Trade Commission at *spam@uce.gov* or report them at *www.ftc.gov/ complaint*. You can contact the FTC at *www.ftc.gov/ idtheft* or 877-IDTHEFT (877-438-4338). If you have been the victim of identity theft, see *www.IdentityTheft.gov* and Pub. 5027.

Visit *www.irs.gov/IdentityTheft* to learn more about identity theft and how to reduce your risk.

**Privacy Act Notice**

Section 6109 of the Internal Revenue Code requires you to provide your correct TIN to persons (including federal agencies) who are required to file information returns with the IRS to report interest, dividends, or certain other income paid to you; mortgage interest you paid; the acquisition or abandonment of secured property; the cancellation of debt; or contributions you made to an IRA, Archer MSA, or HSA. The person collecting this form uses the information on the form to file information returns with the IRS, reporting the above information. Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation and to cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their laws. The information also may be disclosed to other countries under a treaty, to federal and state agencies to enforce civil and criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism. You must provide your TIN whether or not you are required to file a tax return. Under section 3406, payers must generally withhold a percentage of taxable interest, dividend, and certain other payments to a payee who does not give a TIN to the payer. Certain penalties may also apply for providing false or fraudulent information.



03/12/2019



**AM BANK**
بنك الـمـوارد

P.O Box 113-6260 / 1103 2110 BEIRUT, LEBANON
PHONE: +961.1.734040 - FAX: +961.1.744277

تلفون: 113-6260 / 1103 2110 بيروت، لبنان
فاكس: 734040 +961.1 - تلفون: +961.1.744277

---

**Declaration OPTION 1**
**To AM BANK S.A.L.**

We the Undersigned, KAREN MARIE JOSEPH DAOU, After acknowledging the content of the Foreign Account Tax Compliance Act(FATCA), hereby declare, at our full responsibility, that **we are not subject to US taxation as per FATCA**, and undertake to provide your bank, within a period of (30) days, with the information and documents supporting our declaration and refuting the validity of the FATCA indicia which you are referring to, knowing that, in case we fail to do so, we will be classified as a "Recalcitrant Account Holder". **In addition we hereby, authorise your bank, its staff and managers, to provide such information and documents to the US authorities, to your correspondent banking and financial institutions and to the institutions related to your group and, for this purpose at the bank's discretion waive the banking secrecy.**

الخيار 1
السادة بنك الموارد ش.م.ل. المحترمين

نحن الموقعين أدناه KAREN MARIE JOSEPH DAOU بعد أن أخذنا علماً بمضمون كتابكم أعلاه، نصرح بموجبه، على كامل مسؤوليتنا، بأننا غير مكلفين بالضريبة الأميركية وفقاً لقانون FATCA ونتعهد بتزويد مصرفكم، ضمن مهلة ثلاثين (30) يوماً وتحت طائلة تصنيفنا "زبونا" غير متعاون" بالمعلومات والمستندات المطلوبة التي تثبت ذلك وتنفي المؤشرات المشار اليها للسلطات الأميركية ومديريه ومستخدميه تقديم المعلومات والمستندات المشار اليها للسلطات الأميركية ولمراسليهم من المؤسسات المصرفية والمالية وللمؤسسات التابعة لمجموعة المصرف وبقدر ما تدعو الحاجة لهذا الغرض، وفق استنساب المصرف، نرفع السرية المصرفية.

| Name | Signature الاسم | التوقيع |
|------|------|------|

| Date | Address التاريخ | العنوان |
|------|------|------|

---

**Declaration OPTION 2**
**To AM BANK S.A.L.**

We the Undersigned, KAREN MARIE JOSEPH DAOU, After acknowledging the content of the Foreign Account Tax Compliance Act (FATCA), hereby declare, at our full responsibility, that (i) **we are subject to US taxation under FATCA**, (ii) **we waive the banking secrecy** on all matters relateing to or in connection with the implementation o FATCA and the relevant implementing regulations and agreements, (iii)**we authorise your bank, and its staff and managers**, to provide the US authorities correspondent banking and financial institutions and to the institutions related to your group with all information and documents relating to us, to our accounts, operations and relation with your bank, and (iv) we undertake to provide your bank with all the information and documents that may be requested by your bank or by the US authorities in this respect.

الخيار 2
السادة بنك الموارد ش.م.ل. المحترمين

نحن الموقعين أدناه KAREN MARIE JOSEPH DAOU بعد أن أخذنا علماً بمضمون كتابكم أعلاه، نصرح على كامل مسؤوليتنا بأننا مكلفون بالضريبة الأميركية وفقاً لقانون FATCA و أننا نرفع السرية المصرفية بكل شأن يختص أو يتعلق بتطبيق قانون FATCA والاتفاقيات المشار اليها في كتابكم و نجيز لمصرفكم ومديريه ومستخدميه تقديم المعلومات والمستندات المطلوبة عنا وعن حساباتنا وعملياتنا مع المصرف للسلطات الأميركية ولمراسليهم من المؤسسات المصرفية والمالية وللمؤسسات التابعة لمجموعة المصرف كما نتعهد بتقديم المعلومات والمستندات اللازمة والتي قد يطلبها المصرف أو تطلبها السلطات الأميركية في هذا الاطار

| Name | Signature الاسم | التوقيع |
|------|------|------|
| | X Karen Daoul | |

| Date | TIN التاريخ | الرقم الضريبي الأميركي TIN |
|------|------|------|

| Address | | العنوان |
|------|------|------|

---

**Declaration OPTION 3**
**To AM BANK S.A.L.**

We the undersigned , KAREN MARIE JOSEPH DAOU, after acknowledging the content of the Foreign Account Tax Compliance Act (FATCA), we hereby declare, at our full responsibility, that (i) **we are subject of the US taxation as per FATCA**, (ii) **we refrain from waiving the banking secrecy** on all matters relating to or in connection with the implementation of FATCA and (iii) **we do not authorize your Bank and its staff and managers** to provide the US authorities with any information or document relating to us and to our accounts, operations and relation with your ank, and (iv) **we assume all consequences resulting therefrom.**

الخيار 3
السادة بنك الموارد ش.م.ل. المحترمين

نحن الموقعين أدناه ، KAREN MARIE JOSEPH DAOU بعد أن أخذنا علماً بمضمون كتابكم أعلاه، نصرح على كامل مسؤوليتنا بأننا مكلفون بالضريبة الأميركية وفقاً لقانون FATCA و أننا لا نوافق على رفع السرية المصرفية بكل شأن يختص أو يتعلق بتطبيق قانون FATCA والاتفاقيات المشار اليها في كتابكم ولا نجيز لمصرفكم ومديريه ومستخدميه تقديم المعلومات والمستندات المطلوبة عنا وعن حساباتنا وعلاقتنا وعملياتنا مع المصرف للسلطات، مع ما يستتبع ذلك من نتائج.

03/12/2019

**AM BANK** s.a.l.

بنك المـوارد

P.O. Box 113-6260 / 1103 2110 Beirut, Lebanon
Phone: +961.1.734040 – Fax: +961.1.744277

| Name | الاسم | Signature | التوقيع |
|------|-------|-----------|---------|

| Date | التاريخ | Address | العنوان |
|------|---------|---------|---------|



03/12/2019

20

AM BANK
بنك المـوارد

---

**INSTRUCTIONS THROUGH E-MAIL AND/OR THE INTERNET AND/OR E-BANKING AND/OR MOBILE BANKING**

Client's Full Name:    KAREN MARIE JOSEPH DAOU

Mother's Name:    REDACTED

Date of Birth:    20-JUL-1963                    Account/Card Number:

Phone Number:    The number is erased on the KYC          E-Mail Address:    The address is erased on the KYC

To AM Bank S.A.L.
We do hereby expressly and firmly request and authorize you to execute all of the instructions and/or orders that we give and notify you from our e-mail address and/or via Internet and/or through E-Banking and/or through Mobile Banking services, which may include any banking transaction of any type and any nature whatsoever, including but not limited to: transfer orders, forex operations of any type and in any currency whatsoever, withdrawals, opening of account suffixes of whatever kind, etc. We also declare and confirm that we strictly and definitively abide by the instructions and orders we give and notify you, as mentioned here-above.

We would also like to make our banking transactions easier and faster, and hence we request that you send us through all the above-mentioned means and on our entire responsibility all advices, statements and swift related to our account transactions, including all correspondence arising between us.

Therefore, we hereby release you from any liability in connection with the execution of our instructions and/or orders given to you by e-mail and/or via Internet and/or through E-Banking and/or through Mobile Banking services, and in particular, concerning the amounts, applicable exchange rates, transfers, withdrawals and any instructions and/or orders of any type or nature whatsoever given by us, etc. We also acknowledge and confirm that the mere execution of our instructions and orders given and notified to you as mentioned here-above, represents irrefutable, conclusive and absolute evidence attesting that these instructions and/or orders were given by us.

We also confirm our absolute, total and entire responsibility in regards to the electronic messages which are sent and notified to you by e-mail and/or via Internet and/or through E-Banking and/or through Mobile Banking services, together with their content and context. We are solely liable for any potential forgery, hacking Net, misconstruction or alteration because we solely bear the full liability for all risks entailed by the use of the above-mentioned means. We also confirm that the electronic messages sent and notified to you, as mentioned here-above, represent sufficient and irrefutable evidence of the instructions and orders we give you. You may use these electronic messages as irrefutable and conclusive evidence towards us before any official, non-official, judicial or extra-judicial authority, since we consider them as original documents. We are also aware of all risks, which could result from these means of communication, and we bear all risks associated with these means of communication including without limitation the risks resulting from errors in transmission, misinterpretation, or your errors, either with regards to our ID or email address, or in the event of revelation or discovery of our password, etc. We henceforth, irrevocably and undisputedly release you from any liability or responsibility of whatsoever nature and kind.

We also confirm that you may refuse the instructions and orders received through the aforementioned means, at your sole discretion, since under no circumstances shall these instructions and orders be deemed binding upon you. Moreover, we would like to inform you about our consent to your collection of a fee you determine, at your absolute discretion, to be charged monthly and/or for every transaction you execute through the above-mentioned means.

As a result of our dealing with you through the above-mentioned means, we hereby undertake to take the responsibility for following up the activity of our accounts opened with you and to always control their balances. In all cases, we agree, henceforward, without any reservations, that your entries and books have absolute and complete probative force in regards to the transactions executed on our behalf and the amounts due to or by us towards you, having henceforth waived our right to contest these balances. We also waive any dispute of any type whatsoever arising out of the execution of this letter content.

Date:

Client's Full Name:
KAREN MARIE JOSEPH DAOU
Signature:

X Karen Daou

03/12/2019

22

CAPITAL L.L. 36 000 000 000 FULLY PAID, LIST OF BANKS 101, R.C.B. 42600
P.O Box 113-6260 / 1103 2110 BEIRUT, LEBANON
PHONE: +961.1.734040 - FAX: +961.1.744277



رأس المال 36.000.000.000 ل.ل. مدفوع بالكامل، لائحة المصارف رقم 101، سجل تجاري بيروت رقم 42600
ص.ب 113-6260 / 1103 2110 بيروت، لبنان
هاتف: 961.1.734040+ - فاكس: 961.1.744277+

---

### List of Customer's Rights and Duties

**In reference to Banque du Liban Basic Circular 134, below is the list of Customer's rights and duties.**

#### Customer's Rights

1. To take cognizance of the terms, conditions, and details of the product or service, and to request ample explanations to be able to understand them and can abide by them.
2. To obtain from the concerned employee a professional, clear, ample and simplified explanation about the financial services and products with different risk levels.
3. To obtain from the concerned employee a professional and clear answer to any question concerning an ambiguous clause or condition.
4. To request the use of Arabic in any document, correspondence or transaction with the bank.
5. To request to read and obtain in advance a copy of each document and text referred to in any contract to be signed with the bank.
6. To obtain and retain a copy of the contracts and documents signed by the customer without bearing any additional cost.
7. To request the bank to determine the actual cost of the product or service, including the actual insurance cost and the computational method of the lending or deposit interest rate.
8. To choose freely an insurance company among, at least, five companies that are accepted by the bank and mentioned in a written list, in case obtaining the product or service is contingent upon the submission of an insurance policy to the bank.
9. To obtain any product or service, provided it is suitable with the customer's request, profile and perception of the likely financial risks associated to the product or service.
10. To obtain, for each product or service, a periodic detailed statement of account.
11. To refuse to sign a blank or incomplete form and make sure all the required fields and figures in the form to be signed by the customer are correct and complete.
12. To submit a claim about any service or product, and request from the bank an explanation on the claim submission procedure, the time limit needed to be notified of the claim outcome, and the mechanism applied to submit the claim to other authorities whenever the customer is not convinced of the claim outcome.

For more information, please call our hotline on 1210 or email us on: customer.service@ambank.com
Or fill out the feedback form on the bank's website
www.ambank.com
Or on the I-Pad in the branch

---

### لائحة حقوق وواجبات العميل

بالإشارة إلى التعميم الأساسي الصادر عن مصرف لبنان تحت الرقم ١٣٤، نورد في ما يلي لائحة بحقوق وواجبات العميل:

#### حقوق العميل

١. الاطلاع على أحكام وشروط وتفاصيل المنتج أو الخدمة وطلب الايضاحات الوافية عنها لتأكد من فهمها والقدرة على الإلتزام بها.

٢. الحصول على شرح واضح وواف ومبسط من قبل الموظف المعني عن الخدمات والمنتجات المالية التي تحتوي على مستويات مختلفة من المخاطر.

٣. الحصول على إجابة عن أية أسئلة بشأن أي بند أو شرط غير واضح من قبل الموظف المعني وذلك بطريقة مهنية وواضحة.

٤. الطلب بأن تكون اللغة العربية معتمدة في أي مستند أو مراسلة أو معاملة مع المصرف.

٥. طلب الاطلاع والاستحصال مسبقاً على نسخة من كل مستند ووثيقة ونص مشار إليه في أي عقد منوي توقيعه مع المصرف.

٦. الحصول على نسخة من العقود والمستندات الموقعة منه والإحتفاظ بها من دون تحميله أي كلفة إضافية.

٧. الطلب من المصرف تحديد الكلفة الفعلية للمنتج أو للخدمة بما فيها الكلفة الفعلية للتأمين وطريقة احتساب الفائدة الدائنة أو المدينة.

٨. حرية إختيار شركة التأمين من بين خمس شركات، على الأقل، مقبولة من المصرف ومبينة في لائحة خطية وذلك اذا كان الحصول على المنتج أو الخدمة مشروطاً بتقديم بوليصة تأمين إلى المصرف.

٩. الحصول على أي منتج أو أي خدمة إذا كان ذلك يتلاءم مع طلبه وخلفيته وقدرته على استيعاب المخاطر المالية المحتملة لهذا المنتج أو الخدمة.

١٠. الحصول دورياً على كشف مفصل لكل حساب مرتبط بمنتج أو بخدمة.

١١. عدم التوقيع على نماذج فارغة أو غير مكتملة والتأكد من أن كافة الحقول المطلوبة والأرقام في النماذج التي قدمت له للتوقيع صحيحة ومكتملة.

١٢. إمكانية تقديم مراجعة بخصوص أي خدمة أو منتج والطلب من المصرف شرح كيفية تقديم المراجعة والمهلة الزمنية لإبلاغه بالنتيجة وآلية رفع هذه المراجعة إلى مراجع أخرى في حال عدم الاقتناع بالمعالجة المعروضة عليه.

للمزيد من المعلومات، يرجى الإتصال على الخط الساخن ١٢١٠
أو إرسال بريد إلكتروني على العنوان التالي:
customer.service@ambank.com
أو تعبئة النموذج الخاص بالمراجعات الموجود على الموقع الالكتروني للمصرف www.ambank.com
أو على جهاز ال I-Pad بالفرع

---

List of Customer's Rights and Duties

لائحة حقوق وواجبات العميل



## Customer's Duties

1. Provide true, complete and accurate information when filling out any form provided by the bank, and refrain from providing any false information.

2. Disclose all financial obligations when applying for a product or service, without prejudice to the rights conferred to customers by the Banking Secrecy Law.

3. Update the personal information submitted to the bank, on a continuous basis and whenever required to do so.

4. Comply with the terms and conditions governing the chosen service or product.

5. Promptly notify the bank of any unknown operation on his/her account.

6. Provide the bank with his/her home address, work address, email, ordinary mail, and telephone number, and report any change in this information to enable the bank to contact the concerned customer personally and thus guarantee the privacy of information.

## Instructions to the Customer

1. Do not provide any other party, under any circumstances, with any details about your bank account or any other banking or critical personal information.

2. Whenever facing financial difficulties preventing you from meeting your obligations or paying your installments in due time, refer to the bank in order to find out the best options, including the rescheduling of obligations.

3. Be careful when granting a proxy to a third party to complete your banking and financial transactions, by clearly determining the powers delegated under this proxy.

<div dir="rtl">

## واجبات العميل

١. تقديم معلومات صادقة وكاملة ودقيقة عند تعبئة أي نماذج خاصة بالمصرف والامتناع عن تقديم أي معلومات خاطئة.

٢. الإفصاح عن إلتزاماته المالية كافة عند تقديم طلب للحصول على منتج أو خدمة مع حفظ الحقوق التي يمنحه إيّاها قانون سرية المصارف.

٣. تحديث المعلومات الشخصية المقدمة الى المصرف بشكل مستمر وكلما طلب منه ذلك.

٤. التقيد بالشروط والأحكام التي ترعى الخدمة أو المنتج الذي يستفيد منه.

٥. في حال إكتشافه عمليات مجهولة على حسابه، إبلاغ المصرف بذلك على الفور.

٦. تزويد المصرف بعنوان سكنه وعمله وعنوان بريده الإلكتروني والعادي ورقم هاتفه والابلاغ عن أي تعديل لهذه المعلومات مما يمكن المصرف من الإتصال بالعميل المعني بشكل يؤمن خصوصية المعلومات الخاصة به.

## إرشادات للعميل

١. عدم تقديم أية تفاصيل بشأن حسابه المصرفي أو أية معلومات مصرفية أخرى أو شخصية دقيقة، تحت أي ظرف، إلى طرف آخر.

٢. عند مواجهة صعوبات مالية تمنعه من الإيفاء بإلتزاماته أو تسديد أقساطه في الوقت المحدد، مراجعة المصرف بهدف إيجاد الخيارات الأنسب ومنها إعادة جدولة التزاماته.

٣. التنبه عند منح وكالات رسمية للغير لإنجاز معاملاته المصرفية والمالية بحيث يحدد بدقة الصلاحيات الممنوحة بموجب هذه الوكالات.

</div>

I, the undersigned, hereby acknowledge receipt of the List of Customer's Rights and Duties from AM Bank S.A.L., in compliance with the Basic Circular number 134 issued by Banque du Liban, after having read and understood its content.

Customer's Full Name: _____ Account/Card number: _____ Signature: Kaw...Door Date: _____

Branch: _____

<div dir="rtl">

فرع: _____

أنا الموقع أدناه أصرح وأقر أنني إستلمت من بنك الموارد ش.م.ل. لائحة حقوق وواجبات العميل تطبيقاً للتعميم الأساسي الصادر عن مصرف لبنان تحت الرقم /١٣٤/، بعد أن اطلعت على مضمونها وفهمت محتواها.

قم الحساب/ البطاقة: _____ التوقيع: _____ التاريخ: _____

</div>

**AM BANK**
بنك الـمـوارد

CAPITAL L.L. 36.000.000.000 FULLY PAID, LIST OF BANKS 101, R.C.B. 42600
P.O Box 113-6260 / 1103 2110 BEIRUT, LEBANON
PHONE: +961.1.734040 - FAX: +961.1.744277

رأس المال 36.000.000.000 ل.ل مدفوع بكامله لائحة المصارف رقم 101، سجل تجاري بيروت رقم 42600
ص.ب 113-6260 / 1103 2110 بيروت، لبنان
هاتف: 1.734040 961. - فاكس: 1.744277 961.

## Specimen of Signature

Name of Account Owner(s) _____ Karen _____

Account Number _____

Signee Name _____

Signee Name _____

Date _____

| Signature |
| --- |
| x Karen Daou |
| x Karen Daou |
| **Signed in the presence of** |
|  |

---

Name of Account Owner(s) _____ Karen _____

Account Number _____

Signee Name _____

Signee Name _____

Date _____

| Signature |
| --- |
| x Karen Daou |
| x Karen Daou |
| **Signed in the presence of** |
|  |

00124/AM-1

**AM BANK**
بنــك المـوارد

JOUNIEH BRANCH
SHIHA BLDG.,JOUNIEH ROUNDABOUT
Tel 09-638222 / 70-564999

JOSEPH ABDALLAH DAOU OR STEPHAN HAN
NA HANNA GERGIS
CLEARWATER,200 PALM IS SW STRT,200

| Date | 2/13/2020 | التاريخ | Account Type | Capital Account | نوع الحساب |
|------|-----------|---------|--------------|------------------|------------|
| Statement | | الكشف | Account No. | REDACTED REDACTED 0 | رقم الحساب |
| Page | 1/1 | صفحة | Currency | US Dollar | العملة |

| Date التاريخ | Description البيان | Debit مدين | Credit دائن | Balance رصيد |
|--------------|-------------------|------------|-------------|--------------|
| 04/12/2019 | Balance | | | 0.00 |
| | Transfer - Credit | | 5,735,928.67 | 5,735,928.67 |
| | 279019120400007 | | | |
| | fr 001 chq coll | | | |
| 02/01/2020 | A/C Tran. Charge | 4.00- | | 5,735,924.67 |
| | SMS Charge - AccountSMS Char | 1.00- | | 5,735,923.67 |
| 04/01/2020 | Interest | | 48,216.19 | 5,784,139.86 |
| 11/01/2020 | Transfer - Credit | | 5,534.67 | 5,789,674.53 |
| | 279020011100011 | | | |
| | CHQS CLCT | | | |
| 01/02/2020 | A/C Tran. Charge | 4.00- | | 5,789,670.53 |
| | SMS Charge - AccountSMS Char | 1.00- | | 5,789,669.53 |
| 04/02/2020 | Interest | | 22,062.44 | 5,811,731.97 |
| 2/13/2020 | Carried forward | CREDIT BALANCE | | 5,811,731.97 |

Except errors and omissions / ما عدا السهو والخطأ

We will consider the transactions mentioned on this statement to be correct and approved by your goodselves if we do not receive any objection to these transactions within a period of 15 days from its date.



**From:** **"Joseph A. Daou"** josephdaou@yahoo.com
**Subject:** Fw: Fwd: 200213 AlMawarid Bank STATEMENT OF ACCOUNT - JOSEPH DAOU OR STEPHAN HANNA GE
**Date:** February 13, 2020 at 4:35 AM America/Los_Angeles
**To:** Yas Manaseer yasmanaseer@developmentoption.com

This PDF is created with the trial version of **Save Gmail to Google Drive** add-on.

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "Youssef El Khoury" <Youssef.ElKhoury@ambank.com>
**To:** "Joseph Daou" <josephdaou@yahoo.com>
**Sent:** Thu, Feb 13, 2020 at 12:50 AM
**Subject:** Fwd: STATEMENT OF ACCOUNT - JOSEPH DAOU OR STEPHAN HANNA GE

Dear Mr Daou ,

Plz find attached your account statement .

Best regards

Begin forwarded message:

**From:** Mary Azzi <Mary.Azzi@ambank.com>
**Date:** February 13, 2020 at 8:34:16 AM GMT+2
**To:** Youssef El Khoury <Youssef.ElKhoury@ambank.com>
**Subject: STATEMENT OF ACCOUNT - JOSEPH DAOU OR STEPHAN HANNA GERGES**

FYI

**Youssef El Khoury**
*VP-International Business Development*

Phone:+961.1.344000 - Ext: - Fax:+961.
Youssef.ElKhoury@ambank.com
*http://www.ambank.com*

Confidentiality Notice:
E-mails sent or received shall neither constitute acceptance of conducting transactions via electronic means, nor be legally binding unless a written contract is signed between the parties. Any e-mails, as well as any attachments included thereto, are for the sole use of the addressee(s), and may include confidential or sensitive data not meant for disclosure. If you are not the addressee, you may not disclose it, copy it, distribute it or take or omit to take any action based on it. This message including any attachment is transmitted for discussion purposes only and is not meant as legal or business advice or guidance and should not be taken as such. Sensitive information such as Personally Identifiable Information, or Credit/Debit Card numbers records should be handled carefully, and not directly exposed in e-mails. Any intentional/non-intentional breach of confidentiality may subject the person(s) to legal suits. AM Bank sal does not hold responsibility or liability for any harmful content/views expressed by the sender, damages caused by virus infection, or misuse of contained information, as e-mails are not a safe transfer channel, can be intercepted at any point in time, and enclosed information amended by third parties. At our discretion, any information shared through the e-mail medium may be further examined by AM Bank sal. Recipients should apply basic safety measures when viewing e-mails, and check the e-mail for viruses, or confirm the authenticity of the sender when in doubt.

**Attachments:**

image4c7814.PNG (5.62 kB)
ATT00001.htm (2.2 kB)
joedaou-13022020093130-0001.pdf (376.02 kB)
ATT00002.htm (178 B)
imagec41f98.JPG (8.56 kB)
image2c9635.PNG (5.62 kB)

**From:** **"Joseph A. Daou"** josephdaou@yahoo.com
**Subject:** Fw: Fwd: JOSEPH DAOU OR KAREN MARIE DAOU
**Date:** March 18, 2020 at 12:45 PM America/Los_Angeles
**To:** Yas Manaseer yasmanaseer@savisinc.com

!

This PDF is created with the trial version of **Save Gmail to Google Drive** add-on.

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "Youssef El Khoury" <Youssef.ElKhoury@ambank.com>
**To:** "Joseph Daou" <josephdaou@yahoo.com>
**Sent:** Thu, Feb 27, 2020 at 6:24 AM
**Subject:** Fwd: JOSEPH DAOU OR KAREN MARIE DAOU

Dear Mr Daou ,

Please find the statement of your current account held at AMBank as today .

Best regards

Begin forwarded message:

> **From:** Mary Azzi <Mary.Azzi@ambank.com>
> **Date:** February 27, 2020 at 1:43:53 PM GMT+2
> **To:** Youssef El Khoury <Youssef.ElKhoury@ambank.com>
> **Subject: JOSEPH DAOU OR KAREN MARIE DAOU**

H71DMR E4304AB ENQUIRY    Transaction History Enquiry       10:09 27 FEB 2020

REDACTED 1 JOSEPH OR KAREN  Starter            US Dollar

REDACTED
? Particulars              Debits  Credits Posted    Account balance
                                    Balance 27FEB      0.00CR
Trnfr Diff A/C-Dr          5,811,718.08 25FEB          5,811,718.08CR
5430200225000056
trsf from acc REDACTED
as per client request email attache
                           Credit balance 27FEB    5,811,718.08CR
                           Available balance 27FEB    5,811,718.08CR

F3=Exit  F5=Refresh  F7=Backward  F8=Forward  F12=Previous  F16=Print
1=Posting 2=Event Summ 3=Narrative 4=Additional transaction info

**Mary Azzi**
*Jounieh Branch*

Phone:+961.9.638222 - Ext:113 - Fax:+961.9.638222
**Mary.Azzi@ambank.com**

*http://www.ambank.com*

**Youssef El Khoury**
*VP-International Business Development*

Phone:+961.1.344000 - Ext: - Fax:+961.
**Youssef.ElKhoury@ambank.com**

*http://www.ambank.com*

Confidentiality Notice:
E-mails sent or received shall neither constitute acceptance of conducting transactions via electronic means, nor be legally binding unless a written contract is signed between the parties. Any e-mails, as well as any attachments included thereto, are for the sole use of the addressee(s), and may include confidential or sensitive data not meant for disclosure. If you are not the addressee, you may not disclose it, copy it, distribute it or take or omit to take any action based on it. This message including any attachment is transmitted for discussion purposes only and is not meant as legal or business advice or guidance and should not be taken as such. Sensitive information such as Personally Identifiable Information, or Credit/Debit Card numbers records should be handled carefully, and not directly exposed in e-mails. Any intentional/non-intentional breach of confidentiality may subject the person(s) to legal suits. AM Bank sal does not hold responsibility or liability for any harmful content/views expressed by the sender, damages caused by virus infection, or misuse of contained information, as e-mails are not a safe transfer channel, can be intercepted at any point in time, and enclosed information amended by third parties. At our discretion, any information shared through the e-mail medium may be further examined by AM Bank sal. Recipients should apply basic safety measures when viewing e-mails, and check the e-mail for viruses, or confirm the authenticity of the sender when in doubt.

**Attachments:**
image3045ff.PNG (5.62 kB)
imagebf35aa.JPG (8.27 kB)
imagebe20f6.PNG (5.62 kB)



From: **"Joseph A. Daou"** josephdaou@yahoo.com

Subject: Fw: Fwd: STATEMENT OF ACCOUNT - JOSEPH DAOU OR STEPHAN HANNA GE

Date: March 18, 2020 at 12:51 PM America/Los_Angeles

To: Yas Manaseer yasmanaseer@savisinc.com

This PDF is created with the trial version of Save Gmail to Google Drive add-on.

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "Youssef El Khoury" <Youssef.ElKhoury@ambank.com>
**To:** "Joseph Daou" <josephdaou@yahoo.com>
**Sent:** Thu, Feb 13, 2020 at 12:50 AM
**Subject:** Fwd: STATEMENT OF ACCOUNT -  JOSEPH DAOU OR STEPHAN HANNA GE

Dear Mr Daou ,

Plz find attached your account statement .

Best regards

Begin forwarded message:

> **From:** Mary Azzi <Mary.Azzi@ambank.com>
> **Date:** February 13, 2020 at 8:34:16 AM GMT+2
> **To:** Youssef El Khoury <Youssef.ElKhoury@ambank.com>
> **Subject: STATEMENT OF ACCOUNT -  JOSEPH DAOU OR STEPHAN HANNA GERGES**

FYI

**Youssef El Khoury**
*VP-International Business Development*

Phone:+961.1.344000 - Ext: - Fax:+961.
Youssef.ElKhoury@ambank.com
*http://www.ambank.com*

Confidentiality Notice:

E-mails sent or received shall neither constitute acceptance of conducting transactions via electronic means, nor be legally binding unless a written contract is signed between the parties. Any e-mails, as well as any attachments included thereto, are for the sole use of the addressee(s), and may include confidential or sensitive data not meant for disclosure. If you are not the addressee, you may not disclose it, copy it, distribute it or take or omit to take any action based on it. This message including any attachment is transmitted for discussion purposes only and is not meant as legal or business advice or guidance and should not be taken as such. Sensitive information such as Personally Identifiable Information, or Credit/Debit Card numbers records should be handled carefully, and not directly exposed in e-mails. Any intentional/non-intentional breach of confidentiality may subject the person(s) to legal suits. AM Bank sal does not hold responsibility or liability for any harmful content/views expressed by the sender, damages caused by virus infection, or misuse of contained information, as e-mails are not a safe transfer channel, can be intercepted at any point in time, and enclosed information amended by third parties. At our discretion, any information shared through the e-mail medium may be further examined by AM Bank sal. Recipients should apply basic safety measures when viewing e-mails, and check the e-mail for viruses, or confirm the authenticity of the sender when in doubt.

**Attachments:**

image4c7814.PNG (5.62 kB)
ATT00001.htm (2.2 kB)
joedaou-13022020093130-0001.pdf (376.02 kB)
ATT00002.htm (178 B)
imagec41f98.JPG (8.56 kB)
image2c9635.PNG (5.62 kB)