# EXHIBIT 23



Case 1:20-cv-04438-DLC   Document 27-20   Filed 07/30/20   Page 2 of 6

**AM BANK** / بنك الموارد

P.O. Box 113-6260 / 1103-2110 Beirut, Lebanon
Phone: +961.1.734060 - Fax: +961.1.746277

0014   Jounieh      **Draft Issue**         Date        07/03/20

Banque Du Liban        Value Date  07/03/20

We have issued a draft from A/C:   REDACTED
JOSEPH DAOU OR KAREN MARIE DAOU
CF Starter

**Draft Amount**      USD ****5,811,500.00

**Funding Amount**    USD ****5,811,508.61

Draft Num.:     443219
Beneficiary:    JOSEPH OR KAREN DAOU
Orderer:

USD FIVE MILLION EIGHT HUNDRED ELEVEN THOUSAND FIVE HUNDRED ONLY

*Accepted check she declined to wire transfer*

I agree to Trx. charges posted later

Customer Signature          Authorized Signature

*Valid for deposit in USA*

07/03/20   08:39   1200307000006    62  01  3    A844      JUNH@AAA 0000006



Case 1:20-cv-04438-DLC  Document 27-20  Filed 07/00/20  Page 3 of 6

**AM BANK**
بنك الموارد

Capital L.L. 36 000 000 000 Fully Paid, List of Banks 101, R.C.B. 42600
P.O Box 113-6260 / 1103 2110 Beirut, Lebanon
Phone: +961.1.734040 · Fax +961.1.744277

0014  Jounieh           **Draft Issue**         Date        07/03/20
                         Banque Du Liban        Value Date  07/03/20

We have issued a draft from A/C:    REDACTED
                                    JOSEPH DAOU OR KAREN MARIE DAOU
                                    CF Starter

Draft Amount     USD ****5,811,500.00
Funding Amount   USD ****5,811,508.81

Draft Num.:   443219
Beneficiary:  JOSEPH OR KAREN DAOU
Orderer:

USD FIVE MILLION EIGHT HUNDRED ELEVEN THOUSAND FIVE HUNDRED ONLY

I agree to Trx. charges posted later

Customer Signature                              Authorized Signature

07/03/20   08:39   1200307000006    62   01   3   A844      JUNH@AAA0000006

---



**AM BANK**
بنك الموارد

Capital L.L. 36 000 000 000 Fully Paid, List of Banks 101, R.C.B. 42600
P.O Box 113-6260 / 1103 2110 Beirut, Lebanon
Phone: +961.1.734040 · Fax +961.1.744277

0014  Jounieh           **Draft Issue**         Date        07/03/20
                         Banque Du Liban        Value Date  07/03/20

We have issued a draft from A/C:    REDACTED
                                    JOSEPH DAOU OR KAREN MARIE DAOU
                                    CF Starter

Draft Amount     USD ****5,811,500.00
Funding Amount   USD ****5,811,508.81

Draft Num.:   443219
Beneficiary:  JOSEPH OR KAREN DAOU
Orderer:

USD FIVE MILLION EIGHT HUNDRED ELEVEN THOUSAND FIVE HUNDRED ONLY

I agree to Trx. charges posted later

Customer Signature                              Authorized Signature

07/03/20   08:39   1200307000006    62   01   3   A844      JUNH@AAA0000006

**Payment order instruction**
Addressed to AM Bank SAL
Beirut – Lebanon

Date: 07/03/20

Kindly execute the Payment Order as per the following instructions:

| Field | Value |
|---|---|
| Ordering customer (Client's name) | JOSEPH DAOU OR KAREN MARIE DAOU |
| Account number to be debited | Account: REDACTED    Currency: USD |
| Amount to be transferred in figures | Amount: 5,811,500    Currency: USD |
| Amount to be transferred in letters | Only five million eight hundred eleven thousand and five hundred USD only |
| Beneficiary Name & Address (Building, Street, Area, City, Country, Phone Number) | JOSEPH OR KAREN DAOU |
| Beneficiary's IBAN/ Account Number | N/A |
| Beneficiary's bank (Name, Branch, Country, Swift Code/FEDWIRE #/etc...) | N/A |
| Intermediary bank if any (name, branch, country, swift code/FEDWIRE #/etc...) | N/A |
| Details of payment including: - Detailed purpose of payment. - Relationship between ordering customer and Beneficiary. | Accepted check smc declined to wire transfer. Valid to deposit in USA |



| | |
|---|---|
| - In case it is a business transaction: Mention the Invoice number, invoice date, type of goods, origin and final destination of goods (if applicable) / the nature of services or contract date. | Accepted Check since declined to wire transfer. Valid to deposit in USA |
| Type of Charge (one checkbox to be checked) | ☐ SHA (Shared)   ☑ OUR (On our account)   ☐ BEN (on beneficiary's account) |

1. Transfer execution is conditioned by availability of funds in our account.
2. AM Bank sal will not assume any liability of whatsoever nature for non-execution, delays in final payments, or blockage of funds by its correspondent banks or for any adverse consequences resulting from incomplete/erroneous information/documentation in payment details as instructed by us.
3. AM Bank sal shall be released from any liability arising from the non-execution of the payment order sent via electronic means in case the bank is unable to confirm and verify the provided information with us.
4. AM Bank sal has the right, without my reserve, to communicate to the Correspondent Bank any additional information including but not limited to the full name, address, profession or business activity of the ordering customer and shall be entitled to debit our account for any additional charges that might result from such inquiry.

After becoming aware of the above-mentioned conditions, we confirm that the payment order is within the framework of our standard and usual activities.
We hereby release AM Bank sal from any liability arising from non-execution, delays on final payment, or blockage of funds by its correspondents whether due to any misinterpretation or due to any sort of inquiries and clarifications related to applicable laws for Fighting Money Laundering or due to the enforcement of any sanctions. We acknowledge that AM Bank sal reserves the right to reject or stop the execution of the present payment order instructions if considered to breach any of the international sanctions, regulations and restrictive measures.

NAME & SIGNATURE

*[signature]*

*[AM Bank Jounieh stamp — "Copy of original"]*



07/03/20 بنك الدم لا يحول

Accepted check s/he declined to wire transfer
Valid to deposit in USA.