# EXHIBIT 24

# Fifth Third Bank - Global Treasury Management

| | | | |
|---|---|---|---|
| International Reference #: | 528156 | Date: | 4/15/2020 |
| Account Name: | KAREN M DAOU | Prepared by: | CW |
| | JOSEPH A DAOU | | |
| | 200 PALM IS SW | | |
| | CLEARWATER BEACH   FL   33767- | | |

Account number REDACTED has been debited for the amount of:      $0.00   Details listed below.

Represents non-payment of your Foreign Check Collection reference number FCK528156.

Reason for return: UNABLE TO CLEAR--REFER TO MAKER

| | | | |
|---|---|---|---|
| Amount of Check: | 5,811,500.00 USD | Rate: | 1.000000 |
| Collection Fee: | $0.00 | | |
| ForeignBankFee: | $0.00 | | |
| Mail Fee: | $0.00 | | |
| Total: | $0.00 | | |

Contact your local branch for any questions.

Friday, April 17, 2020                                                                                               Clean Collection Receipt