# ANNEX 1

## CURRICULUM VITAE

## ALINE MICHEL EL KHOURY

**PERSONAL INFORMATION:**

Nationality:         Lebanese citizen
Date of Birth:       December 10, 1973
Business Address:    Ashrafieh, Karm Rahhal St., 4883 Ashrafieh Bldg., 9th Floor
                     Tel: 961 1 424506          Fax: 961 1 424 507
                     Mobile: 961 3 688142
                     P.O. Box: 2055/116 Beirut-Lebanon
                     Email: *a.elkhoury@khoury-lawfirm.com*

**ACADEMIC HISTORY:**

| | |
|---|---|
| **1996 – To date** | Member of the Beirut Bar Association |
| **1996 - 1997** | DEA Banking and Finance at "La Sagesse University" |
| **1991 - 1995** | Degree in Law Studies at USJ, "St. Joseph University of Beirut" |
| **1990 - 1991** | Lebanese Baccalaureate Part II, (Experimental Science option) with three languages: Arabic, French, and English. |

**PROFESSIONAL EXPERIENCE:**

**March 2001 to date:** Attorney at Law-Own Practice and Litigator

**May 2000 to March 2004:** Me. Abdo Lahoud Law Firm (Attorney at Law)

**July 1998- May 2000:** Me. Abdo Lahoud Law Firm (Trainee Lawyer)

**October 1996 - July 1998:** Me. Selim Esta Law Firm (Trainee Lawyer)

**Tasks included:**
- Providing legal opinions and advices on a variety of matters related to the corporate life of Companies, to internal staff, drafting and reviewing contracts including mandates, letters of engagement, NDAs, subscription agreements, funds, investment agreements, administration agreements, distribution agreements, shareholders agreements, acquisitions …
- Establishing Companies, updating the Commercial Register of Companies.
- Compliance with Laws and Regulations.
- Reviewing and drafting agreements.
- Following up on all legal cases.
- Drafting minutes of shareholders and partners assemblies, board of directors, transfer of shares with the implications of preferential right, companies' liquidation… and following up their registration at the relevant authorities.
- Following up on all legal cases with external legal advisors and local courts.
- Liaise with competent authorities.
- Handling, and representing companies in International Arbitration under International Chamber of Commerce;
- Liaise with competent authorities (governmental and non-governmental).
- Board secretary.
- Contracting cases under FIDIC.
- Taking part in oral arguments, and negotiations…
- Litigation in banking, employment, and commercial matters.

- Handling real estate cases and representing real estate companies.
- Handling opposition on imposed taxes.
- Handling administrative cases before the Council of State (administrative court).
- Establishing branches, representative offices and companies' abroad (Iraq, Jordan, Qatar, Lebanon) with the collaboration of local lawyers.

**FURTHER SKILLS:**

| | |
|---|---|
| **December 2019** | Conference on the Foreign Corrupt Practices Act in Washington, USA |
| **January 2017** | Advanced Training by WILMERHALE on the Export Compliance and Sanctions held in Beirut, Lebanon. |
| **September 2016** | Training by WILMERHALE on the U.S. Foreign Corrupt Practices Act held in Beirut, Lebanon. |
| **May 2016** | Training by WILMERHALE on the U.S. Foreign Corrupt Practices Act and Export Compliance and Sanctions held in Larnaca, Cyprus. |
| **March 2015** | Training Course about Managing, Defending and Making Claims under the FIDIC contracts in Beirut, Lebanon |
| **March 2015** | Mock case study under the ICC Rules of Arbitration |
| **November 2012** | Regional Insolvency Conference about the Challenges and Choices for Economic development in Cairo, Egypt- International Finance Corporation (World Bank Group) |
| **May 2011** | Training Course about Defending and Making Claims under the FIDIC Conditions of Contract 1999 in Abu Dhabi, UAE |
| **February 2010** | Comparative study regarding the promotion and ratification of the International Labor Organization key gender equality conventions in Lebanon, Jordan & Syria. |
| **May 2009** | Comparative Study between Labor laws in Gulf region and the ILO Conventions. |
| **April 2008** | Practical Training: How to Finance Contracting Projects. |
| **August 2005** | Training Course on Global Public Service Lawyering "Theory & Practice" with the collaboration of New York University School of Law. |
| **Jan. 2005 till June 2005** | Attending English for Contract and Company Law Course at the British Council of Beirut. |
| **28 Feb. till 11 March 2005** | Training Course on Promotion of Women Workers' Rights and Equality in Employment held in Turin-Italy, organized by the International Labor Organization (United Nations). |
| **2003-2004** | Obtained the *CAE2 (Advanced Course in English) at the British Council of Beirut*. |
| **1999-2002** | Member of the Judiciary Aid Commission at the Beirut Bar Association. |
| **2000** | Published the article relating to the effect of bankruptcy on contracts in the fourth edition of "AL ADEL" magazine (page 530), issued by the Bar of Beirut, containing important law articles and the latest case laws. |

**Beirut, December 2020**
**ALINE EL KHOURY**