

**ANNEX 2**

قانون أصول المحاكمات المدنية
**Code Of Civil Procedure**

المادة 4:
"... وعند انتفاء النص يعتمد القاضي المبادئ العامة والعرف والإنصاف."

**Article 4**:
"… and when there is absence of text, the judge shall rely on the general principles of law, the custom and justice."

المادة 74:
"يخضع الاختصاص الدولي للمحاكم اللبناني مبدئياً للأحكام المتعلقة بالاختصاص الداخلي دون تمييز بين لبناني وأجنبي."

**Article 74**:
"The international jurisdiction of the Lebanese courts is governed, in principle, by the provisions related to the local jurisdiction without discrimination between Lebanese and foreigners."

المادة 80:
"يخضع عدم اختصاص المحاكم اللبنانية لقواعد عدم الاختصاص المكاني الداخلي، ويكون نسبياً ما لم يتعلق بحالة اختصاص إلزامية."

**Article 80**:
"The incompetency of the Lebanese courts is governed by the internal territorial incompetency rules; And it is proportionate unless it is related to a binding competence rule."

المادة 96:
"الاختصاص المكاني نوعان: عادي وله الطابع النسبي، واستثنائي وله الطابع الإلزامي."

**Article 96**:
"The territorial jurisdiction is of two types: ordinary having proportional nature, extraordinary having a binding nature."

المادة 100:
"في الدعاوى المتعلقة بالعقد المدني أو التجاري يكون الاختصاص لمحكمة مقام المدعى عليه الحقيقي أو المقام المختار أو للمحكمة التي أبرم العقد في دائرتها واشترط تنفيذ أحد الالتزامات الرئيسية الناشئة عنه فيها ...."

**Article 100**:

I, hereby attest that the above, is a certified translation of the legible content.
Under no circumstances, should we be held liable for the original received document content.

Dbaye, High Point   03 563 593   sworn@crystaltranslation.net   www.crystaltranslation.net   Crystal Translation Ministry




"For the litigations related to the civil or commercial agreement, the competence is for the court of the domicile of the defendant, real or chosen, or to the court of the place where the contract was signed and at least one of the main obligations shall be executed at the said place …"

**المادة 102:**
"في الدعاوى الناشئة عن جرم أو شبه جرم يكون الاختصاص لمحكمة مقام المدعى عليه أو للمحكمة التي وقع في دائرتها الفعل الضار أو الضرر الموجب للتعويض."

**Article 102:**
"For the litigations related to tort or quasi-tort, the competence is for the court of the domicile of the defendant, or the court where the tort took place, or where the damage to be compensated had place."

**قانون الموجبات والعقود**
**Code of Obligations and Contracts**

**المادة 172:**
"… وعندما يقتصر أحد الفريقين على قبول مشروع نظامي يكتفى بعرضه عليه ولا يجوز له من الوجه القانوني أو الفعلي أن يناقش في ما تضمنه، يسمى العقد إذ ذاك عقد موافقة …."

**Article 172:**
"… when one of the parties just accepts a standardized project submitted to him and to which said party does not have the right, from a legal or factual way, to discuss its content, such agreement is an adherence agreement."

**المادة 184:**
"إذا كانت المساومات جارية بالمراسلة أو بواسطة رسول بين غائبين فالعقد يعد منشأ في الوقت وفي المكان اللذين صدر فيهما القبول ممن وجه إليه العرض."

**Article 184:**
"If the negotiations took place by correspondence or through a messenger between absentees, the contract is concluded at the time and place where the recipient has issued his acceptance."

**المادة 221:**
"ان العقود المنشأة على الوجه القانوني تلزم المتعاقدين. ويجب ان تفهم وتفسر وتنفذ وفاقا لحسن النية والانصاف والعرف."

**Article 221:**
"The agreements legally-made are binding upon the parties and must be understood, interpreted and implemented in accordance with good faith, fairness and custom."

**قانون التجارة**
**Code of Commerce**

**المادة 4:**




على القاضي، عند تحديد مفاعيل العمل التجاري، أن يطبق العرف المتوطد إلا إذا ظهر أن المتعاقدين قصدوا مخالفة أحكام العرف أو كان العرف متعارضاً مع النصوص الاشتراعية الالزامية..."

**Article 4:**
"The judge shall, in his assessment of the effects of a commercial operation, apply well established customs, unless it becomes apparent that the contractual parties intended to derogate them, or unless such usages are contrary to binding legislative provisions."

المادة 307:
"إن المصرف الذي يتلقى على سبيل الوديعة مبلغاً من النقود يصبح مالكا له ويجب عليه أن يرده بقيمة تعادله دفعة واحدة أو عدة دفعات عند أول طلب من المودع أو بحسب شروط المهل أو الإعلان المسبق المعينة في العقد..."

**Article 307:**
"The bank which receives a sum of money as deposit acquires ownership thereof. It must refund it in one or several installments of equivalent value at the depositor's first request or within the terms of deadlines or prior notice specified in the contract."

المادة 425:
"إن الشك قابل للإيفاء لدى الإطلاع وكل شرط مخالف يعدّ لغواً"

**Article 425:**
"The cheque is payable at sight. Any contrary condition is deemed renounced."

المادة 426:
"إن الشك الذي يصدر في لبنان ويكون قابل الايفاء فيه يجب أن يعرض للايفاء في مهلة ثمانية أيام. أما الشك الذي يصدر في خارج لبنان ويكون قابلاً للإيفاء فيه فيجب عرضه في مهلة عشرين يوم إذا كان محل إصداره في بلاد متاخمة للبنان أو لسوريا أو في أوربا أو في بلاد واقعة على شاطىء البحر المتوسط. وتكون المهلة سبعين يوماً إذا كان الشك صادراً عن أي بلد آخر."

**Article 426:**
"The cheque issued and payable in Lebanon must be presented for payment within eight days. The cheque issued out of Lebanon and payable in Lebanon must be presented within 20 days if the date of issue is located in one of the countries bordering Lebanon or Syria, in Europe, or in a country of the Mediterranean. The deadline is of 70 days if the cheque was issued in any other country."

Translation certification of the received content, on 17/12/2020
I, hereby attest that the above, is a certified translation of the legible content.
Under no circumstances, should we be held liable for the original received document content.

Dbaye, High Point   03 563 593   sworn@crystaltranslation.net   www.crystaltranslation.net   Crystal Translation Ministry