


## ANNEX 3

موسوعة العقود المدنية والتجارية – الرئيس الدكتور الياس ناصيف
(الجزء الأول- أحكام العقد- عقد الإذعان- ص. 84-85-86)

"عقد الإذعان"
... ويتمتع قاضي الأساس بسلطة واسعة، دون أن يخضع لرقابة محكمة التمييز، في تقدير، ما إذا كانت الشروط والتحفظات الواردة في العقد تعسفية أم لا، فإذا تبين له، في عقد الإذعان شرطاً تعسفياً فله أن يزيل أثره، حتى أن يلغيه ويعفى الطرف المذعن من تنفيذه،
ولا يجوز للمتعاقدين، باتفاق خاص أن ينزعا من القاضي سلطته في تقدير الشروط لأن هذا الإتفاق يكون باطلا لمخالفته للنظام العام."

**Encyclopedia of Civil and Commercial Agreements- Judge Dr. Elias Nassif**
(Part One- Contract regulations- Adhesion Agreement- pages 84-85-86)

"…The judge has extensive power, without being subject to supervision by the supreme court, in the evaluation, whether the conditions and preservation stipulated in the agreement are discretionary or not, and if he finds, in the adhesion agreement a abusive clause he can eliminate its effects, even annul it and spare the adherent party from its execution,
The contractual parties have no right to eliminate the judge's power in this regard by mutual agreement, therefore such agreement shall be considered as null and void because it violated to the public order."

**Translation certification on 17/12/2020**

I, hereby attest that the above, is a certified translation of the legible content.
Under no circumstances, should we be held liable for the original received document content.

Dbaye, High Point   03 563 593   sworn@crystaltranslation.net   www.crystaltranslation.net   Crystal Translation Ministry