

# ANNEX 4

<div dir="rtl">

**المشرع اللبناني اعتمد نظرية صدور القبول**
(القاضي مصطفى العوجي- القانون المدني- العقد- ص.239-240)

"...إعتمد المشرع اللبناني نظرية صدور القبول، فنصت المادة 184 م و ع على أنه إذا كانت المفاوضات جارية بالمراسلة أو بواسطة رسول بين غائبين فإن العقد ينشأ في الوقت وفي المكان اللذين صدر فيهما القبول ممن وجه إليه العرض.
إذا حسب القانون اللبناني ينبرم العقد في المكان والزمان اللذين صدر فيهما القبول. فيترتب على ذلك أن العقد يكون خاضعاً لقانون مكان صدور القبول لجهة صحة إنشائه، ما لم يكن قد إتفق الفرقاء على إخضاع تعاقدهم لقانون يختارونه،..."

</div>

**The Lebanese legislator adopted the theory of the acceptance issuance**
(Judge Moustafa El Aougi- Civil law- The contract- pages 239-240)

"The Lebanese legislator adopted the theory of the acceptance issuance; according to article 184 of the Code of Obligations and Contracts stipulates that when the negotiations take place by correspondence or through a messenger between absentees, the contract is concluded at the time and place where the recipient has issued his acceptance. Thus, according to Lebanese law, the contract is concluded at the place and time where the acceptance emanated. Therefore, the agreement shall be governed by the law of the place of acceptance in matters of righteous concluding unless otherwise agreed by the parties with regard to the choice of the governing law, … "

**Translation certification on 17/12/2020**

*I, hereby attest that the above, is a certified translation of the legible content.*
*Under no circumstances, should we be held liable for the original received document content.*