CHRISTELLE EL TAWIL
مترجمة محلّفة لدى المحاكم
Sworn Translator
Traductrice Assermentée

Christelle El Tawil • Sworn Translator • Traductrice Assermentée
كريستل الطويل
03 563 593

**ANNEX 5**

**محكمة استئناف بيروت- قرار رقم 11 تاريخ 1986/3/6**
(صادر بين التشريع والاجتهاد- المصارف- ص.561 فقرة /66/)

"**ماهية التحويل المصرفي:** بما أن التحويل المصرفي هي عملية مجردة شبيهة بإيفاء يجريه البنك لشخص معين بناء على أمر دفع يتلقاه من عميله فلا يتعدى إذن كونه تسديداً على شاكلة الدفع النقدي أو الدفع بواسطة الشك."

**Court of Appeal in Beirut- decision no. 11 dated 6-3-1986**
(Sader between the legislation and the jurisprudence- The Banks- page 561- paragraph 66)

"**Definition of the wire transfer:** since the wire transfer is an operation similar to a payment performed by the bank to a certain person based on the request of payment received from his client. Therefore, it is simply considered as way of payment similar to the payment in cash or through a check."

**Translation certification on 17/12/2020**

I, hereby attest that the above, is a certified translation of the legible content.
Under no circumstances, should we be held liable for the original received document content.