


**ANNEX 8**

**Extract of an article written by Esq. Nasri Antoine Diab published in Al Adel, 1987, page 130:**

<u>L'annulation pour force majeure:</u>

Certains auteurs proposent de rendre la révision (des contrats) possible sur la base de la force majeure.

Ceci ne peut être admis car, pour qu'il y ait force majeure, il faut qu'il y ait impossibilité absolue d'exécution (et non, comme ici, impossibilité relative au débiteur) et absence de faute. Or, la dépréciation monétaire peut rendre extrêmement onéreuse l'exécution de l'obligation, mais elle ne constitue pas un obstacle insurmontable qui rend l'exécution impossible de façon absolue.

<u>Annulation for Force Majeure:</u>

Some authors suggest to revise (the contracts) based on Force Majeure.

This is inadmissible because, to have a Force Majeure event, there should be an absolute impossibility of execution (and not, as in this case, an impossibility related to the debtor) and absence of fault. However, the currency depreciation can make the execution of the obligation extremely costly, but it does not constitute an invincible obstacle which makes the execution absolutely impossible.

Translation certification on 18/12/2020

I, hereby attest that the above, is a certified translation of the legible content.
Under no circumstances, should we be held liable for the original received document content.

📍 Dbaye, High Point   📞 03 563 593   ✉ sworn@crystaltranslation.net   🌐 www.crystaltranslation.net   Crystal Translation Ministry