# EXHIBIT 6

Case 1:20-cv-04438-DLC Document 71-6 Filed 12/18/20 Page 2 of 3



| Bloomberg the Company & Its Products | Bloomberg Terminal Demo Request | Bloomberg Anywhere Remote Login | Bloomberg Customer Support |

☰ Menu　🔍 Search　　　**Bloomberg**　　　Welcome, mjs

Photographer: Patrick Baz/AFP via Getty Images

Markets

# Yields of 100% Push Lebanon's Bonds Into Venezuela Territory

By Paul Wallace
November 20, 2019, 4:58 AM EST  Updated on November 20, 2019, 8:25 AM EST

▸ Rate on $1.2 billion of bonds due in March rises to 103%
▸ Crisis worsened on Tuesday as protesters blocked parliament

● LIVE ON BLOOMBERG
Watch Live TV ›
Listen to Live Radio ›
**Bloomberg Television**

LISTEN TO ARTICLE
▶ 1:44

SHARE THIS ARTICLE
Share
Tweet
Post
Email

The political crisis in Lebanon has sent yields on some of its dollar bonds into triple digits.

Rates on the government's $1.2 billion of notes maturing in March next year have climbed 28 percentage points this week to 105%. They were at 13% five weeks ago, just before the start of protests that led to the resignation of Prime Minister Saad Hariri and exacerbated the nation's economic woes.

Protesters marched to parliament in Beirut on Tuesday, forcing it to suspend a session as the army and riot police tried to disperse them.

With Lebanon viewed by many bond traders as a default waiting to happen, cash prices have become more important than yields as they factor in potential recovery rates. That's inverted the government's curve and distorted yields at the shorter end. The price of Lebanon's 2020 debt is 77 cents on the dollar, while that of its April 2021 securities is 56 cents.

In this article



INDU
**DJIA**
26,573.53 USD
▼ -78.80  -0.30%

SPX
**S&P 500**
3,214.83 USD
▼ -20.83  -0.64%

CCMP
**NASDAQ**
10,360.84 USD
▼ -100.58  -0.96%

UKX
**FTSE 100**
6,130.47 GBP
▼ -80.97  -1.30%

NKY
**NIKKEI 225 Future**
22,760.00 JPY
▲ +10.00  +0.04%

EURUSD
**EUR-USD**
1.1633 USD



Triple-Digit Yield
Investors have dumped Lebanese debt amid a political and financial crisis
■ Yield on Lebanon's $1.2 billion March 2020 bond
Prime Minister Hariri resigns
Start of protests

7/24/2020   TheSlotCapture-0764 Yields of 100% Push Lebanon's Bonds Into Venezuela Territory - Bloomberg   www.bloomberg.com

Case 1:20-cv-04438-DLC Document 71-6 Filed 12/18/20 Page 3 of 3





Still, it's extremely rare for a nation's dollar yields to reach 100%. Even in Argentina -- where investors are far from convinced that the incoming leader Alberto Fernandez can fix an economic mess -- they haven't gone far beyond 85%. Some of Venezuela's bonds reached triple figures around the time it defaulted in late 2017.

READ: Lebanon Crisis Has Templeton Uttering R-Word Amid Debt Woes

Lebanon, one of the world's most indebted countries relative to the size of its economy, has consistently said it will honor its liabilities and has downplayed any talk of a restructuring. It's never defaulted on its sovereign debt, most of which is held by local banks.

According to central bank Governor Riad Salameh, Lebanon has the money to repay $1.5 billion of securities maturing at the end of this month. The next Eurobonds after that are those due in March 2020.



(Updates yield in second paragraph.)

---

# The FIX

The Bloomberg Fixed Income Exchange



**Investing Legend Uses Distressed Debt to Hunt**

### The Weekly Fix

Sign up to get the latest fixed income news, charts, and insights, right in your inbox each Friday.

Enter your email    **Sign Up**