# EXHIBIT 9

7/24/2020 FireShot Capture 078 - Scandal of Lebanese Politicians' Transfer of Billions of Dollars a... - english.aawsat.com

Case 1:20-cv-04438-DLC Document 71-9 Filed 12/18/20 Page 2 of 3

English

# ASHARQ AL-AWSAT

Gulf   Arab World   Iran   World   Opinion   Interviews   Varieties

News / Arab World

## Scandal of Lebanese Politicians' Transfer of Billions of Dollars abroad 'Confuses' Banks

Sunday, 29 December, 2019 - 12:15



Lebanon's Central Bank Governor Riad Salameh speaks during an interview with Reuters at his office in Central Bank in Beirut, Lebanon October 24, 2017. (Reuters)

Beirut - Youssef Diab

Statements by financial expert, Dr. Marwan Iskandar, in which he revealed that Lebanese politicians transferred billions of dollars abroad, created confusion among the political, banking and even judicial circles and increased the anger of the popular uprising against Lebanon's ruling class.

This information has caused great resentment in Lebanon, especially as it comes at a time when banks are imposing tight restrictions on depositors' withdrawals and prohibiting them from transferring any amount in foreign currencies abroad. This has affected merchants, who have to pay for imported goods, and even citizens who need to transfer money to their children studying abroad.

In this regard, an emergency meeting of the Finance and Budget parliamentary committee was held on Thursday, in the presence of Central Bank Governor Riad Salameh, who announced after the talks that "investigations will be conducted in reports about officials and bankers making transfers abroad this year."

"We will do whatever the law allows us to, to check all the transfers that occurred in 2019 abroad, and whether there are suspicious funds," he vowed.

Meanwhile, a judicial source told Asharq Al-Awsat that intense investigations began on Friday by the Central Criminal Investigation Department, under the direct supervision of



Our Newsletter

**Most Read**

1  Saudi Crown Prince Receives Call from Trump to Inquire about King

2  Sisi Urges Unity from Egyptians ahead of Military Intervention in

3  Saudi Arabia Announces 2,238 New Virus Cases

4  Kuwait Emir Arrives in US for Medical Treatment, in Stable

5  Sudan's Hamdok Calls for Binding Deal on Operating Renaissance





What Your Dog Is Trying To Warn About If They Lick Their Paws

7/24/2020 FireShot Capture 078 - Scandal of Lebanese Politicians Transfer of Billions of Dollars ca\_ - english.aawsat.com

Case 1:20-cv-04438-DLC Document 71-9 Filed 12/18/20 Page 3 of 3

Beirut First Investigating Judge Ghassan Oueidat.

The source explained that the investigation "began by listening to Iskandar's statements about the information he revealed."

"The matter is being followed up and needs further investigations in cooperation with the Central Bank and the Banking Supervision Committee," according to the source.

In remarks to Asharq Al-Awsat, Iskandar noted that "the amounts were transferred normally and not smuggled."

He revealed that a Swiss official informed him that the transferred funds amounted to two billion dollars, and they belonged to nine Lebanese politicians.

"What's dangerous is that the sums have been transferred in the last 15 days, at the height of the liquidity crisis," Iskandar noted.

He stressed that the Swiss parliament has begun a serious investigation into this matter, and it would publish the results once it is completed.

## Related News


Libyans Face Painful Power Cuts


Iraq Negotiates with Pfizer over COVID-19 Vaccine Once


Tunisia's Ennahda Accused of Concealing Evidence Tied to

Sisi Orders Providing Coronavirus Vaccines Once

Sudanese Govt. Acknowledges Difficulties in Appointing State

Finnish FM Holds Meetings with Top Iraqi Officials in

Police in Western Libya Tested for Coronavirus

Egypt Arrests Muslim Brotherhood Members

Arab Parliament Demands Int'l Action to End Houthi Violations

Sudan's Hamdok Calls for Binding Deal on Operating

MASAM: Houthis Killed Dozens of Civilians in Taiz

German Curator Kidnapped in Iraq Freed in Security Operation

## Editor Picks


China-US Ties Appear at a Turning Point


Oil Spills Pollute Northeast Syria Creeks


10 Talking Points from Syria's Parliamentary Elections


Here's Why Saudi Arabia's Mohammad Al-Tuwaijri is a

Council of Saudi Chambers:

Iran-China Military Alliance: A

Saudi Candidate for WTO to

Syria Goes to the Polls Amid