# EXHIBIT

# 12



## DATA SERIES

| | |
|---|---|
| Balance Sheet of Banque du Liban | Gold |
| Remark | - |
| Source | Banque du Liban |
| Note | End of Period, in billions of LBP |
| Download Format | Excel Sheet (.xls) |

Download

| PERIOD | IN BILLIONS OF LBP |
|---|---|
| May-2020 | 23992.7 |
| Apr-2020 | 23897.9 |
| Mar-2020 | 22341.9 |
| Feb-2020 | 22628.7 |
| Jan-2020 | 21961.8 |
| Dec-2019 | 21012.5 |
| Nov-2019 | 20245.4 |
| Oct-2019 | 20944.7 |
| Sep-2019 | 20681.3 |
| Aug-2019 | 21221.7 |
| Jul-2019 | 19901 |
| Jun-2019 | 19674 |
| May-2019 | 18004.5 |
| Apr-2019 | 17864.9 |
| Mar-2019 | 17948.6 |
| Feb-2019 | 18437.7 |
| Jan-2019 | 18397.1 |
| Dec-2018 | 17742.9 |
| Nov-2018 | 17000.2 |
| Oct-2018 | 16942.4 |
| Sep-2018 | 16451.7 |
| Aug-2018 | 16771.8 |
| Jul-2018 | 16942.4 |
| Jun-2018 | 17391 |
| May-2018 | 18131.9 |
| Apr-2018 | 18298 |
| Mar-2018 | 18423.1 |
| Feb-2018 | 18346.7 |
| Jan-2018 | 18674.1 |
| Dec-2017 | 18032.9 |
| Nov-2017 | 17999.8 |
| Oct-2017 | 17706.2 |
| Sep-2017 | 17901.5 |
| Aug-2017 | 18173.7 |
| Jul-2017 | 17508.1 |
| Jun-2017 | 17301.5 |
| May-2017 | 17580.6 |
| Apr-2017 | 17615.9 |
| Mar 2017 | 17203.9 |
| Feb-2017 | 17421.8 |
| Jan-2017 | 16746.7 |
| Dec-2016 | 16138.4 |
| Nov-2016 | 16490.9 |
| Oct-2016 | 17693.7 |
| Sep-2016 | 18439.3 |
| Aug-2016 | 18274.2 |
| Jul-2016 | 18508.2 |
| Jun-2016 | 18313.5 |
| May-2016 | 16838.4 |
| Apr-2016 | 17466.8 |
| Mar-2016 | 17156.8 |
| Feb-2016 | 17088.7 |
| Jan-2016 | 15478.8 |
| Dec-2015 | 14846.2 |
| Nov-2015 | 14690.5 |
| Oct-2015 | 15969.5 |
| Sep-2015 | 15621 |
| Aug-2015 | 15740.8 |
| Jul-2015 | 15047.8 |
| Jun-2015 | 16312.9 |
| May-2015 | 16525.6 |
| Apr-2015 | 16726.5 |

| | |
|---|---|
| Apr-2015 | 16726.5 |
| Mar-2015 | 16480.4 |
| Feb-2015 | 16775.2 |
| Jan-2015 | 17579.2 |
| Dec-2014 | 16508.7 |
| Nov-2014 | 16477 |
| Oct-2014 | 16296.2 |
| Sep-2014 | 16779.2 |
| Aug-2014 | 17874.7 |
| Jul-2014 | 18009.7 |
| Jun-2014 | 18260 |
| May-2014 | 17443.9 |
| Apr-2014 | 17952 |
| Mar-2014 | 17996.5 |
| Feb-2014 | 18465.7 |
| Jan-2014 | 17283.3 |
| Dec-2013 | 16738.8 |
| Nov-2013 | 17340.3 |
| Oct-2013 | 18487.3 |
| Sep-2013 | 18574.9 |
| Aug-2013 | 19420.7 |
| Jul-2013 | 18526.4 |
| Jun-2013 | 16727.7 |
| May-2013 | 19674.4 |
| Apr-2013 | 20496.4 |
| Mar-2013 | 22248.5 |
| Feb-2013 | 22120.3 |
| Jan-2013 | 23292.6 |
| Dec-2012 | 23083.3 |
| Nov-2012 | 24025.2 |
| Oct-2012 | 23910.2 |
| Sep-2012 | 24759 |
| Aug-2012 | 23079.6 |
| Jul-2012 | 22582.1 |
| Jun-2012 | 21839 |
| May-2012 | 21785.2 |
| Apr-2012 | 23128.5 |
| Mar-2012 | 23116.7 |
| Feb-2012 | 24816 |
| Jan-2012 | 24164.2 |
| Dec-2011 | 21709 |
| Nov-2011 | 23870.9 |
| Oct-2011 | 23976.3 |
| Sep-2011 | 22719.1 |
| Aug-2011 | 25243.8 |
| Jul-2011 | 22434.1 |
| Jun-2011 | 20998.3 |
| May-2011 | 21381.6 |
| Apr-2011 | 21325.3 |
| Mar-2011 | 19925 |
| Feb-2011 | 19613.2 |
| Jan-2011 | 18596.2 |
| Dec-2010 | 19612.5 |
| Nov-2010 | 19100.6 |
| Oct-2010 | 18609.4 |
| Sep-2010 | 18265.8 |
| Aug-2010 | 17154.9 |
| Jul-2010 | 16252.9 |
| Jun-2010 | 17291.5 |
| May-2010 | 16873.7 |
| Apr-2010 | 16333.6 |
| Mar-2010 | 15418.8 |
| Feb-2010 | 15224.1 |
| Jan-2010 | 15047.6 |
| Dec-2009 | 15168.5 |
| Nov-2009 | 16262.7 |
| Oct-2009 | 14535.2 |
| Sep-2009 | 13938.8 |
| Aug-2009 | 13269.4 |
| Jul-2009 | 12996.2 |
| Jun-2009 | 13060.2 |
| May-2009 | 13526.6 |
| Apr-2009 | 12374.1 |
| Mar-2009 | 12773.8 |
| Feb-2009 | 13134.6 |
| Jan-2009 | 12807.8 |
| Dec-2008 | 12107.8 |
| Nov-2008 | 11305.7 |
| Oct-2008 | 10089.9 |
| Sep-2008 | 12296.2 |
| Aug-2008 | 11625.4 |

| | |
|---|---|
| Jul-2008 | 12648 |
| Jun-2008 | 12985.1 |
| May-2008 | 12207.2 |
| Apr-2008 | 12032.1 |
| Mar-2008 | 12992.8 |
| Feb-2008 | 13489.1 |
| Jan-2008 | 12841.2 |
| Dec-2007 | 11517 |
| Nov-2007 | 11058.9 |
| Oct-2007 | 10927.5 |
| Sep-2007 | 10269.9 |
| Aug-2007 | 9289.8 |
| Jul-2007 | 9271 |
| Jun-2007 | 9020.8 |
| May-2007 | 9132 |
| Apr-2007 | 9431.6 |
| Mar-2007 | 9215.4 |
| Feb-2007 | 9379.4 |
| Jan-2007 | 8979.7 |
| Dec-2006 | 8754.5 |
| Nov-2006 | 8883.8 |
| Oct-2006 | 8379.1 |
| Sep-2006 | 8368 |
| Aug-2006 | 8658.6 |
| Jul-2006 | 8779.5 |
| Jun-2006 | 8342.3 |
| May-2006 | 9095.1 |
| Apr-2006 | 8876.9 |
| Mar-2006 | 8110.5 |
| Feb-2006 | 7731.7 |
| Jan-2006 | 7800.1 |
| Dec-2005 | 7140.1 |
| Nov-2005 | 6876.3 |
| Oct-2005 | 6560.7 |
| Sep-2005 | 6587.8 |
| Aug-2005 | 6004.3 |
| Jul-2005 | 5948.7 |
| Jun-2005 | 6066.4 |
| May-2005 | 5780 |
| Apr-2005 | 6013.6 |
| Mar-2005 | 5951 |
| Feb-2005 | 6020.6 |
| Jan-2005 | 5903.5 |
| Dec-2004 | 6039 |
| Nov-2004 | 6299.7 |
| Oct-2004 | 5920.5 |
| Sep-2004 | 5736.7 |
| Aug-2004 | 5681 |
| Jul-2004 | 5420.6 |
| Jun-2004 | 5482.9 |
| May-2004 | 5498.5 |
| Apr-2004 | 5389.1 |
| Mar-2004 | 5903.1 |
| Feb-2004 | 5458.6 |
| Jan-2004 | 5565.2 |
| Dec-2003 | 5779.1 |
| Nov-2003 | 5538.1 |
| Oct-2003 | 5350.9 |
| Sep-2003 | 5350.5 |
| Aug-2003 | 5149.3 |
| Jul-2003 | 4942.4 |
| Jun-2003 | 4804.1 |
| May-2003 | 5088.4 |
| Apr-2003 | 4674.8 |
| Mar-2003 | 4665.5 |
| Feb-2003 | 4833.3 |
| Jan-2003 | 5149.3 |
| Dec-2002 | 4848.6 |
| Nov-2002 | 4426.6 |
| Oct-2002 | 4398.8 |
| Sep-2002 | 4495.4 |
| Aug-2002 | 4348.1 |
| Jul-2002 | 4243.8 |
| Jun-2002 | 4439.8 |
| May-2002 | 4548 |
| Apr-2002 | 4298 |
| Mar-2002 | 4224.8 |
| Feb-2002 | 4125.6 |
| Jan-2002 | 3926.8 |
| Dec-2001 | 3860.8 |
| Nov-2001 | 3823.2 |

| | |
|---|---|
| Oct-2001 | 3910.1 |
| Sep-2001 | 4051 |
| Aug-2001 | 3829.5 |
| Jul-2001 | 3693.2 |
| Jun-2001 | 3753.7 |
| May-2001 | 3700.2 |
| Apr-2001 | 3661.3 |
| Mar-2001 | 3599.4 |
| Feb-2001 | 3693.9 |
| Jan-2001 | 3698.8 |
| Dec-2000 | 3805.9 |
| Nov-2000 | 3718.3 |
| Oct-2000 | 3669.6 |
| Sep-2000 | 3812.8 |
| Aug-2000 | 3830.2 |
| Jul-2000 | 3857.3 |
| Jun-2000 | 4016.5 |
| May-2000 | 3790.6 |
| Apr-2000 | 3842.7 |
| Mar-2000 | 3835.8 |
| Feb-2000 | 4089.2 |
| Jan-2000 | 3935.1 |
| Dec-1999 | 4037.1 |
| Nov-1999 | 4057.5 |
| Oct-1999 | 4150 |
| Sep-1999 | 4177.8 |
| Aug-1999 | 3539.4 |
| Jul-1999 | 3572.8 |
| Jun-1999 | 3629.8 |
| May-1999 | 3759.8 |
| Apr-1999 | 3978.2 |
| Mar-1999 | 3894.7 |
| Feb-1999 | 3992.1 |
| Jan-1999 | 3969.8 |
| Dec-1998 | 3997.6 |
| Nov-1998 | 4115.8 |
| Oct-1998 | 4079.7 |
| Sep-1998 | 4107.4 |
| Aug-1998 | 3847.2 |
| Jul-1998 | 4040.1 |
| Jun-1998 | 4139.8 |
| May-1998 | 4102.5 |
| Apr-1998 | 4361 |
| Mar-1998 | 4221.5 |
| Feb-1998 | 4202.9 |
| Jan-1998 | 4196 |
| Dec-1997 | 4077.6 |
| Nov-1997 | 4187.3 |
| Oct-1997 | 4403.1 |
| Sep-1997 | 4654.2 |
| Aug-1997 | 4593.1 |
| Jul-1997 | 4623.9 |
| Jun-1997 | 4749.9 |
| May-1997 | 4904.7 |
| Apr-1997 | 4848.3 |
| Mar-1997 | 4985.8 |
| Feb-1997 | 5155 |
| Jan-1997 | 4924.4 |
| Dec-1996 | 5292.3 |
| Nov-1996 | 5324.9 |
| Oct-1996 | 5445.1 |
| Sep-1996 | 5453.8 |
| Aug-1996 | 5577.7 |
| Jul-1996 | 5568.5 |
| Jun-1996 | 5512.1 |
| May-1996 | 5673.5 |
| Apr-1996 | 5693.7 |
| Mar-1996 | 5772.8 |
| Feb-1996 | 5865.4 |
| Jan-1996 | 5923 |
| Dec-1995 | 5700.6 |
| Nov-1995 | 5720.2 |
| Oct-1995 | 5663.6 |
| Sep-1995 | 5696 |
| Aug-1995 | 5685.7 |
| Jul-1995 | 5716.4 |
| Jun-1995 | 5794.9 |
| May-1995 | 5760.5 |
| Apr-1995 | 5819.9 |
| Mar-1995 | 5822.3 |
| Feb-1995 | 5681.1 |

| | |
|---|---|
| Jan-1995 | 5695.8 |
| Dec-1994 | 5821.3 |
| Nov-1994 | 5856.1 |
| Oct-1994 | 5933.5 |
| Sep-1994 | 6075.1 |
| Aug-1994 | 5952.3 |
| Jul-1994 | 5939.4 |
| Jun-1994 | 5974.3 |
| May-1994 | 5992.4 |
| Apr-1994 | 5878.4 |
| Mar-1994 | 6086.8 |
| Feb-1994 | 5944.5 |
| Jan-1994 | 5952.7 |
| Dec-1993 | 6165.8 |
| Nov-1993 | 5868.8 |
| Oct-1993 | 5852.2 |
| Sep-1993 | 5608.5 |
| Aug-1993 | 5887.9 |
| Jul-1993 | 6483.7 |
| Jun-1993 | 5994.4 |
| May-1993 | 6064.5 |
| Apr-1993 | 5688.7 |
| Mar-1993 | 5415.6 |
| Feb-1993 | 5281.5 |
| Jan-1993 | 5558.4 |
| Dec-1992 | 5636.1 |
| Nov-1992 | 5771.5 |
| Oct-1992 | 6156 |
| Sep-1992 | 7794.6 |
| Aug-1992 | 7505.1 |
| Jul-1992 | 7151 |
| Jun-1992 | 5405.2 |
| May-1992 | 5215.9 |
| Apr-1992 | 4964.6 |
| Mar-1992 | 4033 |
| Feb-1992 | 3488.3 |
| Jan-1992 | 2871.7 |
| Dec-1991 | 2865.6 |
| Nov-1991 | 2978.8 |
| Oct-1991 | 2921.9 |
| Sep-1991 | 2882.9 |
| Aug-1991 | 2855.7 |
| Jul-1991 | 2994 |
| Jun-1991 | 3063.9 |
| May-1991 | 3052.6 |
| Apr-1991 | 3037.1 |
| Mar-1991 | 3061.9 |
| Feb-1991 | 3551 |
| Jan-1991 | 3787.1 |
| Dec-1990 | 2992.5 |
| Nov-1990 | 2487.7 |
| Oct-1990 | 2394.3 |
| Sep-1990 | 3480.9 |
| Aug-1990 | 3539.7 |
| Jul-1990 | 2276.5 |
| Jun-1990 | 2156.4 |
| May-1990 | 2113.2 |
| Apr-1990 | 2063.6 |
| Mar-1990 | 1957.6 |
| Feb-1990 | 2101.4 |
| Jan-1990 | 2110.6 |
| Dec-1989 | 1866.9 |
| Nov-1989 | 1678.8 |
| Oct-1989 | 1495.5 |
| Sep-1989 | 1594.1 |
| Aug-1989 | 1783.9 |
| Jul-1989 | 1765.9 |
| Jun-1989 | 1746.8 |
| May-1989 | 1704.2 |
| Apr-1989 | 1810.8 |
| Mar-1989 | 1752.3 |
| Feb-1989 | 1654 |
| Jan-1989 | 1895 |
| Dec-1988 | 2004 |
| Nov-1988 | 1943.4 |
| Oct-1988 | 1843.9 |
| Sep-1988 | 1513.5 |
| Aug-1988 | 1702 |
| Jul-1988 | 1398.8 |
| Jun-1988 | 1422.7 |

| | |
|---|---|
| May-1988 | 1518.5 |
| Apr-1988 | 1516.8 |
| Mar-1988 | 1533.7 |
| Feb-1988 | 1443.7 |
| Jan-1988 | 167.4 |
| Dec-1987 | 177.2 |
| Nov-1987 | 202.5 |
| Oct-1987 | 194.7 |
| Sep-1987 | 112.7 |
| Aug-1987 | 104.8 |
| Jul-1987 | 70.7 |
| Jun-1987 | 55.4 |
| May-1987 | 47.5 |
| Apr-1987 | 46 |
| Mar-1987 | 43.9 |
| Feb-1987 | 34 |
| Jan-1987 | 34 |
| Dec-1986 | 33.9 |
| Nov-1986 | 25.8 |
| Oct-1986 | 20 |
| Sep-1986 | 17.5 |
| Aug-1986 | 15.8 |
| Jul-1986 | 17.7 |
| Jun-1986 | 16.4 |
| May-1986 | 12.6 |
| Apr-1986 | 10.1 |
| Mar-1986 | 8.8 |
| Feb-1986 | 7.6 |
| Jan-1986 | 9.4 |
| Dec-1985 | 7.1 |
| Nov-1985 | 6.7 |
| Oct-1985 | 6.5 |
| Sep-1985 | 7.2 |
| Aug-1985 | 7.2 |
| Jul-1985 | 6.2 |
| Jun-1985 | 6.1 |
| May-1985 | 6.2 |
| Apr-1985 | 6.7 |
| Mar-1985 | 6.9 |
| Feb-1985 | 6.2 |
| Jan-1985 | 4.6 |
| Dec-1984 | 3.5 |
| Nov-1984 | 3.1 |
| Oct-1984 | 3 |
| Sep-1984 | 2.8 |
| Aug-1984 | 2.6 |
| Jul-1984 | 2.3 |
| Jun-1984 | 2.3 |
| May-1984 | 2.3 |
| Apr-1984 | 2.2 |
| Mar-1984 | 2.1 |
| Feb-1984 | 2.3 |
| Jan-1984 | 2.3 |
| Dec-1983 | 2.1 |
| Nov-1983 | 2 |
| Oct-1983 | 2 |
| Sep-1983 | 1.9 |
| Aug-1983 | 1.9 |
| Jul-1983 | 1.8 |
| Jun-1983 | 1.6 |
| May-1983 | 1.7 |
| Apr-1983 | 1.6 |
| Mar-1983 | 1.6 |
| Feb-1983 | 1.6 |
| Jan-1983 | 1.5 |
| Dec-1982 | 1.5 |
| Nov-1982 | 1.6 |
| Oct-1982 | 1.6 |
| Sep-1982 | 1.6 |
| Aug-1982 | 1.8 |
| Jul-1982 | 2 |
| Jun-1982 | 2 |
| May-1982 | 1.9 |
| Apr-1982 | 1.9 |
| Mar-1982 | 1.9 |
| Feb-1982 | 1.9 |
| Jan-1982 | 1.9 |
| Dec-1981 | 1.8 |
| Nov-1981 | 1.8 |
| Oct-1981 | 1.8 |
| Sep-1981 | 1.8 |

| | |
|---|---|
| Aug-1981 | 1.8 |
| Jul-1981 | 1.7 |
| Jun-1981 | 1.7 |
| May-1981 | 1.6 |
| Apr-1981 | 1.6 |
| Mar-1981 | 1.5 |
| Feb-1981 | 1.6 |
| Jan-1981 | 1.5 |
| Dec-1980 | 1.4 |
| Nov-1980 | 1.4 |
| Oct-1980 | 1.4 |
| Sep-1980 | 1.3 |
| Aug-1980 | 1.3 |
| Jul-1980 | 1.3 |
| Jun-1980 | 1.3 |
| May-1980 | 1.3 |
| Apr-1980 | 1.3 |
| Mar-1980 | 1.3 |
| Feb-1980 | 1.3 |
| Jan-1980 | 1.3 |
| Dec-1979 | 1.3 |
| Nov-1979 | 1.3 |
| Oct-1979 | 1.3 |
| Sep-1979 | 1.3 |
| Aug-1979 | 1.3 |
| Jul-1979 | 1.3 |
| Jun-1979 | 1.3 |
| May-1979 | 1.3 |
| Apr-1979 | 1.2 |
| Mar-1979 | 1.2 |
| Feb-1979 | 1.2 |
| Jan-1979 | 1.2 |
| Dec-1978 | 1.2 |
| Nov-1978 | 1.2 |
| Oct-1978 | 1.1 |
| Sep-1978 | 1.1 |
| Aug-1978 | 1.1 |
| Jul-1978 | 1.1 |
| Jun-1978 | 1.1 |
| May-1978 | 1.1 |
| Apr-1978 | 1.1 |
| Mar-1978 | 1.1 |
| Feb-1978 | 1.1 |
| Jan-1978 | 1.2 |
| Dec-1977 | 1.2 |
| Nov-1977 | 1.2 |
| Oct-1977 | 1.2 |
| Sep-1977 | 1.2 |
| Aug-1977 | 1.2 |
| Jul-1977 | 1.2 |
| Jun-1977 | 1.2 |
| May-1977 | 1.2 |
| Apr-1977 | 1.2 |
| Mar-1977 | 1.2 |
| Feb-1977 | 1.2 |
| Jan-1977 | 1.2 |
| Dec-1976 | 1.1 |
| Nov-1976 | 0 |
| Oct-1976 | 0 |
| Sep-1976 | 0 |
| Aug-1976 | 0 |
| Jul-1976 | 0 |
| Jun-1976 | 0 |
| May-1976 | 0 |
| Apr-1976 | 0 |
| Mar-1976 | 0 |
| Feb-1976 | 0 |
| Jan-1976 | 0 |
| Dec-1975 | 0.9 |
| Nov-1975 | 0 |
| Oct-1975 | 0 |
| Sep-1975 | 0 |
| Aug-1975 | 0 |
| Jul-1975 | 0.9 |
| Jun-1975 | 0.9 |
| May-1975 | 0.9 |
| Apr-1975 | 0.9 |
| Mar-1975 | 0.9 |
| Feb-1975 | 0.9 |
| Jan-1975 | 0.9 |
| Dec-1974 | 0.9 |

| | |
|---|---|
| Nov-1974 | 0.9 |
| Oct-1974 | 0.9 |
| Sep-1974 | 0.9 |
| Aug-1974 | 0.9 |
| Jul-1974 | 0.9 |
| Jun-1974 | 0.9 |
| May-1974 | 0.9 |
| Apr-1974 | 0.9 |
| Mar-1974 | 0.9 |
| Feb-1974 | 0.9 |
| Jan-1974 | 0.9 |
| Dec-1973 | 1 |
| Nov-1973 | 1 |
| Oct-1973 | 1 |
| Sep-1973 | 1 |
| Aug-1973 | 1 |
| Jul-1973 | 1 |
| Jun-1973 | 0.9 |
| May-1973 | 1 |
| Apr-1973 | 1 |
| Mar-1973 | 1 |
| Feb-1973 | 1.1 |
| Jan-1973 | 1 |
| Dec-1972 | 1 |
| Nov-1972 | 1 |
| Oct-1972 | 1.1 |
| Sep-1972 | 1.1 |
| Aug-1972 | 1 |
| Jul-1972 | 1 |
| Jun-1972 | 1 |
| May-1972 | 1.1 |
| Apr-1972 | 1.1 |
| Mar-1972 | 1.1 |
| Feb-1972 | 1.1 |
| Jan-1972 | 1.1 |
| Dec-1971 | 1.1 |
| Nov-1971 | 1 |
| Oct-1971 | 1 |
| Sep-1971 | 1 |
| Aug-1971 | 1 |
| Jul-1971 | 1 |
| Jun-1971 | 1 |
| May-1971 | 1 |
| Apr-1971 | 1 |
| Mar-1971 | 1 |
| Feb-1971 | 1 |
| Jan-1971 | 0.9 |
| Dec-1970 | 0.9 |
| Nov-1970 | 0.9 |
| Oct-1970 | 0.9 |
| Sep-1970 | 0.9 |
| Aug-1970 | 0.9 |
| Jul-1970 | 0.9 |
| Jun-1970 | 0.9 |
| May-1970 | 0.9 |
| Apr-1970 | 0.9 |
| Mar-1970 | 0.9 |
| Feb-1970 | 0.9 |
| Jan-1970 | 0.9 |
| Dec-1969 | 0.9 |
| Nov-1969 | 0.9 |
| Oct-1969 | 0.9 |
| Sep-1969 | 0.9 |
| Aug-1969 | 0.9 |
| Jul-1969 | 0.9 |
| Jun-1969 | 0.9 |
| May-1969 | 0.9 |
| Apr-1969 | 0.9 |
| Mar-1969 | 0.9 |
| Feb-1969 | 0.9 |
| Jan-1969 | 0.9 |
| Dec-1968 | 0.9 |
| Nov-1968 | 0.9 |
| Oct-1968 | 0.9 |
| Sep-1968 | 0.9 |
| Aug-1968 | 0.9 |
| Jul-1968 | 0.9 |
| Jun-1968 | 0.9 |
| May-1968 | 0.8 |
| Apr-1968 | 0.8 |
| Mar-1968 | 0.8 |

| Mar-1968 | 0.6 |
| --- | --- |
| Feb-1968 | 0.6 |
| Jan-1968 | 0.6 |
| Dec-1967 | 0.6 |
| Nov-1967 | 0.6 |
| Oct-1967 | 0.6 |
| Sep-1967 | 0.6 |
| Aug-1967 | 0.6 |
| Jul-1967 | 0.6 |
| Jun-1967 | 0.6 |
| May-1967 | 0.6 |
| Apr-1967 | 0.6 |
| Mar-1967 | 0.6 |
| Feb-1967 | 0.6 |
| Jan-1967 | 0.6 |
| Dec-1966 | 0.6 |
| Nov-1966 | 0.6 |
| Oct-1966 | 0.6 |
| Sep-1966 | 0.6 |
| Aug-1966 | 0.6 |
| Jul-1966 | 0.6 |
| Jun-1966 | 0.6 |
| May-1966 | 0.6 |
| Apr-1966 | 0.6 |
| Mar-1966 | 0.6 |
| Feb-1966 | 0.6 |
| Jan-1966 | 0.6 |
| Dec-1965 | 0.6 |
| Nov-1965 | 0.6 |
| Oct-1965 | 0.6 |
| Sep-1965 | 0.6 |
| Aug-1965 | 0.6 |
| Jul-1965 | 0.6 |
| Jun-1965 | 0.6 |
| May-1965 | 0.6 |
| Apr-1965 | 0.6 |
| Mar-1965 | 0.6 |
| Feb-1965 | 0 |
| Jan-1965 | 0 |
| Dec-1964 | 0 |
| Nov-1964 | 0 |
| Oct-1964 | 0 |
| Sep-1964 | 0 |
| Aug-1964 | 0 |
| Jul-1964 | 0 |
| Jun-1964 | 0 |
| May-1964 | 0 |
| Apr-1964 | 0 |
| Mar-1964 | 0 |
| Feb-1964 | 0 |
| Jan-1964 | 0 |