# EXHIBIT 15





New post

sign in sign up

Lebanon Banking Limits February 2020
Uploaded 18 days

Next Post

Retail Banking MONITOR

INFOPRO RESEARCH

# Banking Limits

## (USD & LL)

**February 07, 2020**

**Banking Limits**

| Bank Name | Card Currency | Maximum withdrawal per day | Maximum withdrawal per week (Otherwise Specified) | Max. monthly Limit | Remarks |
|---|---|---|---|---|---|
| Bank Audi | LL | LL1.6 million (through ATMs)<br>LL3 million (over the counter) | LL7.5 million (through ATMs)<br>LL7 million (over the counter) | LL8 million (through ATMs)<br>LL25 million (over the counter) | Option to withdraw from ATMs or over the counter |
| | USD | $300 for a/c < $100,000<br>$500 for a/c < $1 million<br>$1,000 for a/c > $1 million<br>(Every 15 days) | $300 for a/c < $100,000<br>$500 for a/c < $1 million<br>$1,000 for a/c > $1 million<br>(Every 15 days) | $600 for a/c < $100,000<br>$1,000 for a/c < $1 million<br>$2,000 for a/c > $1 million | USD available over the counters only |
| Bank of Beirut | LL | LL2 million (over the counter)<br>LL1 million (through ATMs) | LL2 million (over the counter)<br>LL3 million (through ATMs) | Up to LL5 million (over the counter)<br>LL4.5 million (through ATMs) | Option to withdraw from ATMs or over the counter |
| | USD | $100 | $200 | $600 | USD available over the counters only |
| Bankmed | LL | LL2 million (over the counter)<br>LL2 million (through ATMs) | LL2 million (over the counter)<br>LL5 million (through ATMs) | LL5 million (over the counter)<br>LL24 million (through ATMs) | Option to withdraw from ATMs or over the counter |
| | USD | $200 (Every 15 days) | $200 (Every 15 days) | $400 | USD available on ATMs only |
| Banque Libano-Française | LL | LL1.5 million (Blue & Silver) | LL1.5 million (Blue & Silver) | Blue: LL3 million; Silver: LL6 million | Option to withdraw from ATMs or over the counter. Limits will vary depending on the card type. |
| | USD | $1,000 for accounts > $100,000<br>$500 for accounts < $100,000 | $1,000 for accounts > $100,000<br>$500 for accounts < $100,000 | $4,000 for accounts > $100,000<br>$2,000 for accounts < $100,000 | USD available over the counters only |

*Term Deposit offers and Accounts | 2*

MOST VIRAL IMAGES
sorted by popularity

RUH ROH!

Katherine Johnson

Water falling on a sharp point

What now, bitch!

Love Imgur? Join our team!

about ▪ store ▪ help ▪ blog ▪ terms
privacy ▪ ccpa ▪ apps ▪ api ▪ advertise
ad choices ▪ report ad ▪ request deletion
community rules ▪ forum

### Banking Limits

| Bank Name | Card Currency | Maximum withdrawal per day | Maximum withdrawal per week (Otherwise Specified) | Max. monthly Limit | Remarks |
|---|---|---|---|---|---|
| BBAC | LL | LL1 million (through ATMs) N/S (over the counter) | Up to LL7 million (through ATMs) Up to LL15 million (over the counter) | Up to LL30 million (through ATMs) Up to LL60 million (over the counter) | Option to withdraw from ATMs or over the counter |
| BBAC | USD | $200 (Every 15 days) | $200 (Every 15 days) | $400 | USD available over the counters only |
| BLC Bank | LL | LL1.5 million | LL10 million | LL30 million | Option to withdraw from ATMs or over the counter |
| BLC Bank | USD | $200 | $200 | $800 | USD available over the counters only |
| BLOM Bank | LL | LL3 million (over the counter) LL1 million (through ATMs) | LL10 million (over the counter) LL5 million (through ATMs) | LL25 million (over the counter) LL5 million (through ATMs) | Option to withdraw from ATMs or over the counter |
| BLOM Bank | USD | $200 for a/c up to $10,000 $300 for a/c $10,000 - $100,000 $400 for a/c $100,000 - $500,000 $750 for a/c $500,000 - $1 million $1,500 for a/c above $1 million (Every 15 days) | $200 for a/c up to $10,000 $300 for a/c $10,000 - $100,000 $400 for a/c $100,000 - $500,000 $750 for a/c $500,000 - $1 million $1,500 for a/c above $1 million (Every 15 days) | $400 for a/c up to $10,000 $600 for a/c $10,000 - $100,000 $800 for a/c $100,000 - $500,000 $1,500 for a/c $500,000 - $1 million $3,000 for a/c above $1 million | USD available over the counters only |

Term Deposit offers and Accounts | 3