# EXHIBIT

# 22

Case 1:20-cv-04438-DLC Document 71-22 Filed 12/18/20 Page 2 of 5
Exhibit Capture 468



Bloomberg the Company & Its Products ∨ | The Quint

**Bloomberg** *Quint*     Markets   Business   BQ Blue Exclusive   Videos   Research Reports   ›        🔍  🔔 5+   SUBSCRIBE   LOGIN

# Lebanon's Team of IMF Negotiators Loses Another Key Official

Dana Khraiche                                                  🔖 Bookmark

Published on June 29 2020, 3:11 PM
Last Updated on June 30 2020, 8:33 PM



(Bloomberg) --

A key member of the Lebanese government team negotiating a bailout from the International Monetary Fund resigned on Monday, the second official to quit this month as authorities struggle to come together to save an economy in free fall.

The Finance Ministry's director general, Alain Bifani, said he's leaving to protest the government's handling of the country's worst financial meltdown in decades. The departure of Bifani, who's been in the job since 2000 and also sits on the board of the central bank, follows the resignation of Henri Chaoul, an adviser to the Finance Ministry.

Bifani has played a pivotal role in drafting the government IMF's rescue plan and faced accusations of taking a hard line on local lenders as the central bank and the government clashed over the scale of losses in the financial system -- a crucial issue in Lebanon's talks with the IMF. The United Nations special coordinator for Lebanon, Jan Kubis, described Bifani's resignation as a "loss for Lebanon."

Speaking at a news conference after his unexpected move, Bifani lashed out at local lenders for refusing to repay what he called an "easy profit" they earned from continuously refinancing the government and engaging in "financial engineering" -- or operations conducted by the central bank since 2016 to boost its reserves.

"I chose to resign now because I do not want to be a partner or witness to what is happening," he said.



## Most Read

**China's Iron Ore Appetite Takes India Imports to 8-Year High**

**Why Some Founders Fly While Others Flounder**

**The Untold Story Of Shakuntala Devi**

**NBFC Assets To Shrink The First Time In 20 Years, Says Crisil**

**Indian Railways Expects Loss Of Up To Rs 35,000 Crore As Passenger Trains Lie Stranded**



**In Crisis**
Lebanon's currency loses most of its value
∕ Lebanon's Black Market Rate



Case 1:20-cv-04438-DLC Document 71-22 Filed 12/18/20 Page 3 of 5





Officials are in talks with the IMF for a $10 billion loan program after the government defaulted in March on a Eurobond repayment. It's seeking to restructure its entire debt of $90 billion and overhaul an economy that's seen its currency plunge on the black market with unemployment and poverty rates surging.

But the government has come under heavy scrutiny from lawmakers, lenders and the central bank for a plan it had drafted with the help of its financial adviser, Lazard Ltd. It estimates total losses incurred by the government, lenders and the central bank at $69 billion -- three times Lebanon's total economic output projected for this year.

To plug some of that hole, it envisages debt haircuts that would wipe out lenders' capital and require a shareholder bail-in while protecting most depositors.

Read more: Lebanon Tallies Up Its Debt Problem, Give or Take a Few Billion

Lenders and central bank Governor Riad Salameh have presented varying numbers. Banks are proposing the government sell its assets valued at $40 billion and pay back what it owes to the central bank. Lawmakers say the government's numbers are exaggerated and need to be reevaluated.

The divisions also prompted Chaoul to quit earlier this month and accuse the political class of colluding with lenders to torpedo a deal that would require them to pay the price for bankrupting the state. Bifani and Chaoul were two of three members of a Finance Ministry team taking part in the government's talks with the IMF.

Bifani has insisted that government's numbers were correct and has criticized the way others have calculated the losses.

## Currency Chaos

Lebanon has been struggling with a severe dollar shortage since inflows from citizens overseas dried up as the country's political and economic crises deepened last year, prompting lenders to at first limit withdrawals and then effectively stop dispensing the greenback. That's sparked a surge in rates on the black market, which has recently accelerated to nearly 8,000 per dollar, compared with the official rate of 1,507.5.

Just as news of Bifani's resignation emerged, security forces were reopening a road in north Lebanon that was blocked by protesters over the collapse of the currency and deteriorating living conditions.

Local lenders allowed clients on Monday to withdraw dollars in local currency at a weaker rate than the one set in April, bankers said.

The central bank in April said customers could withdraw dollars at the market rate, which was later set at 3,000 pounds. At the time, the circular led to a sharp depreciation of Lebanon's currency.

Read more: Lebanon Announces Measures to Stabilize Currency, Food Prices

Bifani said on Monday there was an effort to disrupt the government's reform plan because it would force a restructuring of a system that some in Lebanon have long used to their advantage.

""What they want is for their profits to remain untouched and for the people to repay the losses through a collapsing currency, an indefinite freeze of bank accounts and horrifying inflation," he said.

©2020 Bloomberg L.P.

*Bloomberg*

Missing BloombergQuint's WhatsApp service? Join our **Telegram channel** or activate **Website Notifications.**



SUBSCRIBE to Bloomberg | Quint
The Daily Newsletter

☑ I agree to the terms of the privacy policy

Enter Email address   Subscribe

News & Stock Alerts

Telegram   Subscribe

Website Notifications   Subscribe

WhatsApp   Subscribe

Read More >                                    ☐ Bookmark this

# Edelweiss' Aditya Narain Suggests How Investors Should Prepare For FY22



As most investors write off the current financial year amid the disruption caused by the Covid-19 pandemic, Aditya Narain, head of research at Edelweiss Securities is preparing for financial year 2...

Read More >                                    ☐ Bookmark this

# What India's Imports Say About The State Of The Economy



A rare trade surplus reported by India for the month of June has sparked a debate about the weakness in domestic demand. While a fall in gold imports and moderate oil imports played a role, sharp w...

Read More >                                    ☐ Bookmark this

# Should India Print Money To Fight Covid-19?



Case 1:20-cv-04438-DLC Document 71-22 Filed 12/18/20 Page 5 of 5



The Covid-19 crisis has caused a collapse in global GDP and staggering increases in public deficits and debt. In India, we expect the central government deficit to deteriorate to -6.9% of GDP in ca...

**Read More** >                                                   🔖 Bookmark this

# How the Pandemic May Change 'Work-Life Balance' Forever



(Bloomberg) -- When it comes to helping employees balance work hours with relaxation, Acuity Insurance Chief Executive Officer Ben Salzmann has a unique tool at his disposal: a 65-foot Ferris wheel.

**Read More** >                                                   🔖 Bookmark this

# CFO Leaders: TCS And The Talent Cloud





In the last six months, while the world was being shut down by a deadly virus, India's Tata Consultancy Services Ltd. was busy turning necessity into virtue and virtue into a client pitch.You and I...

**Read More** >                                                   🔖 Bookmark this