# EXHIBIT 24



☰  ☎ 1510  🔒 ONLINE BANKING

Personal    Business    Private

Home > Our Network > Correspondent Banks > America



Correspondent Banks
**America**

Africa        *America*        Asia

Australia                      Europe



### JP Morgan Chase Bank, NA
**UNITED STATES**
Swift Code: CHAS US 33



### The Bank of New York Mellon
**UNITED STATES**
Swift Code: IRVT US 3N



### Standard Chartered Bank
**UNITED STATES**
Swift Code: SCBL US 33

BLC Bank building, Adlieh square, 2064 5809 Beirut Lebanon
swift code LICOLBBX. List of banks no.11 - R.C. Beirut no. 1952
Copyright © 2020 BLC Bank. By Cleartag.
BDL Authorization No. 11/44 dated 25/01/2010

We use cookies on this website. They help us to know a little bit about you and how you use our website, which improves the browsing experience and marketing - both for you and for others. They are stored locally on your computer or mobile device. To accept cookies continue browsing as normal. Please go to the **Cookies Disclaimer**, **Privacy Notice** and **Data Protection Policy** for more information.

**Accept and Close**