# EXHIBIT 25

Not secure | creditlibanais.com.lb/ournetwork/atmdepositlocations
Paused
Download CL e-bank
Search the site
search
الاعتماد اللبناني
CREDIT LIBANAIS
C L O S E T O Y O U
Group Profile
Publications
Products & Services
Transparency & Awareness
CR
Our Network
Contact Us
Home / Our Network
Help us serve you better
Your Age
Your Profession
Expatriate
View products & Offers
Retail Banking
Corporate Banking
Global Markets
E-Banking & Cards Services
Iraq Branches Services
Correspondent Banks
view as List
view on map
UNITED STATES
NEW YORK
CITIBANK N.A.
JPMORGAN CHASE BANK NA.
STANDARD CHARTERED BANK
THE BANK OF NEW YORK MELLON
International Presence
Get ADOBE FLASH PLAYER
This page requires Flash Player version 10.0.0 or higher.
Branches
ATMs
Overseas
Deposit ATM Locations
Type here to search
4:20 PM
4/23/2020

