# EXHIBIT 26



# About Us

- About Us
- Initiatives
- News
- Get In Touch
- Join Our Team
- Customer Protection
- Customer Security Tips

- Home
- Personal Banking
- Corporate Banking
- Private Banking
- Online Banking

Worldwide Correspondents

# Worldwide Correspondents

| Currency | Correspondent Bank | SWIFT/BIC |
|---|---|---|
| LBP | Banque du Liban, Beirut | BDLCLBBX |
| USD | The Bank of New York Mellon, New York | IRVTUS3N |
| GBP | The Bank of New York Mellon, London | IRVTGB2X |
| EUR | Banque Marocaine du Commerce, Madrid | BMCEESMM |
| EUR | Banco de Sabadell, Barcelona | BSABESBB |
| EUR | Intesa Sanpaolo SPA, Milano | BCITITMM |
| JPY | The Bank of New York Mellon, Tokyo | IRVTJPJX |
| CHF | The Bank of New York Mellon, London | IRVTGB2X |
| AED | Mashreq Bank PSC, Dubai | BOMLAEAD |
| QAR | International Bank of Qatar, Qatar | IBOQQAQA |

## Cookies Information

AM Bank uses small data files called cookies to offer you a better browsing experience. By using our site, you accept our cookie policy.

**Accept and Close**