# EXHIBIT 29




Beirut on August 18th, 2020

## Memo No. 13/2020
### Addressed to Banks operating in Lebanon

Subject: The Fresh Money subject to Central Bank of Lebanon (BDL)'s original order No. 13217 dated April 9, 2020. (Original circular No. 150)

Based on the Banking Control Commission circular No. 275 dated January 29th, 2013 related to the basic principles of managing liquidity risks, and on the Banking Control Commission's circular No. 281 dated March 5th, 2015 related to the procedures of the banking and financial operations with clients,

In order to verify the correct implementation of BDL's original order No. 13217 dated April 9th, 2020 (Original circular No. 150) related to exceptional exemptions from mandatory bank functions,

Banks requirements are as follows:
1. Full Compliance with the requirements of Article 2 of the above mentioned BDL's original order related to New Money or "Fresh Money"(i.e. all moneys in foreign currency originating from outside of the Lebanese Banking system after April 9th, 2020 which include but not limited to: cash deposits, transfers from abroad and amounts paid via credit cards connect to bank accounts outside of Lebanon, etc.) especially in terms of guaranteeing the freedom to use these funds by their owners to benefit from all banking services provided by the bank including transfers abroad, cash withdrawals and credit card services in and outside Lebanon.
2. Securing the necessary cash liquidity in exchange for the Fresh Money mentioned above, in order to guarantee the freedom to use these funds referred to in aforementioned point 1.
3. Delivering the Fresh Money in the event of a request to make a withdrawal or counter cash operations, in full (after deducting the fees and commissions), within the shortest period possible, as long as it does not exceed 7 days from the request date of the Client.
4. Not obligating the client to convert any part of the Fresh Money into Lebanese pounds or freezing it for a specific period of time.
5. Informing the customer of all fees and commissions applicable to the Fresh Money provided that they are clearly presented in the platforms designated for communications with the client including the Bank's website.

On Behalf of the Banking Control Commission
Director
Maya Al Dabagh

Certified translation of the attached. On 27/11/2020

I, hereby attest that the above, is a certified translation of the legible content.

Under no circumstances, should we be held liable for the original received document content.



Dbaye, High Point   03 563 593   sworn@crystaltranslation.net   www.crystaltranslation.net   Crystal Translation Ministry



لجنة الرقابة على المصارف
مصرف لبنان

بيروت في ٢٠٢٠/٨/١٨

مذكرة رقم ٢٠٢٠/١٣
موجّهة إلى المصارف العاملة في لبنان

**الموضوع:** الأموال الجديدة موضوع قرار مصرف لبنان الأساسي رقم ١٣٢١٧ تاريخ ٢٠٢٠/٤/٩ (التعميم الأساسي رقم ١٥٠).

استناداً إلى تعميم لجنة الرقابة على المصارف رقم ٢٧٥ تاريخ ٢٠١٣/١/٢٩ المتعلّق بالمبادئ الأساسية لإدارة مخاطر السيولة، وإلى تعميم لجنة الرقابة على المصارف رقم ٢٨١ تاريخ ٢٠١٥/٣/٥ المتعلّق بأصول إجراء العمليات المصرفية والمالية مع العملاء،

وبغية التحقق من صحة تنفيذ قرار مصرف لبنان الأساسي رقم ١٣٢١٧ تاريخ ٢٠٢٠/٤/٩ (التعميم الأساسي رقم ١٥٠) المتعلّق بإعفاءات استثنائية من توظيفات المصارف الإلزامية،

يطلب من المصارف ما يلي:

١. التقيّد التام بمتطلبات المادة الثانية من القرار الأساسي أعلاه في ما خصّ الأموال الجديدة أو Fresh Money (أي جميع الأموال بالعملات الأجنبية الآتية من خارج النظام المصرفي اللبناني بعد تاريخ ٢٠٢٠/٤/٩ والتي تتضمّن، على سبيل المثال لا الحصر، الإيداعات النقدية والتحويلات من الخارج والمبالغ المدفوعة عبر بطاقات الائتمان المربوطة بحسابات خارج لبنان...)، لا سيما لجهة تأمين حرية استعمال هذه الأموال من قبل أصحابها للاستفادة من الخدمات المصرفية كافة المقدمة من المصرف بما في ذلك التحاويل إلى الخارج والسحوبات النقدية وخدمات البطاقات المصرفية في لبنان والخارج.

٢. تأمين السيولة النقدية اللازمة مقابل الأموال الجديدة أعلاه بما يضمن حرية استعمال هذه الأموال المشار إليها في البند ١ أعلاه.

٣. تسليم العميل الأموال الجديدة، في حال طلب إجراء سحوبات أو عمليات صندوق نقداً، بالكامل (بعد اقتطاع الرسوم والعمولات) وذلك خلال أقصر مهلة ممكنة على أن لا تتعدى، بمطلق الأحوال، سبعة أيام عمل من تاريخ طلب العميل.

٤. عدم إلزام العميل بتحويل أي جزء من الأموال الجديدة إلى الليرة اللبنانية أو تجميدها لفترة معينة.

٥. إعلام العميل بكامل الرسوم والعمولات المرتبطة بالأموال الجديدة على أن تكون معروضة بشكل واضح في المساحات المخصصة للتواصل مع العميل بما فيها الموقع الإلكتروني للمصرف.

عن لجنة الرقابة على المصارف

الرئيس
مية الدباغ

