# EXHIBIT 33



Search 

Homepage : News : Lebanese banker slammed for buying Jennifer Lawrence's $9.9 million NYC apartment



The New Arab Staff

# Lebanese banker slammed for buying Jennifer Lawrence's $9.9 million NYC apartment

Depositors with dollar accounts in Lebanon can only withdraw in the local currency [Twitter]

Date of publication: 9 August, 2020

Follow @The_Ne

Next

**Read More**

   

after cl

Photos of posters around the block in New York circulated, saying: "Marwan Khaireddine bought a penthouse on this block with the blood, sweat and tears of the Lebanese people."

---

**Tags:** Lebanon, economy, protests, Marwan Kheireddine, Jennifer Lawrence

---

Lebanese depositors are blocked from making international trasnfers with few exceptions, leading many to believe the money had been smuggled out by the bank owner.

"Marwan Kheireddine, the infamous animal-murdering Lebanese oligarch, has spent $9.9 million to buy a New York penthouse from Jennifer Lawrence, while his bank (AMB) has deprived people of their savings since October 2019," Nizar Hassan, a Beirut-based researcher said via Twitter.

**Mohamad Bazzi** @BazziNYU · Aug 7, 2020
Replying to @BazziNYU
Marwan Kheireddine told @trdny the trade was not a personal purchase: "I manage John's Mountain. The owner doesn't wish to comment on the transaction which is purely commercial in nature"

Jennifer Lawrence Sells NYC Penthouse at Loss
therealdeal.com

**Mohamad Bazzi**
@BazziNYU

Yet Kheireddine signed all documents related to the apartment sale and its mortgage. This included a 2nd home rider, saying that the borrower (John's Mountain LLC/Kheireddine) "will occupy and use the property as borrower's second home"

Next

**Read More**

9:46 PM · Aug 7, 2020

♡ 10    See Mohamad Bazzi's other Tweets

*The Daily Mail* reported that Kheireddine purchased the apartment from Oscar-winning actress Jennifer Lawrence.Lebanon is also grappling its worst economic crisis in decades, while much of the capital has been destroyed in an explosion at the Beirut port that claimed the lives of over 150 people.

Kheireddine was quoted by *Al-Arabiya* defending the move, claiming it was part of "an investment deal through a family-owned company that invests outside Lebanon" and was financed through an American bank loan.

*Read also: Comment: Beirut Explosion: Be angry, not just sad, for Lebanon*

However, documents released by NYU journalism professor, Mohamad Bazzi, showed only $6 million mortgage was taken out as mortgage by John's Mountain LLC–run Kheireddine.

"Presumably, the buyer paid $3.9 million in cash," Bazzi wrote in a tweet.

Further documents posted by Bazzi showed Kheireddine's signature on all related to the apartment sale and its mortgage.

*Follow us on Facebook, Twitter and Instagram to stay connected*



Next

Read More











**Read More**