# EXHIBIT 34

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER |  |
|---|---|
| This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | 2020073100306001001E3ED1 |

**RECORDING AND ENDORSEMENT COVER PAGE**                          PAGE 1 OF 5

| Document ID: 2020073100306001 | Document Date: 07-21-2020 | Preparation Date: 07-31-2020 |
|---|---|---|

Document Type: DEED
Document Page Count: 4

| PRESENTER: | RETURN TO: |
|---|---|
| METROPOLITAN ABSTRACT CORP<br>AS AGENT FOR FIRST AMERICAN (NY351016)<br>ONE OLD COUNTRY RD, SUITE 140<br>CARLE PLACE, NY 11514<br>516-741-5474<br>AMIRANDA@METROPOLITANABSTRACT.COM | METROPOLITAN ABSTRACT CORP<br>AS AGENT FOR FIRST AMERICAN (NY351016)<br>ONE OLD COUNTRY RD, SUITE 140<br>CARLE PLACE, NY 11514<br>516-741-5474<br>AMIRANDA@METROPOLITANABSTRACT.COM |

**PROPERTY DATA**

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 1461 | 1129  Entire Lot | PH31 | 400 EAST 67TH STREET |

Property Type: SINGLE RESIDENTIAL CONDO UNIT

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 1461 | 1140  Entire Lot | SU11 | 400 EAST 67TH STREET |

Property Type: STORAGE ROOM

**CROSS REFERENCE DATA**

CRFN_____ or DocumentID_____ or _____ Year_____ Reel____ Page_____ or File Number_____

**PARTIES**

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| MONSTER 400 LLC<br>9100 WILSHIRE BLVD., #1000W<br>BEVERLY HILLS, CA 90212 | JOHN'S MOUNTAIN LLC<br>400 EAST 67TH STREET, UNIT PH31<br>NEW YORK, NY 10065 |

**FEES AND TAXES**

| Mortgage: | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 125.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 142,357.50 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $64,935.00 + $224,775.00 = $ | 289,710.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 60.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK
Recorded/Filed          07-31-2020 16:07
City Register File No.(CRFN):
**2020000217552**

*Annette M Hill*

*City Register Official Signature*

NY351016

— Bargain and Sale Deed, with Covenant against Grantor's Acts — Individual or Corporation (Single Sheet)

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT—THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.

THIS INDENTURE, made the 21st day of July, in the year 2020

BETWEEN

**MONSTER 400 LLC,**

**having an address at: 9100 Wilshire Blvd., #1000W, Beverly Hills, CA 90212,**

party of the first part, and

**JOHN'S MOUNTAIN LLC,**

**having an address at: 400 East 67th Street, Unit PH31, New York, New York 10065,**

party of the second part,

**WITNESSETH,** that the party of the first part, in consideration of **ten** dollars and other valuable consideration paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the

SEE ATTACHED "SCHEDULE A" MADE A PART HEREOF.

Being and intended to be the same premises described in Deed recorded in CRFN 2016000360456.

Said condominium unit intended for residential purposes only.

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.
AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF,** the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

Monster 400 LLC
by: JESSE GORDON, AUTHORIZED SIGNATORY

## METROPOLITAN ABSTRACT CORPORATION

### Title Number: NY351016

### S C H E D U L E  "A"

The Condominium Units (the "Units") in the building (the "Building") known as The Laurel Condominium (the "Condominium") and by the street number for residential units of 400 East 67th Street, in the Borough of Manhattan, and the City, County and State of New York, said Units being designated and described as Residential Unit No. PH31 and Storage Unit No. SU11, in that certain declaration dated October 6, 2008, made by 1240 First Avenue LLC pursuant to Article 9-B of the Real Property Law of the State of New York (the "Condominium Act") establishing a plan for condominium ownership of the Building and the land (the "Land") upon which the Building is situated, which declaration was recorded in the New York County Office of the Register of The City of New York (the "City Register's Office") on November 3, 2008, CRFN 2008000427186, as amended in CRFN 2008000472586 and CRFN 2011000094560 (such declaration and any amendments thereto are collectively referred to as the "Declaration"); the Units also being designated, respectively, as Tax Lot 1129 and Tax Lot 1140 in Block 1461 on the Tax Map of the Real Property Assessment Department of The City of New York for the Borough of Manhattan and County of New York and on the "Floor Plans" of the Building certified by Costas Kondylis and Partners, LLP, on October 8, 2008, and filed with the Real Property Assessment Department of the City of New York on October 3, 2008, as Condominium Plan No. 1974 and also filed in the City Register's Office on November 3, 2008, as Condominium CRFN 2008000427187.

TOGETHER with, respectively, an undivided 2.13760% and an undivided 0.0041% interest in the Common Elements of the Condominium.

Subject to all exceptions to title and to such other liens, agreements, covenants, easements, restricts, declarations, consents and other matters of record or set forth in the Condominium Plan for the Condominium as pertain to the Units, to the Land and/or to the Building.

The Units are intended for use only as a dwelling or, with respect to Unit SU11, storage.

The Land on which the Condominium is located is described as follows:

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough of Manhattan and County of New York, City and State of New York, bounded and described as follows:

- continued on next page -

## METROPOLITAN ABSTRACT CORPORATION

### Title Number: NY351016

### S C H E D U L E  "A"  (continued)

BEGINNING at the corner formed by the intersection of the easterly side of First Avenue with the southerly side of East 67th Street;

RUNNING THENCE easterly along the southerly side of East 67th Street, 113 feet;

THENCE southerly parallel with the easterly side of First Avenue, 100 feet 5 inches;

THENCE westerly parallel with the southerly side of East 67th Street, 113 feet to the easterly side of First Avenue;

THENCE northerly along the easterly side of First Avenue, 100 feet 5 inches to the point of BEGINNING.

**FOR CONVEYANCING ONLY**

The policy to be issued under this report will insure the title to such buildings and improvements erected on the premises which by law constitute real property.

TOGETHER with all the right, title and interest of the party in the first part, or, in and to the land lying in the street in front of and adjoining said premises.

## ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE

State of New York, County of New York, ss:

On the 20# day of July in the year 2020 before me, the undersigned, JESSE GONDA personally appeared , personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

*Kevin Petkos*

KEVIN PETKOS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02PE6133520
Qualified in New York County
Commission Expires November 5, 2021

## ACKNOWLEDGEMENT BY SUBSCRIBING WITNESS TAKEN IN NEW YORK STATE

State of New York, County of , ss:
On the day of in the year ,
before me, the undersigned, a Notary Public in and for said State, personally appeared , the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he/she/they reside(s) in
(if the place of residence is in a city, include the street and street number if any, thereof);that he/she/they know(s)
to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said

execute the same; and that said witness at the same time subscribed his/her/their name(s) as a witness thereto

## ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE

State of New York, County of , ss:

On the day of in the year ,
before me, the undersigned, personally appeared

, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

## ACKNOWLEDGEMENT TAKEN OUTSIDE NEW YORK STATE

*State of , County of , ss:
*(Or insert District of Columbia, Territory, Possession or Foreign County)

On the day of in the year ,
, before me the undersigned personally appeared

Personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual make such appearance before the undersigned in the

(add the city or political subdivision and the state or country or other place the acknowledgement was taken).

---

## Bargain and Sale Deed with covenant against Grantors Acts

**METROPOLITAN ABSTRACT CORPORATION**
One Old Country Road
Carle Place, New York 11514

Title No. NY371016

SECTION
BLOCK 1461
LOT 1129 & 1140
COUNTY New York

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | <br>2020073100306001001SF050 |
|---|---|

| **SUPPORTING DOCUMENT COVER PAGE** | **PAGE 1 OF 1** |
|---|---|

**Document ID:** 2020073100306001    Document Date: 07-21-2020    Preparation Date: 07-31-2020
**Document Type:** DEED

**ASSOCIATED TAX FORM ID:**    2020062600294

---

**SUPPORTING DOCUMENTS SUBMITTED:**

|  | Page Count |
|---|---:|
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 1 |
| SMOKE DETECTOR AFFIDAVIT | 1 |

| FOR CITY USE ONLY | | | |
|---|---|---|---|
| C1. County Code | | C2. Date Deed Recorded | ___/___/___ Month Day Year |
| C3. Book OR C5. CRFN | | C4. Page | |

**REAL PROPERTY TRANSFER REPORT**
STATE OF NEW YORK
STATE BOARD OF REAL PROPERTY SERVICES
**RP - 5217NYC**

**PROPERTY INFORMATION**

1. Property Location: 400 (STREET NUMBER) | EAST 67TH STREET PH31 (STREET NAME) | MANHATTAN (BOROUGH) | 10065 (ZIP CODE)

2. Buyer Name: JOHN'S MOUNTAIN LLC (LAST NAME / COMPANY) | (FIRST NAME)

3. Tax Billing Address: Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)

4. Indicate the number of Assessment Roll parcels transferred on the deed: 2 # of Parcels  OR  ☐ Part of a Parcel

   4A. Planning Board Approval - N/A for NYC
   4B. Agricultural District Notice - N/A for NYC

5. Deed Property Size: ___ FRONT FEET X ___ DEPTH  OR  ___ ACRES

Check the boxes below as they apply:
6. Ownership Type is Condominium ✔
7. New Construction on Vacant Land ☐

8. Seller Name: MONSTER 400 LLC (LAST NAME / COMPANY) | (FIRST NAME)

9. Check the box below which most accurately describes the use of the property at the time of sale:
   - A ✔ One Family Residential
   - B ☐ 2 or 3 Family Residential
   - C ☐ Residential Vacant Land
   - D ☐ Non-Residential Vacant Land
   - E ☐ Commercial
   - F ☐ Apartment
   - G ☐ Entertainment / Amusement
   - H ☐ Community Service
   - I ☐ Industrial
   - J ☐ Public Service

**SALE INFORMATION**

10. Sale Contract Date: 1 / 27 / 2020

11. Date of Sale / Transfer: 7 / 21 / 2020

12. Full Sale Price $ 9,990,000

14. Check one or more of these conditions as applicable to transfer:
   - A ☐ Sale Between Relatives or Former Relatives
   - B ☐ Sale Between Related Companies or Partners in Business
   - C ☐ One of the Buyers is also a Seller
   - D ☐ Buyer or Seller is Government Agency or Lending Institution
   - E ☐ Deed Type **not** Warranty or Bargain and Sale (Specify Below)
   - F ☐ Sale of Fractional or Less than Fee Interest (Specify Below)
   - G ☐ Significant Change in Property Between Taxable Status and Sale Dates
   - H ☐ Sale of Business is Included in Sale Price
   - I ☐ Other Unusual Factors Affecting Sale Price (Specify Below)
   - J ✔ None

( Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) Please round to the nearest whole dollar amount.

13. Indicate the value of personal property included in the sale

**ASSESSMENT INFORMATION** - Data should reflect the latest Final Assessment Roll and Tax Bill

15. Building Class: R 4
16. Total Assessed Value (of all parcels in transfer): 801,877

17. Borough, Block and Lot / Roll Identifier(s) ( If more than three, attach sheet with additional identifier(s) )

   MANHATTAN 1461 1129 | MANHATTAN 1461 1140 |

2020062600294/2010

| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. |
|---|---|

| BUYER | | | BUYER'S ATTORNEY | |
|---|---|---|---|---|
| *[signature]* | 7/21/2020 | Hardy | | Peter |
| BUYER SIGNATURE | DATE | LAST NAME | | FIRST NAME |
| 400 EAST 67TH STREET, UNIT PH31 | | 212 | | 338-9700 |
| STREET NUMBER   STREET NAME (AFTER SALE) | | AREA CODE | | TELEPHONE NUMBER |
| NEW YORK | | | SELLER | |
| | NY | 10065 | *[signature]* Authorized Signatory | 7/20/2020 |
| CITY OR TOWN | STATE | ZIP CODE | SELLER SIGNATURE | DATE |

X MARWAN KheiReddiNe, Member          Jesse Gordon, Authorized Signatory

20200626000294201

# AFFIDAVIT OF COMPLIANCE
## WITH SMOKE DETECTOR REQUIREMENT
## FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York  } SS.:
County of }

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

_____400 EAST 67TH STREET_____ , ____PH31____ ,
**Street Address Unit/Apt.**

____MANHATTAN____ New York, ____1461____ ____1129____ (the "Premises");
**Borough**      **Block**      **Lot**

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

____MONSTER 400 LLC____
**Name of Grantor (Type or Print)**

____/s/ AUTHORIZED SIGNATORY____
**Signature of Grantor**
Jesse Gordon, Authorized Signatory

Sworn to before me
this __20th__ day of __July__ 20 __20__

KEVIN PETKOS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02PE6133520
Qualified in New York County
Commission Expires November 5, 2021

_____
**Name of Grantee (Type or Print)**

_____
**Signature of Grantee**

Sworn to before me
this _____ day of _____ 20 ____

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

SEE ATTACHED PAGE FOR ADDITIONAL APPLICABLE PROPERTIES

2020062600294101

# AFFIDAVIT OF COMPLIANCE
## WITH SMOKE DETECTOR REQUIREMENT
## FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York } SS.:
County of }

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at _____400 EAST 67TH STREET_____, _____PH31_____,
**Street Address Unit/Apt.**

_____MANHATTAN_____ New York, _____1461_____ _____1129_____ (the "Premises");
**Borough** **Block** **Lot**

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

MONSTER 400 LLC
**Name of Grantor (Type or Print)**

_/s/_ AUTHORIZED SIGNATORY
**Signature of Grantor**

Sworn to before me this 20th day of July 20 20

John's Mountain LLC
**Name of Grantee (Type or Print)**

_/s/_
**Signature of Grantee**
MARWAN KheiReddine, Member

Sworn to before me this 21 day of July 20 20

IRENE A VAVOULES
Notary Public, State of New York
Registration No. 01VA5088906
Qualified in Suffolk County
Commission Expires December 1, 2021

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

SEE ATTACHED PAGE FOR ADDITIONAL APPLICABLE PROPERTIES

2020062600294101

Affidavitt of Compliance with Smoke Detector Requirment by one and Two Family Dwellings

# Applicable properties compliant with the Smoke Detector requirement

| Street Address | Unit/Apt | Borough | Block | Lot |
|---|---|---|---|---|
| 400 EAST 67TH STREET | SU11 | MANHATTAN | 1461 | 1140 |

2020062600294101