# EXHIBIT 46

# Lebanon Travel Advisory

| Travel Advisory<br>August 6, 2020 | Lebanon - Level 3: Reconsider Travel |  |
|---|---|---|

Reconsider travel Lebanon due to **COVID-19, crime, terrorism, armed conflict, civil unrest and Embassy Beirut's limited capacity to provide support to U.S. citizens.** Some areas have increased risk. Read the entire Travel Advisory.

Read the Department of State's [COVID-19](#) page before you plan any international travel.

The Centers for Disease Control and Prevention has issued a level 4 Travel Health Notice for Lebanon due to COVID-19.

Lebanon has resumed most transportation options (including airport operations ) and business operations. Other improved conditions have been reported within Lebanon. Visit the Embassy's [COVID-19 page](#) for more information on COVID-19 in Lebanon.

On June 15, 2020, the Department of State ended its ordered departure of non-emergency U.S. government employees and eligible family members which had been in effect since March 18.

Do Not Travel to:

- the border with Syria due to **terrorism and armed conflict**
- the border with Israel due to **the potential for armed conflict**
- refugee settlements due to **the potential for armed conflict**

U.S. citizens should reconsider or avoid travel to certain areas in Lebanon because of the threats of terrorism, armed clashes, kidnapping, and outbreaks of violence, especially near Lebanon's borders with Syria and Israel. U.S. citizens living and working in Lebanon should be aware of the risks of remaining in the country and should carefully consider those risks.

U.S. citizens who choose to travel to Lebanon should be aware that consular officers from the U.S. Embassy are not always able to travel to assist them. The Department of State considers the threat to U.S. government personnel in Beirut sufficiently serious to require them to live and work under strict security restrictions. Movements have been limited further by health and safety precautions related to COVID-19. The internal security policies of the U.S. Embassy may be adjusted at any time and without advance notice.

Terrorist groups continue plotting possible attacks in Lebanon. The potential exists for death or injury in Lebanon because of the attacks and bombings perpetrated by terrorist groups. Terrorists may conduct attacks with little or no warning targeting tourist locations, transportation hubs, markets/shopping malls, and local government facilities.

The Lebanese government cannot guarantee the protection of U.S. citizens against sudden outbreaks of violence. Family, neighborhood, or sectarian disputes can escalate quickly and can lead to gunfire or other violence with no warning. Armed clashes have occurred along the Lebanese borders, in Beirut, and in refugee settlements. The Lebanese Armed Forces have been brought in to quell the violence in these situations.

Since October 17, 2019, Lebanon has witnessed frequent demonstrations by protesters seeking changes in government. While most protests have been peaceful, a few have involved violence. U.S. citizens should avoid demonstrations and exercise caution if in the vicinity of any large gatherings or protests. During the current period of civil unrest, protesters have blocked major roads, including the primary road to the U.S. Embassy and the primary road between downtown Beirut and Rafiq Hariri International Airport.

Kidnapping, whether for ransom, political motives, or family disputes, has occurred in Lebanon. Suspects in kidnappings may have ties to terrorist or criminal organizations.

Read the country information page.

If you decide to travel to Lebanon:

- See the U.S. Embassy's web page regarding COVID-19.
- Visit the CDC's webpage on Travel and COVID-19.

- Visit our website for Travel to High-Risk Areas.
- Avoid demonstrations and crowds.
- Stay alert in locations frequented by Westerners.
- Monitor local media for breaking events and adjust your plans based on new information.
- Enroll in the Smart Traveler Enrollment Program (STEP) to receive security messages and make it easier to locate you in an emergency.
- Follow the Department of State on Facebook and Twitter.
- Review the 2018 Crime and Safety Report for Lebanon.
- U.S. citizens who travel abroad should always have a contingency plan for emergency situations. Review the Traveler's Checklist.

### Border with Syria – Do Not Travel

Since August 2014, deadly terror attacks have occurred in border towns along Lebanon's border with Syria, as have episodic clashes between the Lebanese Army and Syrian-based violent extremist groups. A 2017 Lebanese Army offensive expelled ISIS militants from territory along Lebanon's border with Syria. The U.S. Embassy strongly urges U.S. citizens to avoid the Lebanese-Syrian border region. The U.S. Department of State also warns U.S. citizens of the risk of traveling on flights that fly over Syria, which include some flights to Beirut.

Visit our website for Travel to High-Risk Areas.

### Border with Israel – Do Not Travel

There have been sporadic rocket attacks from southern Lebanon into Israel in connection with the violence between Israel and Hizballah: the last reported incident was in 2014. The U.S. Embassy urges U.S. citizens to avoid this border area.

Visit our website for Travel to High-Risk Areas.

### Refugee Settlements – Do Not Travel

The U.S. Embassy urges U.S. citizens to avoid travel to

refugee settlements, which can be the site of shootings and explosions.

Visit our website for [Travel to High-Risk Areas](#).

*Last Update: Reissued with updates to COVID-19 information.*