# EXHIBIT 47

Home (/) Vaccines (https://www.vaxbeforetravel.com/travel-vaccines) Afr  Deals (https://www.vaxbeforetravel.com/hea

State Dept Travel Advisory - Level 3

# Lebanon's Travel Advisory Updated With New Risk Indicators



(/people/holly-hawbaker)
Fact checked by Holly Hawbaker (https://www.vaxbeforetravel.com/people/holly-hawbaker)
October 22, 2019  •  4 min read

US State Department's Lebanon travel alert includes level 3 and 4 warnings



*Updated October 22, 2019*

ASIA (Vax Before Travel) – The U.S. Department of State updated its Level 3 Travel Advisory for the Lebanese Republic regarding new Risk Indicators.

Accept

On October 21, 2019, the U.S. State Department's 'Reconsider Travel' Advisory says U.S. citizens should reconsider or avoid travel to certain areas in Lebanon because of the threats of violence.

This revised Travel Advisory indicates access to Lebanon's Rafiq Hariri International Airport may be cut off if the security situation deteriorates.

And, U.S. citizens living and working in Lebanon ⟶ should be aware of the risks of remaining in the country and should carefully consider those risks.

Lebanon's Level 4 'Do Not Travel' Advisory includes these areas:

- the border with Syria
- the border with Israel
- refugee settlements

Furthermore, the Lebanese government cannot guarantee the protection of U.S. citizens against sudden outbreaks of violence. Family, neighborhood, or sectarian disputes can escalate quickly and can lead to violence with no warning.

The UK's Foreign Travel Advice, last updated on October 20, 2019, said 'protests started on the evening of October 17th in response to new tax measures proposed by the Government.'

In an effort to mitigate this reaction, Reuters reported Lebanon's government approved an emergency package of economic reforms on October 21st in a bid to defuse related protests.

Brooks Women's Ghost 1...

Ad  DESIGN: Soft, secure fit brought I engineered mesh and 3D Fit Print up

Dick's Sporting Goods

SHOP          Accept

Lebanese protesters have also blocked major roads to gain publicity for their causes, including the primary road to the U.S. Embassy and the primary road between downtown Beirut and Rafiq Hariri International Airport.

Access to the airport is important since Lebanon's annual tourism increased by 2.97 percent to 221,695 visitors by February 2018.

According to the Lebanon Ministry of Tourism, the number of Arab tourists constituted about 34 percent of total tourist arrivals, and the number of European tourists accounted for a similar 34 percent in 2018.

And, American tourists came in 3rd place with a share of about 13 percent in the total number of Lebanon tourist arrivals.

*Sponsored Links:*



(https://www.vaxbeforetravel.com/vax-before-travel/appointment)

Lebanon is the smallest recognized sovereign state on the mainland Asian continent, with a population of 6 million residents. The earliest evidence of civilization in Lebanon dates back more than seven thousand years, predating recorded history.

Separately, the Canadian government's Travel Advisory, which was last updated on October 21st, says to avoid all travel to the southern suburbs of Beirut, including the neighborhoods of Tariq el Jdideh and Bir Hasan, due to an unpredictable security situation.

If you decide to travel to Lebanon, the U.S. State Department suggests:

- Avoid demonstrations and crowds.
- Stay alert in locations frequented by Westerners.

Accept

- Enroll in the Smart Traveler Enrollment Program ⬈ (STEP) to receive security messages and make it easier to locate you in an emergency.

- U.S. citizens who travel abroad should always have a contingency plan for emergency situations, such as this Traveler's Checklist. ⬈

- U.S. Embassy Beirut ⬈, Lebanon; (961) (4) 542600 or (961) (4) 543600; BeirutACS@State.Gov (mailto:BeirutACS@State.Gov)

From a health perspective, the U.S. Centers for Disease Control and Prevention (CDC) updated its travel guidance when visiting Lebanon on October 3, 2019.

The CDC says to ensure you are up-to-date on several Routine Vaccines ⬈ before visiting Lebanon. This includes a measles vaccination ⬈ since Lebanon was listed in the CDC's Global Measles Outbreak Notice published on June 10, 2019.

Additionally, the CDC suggests these travel vaccinations: Hepatitis A and Typhoid.

Travel news is published by Vax-Before-Travel. (https://www.vaxbeforetravel.com/us-state-department%E2%80%99s-lebanon-travel-alert-includes-level-3-and-4-warnings%C2%A0)

*Article by Dani Reiter (/people/dani-reiter)*

References:
★ US Department of State: Lebanon - Level 3: Reconsider Travel ⬈
★ GOV.UK: Foreign travel advice Lebanon ⬈
★ Instant View: Lebanon government agrees reforms as protests grip the country ⬈
★ Government of Canada: Lebanon ⬈
★ CDC: Health Information for Travelers to Lebanon ⬈


(/people/holly-hawbaker)

Fact checked by Holly Hawbaker (https://www.vaxbeforetravel.com/people/holly-hawbaker)

Accept

Relevant Links:

★ CDC Vaccination Schedules �️

★ Vaccine Price List �️

★ Vaccines for Children �️

★ Report Vaccine Side Effects �️

ADVERTISEMENT

# BIG STORIES


Skiers Can Avoid Coronavirus This Winter
(/skiers-coronavirus-winter)


Peru Air Travel Reopens
(/peru-air-


Hawai'i Visitors Can Offset Their Carbon Footprint When Planting Trees
(/hawaii-offset-their-


Pre-Testing Prior to Flying South
(/pre-


Polio Vaccinations Coming to South Sudan



Accept

ADVERTISEMENT

coming-south-sudan)

**Invest in your health**

Ads By 



(https://r.tapnative.com/adx-dir-d/click?qs=H4sIAAAAAAAAAx2PxxEEQQjEUsKbcBhM/iHc1j0p6EaKFhfTesiiAsw5xjoIlnFOl9aD/r6bF6As

**How To Remove Dark Spots - Try This** (https://r.tapnative.com/adx-dir-d/click?qs=H4sIAAAAAAAAAx2PxxEEQQjEUsKbcBhM/iHc1j0p6EaKFhfTesiiAsw5xjoIlnFOl9aD/r6bF6As

Dark Spot Diminisher (https://r.tapnative.com/adx-dir-d/click?qs=H4sIAAAAAAAAAx2PxxEEQQjEUsKbcBhM/iHc1j0p6EaKFhfTesiiAsw5xjoIlnFOl9aD/r6bF6As

Accept



(https://r.tapnative.com/adx-dir-d/click?qs=H4sIAAAAAAAAw2QyREAQQgCU/LWDUcdzT+E9ccDuoBocTHNQhYVYP6esb4U+2KdnIg/9

**How To Entirely Empty Your Bowels Every Morning** (https://r.tapnative.com/adx-dir-d/click?qs=H4sIAAAAAAAAw2QyREAQQgCU/LWDUcdzT+E9ccDuoBocTHNQhYVYP6esb4U+2KdnIg/9

Gundry MD (https://r.tapnative.com/adx-dir-d/click?qs=H4sIAAAAAAAAw2QyREAQQgCU/LWDUcdzT+E9ccDuoBocTHNQhYVYP6esb4U+2KdnIg/9



(https://r.tapnative.com/adx-dir-d/click?qs=H4sIAAAAAAAAxWOxwEDQQgDWyKHcoCF/kvw+cVDlzEx4mJajSwqwJzPWF+JZZzTE5uH

**Cosmetic Surgeon: This Simple Daily Routine Tightens Skin** (https://r.tapnative.com/adx-dir-d/click?qs=H4sIAAAAAAAAxWOxwEDQQgDWyKHcoCF/kvw+cVDlzEx4mJajSwqwJzPWF+JZZzTE5uH

Dermal Medix (https://r.tapnative.com/adx-dir-d/click?qs=H4sIAAAAAAAAxWOxwEDQQgDWyKHcoCF/kvw+cVDlzEx4mJajSwqwJzPWF+JZZzTE5uH

Accept



(https://r.tapnative.com/adx-dir-d/click?
qs=H4sIAAAAAAAAxWQyQ0AMQgDW+lmKYez/xI2K/HD2IxPiYtpJLKoAPNtY+0Qu2edWqwaPZ

5 Easy Ways To Lower Your Blood Sugar FAST (https://r.tapnative.com/adx-dir-d/click?
qs=H4sIAAAAAAAAxWQyQ0AMQgDW+lmKYez/xI2K/HD2IxPiYtpJLKoAPNtY+0Qu2edWqwaPZ

Smart Blood Sugar (https://r.tapnative.com/adx-dir-d/click?
qs=H4sIAAAAAAAAxWQyQ0AMQgDW+lmKYez/xI2K/HD2IxPiYtpJLKoAPNtY+0Qu2edWqwaPZ



(https://r.tapnative.com/adx-dir-d/click?
qs=H4sIAAAAAAAAxWQxxHAMAgEWyJLIEPsvwTLTxjuht1bcsQ0EllUgNnbWDvE/O6hFqvGk+

Gut Doctor "I Beg Americans To Throw Out This Vegetable" (https://r.tapnative.com/adx-dir-d/click?
qs=H4sIAAAAAAAAxWQxxHAMAgEWyJLIEPsvwTLTxjuht1bcsQ0EllUgNnbWDvE/O6hFqvGk+

United Naturals (https://r.tapnative.com/adx-dir-d/click?
qs=H4sIAAAAAAAAxWQxxHAMAgEWyJLIEPsvwTLTxjuht1bcsQ0EllUgNnbWDvE/O6hFqvGk+

Accept



(https://r.tapnative.com/adx-dir-d/click?
qs=H4sIAAAAAAAAx2QyQ0EQQgDU+I+woEB8g9hW/vgZauMKj5xMa1GFhVgzjHWKbGMcxqxb

How To Save Money On Prescriptions. (https://r.tapnative.com/adx-dir-d/click?
qs=H4sIAAAAAAAAx2QyQ0EQQgDU+I+woEB8g9hW/vgZauMKj5xMa1GFhVgzjHWKbGMcxqxb

GoodRx Gold (https://r.tapnative.com/adx-dir-d/click?
qs=H4sIAAAAAAAAx2QyQ0EQQgDU+I+woEB8g9hW/vgZauMKj5xMa1GFhVgzjHWKbGMcxqxb



**Global Level 4 Health Advisory~DO NOT TRAVEL**
(/us-department-state-issues-level-4-do-not-
travel-advisory)



**Do Not Travel Advisory Issued For the Republic of Haiti** (/haiti-travel-advisory-raised-level-4-us-
department-state)



**Russian Federation Travel Advisory Expanded**
(/russia-travel-advisories-updated-level-4-us-



**The Bahamas Signs Air Transport Agreement With The USA** (/bahamas-prohibiting-disney-cruise-
ship-passengers-disembark-if-they-have-visited-

state-department-canada-and-uk-government)

ship-passengers-disembark-if-they-have-visited-mainland-china-past)



Costa Rica Stuck at Level 2 (/costa-rica-travel-advisory-under-review-us-state-department)



Evacuation Flight From China Changes Destination, Lands At US Military Base (/about-200-passengers-escaping-2019-ncov-outbreak-china-landed-march-air-reserve-base-california)



Evacuation Flight From Wuhan China Has Limited Capacity (/us-state-department-prepares-evacuation-flight-china)



Central Africa Country's Travel Advisory Expanded (/burundi-health-and-security-risks-expanded-us-department-state-and-cdc)



China's Lunar New Year May Expand the 2019-nCoV Outbreak (/coronavirus-2019-ncov-outbreak-wuhan-china-reaches-62-cases)



CDC Deploying 100 Staff to Screen Arriving China Passengers for 2019-nCoV (/cdc-expanding-staff-quarantine-stations-sfo-jfk-and-lax-airports)





We use cookies on this site

Privacy policy

Accept



Timor-Leste Travel Advisory Updated (/democratic-republic-timor-leste-travel-advisory-includes-civil-unrest-notices)



Brazil's Travel Advisory Now Includes Level 4 Alerts (/state-department-advises-brazil-visitors-avoid-certain-areas)



New South Wales Issues Measles Alert (/australia-reports-another-measles-outbreak-near-sydney)



Most Flights To Cuba Suspended by US State Department (/air-travel-cuba-further-restricted-us-state-department)



Costa Rica Travel Advisory Issued (/costa-rica-visitors-should-protect-themselves-dengue-and-measles-during-2020)



Travel Advisory Expanded When Visiting Australia (/exercise-increased-caution-travel-advisory-now-effect-when-visiting-australia-2020)





Bahamas Travel Alert Updated by the CDC (/cdc-

We use cookies on this site

Privacy policy

Accept

The Bahamas Travel Alert Withdrawn (/cdc-removes-bahamas-level-3-travel-alert)

Bahamas Travel Prepared By the CDC (/cdc-says-avoid-nonessential-travel-affected-parts-bahamas)



Travel Alerts Issued for Africa's Dengue Outbreaks (/african-counties-are-confronted-dengue-ebola-measles-polio-and-yellow-fever-outbreaks)



US Embassy in Baghdad Issues Security Alert (/iraq-level-4-travel-advisory-includes-security-alerts-baghdad)



Indonesia's Central Sulawesi and Papua Travel Advisory Increased (/indonesia-travel-advisories-updated-canada-uk-and-usa-governments)



Mauritania's Travel Advisory Now Includes Level 4 Notice (/mauritania-travel-advisory-expanded-us-state-department%C2%A0)



Santiago Chile Travel Advisory Updated (/chile-travel-advice-updated-uk-foreign-and-commonwealth-office)



14 Countries 'Not To Visit' in 2020 (/state-department-says-do-not-travel-high-risk-countries-such-afganistan-somalia-and-venezuela)

Accept

ADVERTISEMENT

## SITE LINKS

About (/about-us)

Advisory (/board)

Contact (/contact-us)

Privacy (/policies/privacy-policy)

Terms (/terms-service)

## DISCLAIMER

Precision Vax LLC websites do not provide medical advice, diagnosis, treatment, or prescriptions. Read our terms of use for more info.

Copyright ©2020 Vax Before Travel

Accept