# EXHIBIT 48






# Alvarez & Marsal confirms withdrawing from Lebanon forensic audit

By Reuters Staff



DUBAI/BEIRUT (Reuters) - Restructuring consultancy Alvarez & Marsal (A&M) confirmed on Thursday it had withdrawn from a forensic audit of Lebanon's central bank as it had not received the information required to carry out the task.



FILE PHOTO: A view of Lebanon's Central Bank building in Beirut, Lebanon April 23, 2020. REUTERS/Mohamed Azakir/File Photo

The decision, first announced by Lebanon's caretaker finance minister on Nov. 20, is a blow to Lebanon as the audit is a key demand of foreign donors to help it exit a financial meltdown, the country's worst crisis since its 1975-1990 civil war.

"Due to the insufficient provision of information, A&M is unable to complete its review," the consultancy said.

Its decision came after the finance minister had on Nov. 5 announced a three-month extension to secure the data required after the central bank declined to hand over all the information, citing bank secrecy rules.

"In meetings held on 4 and 5 November the Ministry of Finance and Banque du Liban confirmed that the information A&M requested would not be forthcoming in the near future," the firm said.

ADVERTISEMENT



The Finance Ministry issued a statement "categorically denying" this account and said A&M had attended a meeting on Nov. 5 at the presidential palace where it agreed to an extension of the deadline to secure the information.

A&M said in its statement that it remained available should the government consider re-engaging it "under circumstances more conducive to a successful completion of the mandate".

President Michel Aoun has pledged to revive the audit, blaming "interest-driven roadblocks" for derailing it and saying it is needed so Lebanon does not become a "failed state in the eyes of the international community".

This week he asked parliament to move on the matter and the parliament speaker has set a session for Friday to discuss the issue. A parliamentary bloc has submitted a proposed law to temporarily lift bank secrecy rules solely for the audit.

ADVERTISEMENT



PAID FOR AND POSTED BY CME GROUP

How do you manage risk?

When market conditions are unpredictable, CME Group offers opportunities in every major asset class.

Learn More ›

Caretaker Prime Minister Hassan Diab and his justice minister have criticised the central bank for using bank secrecy to justify withholding information.

The central bank has declined to comment on the A&M withdrawal. It previously said it provided its own accounts for the audit and the government should submit state accounts to "spare the central bank from violating legally binding bank secrecy laws".

The audit is also a main demand of the International Monetary Fund, whose talks with the caretaker government stalled over inaction on reforms to tackle endemic corruption and waste.

Reporting by Davide Barbuscia in Dubai and Ghaida Ghantous in Beirut; Writing by Ghaida Ghantous; Editing by Kim Coghill and Edmund Blair

Our Standards: The Thomson Reuters Trust Principles.

MORE FROM REUTERS



12/2/2020, Alvarez & Marsal confirms withdrawing from Lebanon forensic audit | Reuters

Case 1:20-cv-04438-DLC Document 71-48 Filed 12/18/20 Page 6 of 11



**PAID PROMOTIONAL LINKS** — Promoted by **Dianomi**



**Discover Three Fixed Income ETF Strategies for the Upcoming Quarter**
State Street Global Advisors



**7 Mistakes You'll Make When Hiring a Financial Advisor**
smartasset



**Why income investors must be on the right side of change**
Aviva Investors



**Growing eSports popularity is disrupting the entertainment industry**
Nomura

**People Who Don't Do These 10 Things Before 2021 Will Have Less Money**
The Penny Hoarder

https://www.reuters.com/article/lebanon-crisis-audit-int/alvarez-marsal-confirms-withdrawing-from-lebanon-forensic-audit-idUSKBN2860H8   5/10



MORE FROM REUTERS



Explainer: Can Trump override the popular vote?
20 Nov



U.S. prosecutors investigating potential scheme to pay bribe for...
02 Dec



Fact check: False article claims Barack Obama was 'arrested for...
30 Nov



Canada PM Trudeau indicates U.S. border restrictions to last a long...
01 Dec



Salesforce has approached Slack with an acquisition offer - sources
25 Nov

## MORE FROM REUTERS



**Disney consolidates TV studios as part of focus on streaming**
01 Dec



**Monolith or just trash? Metal sculpture in Utah appears to have...**
01 Dec



**Bipartisan lawmakers propose $908 billion COVID relief bill**
01 Dec



**Four killed, including baby, as car ploughs into pedestrian zone in...**
01 Dec



**California dive boat captain charged with 34 counts of manslaughter...**
02 Dec

Apps  Newsletters  Advertise with Us  Advertising Guidelines  Cookies  Terms of Use  Privacy



All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

© 2020 Reuters. All Rights Reserved.