# EXHIBIT

# 50

Case 1:20-cv-04488-DLC   Document 71-50   Filed 12/18/20   Page 2 of 10

News  |  Politics

# Lebanon's outgoing PM 'fears for life' after political fight

*Hassan Diab says entrenched interests stymied reform efforts adding that he does not want to stay on as caretaker leader.*

![Hassan Diab speaking at a podium]

Diab's government gained confidence from parliament in February but resigned less than six months later in the wake of the deadly Beirut port explosion [Dalatai and Nohra via AFP]

**By Timour Azhari**
25 Nov 2020

  



 LIVE

Asked during a briefing with journalists on Tuesday if he feared for his life, Diab replied, after a long pause: "I guess I do."

KEEP READING

- Lebanon: The forensic audit donors demand is dead. Who killed it?
- France backs Saad Hariri's proposal to end political deadlock
- Saad Hariri renamed as Lebanon PM a year after stepping down

He did not provide any evidence of threats on his life.

The question came after Diab spoke about repeated attempts by various interest groups to thwart what he characterised as reform efforts by his government, which secured the confidence of parliament in February but resigned less than six months later after the deadly explosion at Beirut's port.





 LIVE

power broker that deployed its army in Lebanon for 30 years until 2005 – and Hezbollah, the regime's strongest ally in Lebanon.

Most prominent was the 2005 assassination of former Prime Minister Rafik Hariri, after he sought to contain Syria's influence.

## 'Insider-outsider'

Diab – a little-known academic until he was picked by Hezbollah and its allies to head a government in February – is no Hariri.  But he has cast himself as a man confronting a deeply entrenched "regime of corruption" in Lebanon.

He is – by his own account – an insider-outsider prime minister who is dead-set on fighting the corruption of the ruling class, even though that same ruling class chose him for the job.

Diab frequently took the so-called "regime of corruption" to task for plundering state coffers and ultimately creating the conditions that led to the August explosion that killed about 200 people and injured more than 6,500 others. But he never publicly named those who constitute that regime and still declines to do so.





 LIVE

12/2/2020
Case 1:20-cv-04488-DLC  Document 71-50  Filed 12/18/20  Page 5 of 10
Lebanon's outgoing PM says fears for his life after brief detention | Middle East | Al Jazeera

When he took the job, Lebanon"s Prime Minister Hassan Diab cast himself as an insider-outsider dead-set on fighting the corruption of the ruling class, even though that same ruling class chose him for the job [File: Dalati Nohra/Handout via Reuters]

"Every time we tried to fight corruption we got a lot of pushback," he complained on Tuesday, noting that ministers had faced resistance even when trying to gather information on public records.

"Our cabinet adopted a decision with seven measures to fight corruption but we were fought on it … The measures include collecting public domain data related to public servants such as director generals, ministers etc," he said, adding the process was ongoing with "handicaps".

Lebanon's public administration has been heavily captured by an entrenched elite, who have enjoyed vast influence over the state since a civil war that ended in 1990.

Their corruption and mismanagement have spurred a severe financial crisis that now requires an injection of billions of dollars in aid. But international donor nations and organisations such as the International Monetary Fund, have said little aid will flow without reforms that promote increased transparency and accountability.

## Central bank audit

One of those measures is a forensic audit of the Central Bank. Originally approved in April, it was finally contracted to New York-based Alvarez & Marsal (A&M) in September. But last week the audit collapsed, when A&M withdrew, citing the central bank's failure to provide the information they needed for the audit.






LIVE



Now a new government will likely have to be formed before the audit can resume. But Prime Minister-designate Saad Hariri himself has struggled to make progress in the month since he was tasked with forming a government.

And hopes for a far-reaching audit under Hariri are dim: the three-time prime minister is a key figure in Lebanon's ruling class and a primary backer of 27-year Central Bank Governor Riad Salameh. Last year, Hariri resigned in the face of unprecedented protests calling for the removal of the ruling class, only to return this year.

Asked how he felt about potentially remaining the caretaker prime minister for a longer period, Diab responded: "I hope not. Because the Lebanese cannot stay like this ... Decisions have to be made and as a caretaker government we cannot convene, by law to make such cabinet decisions".

SOURCE : AL JAZEERA

---

# RELATED ■



 LIVE

## In Beirut's glass, fragments of a city rebuilding

The Take delves into the Beirut community's efforts to clean up, and create in the aftermath of the Beirut explosion.

23 Nov 2020

## Saad Hariri renamed as Lebanon PM a year after stepping down

Hariri named prime minister following consultations by President Michel Aoun with the various parliamentary blocs.

22 Oct 2020

## Ex-Lebanon PM Hariri says he is in the running to head new gov't

Saad Hariri who resigned last year amid protests said he 'will not close the door on the only hope left for Lebanon'.

9 Oct 2020

## MORE FROM NEWS ■

## Zimbabwe tightens gathering limits as COVID-19 cases rise



 LIVE

**'Serious crisis': 20,000 foreign fighters in Libya, UN says**

**Republicans push back on Biden nominees, signalling fights ahead**

**Iran to further limit nuclear commitments: What's next?**

## MOST READ ▪

**Kurd vs Kurd: Fears of full-scale war rise in**



 LIVE

Case 1:20-cv-04488-DLC   Document 71-50   Filed 12/18/20   Page 9 of 10

## Afghan gov't, Taliban announce break-through deal in peace talks



## 'Unwarranted': India slams Canada PM's remarks on farmer protests

## Iran's Zarif warns of 'misinformation' over scientist's killing





LIVE

12/2/2020
Case 1:20-cv-04438-DLC  Document 71-50  Filed 12/18/20  Page 10 of 10
Lebanon's outgoing PM says fears for life after prime flight | Mideast | Al Jazeera



**Reserve Online, Pick...**
Get your holiday shopping done now. Reserve your items
online and pick it up at a...

CLICK HERE →

About ⌄

Connect ⌄

Our Channels ⌄

Our Network ⌄

**Follow Al Jazeera English:**

ALJAZEERA MEDIA NETWORK

© 2020 Al Jazeera Media Network

