# EXHIBIT 51



# Treasury Financial Manual

## Chapter 6000

### FOREIGN CHECKS AND CURRENCY DRAWN ON FOREIGN BANKS

This Treasury Financial Manual (TFM) chapter provides instructions for Federal agencies to deposit foreign checks and currency drawn on foreign banks.

**Section 6010—Authority**

31 U.S.C. 321, 3301, 3302; 12 U.S.C. 90, 265

**Section 6015—Definitions**

The following terms are defined for the purposes of this TFM chapter.

**Adjustment, Correction, or Rescission (ACR) Request Form**—A Check Capture or Deposit Reporting form for OTCnet which initiates ACR actions performed through the Collections Information Repository (CIR) by the OTCnet Customer Support area for Over the Counter (OTC) deposits. An authorized individual from Federal agencies or financial institutions submits the ACR request form via email to the OTCnet Support Center.

**Agency or Federal Agency**—A department, agency, or sub agency in the executive, judicial, or legislative branch of the Federal Government, including wholly owned Government corporations.

**Agency Depositor or Federal Agency Depositor**—A person authorized to make deposits on behalf of the Federal agency.

**Agency Location Code (ALC)**—A numeric symbol used to identify the Federal agency accounting and/or reporting office.

**Financial Agent**—A financial institution authorized to accept Treasury's General Account (TGA) deposits.

**Foreign Check**—A check, money order, or bank draft drawn on a foreign bank (i.e., foreign checks in foreign currency; foreign checks in U.S. dollars; foreign money orders; foreign bank drafts; Canadian checks in U.S. dollars [USD]; or Canadian checks in Canadian dollars).

**Foreign Currency**—Non-U.S. currency (i.e., foreign coins and bank notes).

**Over the Counter Channel Application (OTCnet)**—A web-based application that integrates check capture and deposit reporting functionalities in one system. OTCnet enables Federal agencies who receive OTC collections for cash and checks to prepare an electronic deposit ticket or convert the checks to electronic instruments for settlement.

**OTCnet Deposit Ticket**—An OTCnet-generated report that is presented to a financial agent, along with the TGA deposits by an agency depositor.

**Provisional Credit**—A status granted to deposits when they are received but before the check has finally settled or cleared the bank on which it was drawn.

**Routing Transit Number (RTN)**—A consecutive nine-digit numerical code used to identify the TGA bank.

**Section 6020—General Information**

Federal agencies should require payment in U.S. dollars whenever possible, especially with checks or money orders.

All foreign collection services for TGA deposits will be processed by one or more financial agents. The financial agent for foreign check processing will initially accept and process all foreign checks (see List of Currencies, subsection 6065.10) from Federal agencies, regardless of USD equivalent value.

The financial agent for foreign currency processing will purchase foreign banknotes (including coins) of various countries from Federal agencies. The financial agent will publish the exchange rates for all traded foreign currencies (see List of Currencies, subsection 6065.30).

**Section 6025—Determine Whether the Check is a Foreign or Domestic Item**

The Federal agency depositor must determine whether the deposit item is a foreign check or a domestic check prior to creating a deposit in OTCnet.

**6025.10—Foreign Check**

All of the following attributes appear on a foreign check:

- A foreign bank drawee name;
- The address of a foreign bank drawee located outside the U.S.; and
- A non-consecutive nine digit routing transit number.

**6025.20—Domestic Check**

The following attribute(s) appear on a domestic check:

- A U.S. bank drawee name; and/or

- A consecutive nine digit routing transit number.

**6025.30—Ineligible Check Items**

The following items are ineligible for processing as a domestic or foreign check:

- Checks with dates missing and/or incomplete information
- Checks previously dishonored and so marked on the face of the item
- Checks post-dated or stale-dated (i.e., six months or greater)
- Traveler checks
- Stop payment on checks
- Checks written on closed accounts
- Fraudulent/counterfeit checks

**Section 6030—Record of Checks**

The agency depositor must keep a description of each check to permit duplication in the event a check becomes lost, destroyed, or mutilated. If such records are adequate and support duplication of the original check data (e.g., photocopy or digital images), additional record maintenance is unnecessary.

At minimum, the maintenance record must include the following information:

- Currency amount
- Currency type
- Bank drawee name
- Bank drawee address
- Drawer/Check writer name
- Date on check
- Check number, if applicable

**Section 6035—Check Endorsement**

Checks drawn on foreign banks and branches of U.S. banks, whether payable in U.S. dollars or foreign currency, must be endorsed by the Federal agency.

The endorsement must include, at minimum, the following information for checks deposited to a Treasury's General Account:

- ALC
- The words "For Credit to the U.S. Treasury"

**Section 6040—Deposit Foreign Checks Payable in Foreign Currency**

**6040.10—Foreign Checks Listed**

Checks that are drawn on foreign banks, payable in foreign currency, and listed on the tradable currency list (Section 6065), or listed in OTCnet's currency code drop down box, will be processed in OTCnet as foreign check items. These

items will be treated as cash letter items. Cash letter items are immediately cleared and are granted provisional credit within two business days following the day the financial agent receives the check.

A separate deposit must be created for each type of foreign currency.

The agency depositor will:

1. Log into OTCnet Deposit Processing
2. Create a deposit for a foreign check item
3. Select the appropriate currency code (under Foreign Currency Information)
4. Enter the foreign currency amount (under Foreign Currency Information)
5. Mail the OTCnet deposit ticket and foreign check to:

Bank of America
Foreign Transit Items
GA 4-004-02-02
6000 Feldwood Road
College Park, GA 30349

The exchange rate and USD conversion amount will be determined and entered into OTCnet by the financial agent. The financial agent will confirm the deposit in OTCnet, and field #4 (Amount) on the OTCnet deposit ticket will be populated.

**6040.20—Foreign Checks <u>Not Listed</u>**

Foreign checks not listed on the foreign check tradable currency list (Section 6065) will be treated as collection items. Collection items are forwarded to the foreign banks that the checks are drawn on for clearance, prior to credit being granted. This collection process takes approximately six to eight weeks to complete.

The agency depositor will:

1. Log into OTCnet Deposit Processing;
2. Create a deposit for a foreign check item;
3. Select the appropriate currency code (under Foreign Currency Information);
4. Enter the foreign currency amount (under Foreign Currency Information); and
5. Mail the OTCnet deposit ticket and foreign check to:

Bank of America
Foreign Clean Collections
GA 4-004-02-02
6000 Feldwood Road
College Park, GA 30349

Once the check item clears, the financial agent will enter the USD equivalent

amount and confirm the deposit in OTCnet.

Cash letter items and collection items can both be mailed in the same envelope to the same address. However, cash letter and collection items must have separately created OTCnet deposit tickets (i.e., vouchers). They cannot be listed on the same voucher.

**Section 6045—Deposit Foreign Checks Payable in U.S. Dollars**

Foreign checks drawn on Canadian and specific United Kingdom (UK) clearing banks (subsections 6065.10 and 6065.20), payable in U.S. dollars, will be processed as foreign check items (subsection 6040.10) in OTCnet. The agency depositor must select the currency code for United States (i.e., USD).

Foreign checks drawn on foreign banks outside of Canada and the UK, payable in U.S. dollars, will be processed as collection items (subsection 6040.20) in OTCnet.

Checks drawn on foreign banks made payable through a bank in the U.S. or reflecting a consecutive 9-digit routing number will be processed in the same manner as checks in U.S. currency.

**Section 6050—Return Items and Collection Charges**

The depositary will reprocess all items over $200 not successfully cleared on initial presentation, unless the item is ineligible (subsection 6025.30).

Eligible return items are reprocessed as collection items and will be subject to a six to eight week processing period. In such cases, the Federal agency will receive a notice and the check.

If a foreign check is returned for any reason, the financial agent will use the Returned Item Adjustment in OTCnet. The amount of the debit will equal the credit that was given to the agency because the exchange rate applied when the item is returned will be the same exchange rate applied when provisional credit was given. The Federal agency will receive a copy of the debit advice along with the foreign check.

Federal agencies may incur foreign collection charges or bank fees that are deducted from the proceeds by the foreign bank, prior to the settlement of the credit. Foreign collection fees (usual and customary fees) assessed after credit has been given in OTCnet may be charged back to the Federal agency upon notification from the Fiscal Service. Federal agencies may wish to consider setting higher minimum check limitations because of these substantial charges associated with foreign checks.

**Section 6055—Deposit Foreign Currency**

**6055.10—Foreign Currency Listed**

Separate deposits must be created in OTCnet for each type of foreign currency.

The agency depositor will:

1. Log into OTCnet Deposit Processing;
2. Create a deposit for foreign currency;
3. Select the appropriate currency code (under Foreign Currency Information);
4. Enter the foreign currency amount (under Foreign Currency Information); and
5. Mail the OTCnet deposit ticket and foreign currency, **if under $5000.00 (5K) USD value**, by registered mail, to:

Bank of America GBN-LA
Mail Code: CA9-924-01-11
2706 Media Center Drive
Los Angeles, CA 90065-1733

**6055.20—Foreign Currency <u>Not Listed</u>**

The agency depositor will:

1. Log into OTCnet Deposit Processing;
2. Create a deposit for foreign currency;
3. Select the appropriate currency code (under Foreign Currency Information);
4. Enter the foreign currency amount (under Foreign Currency Information);
5. Mail the OTCnet deposit ticket and foreign currency, if under 5K USD value, by registered mail to:

Bank of America GBN-LA
Mail Code: CA9-924-01-11
2706 Media Center Drive
Los Angeles, CA 90065-1733

Once the currency clears, the financial agent will enter the USD equivalent amount and confirm the deposit in OTCnet.

**6055.30—Foreign Currency Over 5K USD Value**

If the foreign currency deposit is over 5K USD value, OTCnet will prompt the agency depositor to call the financial agent's Banknote Trading Desk for an armored courier pick up. The foreign currency deposits will be delivered to a specific location of the financial agent (see Contacts).

The agency depositor must confirm the legitimacy of the armored courier prior to releasing the foreign currency deposit. Once the deposit has been picked up and signed for by the financial agent's armored courier, responsibility and

liability of the deposit transfers to the TGA bank. The armored courier acts as the agent of the financial institution, not the Federal agency.

**6055.40—Place Orders to Sell Foreign Currency Banknotes**

Federal agencies may place orders to sell banknotes and selected coins in OTCnet to the financial agent. The agency depositor will communicate the appropriate instructions to the financial agent, who will receive the information in OTCnet and act upon it.

Federal agencies will send the shipment of foreign currency banknotes to the financial agent in the same manner as foreign currency deposits for under and over 5K USD (subsections 6055.10 and 6055.30).

**Section 6060—Deposit Corrections**

If a Federal agency discovers an error after the deposit was submitted for confirmation in OTCnet, the agency depositor should call the Foreign Currency Customer Service desk (see Contacts) and/or request from the Fiscal Service OTC Customer Support the appropriate ACR Form to initiate the correction or adjustment.

**Section 6065—List of Currencies**

**6065.10—Foreign Check Tradable Currencies**

| Country | Currency | Currence Code |
|---|---|---|
| Australia | Australian Dollar | AUD |
| Austria | Euro | EUR |
| Belgium | Euro | EUR |
| Canada | Canadian Dollar | CAD |
| Denmark | Danish Kroner | DKK |
| European Community | Euro | EUR |
| Finland | Euro | EUR |
| France | Euro | EUR |
| Germany | Euro | EUR |
| Greece | Euro | EUR |

| | | |
|---|---|---|
| Hong Kong | Hong Kong Dollar | HKD |
| Ireland | Euro | EUR |
| Italy* | Euro | EUR |
| Japan | Yen | JPY |
| Mexico | Pesos | MXN |
| New Zealand | New Zealand Dollar | NZD |
| Norway | Norwegian Kroner | NOK |
| Portugal | Euro | EUR |
| Saudi Arabia | Saudi Arabian Riyal | SAR |
| Scotland | Pound Sterling | GBP |
| Singapore* | Singapore Dollar | SGD |
| Spain | Euro | EUR |
| Sweden | Swedish Kronor | SEK |
| Switzerland | Swiss Franc | CHF |
| Tahiti/French Polynesia | CFP Franc | XPF |
| United Arab Emirates | Dirham | AED |
| United Kingdom | Pound Sterling | GBP |
| United States* | US Dollar | USD |

LIMITATIONS and EXCEPTIONS:

* Italy: Checks $1,000.00 or higher must have an endorsement "Non-transferable."
* Singapore: Non-transferable items must be processed on a collection basis.

* United States: Only USD items drawn on a Canadian Bank or specific UK Clearing Bank can be processed as a cash letter item.
All other USD items drawn on foreign banks in other countries are to be processed as collection items (subsection 6040.20).

**6065.20—United Kingdom Clearing Banks**

Items must be drawn on the eligible banks listed below:

| | |
|---|---|
| ABC International Bank plc | Fibi Bank (UK) LTD |
| Adam And Company plc | Fortis Bank NV (Formerly Mees Pierson & Generale Bank) |
| Allied Irish Bank | Ghana International Bank plc |
| Alpha Bank London LTD | Girobank plc |
| Anz Banking Group Ltd (But Not Anz Grindlays) | Hamburgische Landesbank Girozentrale |
| Banco Do Brasil S.A. | Hanil Bank |
| Bangkok Bank Public Company LTD | Hoare (C) & Co |
| Bank Leumi (UK) plc | HSBC Bank plc |
| Bank Of America NT & SA | Ing Bank N.V. |
| Bank Of Ireland | Lloyds TSB Bank plc |
| Bank Of Montreal | Mellon Bank NA |
| Bank Of Montreal Europe LTD | Mizuho Corporate Bank |
| Bank Of New York | Morgan Grenfell & Co LTD |
| Bank Of Scotland | National Bank Of Egypt International LTD |
| Banque Nationale de Paris plc | National Bank Of Greece SA |
| Barclays Bank plc | NatWest Bank plc |
| Barclays Private Bank LTD | Nedcor Bank LTD |
| Bayerische Hypo Und Vereinsbank AG | Northern Trust Company |

BFG Bank AG

British Arab Commercial Bank LTD

Brown, Shipley & Co LTD

Bsi-Banca Della Svizzera Italiana

Butterfield Bank (UK) LTD

Charterhouse Bank Limited

Chase Manhattan Bank N.A.

Citibank N.A.

Clydesdale Bank plc

Co-Operative Bank plc

Coutts And Co

Credit Lyonnais

Den Danske Bank Aktieselskab

Deutsche Bank AG

EFG Eurobank Ergasias

Erste Bank Der Oesterreichischen Sparkassen AG

Rabobank

Riggs Bank Europe LTD

Riyad Bank

Royal Bank Of Canada

Royal Bank Of Canada Europe LTD

Silicon Valley Bank London

Societe Generale

Standard Chartered Bank

Svenska Handelsbanken

Swiss Bank Corporation

T.C. Ziraat Bankasi

The Royal Bank Of Scotland plc

Union Bank Of Nigeria LTD

United Overseas Bank LTD

Wachovia Bank NA

**6065.30—Foreign Currency**

| **Country** | **Currency** | **Currency Code** |
|---|---|---|
| Argentina | Argentina Peso | ARS |
| Aruba | Aruba Florin | AWG |
| Australia | Australian Dollar | AUD |
| Austria | Euro/Austr Schilling | EUR/ATS |

| | | |
|---|---|---|
| Bahamas | Bahamas Dollar | BSD |
| Bahrain | Bahrain Dinar | BHD |
| Barbados | Barbados Dollar | BBD |
| Belgium | Euro/Belgian Franc | EUR/BEF |
| Belize | Belize Dollar | BZD |
| Bermuda | Bermuda Dollar | BMD |
| Bolivia | Bolivian Boliviano | BOB |
| Brazil | Brazilian Real | BRL |
| Brunei | Brunei Dollar | BND |
| Canada | Canadian Dollar- Coin | CAC |
| Canada | Canadian Dollar | CAD |
| Cayman Islands | Cayman Islands Dollar | KYD |
| Chile | Chilean Peso | CLP |
| China | China Renminbi/Yuan | CNY |
| Colombia | Colombian Peso | COP |
| Communaute Financiere Africaine (BCEAO) | CFA Franc- Western African | XOF |
| Communaute Financiere Africaine (BEAC) | CFA Franc- Central African | XAF |
| Comptoirs Francais du Pacifique | CFP Franc | XPF |
| Costa Rica | Costa Rican Colon | CRC |
| Croatia | Croatian Kuna | HRK |
| Cyprus | Euro/Pound | EUR/CYP |
| Czech Republic | Czech Korunas | CZK |

| | | |
|---|---|---|
| Denmark | Danish Krone | DKK |
| Dominica Republic | Dominican Peso | DOP |
| East Caribbean | East Caribbean Dollar | XCD |
| Egypt | Egyptian Pound | EGP |
| Estonia | Estonian Kroon | EEK |
| Euro Member Countries | Euro-Coin | EUC |
| Euro Member Countries | Euro | EUR |
| Fiji | Fiji Dollar | FJD |
| Finland | Euro/Pound | EUR/CYP |
| France | Euro/Franc | EUR/FRF |
| Germany | Euro/Deutsche Mark | EUR/DEM |
| Gibraltar | Gibraltar Pound | GIP |
| Greece | Euro/Drachma | EUR/GRD |
| Guatemala | Guatemalan Quetzal | GTQ |
| Guernsey | Guernsey Pound | GUP |
| Honduras | Honduras Lempira | HNL |
| Hong Kong | Hong Kong Dollar | HKD |
| Hungary | Hungary Forints | HUF |
| Iceland | Icelandic Krona | ISK |
| India | Indian Rupee | INR |
| Indonesia | Indonesian Rupiah | IDR |
| Ireland | Euro/Pound | EUR/IEP |
| Isle of Man Pound | Isle of Man Pound | IMP |
| Israel | Israeli Shequel New | ILS |

| | | |
|---|---|---|
| Italy | Euro/Lira | EUR/Lira |
| Jamaica | Jamaica Dollar | JMD |
| Japan | Japanese Yen | JPY |
| Jersey | Jersey Pound | JEP |
| Jordan | Jordan Dinar | JOD |
| Kenya | Kenyan Shilling | KES |
| Korea-South | Korean Won | KRW |
| Kuwait | Kuwaiti Dinar | KWD |
| Latvia | Euro/Latvian Lats | EUR/LVL |
| Lebanon | Lebanese Pound | LBP |
| Lithuania | Lithuanian Litas | LTL |
| Luxemburg | Euro/Luxemburg Franc | EUR/LUF |
| Malaysia | Malaysia Ringgit | MYR |
| Malta | Euro/Maltese Lira | EUR/MTL |
| Mauritius | Mauritius Rupee | MUR |
| Mexico | Mexican Peso- Coin | MXC |
| Mexico | Mexican Peso | MXN |
| Morocco | Moroccan Dirham | MAD |
| Nepal | Nepal Rupee | NPR |
| Netherlands | Antilles Guilder | ANG |
| Netherlands | Euro/Florin | EUR/NLG |
| New Zealand | New Zealand Dollar | NZD |
| Nicaragua | Nicaragua Cordo | NIO |
| Norway | Norwegian Krone | NOK |

| | | |
|---|---|---|
| Oman | Oman Rials | OMR |
| Pakistan | Pakistan Rupee | PKR |
| Papua New Guinea | Papua New Guinean Kina | PGK |
| Paraguay | Paraguay Guarani | PYG |
| Peru | Peru Nuevo Sol | PEN |
| Philippines | Philippine Peso | PHP |
| Poland | Poland Zloty | PLN |
| Portugal | Euro/Portuguese Escudo | EUR/PTE |
| Qatar | Qtar Riyal | QAR |
| Romania | New Romania Leu | RON |
| Russia | Russian Ruble | RUB |
| Saudi Arabia | Saudi Riyal | SAR |
| Scotland | Scottish Pound | SCO |
| Singapore | Singapore Dollar | SGD |
| Slovakia | Euro/Slovak Krona | EUR/SKK |
| Slovenia | Euro/Slovenia Tolars | EUR/SIT |
| South Africa | South African Rand | ZAR |
| Spain | Euro/Spanish Peseta | EUR/ESP |
| Sri Lanka | Sri Lanka Rupee | LKR |
| Sweden | Swedish Krona | SEK |
| Switzerland | Swiss Franc | CHF |
| Taiwan | Taiwan Dollar New | TWD |
| Tanzania | Tanzania Shilling | TZS |

| | | |
|---|---|---|
| Thailand | Thailand Baht | THB |
| Tonga | Tonga Pa'anga | TOP |
| Trinidad and Tobago | Trinidad and Tobago Dollar | TTD |
| Tunisia | Tunisian Dinar | TND |
| Turkey | Turkish Lira-Old | TRL |
| Turkey | Turkish Lira-New | TRY |
| Ukraine | Ukraine Hryvnia | UAH |
| United Arab Emirates | UAE Dirham | AED |
| United Kingdom | British Pound Sterling-Coin | GBC |
| United Kingdom | British Pound Sterling | GBP |
| Uruguay | Uruguay N Peso | UYU |
| US | US Dollar-Coin | USC |
| US | US Dollar | USD |
| Vanuatu | Vanuatu Vatu | VUV |
| Vietnam | Vietnam Dong | VND |
| Western Samoa | Western Samoa Tala | WST |

**CONTACTS**

**Send foreign check items to:**

Bank of America
Foreign Transit Items
GA 4-004-02-02
6000 Feldwood Road
College Park, GA 30349

**Send foreign currency under $5K USD value, by registered mail, to:**

Bank of America GBN-LA
Mail Code: CA 9-924-01-11
2706 Media Center Drive
Los Angeles, CA 90065-1733

**Call the financial agent's Banknote Trading Desk for foreign currency over $5K USD value:**

Telephone: 1-800-387-1012

**The foreign currency deposits over 5K USD value will be delivered by armored courier to:**

Bank of America GBN-LA
Mail Code: CA 9-924-01-11
2706 Media Center Drive
Los Angeles, CA 90065-1733

**Direct inquiries concerning foreign currency issues or concerns with specific transactions to:**

Foreign Currency Customer Service
Telephone: 1-800-268-8144
Email: dg.bn_desk@bankofamerica.com

**Direct inquiries concerning foreign check deposit setup to:**

Karen Dolores
Telephone: 888-715-1000, ext. 21600
Email: DedicatedService101@bankofamerica.com

**Direct inquiries concerning foreign check concerns with specific transactions to:**

Bank of America
Foreign Transit Items
GA 4-004-02-02
6000 Feldwood Road
College Park, GA 30349

**Direct inquiries concerning the ACR Form to:**

OTC Customer Support
Telephone: 1-866-945-7920
Email: fms.otcchannel@citi.com

**Direct inquiries concerning the placing of orders to sell banknotes to:**

Bank of America Global Foreign Exchange

Telephone: 1-800-523-7860
Website: https://www.bankofamerica.com/foreign-exchange/foreign-currency-exchange.go

**Direct general inquiries concerning this chapter to:**

Over The Counter Division
TGA Program
Telephone: 202-874-7132
Email: tamara.whitaker@fiscal.treasury.gov

or

Federal Reserve Bank of St. Louis
OTC Support Team
Telephone: 1-866-771-1842