# EXHIBIT 55

**Politicians members of CL Bank Board of Directors**

- **Joseph Torbey** — Chairman - GM. Controller of the Leb Audit court, Financial Controller at the ministry of justice, and the ministry of foreign affairs, Head of Taxation Department.
- **Marwan Hamadeh** — Member. Former Member of the parliament and Former Minister of (Education, Telecommunications, Economy and trade, tourism, and the displaced)

**Politicians members of BLC Bank Board of Directors (BLC 83% owned by Fransabank)**

- **Adnan Kassar** — Chairman and CEO of Fransabank Group (owner of BLC Bank). Former Minister (Economy and trade, and the state)
- **Walid Daouk** — Member. Former Minister of information
- **Nazem El Khoury** — Member. Former Minister of Environment and former member of the parliament
- **Mansour Bteich** — Member. Minister of Economy and Trade

In addition to:
- Adel Kassar: Deputy Chairman (Brother of Adnan Kassar)
- Nadim Kassar: Chairman & GM (Son of Adel Kassar, Nephew of Adnan Kassar)
- Nabil Kassar: Vice Chairman (Son of Adel Kassar and Nephew of Adnan Kassar)

**Politicians members of AM Bank Board of Directors**

- **Marwan Kheireddine** — Chairman. Former Minister of state.
- **Ibrahim Daher** — Member. Former Minister of state.

Diagram showing Political connections to Credit Libanais, BLC and AM banks.









