# EXHIBIT 56

Home | BDL View | Contact Us | Help | Print |



| ABOUT BANQUE DU LIBAN | BANKING AND FINANCE | PAYMENT SYSTEMS |
| BANKNOTES, COINS & SOUVENIRS | LAWS AND CIRCULARS | PRESS ROOM |
| BDL REAL ESTATE PORTFOLIO | STATISTICS AND RESEARCH | PUBLICATIONS |



QUICK NUMBERS
**1507.5**
US$ vs. LBP mid

SEARCH

YOU ARE
select what you are

## ABOUT BANQUE DU LIBAN



- History
- Role and Functions
- Monetary Overview
- BDL Structure
  - Governing Body
  - **Governorate Timeline**
  - Biographies
  - Government Commisariat
  - BDL Organization Chart
  - Departments
  - Branches
  - Units
  - Committees & Commissions

### GOVERNORATE TIMELINE

> Governor

> Acting as Governor

> Governor Ad Interim

> First Vice Governor

⌄ Second Vice Governor

| Name | Date of term | Other dates and related information | Appointment Decree | Reappointment Decree(s) | Resignation Decree |
|---|---|---|---|---|---|
| Bachir Yakzan | 2020- | | Decree 6475 dated 10/6/2020 | | |
| Saad Andary | 2009-to 2019 | | Decree no 1634 dated 2/4/2009 | Decree no.11268 dated 12/4/2014 | |
| Majid Joumblat | 2003-2008 | | Decree no 10498 dated 21/7/2003 | | |
| Fahim Mo'dad | 1993-2003 | | Decree no 3541 dated 7/6/1993 | Decree 12697 dated 23/7/1998 | |
| Ghassan Ayache | 1990-1993 | Resigned in 1993 | Decree no 28 dated 15/1/1990 | | Decree no 3541 dated 7/6/1993 |
| Majid Jumblat | 1985-1990 | | Decree no 2190 dated 15/1/1985 | | |
| Farid Solh | 1978-1983 | | Decree no 831 dated 16/1/1978 | | |
| Chafic Moharram | 1963-1978 | Reappointed in 1968 and in 1973. Resigned in 1978. | Decree no 13745 dated 31/8/1963 | Decree no 10684 dated 31/8/1968 Decree no 8759 | Decree no 803 dated 5/1/1978 |

> Third Vice Governor

> Fourth Vice Governor

**Banque Du Liban** - All rights reserved. | Privacy policy | Disclaimer

By Cleartag