# EXHIBIT

# 57

