# EXHIBIT 58

Section of the interview with Marwan Kheireddine on Lebanese LBC Tv Channel with host Albert Costanian:

S1: host

S2: Marwan Kheireddine

S2: I can assure you that there is a problematic in accountability; lets try to name a politician that has been charged from 20 years ago and up until today, for very clear mistakes that have been committed. <u>Let's look at a judge that issued a judgment against any individual related to a connected person, not even the connected person themselves, in Lebanon.</u> The judiciary in Lebanon, which is supposed to act as a compass…

S1: the judiciary needs a reform for sure

S2:  a compass for the rights and without judiciary you cannot build a country. Today, if you have a right, you would take it after 10 years delay, <u>I do not think that you will lose your right but it will come after 10 years which is somehow as if it is lost.</u>