```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
JOSEPH A. DAOU and KAREN M. DAOU,        :      20cv4438 (DLC)
                                         :
                    Plaintiffs,          :         ORDER
              -v-                        :
                                         :
BLC BANK, S.A.L., CREDIT LIBANAIS,       :
S.A.L., AL-MAWARID BANK, S.A.L., and     :
BANQUE DU LIBAN,                         :
                    Defendants.          :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On October 9, 2020, defendants BLC Bank S.A.L., Credit Libanais, and Al-Mawarid Bank, S.A.L. (the "Corporate Defendants") filed a motion to dismiss the complaint pursuant to Rules 12(b)(2) and 12(b)(6), Fed. R. Civ. P. This motion was docketed at Doc. No. 43. On October 30, the plaintiffs filed an amended complaint, rendering Doc. No. 43 moot. Docket entries No. 51 and 52 are duplicate Orders terminating Doc. No. 43 as moot. Accordingly, it is hereby

ORDERED that the Clerk of Court shall strike Doc. No. 51 from the docket.

SO ORDERED:

Dated:    New York, New York
          January 6, 2021

                              _____
                                     DENISE COTE
                              United States District Judge