

Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, D.C. 20037

O   +1 202 457 6000
F   +1 202 457 6315
squirepattonboggs.com

Gassan A. Baloul
T   +1 202 457 6155
gassan.baloul@squirepb.com

<u>**Via ECF**</u>

January 8, 2021

The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1610
New York, NY 10007-1312

    **Re: *Daou, et al. v. BLC Bank, S.A.L., et al.*, Case No. 20-cv-4438 (DLC)**

Dear Judge Cote:

This firm represents Defendant AM Bank S.A.L. ("AM Bank") in the above-referenced action. Today, AM Bank filed its Reply Memorandum of Law (ECF #76) in Further Support of its Motion to Dismiss Plaintiffs' First Amended Complaint (ECF #57).

Pursuant to Rule 4(F) of the Court's Individual Practices in Civil Cases, AM Bank respectfully submits this letter to request oral argument on the Motion.

Respectfully submitted,

Squire Patton Boggs (US) LLP

*/s/ Gassan A. Baloul*

Gassan A. Baloul

Cc: All Counsel of Record (Via ECF)

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.