# Exhibit 4



Overseas Security Advisory Council
Bureau of Diplomatic Security
U.S. Department of State

3/14/2016 | Country Security Report

👁 17 all time - 0 last 7 days

## Lebanon 2016 Crime & Safety Report

Overall Crime and Safety Situation

Post Crime Rating: Medium

Crime Threats

The Department of State continues to advise U.S. citizens to avoid all travel to Lebanon because of security and safety concerns.

Crime remains a concern. The overall crime situation has remained consistent from 2013-2015, which may be due in part to the worsening economic situation due to the continuing violence in Syria and related developments. Low-level criminal activities (burglary, petty theft, street crimes) remain common, but previously infrequent violent crimes and automotive theft have increased. In previous years, many crimes were non-confrontational; in 2015, kidnapping for ransom, armed robberies, bank robberies, and other physical assaults saw a slight decline in comparison to 2014 crime statistics. Vehicle thefts and vehicle break-ins are frequent and increasing with no major arrests and only a small percentage of stolen vehicles recovered. Arms and explosives are readily obtainable by both criminal elements and terrorist organizations, both of which continue to pose threats to foreign diplomatic missions in Beirut.

Criminal activity tied to drug use and narcotics distribution continued in 2014 and 2015. The numbers of reported incidences of petty theft, burglary, robbery, auto theft, carjackings, and violent assaults have remained consistent over the past two years though there has been a slight dip in these crimes in 2015. Criminal gangs are believed to be behind a high number of unsolved crimes. In 2015, there were several violent robberies that resulted in homicide. Most incidents occurred while individuals were using public transportation (shared taxis, bus services).

Most of the crimes are believed to be the result of the massive influx of Syrian refugees, as current estimates are approximately two million documented and undocumented persons, who are without jobs or homes.

There are several criminally-oriented families or clans that until recently had operated without regard to the law though enforcement action against these families continues to be uneven or difficult. These families orchestrate activities such as car theft, narcotics trafficking, and kidnappings.

Other Areas of Concern

Certain areas in Lebanon, to include the southern suburbs of Beirut, Tripoli, Baalbek, Sidon, Tyre, the Bekaa Valley, Palestinian refugee camps and vicinity, and the areas along the Lebanese-Israeli and the Lebanese-Syrian borders, are known to harbor organized criminal entities, terrorist groups, and gangs that are hostile to Americans. These areas are, or have been, considered very dangerous. A number of these areas are only nominally under the control of the government and are the de facto territory of terrorist organizations.

Unless absolutely necessary for the conduct of official business, areas within the southern suburbs of Beirut, Sidon, Tyre, North Lebanon district, Bekaa district, Southern Lebanon district, (includes UNIFIL patrolled areas), any Hizbollah-controlled region, or Palestinian refugee camps should be avoided.

Americans have been the targets of numerous terrorist attacks in Lebanon, and the threat of anti-Western terrorist activity continues to exist.

The Department of State considers the threat to U.S. government personnel in Beirut sufficiently serious to require them to live and work under strict security restrictions. Off-compound movement by official Americans are in armored vehicles with armed security personnel. All travel must be approved in advance. These practices limit, and may prevent, access by U.S. Embassy officials to certain areas of the country. Because of security concerns, unofficial travel to Lebanon by U.S. government employees and their family members is discouraged,

strictly limited, and requires prior approval by the Department of State.

The threat of new conflict between Lebanon and Israel remains, as well as the threat of political assassinations by terrorist organizations, present a danger to all persons who live and work within Lebanon.

Transportation-Safety Situation

Road Safety and Road Conditions

The roadways operate unconventionally, with drivers who often maneuver aggressively and pay little regard to the traffic lights/signs. High rates of speed, erratic traffic patterns, poorly marked merges and addresses, inconsistent police enforcement, coupled with little/no enforcement make driving conditions hazardous. Outside greater Beirut, lanes are generally unmarked and may be poorly illuminated. Heavy periods of traffic congestion are most noticeable during the morning and afternoon peak rush hours and during times of inclement weather.

There is a notable lack of electronic traffic control signals, resulting in frequently erratic traffic patterns and vehicle accidents. Police rarely respond to vehicle accidents; therefore, accident reports and investigations are not usually conducted by the authorities. Insurance companies have private accident investigators who respond to accidents and may be biased toward the insured party. Parties involved in traffic accidents usually settle matters among themselves unless significant injury or material damage is involved. Emergency services are adequate.

The Interior Ministry just implemented new traffic laws, to include hands free cellphones and no texting while driving. The Interior Ministry has begun to make aggressive strides in traffic enforcement, to include increased check points and the issuance of traffic violations.

In case of a road accident, emergency numbers are 140 for the Red Cross and 125 for the emergency civil police.

Public Transportation Conditions

U.S. citizens are advised to be extremely cautious when using transport, and where possible to call for taxi service or utilize a car-for-hire service rather than flagging down passing taxis or service cars.

Terrorism Threat

Post Terrorism Rating: Critical

Local, Regional, International Terrorism Threats/Concerns

Several designated terrorist organizations remain active. Hamas, al Nusra, al-Qa'ida, the Islamic State of Iraq and the Levant (ISIL), the Popular Front for the Liberation of Palestine (PFLP), the Popular Front for the Liberation of Palestine-General Command (PFLP-GC), Asbat al-Ansar, Fatah al-Islam (FAI), Fatah al-Intifada, Jund al-Sham, the Ziyad al-Jarrah Battalions, Palestinian Islamic Jihad, Abdullah Azzam Brigade (AAB) and several other splinter groups all operate within Lebanon's borders. Hizballah, which the U.S. has designated as a terrorist organization, is a legal entity and a political party with representation in Lebanon's cabinet and parliament.

Many transnational terrorist groups train, operate, or are based in Lebanon. Poor border security, easy access to weapons/munitions, and numerous areas of non-government control create the ideal environment for terrorist organizations to transit or prepare for operations. The Department of State remains concerned about the continued threat of terrorist attacks and other violent actions against U.S. citizens and interests in Lebanon. The Lebanese Armed Forces and Internal Security Forces routinely execute counter-terrorism operations, including several recent high profile operations against al Nusra and ISIL.

Since 2013, there have been a number of bombings in the mostly Shia neighborhoods of southern Beirut. An attack occurred on November 12, 2015, when multiple suicide bombers detonated themselves in Beirut's southern suburbs, killing over 40 people and wounding hundreds. Since the spring of 2014, authorities have become more proficient at preventing VBIED attacks in their continued effort to combat terrorism. Multiple improvised explosive devices found at various locations were neutralized by able and well-trained police Explosives Ordinance Disposal (EOD) teams.

In August 2015, the government, with Qatar as a mediator, conducted a prisoner swap with al Nusra for the release of Lebanese soldiers taken hostage in Arsal in August 2014. Hezbollah has entered into the Syrian Civil War in support of Bashar Assad's regime and continues to send fighter to Syria. Hezbollah and pro-regime forces clashed with ISIL and al Nusra on the eastern border between Lebanon and Syria during 2015, and future clashes are anticipated.

Fatah al-Islam was involved in a deadly clash with Lebanese troops in May 2007. Many of the individuals arrested for possible involvement

in this incident are still being held at the Roumieh prison. The lack of movement on their cases – no charges filed or trials held – fuels tension, demonstrations, and riots.

Anti-American/Anti-Western Sentiment

Americans have been the targets of numerous terrorist attacks, and the threat of terrorist activity continues to exist. The most recent serious attack against Americans occurred on January 15, 2008, when a U.S. Embassy vehicle was targeted in a bomb attack that killed three Lebanese bystanders. The Department of State urges U.S. citizens to avoid all travel to Lebanon because of current safety and security concerns in the Travel Warning, which was last updated December 11, 2015. The internal security policies of the U.S. Embassy may be adjusted at any time and without advance notice. These practices limit, and may prevent, access by U.S. Embassy officials to certain areas of the country.

Current information suggests that al-Qa'ida and its affiliates continue to plan terrorist attacks against U.S. persons and interest. Extremists may elect to employ various methods to attack (suicide, conventional bombings, assassinations, kidnappings). U.S. citizens who ignore the active Travel Warnings should be aware of the potential for terrorist attacks and take all necessary precautions (varying routes/times, avoiding demonstrations) to remain safe.

Political, Economic, Religious, and Ethnic Violence

Incidents of political violence and instability, as well as violent spillover from the conflict in Syria have occurred in 2015. Notably, extremist fighters travelling from Syria including members from al Nusra and ISIL continue to perform incursions into the northern Bekaa Valley that resulted in significant clashes with the Lebanese military and security forces. This resulted in the kidnapping of several members from the Internal Security Forces and Lebanese Armed Forces, who remain in captivity. Further clashes are likely. The Lebanese-Syrian border is unmarked and porous in many areas; that region has seen an increase in incursions, from foot patrols to mechanized military units, and shelling that has resulted in deaths, injuries, and retaliatory events. The conflict in Syria continues to attract violent extremists into the country and has resulted in terrorist attacks in Lebanon.

Tensions have also remained high on the Israeli border. There have been rocket attacks in the north and the Bekaa Valley.
On December 20, 2015, the Israeli Defense Forces (IDF) targeted and killed a Hezbollah commander in Syria. Hezbollah retaliated with indirect fire into northern Israel and a subsequent attack on an IDF patrol.
On July 12, 2006, Hezballah guerillas crossed into Israel, killed three Israeli soldiers, and kidnapped two others, precipitating a 34-day war with Israel. Israeli air strikes hit Hezballah positions in the south and strategic targets throughout Lebanon, and Israeli ground forces moved against Hezballah in southern Lebanon. Hezballah resisted the ground attack and fired thousands of rockets at civilian targets in Israel. By the time the war ended on August 14, 2006, an estimated 1,200 Lebanese civilians and hundreds of Hezballah fighters had died, along with 119 Israeli military and 43 Israeli civilians.

The use of assassination for political purposes has a long history in Lebanon, dating back to the killing of the first Prime Minister Riad al Solh, in 1951. During Lebanon's civil war, assassination of leading political and militia figures was prevalent. A number of figures, who were prominently known for their criticism of the Syrian government's occupation of Lebanon, were killed between 2004-2008, including former Prime Minister Rafiq Hariri in 2005. Assassinations and attempted assassinations returned to Lebanon's political scene in 2012, with attempts on leading politicians Samir Geagea and Boutros Harb, and the assassination of Brigadier General Hassan Wissam, the head of the Internal Security Forces Information Branch. In December 2013, former Minister Mohammed Shatah was assassinated in downtown Beirut. The police have made no arrests for his murder. Innocent victims and bystanders are frequently wounded or killed in the assassination attempts. Security services are often unable to bring the perpetrators of political assassinations to justice because of outside interference or fear of reprisals. The Special Tribunal for Lebanon, an international organization created to investigate and try the individuals behind the assassination of Prime Minister Hariri, is underway.

Post Political Violence Rating: Medium

Civil Unrest

The possibility of spontaneous unrest continues, resulting in interruptions with little/no warning to access to the borders, seaports, airport and main highways. Public demonstrations are extremely common and have frequently turned violent. Access to borders and ports can be interrupted by public demonstrations, which usually occur with little warning. Under such circumstances, the ability of U.S. government personnel to reach travelers or provide emergency services may be severely limited.

Blocking roads has become a common tactic for protestors who have used burning tires and large objects to obstruct roadways. This style of protest typically lasts for a few hours to an entire day. Another method used by protestors to cause congestion is "vehicular protests" where several hundred protestors flood streets with their privately owned vehicles and drive in a parade-like fashion around densely populated neighborhoods. These "vehicular protests" were frequent in July 2015. The summer of 2015 witnessed several large-scale protests in downtown Beirut where the number of protestors reached up to 15,000. These protests were organized to show discontent with the

government's handling of the "Garbage Crisis."

Hizballah has organized massive demonstrations in the southern suburbs of Beirut and in refugee camps mainly centering on political or military conflicts with Israel or other internal political issues. Demonstrations frequently feature anti-American or anti-Western sentiments, and participant numbers can range from hundreds to thousands of people.

Following the Internet release of several anti-Muslim films in the fall of 2012, civil unrest was rekindled in various parts of Lebanon. Demonstrators in Tripoli burned down a restaurant belonging to the U.S.-based chain in protest against an anti-Islamic film mocking the Prophet Muhammad. At least one person was killed and 24 were wounded in the clashes with police.

Religious/Ethnic Violence

Sectarian tensions related to the conflict in Syria continue to rise and have serious repercussions in Lebanon. The October 19, 2012, assassination in Beirut of Internal Security Forces Information Branch Chief Brigadier General Wissam Hassan, a Sunni Muslim, sparked sectarian violence that resulted in the deaths of at least 12 people. From October 2012-March 2013, there were daily protests in Tripoli and greater Beirut calling for the resignation of the previous Mikati-led government. Both foreign and Lebanese extremists are contributing to increasing sectarian violence within Lebanon, particularly in northern Lebanon and the eastern border with Syria. The Lebanese security services are committed to controlling the spillover from Syria and stopping extremists or others seeking to fuel sectarian violence in Lebanon.

Tripoli is the second largest city in Lebanon after Beirut, and with an overwhelming density of Sunni Muslims, the city is considered a traditional bastion of conservative Sunnis.

The Alawites of Lebanon are mainly located in the Jabal Mohsen neighborhood of Tripoli and have close ties with the Alawites in Syria, including the ruling Assad family. In 2012 and early 2013, dozens were killed and hundreds injured in various clashes in specific neighborhoods of Tripoli as Alawites and Sunnis were involved in heavy fighting.

In October 2014, armed gunmen opened fire in the main Souq area of Tripoli, resulting in military intervention to secure and stabilize the area.

Post-specific Concerns

Environmental Hazards

Lebanon has a history of major earthquakes that have leveled Beirut over the centuries, with the last major one happening south of Zrariyeh in the province of Tyre in 1956. The coast follows a natural fault line. Most buildings and structures are built without any consideration for earthquakes. Several experts have stated that a major earthquake (6.0+) could easily level 25 percent of Beirut.

According to a report by Discovery News channel, Lebanon lies dangerously close to a fault that could generate a catastrophic tsunami. The fault, according to Discovery News, lies just four miles off Lebanon's coast and caused a tsunami-generating earthquake in 551 A.D.

Drug-related Crimes

Lebanon had not been viewed as a major illicit drug producing or drug-transit country; however, since 2009, Lebanese security services have been undertaking a eradication effort particularly in the Bekka Valley. In 2015, the Lebanese security forces continued to struggle with eliminating the production and distribution of cannabis and opium production and routinely faced hostile and armed resistance. The illicit crop cultivation remains an attractive option for some farmers due to a lack of economically-viable alternate crops. There are signs that illicit drug refining is gaining momentum, and in 2015 Lebanese security services launched a week-long counter-drug operation in the Bekaa Valley.

Drug trafficking across the Lebanese-Syrian border continues to be a problem and is, in large part, due to the absence of effective border controls. Additionally, Lebanon is a transit country for cocaine and heroin, with Lebanese nationals operating in concert with drug traffickers from Colombia and elsewhere in South America.

Kidnapping Threat

The kidnapping of American and Western citizens has been used by extremist groups who operate in Lebanon to bolster political or international attention, and it remains a constant threat throughout the country. Additionally, gangs conducting kidnappings-for-ransom increased, and kidnappings linked to carjacking and taxi robberies have been reported.

Police Response

The U.S. government maintains excellent relations with host country law enforcement and security elements. Urgent security concerns (demonstrations) receive immediate support and coordination. Overall, police are responsive and have made significant improvements in rendering police assistance; though they may have difficulty responding to crimes based on the time of day and location. This may lead to diminished levels of service and cases going unsolved or unresolved.

How to Handle Incidents of Police Detention or Harassment

If you are arrested, make sure that every effort is made to contact the U.S. Embassy on your behalf. Although the police services do take measures to notify the Embassy in the event of an arrest of an American citizen, this may not always be the case depending on the time, place, and circumstances surrounding your arrest.

Crime Victim Assistance

If you are the victim of a crime, you should contact the local police and the U.S. Embassy. Although the investigation and prosecution of the crime are solely the responsibility of local authorities, Embassy personnel can help you to understand the local criminal justice process and to find an attorney if needed.

The local equivalent to the "911" emergency line in Lebanon is 112.
Police Emergency Numbers:
Beirut: 01/300575
Beirut ISF:  01/425250
Baabda: 05/922170
Jounieh: 09/915968
Zahleh: 08/823000
Saida: 07/727156
Tripoli: 06/430950
Beirut Emergency Police:  112
Tareek El-Jdideh/Beirut: 01/858811
Hobeiche Police Station: 01/740925
Explosive Ordnance Disposal: 01/601930/1

When Dialing from a Cell Phone:
 Emergency Police Department (ISF): 999
Information Department: 120
Civil Defense (Fire and Rescue): 125
Lebanese Red Cross: 140
Ambulance Service (Red Cross headquarters): 140

Police/Security Agencies

Lebanese security services have improved their response capabilities to incidents, and the authorities continue to work to address the challenges posed by increasing criminal activity. The need for Lebanese political leaders to express support for a security response to outbreaks of political violence can delay action by security services; as a result, authorities are not always able to guarantee protection for citizens or visitors should violence erupt suddenly.

Medical Emergencies

Medical care in Beirut and the surrounding area is considered good. Many hospitals have modern equipment and well-trained physicians. Most major U.S. medical insurance is accepted, but travelers are encouraged to check with their provider as payment will still be expected at the time of service regardless. Long-term visitors are encouraged to become familiar with hospitals near their homes and places of employment.

Contact Information for Recommended Hospital/Clinics

A list of English speaking doctors and specialist can be found on the Embassy website.

American University Hospital (AUH)
Address: Makdissi Street
P.O. Box: 113-6044, Beirut
Tel: (961) 1-350000;1-340460; 1-340740;1-341310;1-354911/2; 1-865250;1-374444;1-374374

Fax: (961) 1-345325
Services Provided: Internal medicine, general surgery, heart surgery, maternity, pediatrics, urology, ophthalmology, specialized eye center, family medicine, intensive care unit, physiotherapy, blood bank, pharmacy, laboratory, and emergency services.
Hotel Dieu Hospital
Address: Adib Ishak Street
P.O. Box: 166830, Achrafieh, Beirut
Tel: (961) 1-615300;01-615400
Fax: (961) 1-615295
Services Provided: Internal medicine, general surgery, heart surgery, maternity, pediatrics, kidney transplant, bone marrow transplant, intensive care unit, physiotherapy, blood bank, pharmacy, laboratory and emergency services.
Saint George Hospital
Address: Youssef Sursock Street
P.O. Box: 166378, Achrafieh, Beirut
Tel: (961) 1-585700;01-581700;01-525700
Fax: (961) 1-582560
Services Provided: internal medicine, general surgery, heart surgery, maternity, pediatrics, intensive care unit, physiotherapy, blood bank, pharmacy, laboratory and emergency services.
Rizk Hospital
Address: Zahar St., Achrafieh
P.O. Box: 11-3288, Beirut
Tel: (961) 1-200800;01-328800
Fax: (961) 1-200348;01-200816
Services Provided: Internal medicine, surgery, maternity, pediatrics, kidney transplant, specialized eye center, intensive care unit, physiotherapy, pharmacy, laboratory and emergency services.
Makassed Hospital
Address: Ouzai St., Tarik Al-Jadida
P.O. Box: 6301, Beirut
Tel: (961) 1-630630;01-646590/1/2/3/4/5/6
Fax: (961) 1-646589
Services provided: Internal medicine, surgery, bone marrow transplant, maternity, pediatrics, intensive care unit, physiotherapy, blood bank, pharmacy, laboratory and emergency services.
Najjar Hospital
Address: Maamari Street
P.O. Box: 113, Hamra, Beirut
Tel: (961) 1-340626;01-346914(Admin)
Fax: (961) 1-343992
Services Provided: Internal medicine, surgery, maternity, pediatrics, intensive care unit, blood bank, pharmacy, laboratory and emergency services.
Middle East Hospital
Address: Alfred Trad Street, Ramlet El-Baida
P.O. Box: 5871/14, Beirut
Tel: (961) 1-861601;01-809555
Fax: (961) 1-805572
Services Provided: Internal medicine, surgery, maternity, pediatrics, intensive care unit, physiotherapy, blood bank, pharmacy, laboratory and emergency services.
Trad Hospital and Medical Center
Address: 53 Mexico Street, Fifth Floor, Clemenceau
P.O. Box: 113-6431, Beirut
Tel: (961) 1 369494/ (961) 3 330311
Services Provided: Internal medicine, surgery, maternity, pharmacy, and laboratory services.
Fuad Khoury Hospital
Address: Maktabi Bldg., Abdelaziz Street, Hamra, Beirut
Tel: (961) 1-346282;01-346280/1;01-348811;01-742140/3/7;01-344882;01-344173
Fax: (961) 1-350208
Services Provided: Internal medicine, surgery, gynaecology, blood bank, pharmacy, laboratory and emergency services.
Barbir Hospital
Address: Fuad The First Street, Barbir
P.O.Box: 11/4302, Beirut
Tel: (961) 1-652915/6/7/8;01-631900/1;01-631000
Fax: (961) 1-631429
Services Provided: Internal medicine, surgery, maternity, pediatrics, intensive care unit, physiotherapy, blood bank, pharmacy, laboratory and

emergency services.
Sahel Hospital
Address: Dargham Street, Haret Hreik
P.O.Box: 99/25, Beirut
Tel: (961) 1-858333;01-858340;03-230730(Admn)
Fax: (961) 1-840146
Services Provided: Internal medicine, general surgery, heart surgery, maternity, pediatrics, intensive care unit, physiotherapy, blood bank, pharmacy, laboratory and emergency services.

Metn
Abu-Jawdeh Hospital
Address: Jal El-Dib
P.O. Box: 60-144, Metn
Tel: (961) 4-716000;04-718000;03-619100
Fax: (961) 1-414666
Services Provided: Internal medicine, surgery, maternity, pediatrics, intensive care unit, physiotherapy, pharmacy, laboratory and emergency services.
Serhal Hospital
Address: Rabweh
P.O. Box: 70429, Metn
Tel: (961) 4-417911;04-406838;04-417910;03-203520
Fax: (961) 4-20363
Services Provided: Internal medicine, surgery, maternity, pediatrics, intensive care unit, physiotherapy, pharmacy, laboratory and emergency services.
Bhannes Medical Center
Address: Main Street, Bhannes
P.O.Box: 36/Bekfaya
Tel: (961) 4-983770/1/2/3/4/5;04-982772/3/4;04-986062/3/4/5/6
Services Provided: Internal medicine, surgery, maternity, pediatrics, intensive care unit, physiotherapy, blood bank, pharmacy, laboratory and emergency services.
St. Charles Hospital
Address: Raihanieh Street, Feyadieh
P.O.Box: 50/Baabda
Tel: (961) 5-454371/2;05-451100;05-953444;05-950953
Fax: (961) 5-455131;05-459790
Services Provided: Internal medicine, surgery, maternity, pediatrics, intensive care unit, physiotherapy, blood bank, pharmacy, laboratory and emergency services.
Sacre Coeur Hospital
Address: Brasilia Street, Baabda
P.O. Box: 116, Baabda
Tel: (961) 5-457112/3;05-453500
Services Provided: Internal medicine, surgery, maternity, pediatrics, intensive care unit, physiotherapy, blood bank, pharmacy, laboratory and emergency services.

Chouf/Aley
Ain Wzein Hospital
Address: Ain Wzein, Chouf
Tel: (961) 5-501515/6/7;03-707048/9;05-509001/2/3/4/5/6
Fax: (961) 5-501311
Services Provided: Internal medicine, surgery, maternity, pediatrics, intensive care unit, physiotherapy, blood bank, pharmacy, laboratory and emergency services.
La Croix Sisters Hospital
Address: Deir El Kamar, Chouf
Tel: (961) 5-505625;05-505009;05-505440;05-505625
Fax: (961) 5-505678
Services Provided: Internal medicine, surgery, maternity, pediatrics, physiotherapy, laboratory and emergency services.
Al-Iman Hospital
Address: Bechara Khoury Street, Aley
P.O. Box: 50, E.N.T. Department, Baabda
Tel: (961) 5-555970;05-557038;05-554264;05-557039
Fax: (961) 5-555971;05-555562

Services Provided: Internal medicine, surgery, maternity, pediatrics, intensive care unit, physiotherapy, blood bank, pharmacy, laboratory and emergency services.

Keserwan/Jbeil
St. George Hospital
Address: George Matta Street, Ajaltoun
Tel: (961) 9-950544;09-954200/1/2/3/4/5/6/7
Fax: (961) 9-958999
Services Provided: Internal medicine, surgery, maternity, pediatrics, intensive care unit, physiotherapy, blood bank, pharmacy, laboratory and emergency services.
N.D. Liban Hospital
Address: Fuad Chehab Street
P.O. Box: 7, Jounieh
Tel: (961) 9-639040-5;09-937401-5;09-931401/2/3/4/5;09-835350/1/2;09-830989
Fax: (961) 9-831630;09-644644
Services Provided: Internal medicine, medicine, surgery, maternity, pediatrics, intensive care unit, physiotherapy, pharmacy, laboratory and emergency services.
N.D. Secours Hospital
Address: Mar Charbel Street, Jbeil
Tel: (961) 9-540480/1;09-944255
Fax: (961) 9-944483
Services Provided: Internal medicine, general surgery, heart surgery, maternity, pediatrics, intensive care unit, physiotherapy, blood bank, pharmacy, laboratory and emergency services.

Beqaa
Lebanese-French Hospital
Address: Haouch El Oumara, Zahle
Tel: (961) 8-810121/2/3/4/5/6/7;08-814451/2/3
Fax: (961) 8-814454
Services Provided: Internal medicine, surgery, maternity, pediatrics, intensive care unit, blood bank, pharmacy, laboratory and emergency services.
Khoury General Hospital
Address: Brazil Street, Zahle
Tel: (961) 8-807000/1/2;08-811180/1/2/3/4
Fax: (961) 8-804960
Services Provided: Internal medicine, general surgery, heart surgery, maternity, pediatrics, intensive care unit, physiotherapy, blood bank, pharmacy, laboratory and emergency services.
Tal-Chiha Hospital
Address: Zahle
Tel: (961) 8-807782/3/4/5;08-803609;08-802172;08-803278; 08-822165;08-806495
Fax: (961) 8-807780/1
Services Provided: Internal medicine, general surgery, heart surgery, maternity, pediatrics, intensive care unit, physiotherapy, blood bank, pharmacy, laboratory and emergency services.
Mais Hospital
Address: Beirut/Damascus Road, Chtura
Tel: (961) 8-542300/1;08-543174/5/6/7/8/9
Fax: (961) 8-543180
Services Provided: Internal medicine, surgery, maternity, pediatrics, intensive care unit, physiotherapy, blood bank, pharmacy, laboratory and emergency services.
N.D. Ferzoul Hospital
Address: Ferzoul
Tel: (961) 8-804650
Services Provided: Internal medici, surgery, maternity, pediatrics, intensive care unit, physiotherapy, blood bank, pharmacy, laboratory and emergency services.

North
Islami Hospital
Address: Azmi Street
P.O. Box: 1076, Tripoli
Tel: (961) 6-210179;06-210186
Fax: (961) 6-614437

Services Provided: Internal medicine, surgery, maternity, pediatrics, intensive care unit, physiotherapy, blood bank, pharmacy, laboratory and emergency services.
Haykal Hospital
Address: Haikalieh Street
P.O. Box: 371, Tripoli
Tel: (961) 6-411417/8/9;06-411420;06-411111
Fax: (961) 6-541455
Services Provided: Internal medicine, surgery, maternity, pediatrics, intensive care unit, physiotherapy, pharmacy, laboratory and emergency services.
Mazloum Hospital
Address: Boulevard Street, Tripoli
Tel: (961) 6-430325/6/7/8;06-431917
Fax: (961) 6-628305
Services Provided: Internal medicine, surgery, maternity, pediatrics, intensive care unit, pharmacy, and emergency services.
N.D. Zghorta Hospital
Address: Zghorta
P.O. Box: 50, Gynecology Department, Baabda
Tel: (961) 6-661204;06-660575/6
Fax: (961) 6-663800
Services Provided: Internal medicine, surgery, maternity, pediatrics, intensive care unit, pharmacy, and emergency services.
North Hospital Center
Address: Zghorta
Tel: (961) 6-664200/1/2/3/4
Fax: (961) 6-660186
Services Provided: Internal medicine, general surgery, heart surgery, maternity, pediatrics, intensive care unit, physiotherapy, blood bank, pharmacy, and emergency services.
Akkar-Rahal Center
Address: Main Street, Akkar
Tel: (961) 6-691103;06-690000;06-691100
Fax: (961) 6-691100
Services Provided: Internal medicine, general surgery, heart surgery, maternity, pediatrics, intensive care unit, physiotherapy, pharmacy, and emergency services.

South
Hammoud Hospital
Address: Iskandarani Street
P.O. Box: 652, Sidon
Tel: (961) 7-723111;07-723888;07-721021
Fax: (961) 7-725833
Services Provided: Internal medicine, general surgery, heart surgery, maternity, pediatrics, intensive care unit, physiotherapy, blood bank, pharmacy, laboratory and emergency services.
Dallaa Hospital
Address: Dallaa Street, Sidon
Tel: (961) 7-723400;07-724088
Fax: (961) 7-725044
Services Provided: Internal medicine, surgery, maternity, pediatrics, intensive care unit, physiotherapy, pharmacy, laboratory and emergency services.
Labib Medical Center
Address: Abou Zahr Street, Sidon
Tel: (961) 7-723444;07-750715/6
Fax: (961) 7-7251149
Services Provided: Internal medicine, surgery, maternity, pediatrics, intensive care unit, physiotherapy, pharmacy, laboratory and emergency services.
Jabal Amel Hospital
Address: Tyre
Tel: (961) 7-740198;07-740343;07-343852/3
Fax: (961) 7-343854
Services Provided: Internal medicine, surgery, maternity, pediatrics, intensive care unit, physiotherapy, blood bank, laboratory and emergency services.
Najm Hospital
Address: Tyre

Tel: (961) 7-741595;07-344423
Fax: (961) 7-346457
Services Provided: Internal medicine, surgery, maternity, pediatrics, intensive care unit, pharmacy, laboratory and emergency services.

Syndicate of Physicians
Dr. El Hassan, Janah
Contact: Dr. Fayek Younes
Address: Four Seasons Bldg., first floor
P.O.Box: 11-640 Hazmieh, Lebanon
Tel: (961) 5-453051;05-457528/9;05-959959
Fax: 01-451480

Syndicate of Private Hospitals
Address: Museum Place
P.O.Box: 16-5662 Beirut, Lebanon
Tel: (961) 1-615468;01-425975;01-616772

Country-specific Vaccination and Health Guidance

For additional information on vaccines and health guidance, please visit the CDC at:
http://wwwnc.cdc.gov/travel/destinations/traveler/none/lebanon?s_cid=ncezid-dgmq-travel-double-001.

OSAC Country Council Information

The Overseas Security Advisory Council (OSAC) serves as an information channel between U.S. organizations operating in Lebanon and Embassy security officers. The Council Steering Committee meets on a quarterly basis with full Council meetings taking place annually. Representatives of American organizations operating in Lebanon are encouraged to contact the Regional Security Office, 04/542600, ext. 4205. For Lebanon-specific information, go online at http://beirut.osac.gov/ or http://www.osac.gov for general information. To reach OSAC's Near East team, please email OSACNEA@state.gov.

U.S. Embassy Location and Contact Information

Embassy Address and Hours of Operation

The Embassy is located in Awkar, off the Dbayeh highway, facing the Awkar Municipal Building.

U.S. Embassy in Beirut, Lebanon
Address: Awkar facing the Municipality
P.O. Box 70-840 Antelias

Embassy Contact Numbers

Regional Security Officer:04/542600, ext. 4205
Medical Unit: 04/542600, ext. 4302
Consular Affairs: 04/542600, ext. 4380
Security Operations Center (24/7): 04/542600, ext. 4555
Website: http://lebanon.usembassy.gov/

Tips on How to Avoid Becoming a Victim

Situational Awareness Best Practices

Visitors are reminded to be watchful of their surroundings at all times, paying close attention to activities in their immediate area. Americans should exercise the same common sense precautions used in travel to any unfamiliar environment. Visitors are encouraged not to wear expensive jewelry, display large amounts of money, or dress in a manner that will draw attention. Avoid time/place predictability; seek to avoid repeated presence at the same venues and times, or at a minimum, use different routes to get there. Any unusual activity or inquiries should be reported to local security officials or to the Embassy's Regional Security Office at 04/542600, ext. 4205.

If considering renting an apartment, contemplate only those buildings offering controlled access and providing well-illuminated parking and walkway areas.

**Attachments**

 Lebanon 2016.pdf

---

*The contents of this (U) report in no way represent the policies, views, or attitudes of the United States Department of State, or the United States Government, except as otherwise noted (e.g., travel advisories, public statements). The document was compiled from various open sources and (U) embassy reporting. Please note that all OSAC products are for internal U.S. private sector security purposes only. Publishing or otherwise distributing OSAC-derived information in a manner inconsistent with this policy may result in the discontinuation of OSAC support.*