# Exhibit 6



Overseas Security Advisory Council
Bureau of Diplomatic Security
U.S. Department of State

9/4/2018 | Travel Advisories

👁 1 all time - 0 last 7 days

## Travel Advisory: Lebanon - Level 3 (Reconsider travel)

Reconsider travel Lebanon due to crime, terrorism, and armed conflict.  Please read the entire Travel Advisory.

Do not travel to:

- the border with Syria due to terrorism and armed conflict
- the border with Israel due to the potential for armed conflict
- refugee settlements due to the potential for armed conflict

U.S. citizens should reconsider or avoid travel to certain areas in Lebanon because of the threats of terrorism, armed clashes, kidnapping, and outbreaks of violence, especially near Lebanon's borders with Syria and Israel.  U.S. citizens living and working in Lebanon should be aware of the risks of remaining in the country and should carefully consider those risks.

U.S. citizens who choose to travel to Lebanon should be aware that consular officers from the U.S. Embassy are not always able to travel to assist them.  The Department of State considers the threat to U.S. government personnel in Beirut sufficiently serious to require them to live and work under strict security restrictions.  The internal security policies of the U.S. Embassy may be adjusted at any time and without advance notice.

Terrorist groups continue plotting possible attacks in Lebanon.  The potential exists for death or injury in Lebanon because of the attacks and bombings perpetrated by terrorist groups.  Terrorists may conduct attacks with little or no warning targeting tourist locations, transportation hubs, markets/shopping malls, and local government facilities.

The Lebanese government cannot guarantee the protection of U.S. citizens against sudden outbreaks of violence.  Family, neighborhood, or sectarian disputes can escalate quickly and can lead to gunfire or other violence with no warning.  Armed clashes have occurred along the Lebanese borders, in Beirut, and in refugee settlements.  The Lebanese Armed Forces have been brought in to quell the violence in these situations.

Public demonstrations can occur with little warning and could become violent.  You should avoid areas of demonstrations and exercise caution in the vicinity of any large gatherings.  Protesters have blocked major roads to gain publicity for their causes, including the primary road to the U.S. Embassy, and the primary road between downtown Beirut and Rafiq Hariri International Airport.  Access to the airport may be cut off if the security situation deteriorates.

Kidnapping, whether for ransom, political motives, or family disputes, has occurred in Lebanon. Suspects in kidnappings may have ties to terrorist or criminal organizations.

Read the Safety and Security section on the Country Information page.

If you decide to travel to Lebanon:

- Visit our website for Travel to High-Risk Areas.
- Avoid demonstrations and crowds.
- Stay alert in locations frequented by Westerners.
- Monitor local media for breaking events and adjust your plans based on new information.
- Enroll in the Smart Traveler Enrollment Program (STEP) to receive security messages and make it easier to locate you in an emergency.
- Follow the Department of State on Facebook and Twitter.
- Review the 2018 Crime and Safety Report for Lebanon.
- U.S. citizens who travel abroad should always have a contingency plan for emergency situations.  Review the Traveler's Checklist.

Border with Syria

Since August 2014, deadly terror attacks have occurred in border towns along Lebanon's border with Syria, as have episodic clashes between the Lebanese Army and Syrian-based violent extremist groups.  A 2017 Lebanese Army offensive expelled ISIS militants from territory along Lebanon's border with Syria. The U.S. Embassy strongly urges U.S. citizens to avoid the Lebanese-Syrian border region.  The U.S. Department of State also warns U.S. citizens of the risk of traveling on flights that fly over Syria, which include some flights to Beirut.

Visit our website for Travel to High-Risk Areas.

Border with Israel

There have been sporadic rocket attacks from southern Lebanon into Israel in connection with the violence between Israel and Hizballah: the last reported incident was in 2014.  The U.S. Embassy urges U.S. citizens to avoid this border area.

Visit our website for Travel to High-Risk Areas

Refugee Settlements

The U.S. Embassy urges U.S. citizens to avoid travel to refugee settlements, where violence has resulted in shootings and explosions.

Visit our website for Travel to High-Risk Areas

---

*The contents of this (U) report in no way represent the policies, views, or attitudes of the United States Department of State, or the United States Government, except as otherwise noted (e.g., travel advisories, public statements). The document was compiled from various open sources and (U) embassy reporting. Please note that all OSAC products are for internal U.S. private sector security purposes only. Publishing or otherwise distributing OSAC-derived information in a manner inconsistent with this policy may result in the discontinuation of OSAC support.*