# Exhibit 7

# Supervision & Regulation

**Supervisory and Regulatory Actions in Response to COVID-19**

The Federal Reserve has taken supervisory and regulatory actions to help ensure banks can continue providing credit and services to their customers and communities in a prudent and fair manner while meeting the challenges they face.



December 2020 Stress Test Results (PDF)
Results of stress tests for December 2020
December 2020

Dodd-Frank Act Stress Test 2020: Supervisory Stress Test Results and Assessment of Bank Capital during the Recent Coronavirus Event
Results of stress tests for 2020 and additional sensitivity analyses conducted in light of the coronavirus event
June 2020

Federal Reserve Supervision and Regulation Report
The report summarizes banking conditions and the Federal Reserve's supervisory and regulatory activities
November 2020

## Institution Supervision

The Federal Reserve is responsible for supervising--monitoring, inspecting, and examining--certain financial institutions to ensure that they comply with rules and regulations, and that they operate in a safe and sound manner. Supervision of financial institutions is tailored based on the size and complexity of the institution.

Community and Regional Financial Institutions
Large Financial Institutions
Financial Market Utilities
Foreign Banking Organizations
Consumer Compliance

 Living Wills

 Stress Tests

 Supervision and Regulation Letters

## Regulatory Resources

Regulation entails establishing the rules within which financial institutions must operate. This includes issuing specific regulations and guidelines governing the formation, operations, activities, and acquisitions of financial institutions. The Federal Reserve offers numerous resources to assist banking organizations and the public understand these rules and related expectations.

Regulations
Supervision & Regulation Letters
Manuals
Basel Regulatory Framework
Volcker Rule
Education, Training, and Assistance

 Disaster Preparedness and Recovery Resources

## Banking Applications & Legal Developments

The Federal Reserve reviews applications submitted by bank holding companies, state member banks, savings and loan holding companies, foreign banking organizations, and other entities and individuals for approval to undertake various transactions, including mergers and acquisitions, and to engage in new activities.

The Federal Reserve also takes formal enforcement actions against regulated institutions for violations of laws, rules, or regulations, unsafe or unsound practices, breaches of fiduciary duty, and violations of final orders.

Application Process
Board and Reserve Bank Actions
Enforcement Actions & Legal Developments
Semiannual Reports on Banking Applications Activity

 Electronic Filing of Applications

 Enforcement Actions Search

## Banking Data & Structure

The Federal Reserve and the other federal banking agencies collect, maintain, analyze, and make available to the public a wide range of financial and banking structure data. These data are essential to formulating and conducting bank regulation and supervision and for the ongoing assessment of the overall soundness of the nation's banking system.

National Information Center
Beneficial Ownership Reports
Large Commercial Banks
Minority Depository Institutions
U.S. Offices of Foreign Entities
Financial Holding Companies
Interstate Branching
Securities Underwriting and Dealing Subsidiaries

Other

RSS Feed
Supervisory Staff Reports
Business Resiliency
Troubled Asset Relief Program (TARP) Information

Reporting Forms



Recent Reporting Form Updates

Information collections under review

Financial Statements

Securities Exchange Act of 1934

Applications/structure change

FFIEC

Municipal & Government Securities

Activities monitoring

Micro Data Reference Manual

Last Update: January 7, 2021