


# ANNEX 1

قانون الموجبات والعقود
**Code of Obligations and Contracts**

<u>المادة 171</u>:
"عقود الرضى هي التي لا يكون انعقادها موقوفا على شرط ظاهر خاص بل يكفي أن يتجلى فيها رضى المتعاقدين بحرية تامة وبأي شكل كان.
أما إذا اشترط القانون أن يتجلى هذا الرضى بشكل خاص كانشاء سند رسمي فالعقد يكون رسمياً.
وفي الاساس تتكون العقود بمجرد رضى المتعاقدين الاختياري فلا يتحتم ابرازها في اية صيغة رسمية الا بمقتضى نص من القانون يوجب استعمالها."

**Article 171**:

"The Consensual Contracts are deemed consensual whenever they are not concluded based on a particular apparent condition and it is sufficient that the consent of the parties is expressed freely in any form.
If it was required by law that the consent be given according to a particular form such as the execution of an authentic act, the agreement shall be solemn. In principle, agreements are formed by the voluntary consent of the parties and it is not necessary to declare them in any official form except by virtue of a law text requiring that."

<u>المادة 690</u>:
" الايداع عقد بمقتضاه يستلم الوديع من المودع شيئاً منقولا ويلتزم حفظه ورده. .."

**Article 690**:

"The deposit is a contract whereby the depositary receives from the depositor a movable asset which they are bind to preserve and return back…"

<u>المادة 710</u>:
"يجب على الوديع ان يرد الوديعة الى المودع ..."

**Article 710**:
"The depositary must return the deposit to the depositor…"

<u>المادة 711</u>:
" يجب على الوديع ان يرد الوديعة عينها والملحقات التي سلمت اليه معها ..."

**Article 711**:
"The depositary must return the same item as the one he received, with the annexations he receives along with it …"

<u>المادة 712</u>:
"يجب على الوديع ان يرد مع الوديعة ما جناه من منتجاتها الطبيعية والمدنية."

**Article 712**:
"The depositary must return the deposit along with what he earned from its natural and civil returns."

<u>المادة 713</u>:
"إن الوديع مسؤول عن سبب كل هلاك أو تعيب كان في الوسع اتقاؤه.
أولاً- إذا كان يتلقى أجراً لحراسة الوديعة.
ثانياً- إذا كان يقبل الودائع بمقتضى مهنته أو وظيفته."

**Article 713**:
"The depositary is responsible for the cause of any loss or defect that he could have been able to prevent.
   1- In the event that he received fees to guard the deposit.
   2- In case he accepts deposits by virtue of his duties or profession."

I, hereby attest that the above, is a certified translation of the legible content.

Under no circumstances, should we be held liable for the original received document content.

Translation certification on 8/1/2021