


# ANNEX 2

<div dir="rtl">

**محكمة استئناف بيروت - قرار تاريخ 1988/3/15**

(العدل 1988- ص.28)

" إن المصرفي بطبيعة عمله وبحكم مهنته يقوم بقبول الودائع، كما أن قيام المصارف بقبول الودائع يدخل في أساس عملياتها اليومية ولا فرق إذا كانت هذه الودائع نقدية أم عبارة عن كميات من الذهب، كما لا فرق في أن يقبل المصرف ودائع الذهب بشكل عادي أو متكرر أم نادراً ولبعض الزبائن فقط كما هي الحال في القضية الحاضرة. يترتب على ما تقدم أن أحد شرطي تطبيق أحكام المادة 713 م.ع. متوفر في القضية الحاضرة. فيكون المصرف مسؤولاً عن سبب كل هلاك أو تعيب فيما لو ثبت أنه كان في وسعه اتقاء ذلك الهلاك أو التعيب."

</div>

**Court of Appeal of Beirut- decision dated 15-3-1988**
(Al Adl 1988- page 28)

"The Banker, according to the type of his work and by virtue of his profession accepts deposits; in addition, accepting deposits by the banks is part of their day-to-day operations, also, there is no difference if the deposits are in cash or gold, also it makes no difference whether the bank accepts gold deposits in a normal, frequent or rare manner, and from some of the customers only as it is in the present case. Based on the foregoing, one of the conditions required by article 713 is available in this case. Thus the Banker shall be considered responsible for the cause of any loss or defect that he could have been able to prevent."

Translation certification made on 8/1/2021

I, hereby attest that the above, is a certified translation of the legible content.
Under no circumstances, should we be held liable for the original received document content.

Dbaye, High Point   03 563 593   sworn@crystaltranslation.net   www.crystaltranslation.net   Crystal Translation Ministry