# ANNEX 1




**Annex 1**



FROM FACEBOOK PAGE OF:

**Lebanese Judges Association**

Post published on: 2 February 2020

Need: To carry out comprehensive and transparent judicial assignments and designations.

The general and comprehensive judicial designations that restore confidence in the judiciary power have become a pressing matter for the purpose of launching immediate reforms to save the country. The reforms will be based on transparent standards where each judge is properly assigned to his relevant and adequate position, where the remedy isn't limited to filling vacant positions but also related to the restitution of the primary positions which the political authority previously assigned to those who lack qualifications. The reforms will also aim at designating competent Judges who are not politically dependant and inclined, in addition to holding back from transferring the judicial assignments from subjects of doubtful matters to other similar subjects of suspicions, especially those entitled to prosecute and hold the corrupted accountable for their actions. This way, the Lebanese Judges Association aligns with the Supreme Judicial Council in their efforts aiming towards the restitution of Judiciary authority in matters related to serious and relentless accountability in order to rebuild the country.

Beirut on 1/2/2020

Lebanese Judges Association

I, hereby attest that the above, is a certified translation of the legible content.
Under no circumstances, should we be held liable for the original received document content.





<div dir="rtl">

Lebanese Judges نادي قضاة لبنان
Association

24 May 2019

صونا لاستقلالية السلطة القضائية

صونا لاستقلالية السلطة القضائية، أكره قضاة لبنان على الاعتكاف، وهم يطالبون بما يلي:

**أولا:** وضع جدول زمني (مهلة معقولة)، واضح وصريح، من قبل السلطة التشريعية، لإقرار قانون استقلالية السلطة القضائية.

**ثانيا:** الشروع بمكافحة الفساد فعلا لا قولا. وإطلاق يد القضاء في ملاحقة الفاسدين من خلال الغاء النصوص المكرسة للحصانات ورفع السرية المصرفية وتولية من هم أهل للملاحقة، وتوفير ضمانات عدم نقلهم لأسباب سياسية لمنعهم من اتمام عملهم.

**ثالثا:** استثناء القضاة من مشروع الموازنة الراهن، بموجب نص صريح فيها ولجميع الجهات، تفعيلا لنص المادة عشرين من الدستور.

**رابعا:** عدم التعرض لصندوق تعاضد القضاة، انسجاما مع استشارة هيئة التشريع والاستشارات الصادرة في العام ٢٠٠٥ وتطبيقا للمبدأ الدستوري المتمثل بعدم جواز انقاص تقديمات السلطة القضائية.

</div>

---

**Lebanese Judges Association**

As per Facebook Public post on 24 May 2019

To preserve the independence of the Judiciary.

To preserve the independence of the Judiciary. Lebanese Judges were forced to retreat while they demanded the below:

**First:** setting a timeline (acceptable deadline), which is clearly expressed, by the legislative power to declare the law stipulating the Independence of the Judiciary.

**Second:** Immediate action against corruption by word and deed. Grant Judiciary the power to prosecute the corrupt by annulling the legal texts relating to immunity, to lift bank secrecy and prosecute the perpetrators. Guaranteeing that the Judges are not transferred for political reasons in order to disable them from pursuing their job.

**Third:** Excluding the Judges from the current budget plan according to a clearly expressed text towards all parties, in order to make effective article 20 of the constitution.

**Fourth:** To keep intact the Mutual Fund of Judges as per the legislation council counselling and other consultations issued in 2005, in order to implement the constitutional principle which states that it is disallowed to decrease the allocations of the Judiciary.

---

I, hereby attest that the above, is a certified translation of the legible content.
Under no circumstances, should we be held liable for the original received document content.







Certified translation of the social posts and digital newspaper extracts with no liability for content. Made on 21/1/2021

I, hereby atte... ...tion of the leg...
Under no circumstances, should we be held liable for the origina...

**Asharq Al-Awsat newspaper**
Link to article: https://aawsat.com/node/2244326
Main – Arab World – Judicial Assignments in Lebanon await the "win-win" settlement

**Judicial Assignments in Lebanon await the "win-win" settlement**
Issue: 21/April/2020   no. 15120
(Photo of Minister Marie-Claude Najem)
Beirut, Youssef Diab

The decree of judicial assignments in Lebanon is still pending; suspended by the political authorities, awaiting being signed off to come to light after around 1.5 months of being executed by the Supreme Judicial Council and referred to the Minister of Justice Marie-Claude Najem. Thus these designations seem to face two dilemmas, the first is the reservation of political forces for "non-observance of their interests", and the second is the Minister of Justice's unprecedented action in the history of the designations since 1993 until date, made to transform the decree into two decrees: the first relating to Judges at the Ministry of Justice in criminal and civil courts, and the second to judges assigned to the Military Court, for political considerations namely the fact "that the assignments did not take into account the demands of the political party to which the Minister of Justice is affiliated, leading to the deliberate obstruction", according to judicial sources concerned with the file, in addition to hinting that "this method of dealing with the reform process within the judiciary power will not be tolerated", at a time where sources in the Ministry of Justice denied obstructing the designations for political reasons, and confirmed that "they will be made on time, taking into account the interests of the Judiciary."
Al Modon newspaper

**LEBANESE JUDGES ASSOCIATION: a revolutionary step to detach the judiciary from the grips of the ruling authority.**

Along with the start of the revolution in Lebanon, an important role for the "Lebanese Judges Association" emerged in defending the interests of people against corruption. Following the release of its first statement, the Association set grounds as a promising reform to the judiciary, to achieve its independence, and be an actor and executer of the principle of accountability. Upon the initiation of The Lebanese Judges Association, it constituted a revolutionary step against the imposed system that confiscates the judiciary to the benefit of the political powers. Its inception was associated with the slogan "towards the independence of the judiciary", which was an open confrontation with the ruling political authority within and outside the judicial system. The Association armed itself with international pacts and judicial codes of ethics, which affirm freedom of expression and the right of assembly against the restrictions enshrined in Lebanese law stripping them of these guarantees of independence. Judges in Lebanon are deprived of their right to assemble, and the obligation of reservation is imposed on them in a broad form that turns it into a suppression of freedom of opinion and expression. The consequences of these restrictions are exacerbated in light of a dependency relationship between judges and the executive authority, which is made up of sectarian leaders, through judicial designations and assignments issued according to a decree of the Council of Ministers.
 Al-Modon adopts this narrative according to interviews with the LEBANESE JUDGES ASSOCIATION.