```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
JOSEPH A. DAOU and KAREN M. DAOU,        :
                                         :   20cv4438 (DLC)
                Plaintiffs,              :
                                         :        ORDER
       -v-                               :
                                         :
BLC BANK, S.A.L., CREDIT LIBANAIS,       :
S.A.L., AL-MAWARID BANK, S.A.L., and     :
BANQUE DU LIBAN,                         :
                                         :
                Defendants.              :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On March 12, 2021, the plaintiffs filed a motion for prejudgment attachment pursuant to N.Y. C.P.L.R. § 6201 and Rule 64, Fed. R. Civ. P and for expedited discovery pursuant to Rule 26(d), Fed R. Civ. P. against defendants BLC Bank, S.A.L., Credit Libanais, S.A.L., and Al-Mawarid Bank, S.A.L.  These defendants moved to dismiss this action on November 20, 2020, and the motions to dismiss became fully submitted on January 29, 2021.  Accordingly, it is hereby

ORDERED that consideration of the March 12, 2021 motion for prejudgment attachment is stayed pending a decision on the November 20, 2020 motions to dismiss from this Court.  If the motions to dismiss are denied, the Court shall set a schedule for the defendants to respond to the motion for prejudgment

attachment.

    SO ORDERED:

Dated:    New York, New York
           March 15, 2021

                                  _____
                                      DENISE COTE
                          United States District Judge