```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
JOSEPH A. DAOU and KAREN M. DAOU,        :
                                         :   20cv4438 (DLC)
              Plaintiffs,                :
                                         :        ORDER
         -v-                             :
                                         :
BLC BANK, S.A.L., CREDIT LIBANAIS,       :
S.A.L., AL-MAWARID BANK, S.A.L., and     :
BANQUE DU LIBAN,                         :
                                         :
              Defendants.                :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On March 18, 2021, the plaintiffs moved to strike certain declarations submitted by the defendants in conjunction with their reply briefs in support of their motions to dismiss. It is hereby

ORDERED that briefing in conjunction with the plaintiffs' March 18, 2021 motion to strike is stayed.

SO ORDERED:

Dated:   New York, New York
         March 19, 2021

```
                         _____
                               DENISE COTE
                         United States District Judge
```