UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOSEPH A. DAOU and KAREN M. DAOU,

                Plaintiffs,

    -against-                        20 **CIVIL** 4438 (DLC)

                                         **JUDGMENT**

BLC BANK, S.A.L., CREDIT LIBANAIS
S.A.L., AL-MAWARID BANK, S.A.L.,
and BANQUE DU LIBAN,

                Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 9, 2021, Defendants' motions to dismiss are granted, judgment is entered for the defendants, and this case is closed. All other pending motions, including plaintiffs' March 12, 2021 motion for attachment and plaintiffs' March 18, 2021 motion to strike, are denied as moot.

**Dated:** New York, New York

        April 12, 2021

                                                                    **RUBY J. KRAJICK**

                                                                    **Clerk of Court**
                                      **BY:**

                                                                    **Deputy Clerk**