UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH A. DAOU and KAREN M. DAOU, | : |
| Plaintiffs, | : Civ. Action No. 1:20-cv-4438-DLC |
| vs. | : |
| BLC BANK, S.A.L., CREDIT LIBANAIS, S.A.L., AL-MAWARID BANK, S.A.L., and BANQUE DU LIBAN, | : |
| Defendants. | : x |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiffs Joseph A. Daou and Karen M. Daou ("Plaintiffs-Appellants"), by their undersigned counsel, hereby appeal to the United States Court of Appeals for the Second Circuit from the United States District Court for the Southern District of New York's Opinion and Order, by the Honorable Denise L. Cote, United States District Court Judge, dated April 9, 2021 (ECF No. 97), which granted Defendants-Appellees' motions to dismiss and denied all other pending motions as moot, and the District Court Clerk's resulting Judgment dismissing this action, dated April 12, 2021 (ECF No. 98).

Dated: New York, New York
April 28, 2021

**MEISTER SEELIG & FEIN LLP**

By: */s/ Christopher J. Major*
Christopher J. Major
Amit Shertzer
Leah A. Henry
125 Park Avenue, 7th Floor
New York, New York 10017
Tel: (212) 655-3500
Email: cjm@msf-law.com
as@msf-law.com
lah@msf-law.com

*Attorneys for Plaintiffs-Appellants*